E-FILED
Tuesday, 11 July, 2006 12:52:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED

JUL 1 0 2006

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Tony Scott )
)
_____ )
)
Plaintiff, )
)
vs. )            No. _____
)            (Supplied by Clerk)
Dr.Lowel Brown,Officer Hendricks, )
Nurse O'conner, Deborah K.Fuqua )
Terry L.Polk,Roger A.Zimmerman )
Roser Walker Jr. )
                 Defendant(s) )

**FILED**

JUL 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, __Tony Scott_____, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single ✓ Married _____ Separated _____ Divorced _____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?
_____N/A_____
_____N/A_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
IDOC at Western C.C. As a commissary Worker,
last day working was 11-08-05 My pay was $15 per month.

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (✓) No ( ) If yes, describe each source and state how much you received.

Marilyn Johnson. $15.00, $20.00, $30.00,

What every she can help me out with.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $1.00

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

12-13-05 $4.74, Legal postage, 12-5-05, $90, Legal Copys, 12-15-05 $.46, postage, 11-3-05, $.65, Copys, 1-15-06, $.45 Copys, 1-15-06, 1.35, postage, 1-26-06, $.10, Copys, 2-1-06, $.85 Copys, 2-8-06, $.30 Copys, 2-8-06 $1.45 Copys, 2-8-06, $.10 Copys, 3-1-06 $.85 Copys, 3-1-06 $.24 Postage, 3-3-06, $1.83 Postage, 3-16-06, $4.55 Medical Record, 3-23-06 3.03 Postage, 3-23-06 $.04 Copys, 4-3-06, 80¢ Copys, 4-3-06 7.03 postage, 4-26-06 2.48 Copys

G. How much money do you have in private checking or savings accounts?

NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (✓) No ( )

If yes, describe the property and its approximate value:

T.V $130,00

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

NONE

NONE

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

NONE

NONE

NONE

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

NONE

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Tony Scott_
SIGNATURE

5-23-06
DATE

2

CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 1.00 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

Not known

_____

_____

_____

_____

_____


Stephanie Downs
(Authorized Officer)

WICC
(Institution)

Account Tech I
(Title)

DATE    5/23/06

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA  -  Date: 11/01/2005 thru End;    Inmate: N92280;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N92280 Scott, Tony**                    **Housing Unit: WIL-02-C -57**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 2.59 |
| 11/01/05 | Mail Room | 01 MO/Checks (Not Held) | 305215 | 733634 | Johnson, Marilyn | 20.00 | 22.59 |
| 11/01/05 | Mail Room | 01 MO/Checks (Not Held) | 305215 | 733633 | Johnson, Marilyn | 30.00 | 52.59 |
| 11/02/05 | Point of Sale | 60 Commissary | 306751 | 468287 | Commissary | -50.15 | 2.44 |
| 11/10/05 | Payroll | 20 Payroll Adjustment | 314150 | | P/R month of 10/2005 | 14.40 | 16.84 |
| 11/14/05 | Disbursements | 84 Library | 318333 | Chk #76031 | 5404, DOC: Library Copies, Inv. Date: 11/14/2005 | -.65 | 16.19 |
| 11/14/05 | Disbursements | 80 Postage | 318333 | Chk #76032 | 5134, DOC: 523 Fund Reimbursem, Inv. Date: 10/18/2005 | -2.44 | 13.75 |
| 12/06/05 | Mail Room | 01 MO/Checks (Not Held) | 340215 | 297606 | Johnson, Marilyn | 30.00 | 43.75 |
| 12/09/05 | Payroll | 20 Payroll Adjustment | 343133 | | P/R month of 11/2005 | 12.02 | 55.77 |
| 12/13/05 | Disbursements | 81 Legal Postage | 347333 | Chk #76453 | 5699, DOC: 523 Fund Reimbursem, Inv. Date: 12/06/2005 | -4.74 | 51.03 |
| 12/13/05 | AP Correction | 81 Legal Postage | 347533 | Chk #76453 Voided | 5699 - DOC: 523 Fund Reimburse | 4.74 | 55.77 |
| 12/13/05 | Disbursements | 81 Legal Postage | 347333 | Chk #76454 | 5699, DOC: 523 Fund Reimbursem, Inv. Date: 12/06/2005 | -4.74 | 51.03 |
| 12/14/05 | Point of Sale | 60 Commissary | 348704 | 473609 | Commissary | -49.95 | 1.08 |
| 12/21/05 | Mail Room | 01 MO/Checks (Not Held) | 355215 | 299922 | Johnson, Marilyn | 20.00 | 21.08 |
| 12/29/05 | Disbursements | 84 Library | 363333 | Chk #76673 | 5880, DOC: Library Copies, Inv. Date: 12/23/2005 | -.40 | 20.68 |
| 12/29/05 | Disbursements | 84 Library | 363333 | Chk #76673 | 5747, DOC: Library Copies, Inv. Date: 12/13/2005 | -.90 | 19.78 |
| 12/29/05 | Disbursements | 81 Legal Postage | 363333 | Chk #76675 | 58336, DOC: 523 Fund Reimburse, Inv. Date: 12/19/2005 | -.46 | 19.32 |
| 01/03/06 | Point of Sale | 60 Commissary | 003704 | 474971 | Commissary | -18.83 | .49 |
| 01/06/06 | Mail Room | 01 MO/Checks (Not Held) | 006215 | 302337 | Johnson, Marilyn | 40.00 | 40.49 |
| 01/12/06 | Payroll | 20 Payroll Adjustment | 012153 | | P/R month of 12/2005 | 10.00 | 50.49 |
| 01/13/06 | Point of Sale | 60 Commissary | 013751 | 476107 | Commissary | -48.96 | 1.53 |
| 01/20/06 | Disbursements | 84 Library | 020333 | Chk #76869 | 6053, DOC: Library Copies, Inv. Date: 01/12/2006 | -.25 | 1.28 |
| 01/20/06 | Disbursements | 84 Library | 020333 | Chk #76869 | 6047, DOC: Library Copies, Inv. Date: 01/11/2006 | -1.00 | .28 |
| 01/31/06 | Mail Room | 01 MO/Checks (Not Held) | 031215 | 307764 | Johnson, Marilyn | 30.00 | 30.28 |
| 02/02/06 | Point of Sale | 60 Commissary | 033720 | 478744 | Commissary | -27.12 | 3.16 |
| 02/02/06 | Mail Room | 01 MO/Checks (Not Held) | 033215 | 307763 | Johnson, Cadida | 25.00 | 28.16 |
| 02/08/06 | Disbursements | 81 Legal Postage | 039353 | Chk #77053 | 6156, DOC: 523 Fund Reimbursem, Inv. Date: 01/23/2006 | -1.35 | 26.81 |
| 02/08/06 | Disbursements | 84 Library | 039353 | Chk #77054 | 6326, DOC: Library Copies, Inv. Date: 02/03/2006 | -.30 | 26.51 |
| 02/08/06 | Disbursements | 84 Library | 039353 | Chk #77054 | 6157, DOC: Library Copies, Inv. Date: 01/23/2006 | -1.45 | 25.06 |
| 02/08/06 | Disbursements | 84 Library | 039353 | Chk #77054 | 6318, DOC: Library Copies, Inv. Date: 02/02/2006 | -.10 | 24.96 |
| 02/09/06 | Point of Sale | 60 Commissary | 040720 | 479727 | Commissary | -24.74 | .22 |
| 02/10/06 | Payroll | 20 Payroll Adjustment | 041133 | | P/R month of 01/2006 | 10.00 | 10.22 |
| 03/01/06 | Point of Sale | 60 Commissary | 060720 | 481232 | Commissary | -7.31 | 2.91 |
| 03/01/06 | Disbursements | 84 Library | 060333 | Chk #77308 | 6452, DOC: Library Copies, Inv. Date: 02/17/2006 | -.85 | 2.06 |
| 03/01/06 | Disbursements | 81 Legal Postage | 060333 | Chk #77320 | 6469, DOC: 523 Fund Reimbursem, Inv. Date: 02/17/2006 | -.24 | 1.82 |
| 03/02/06 | AP Correction | 81 Legal Postage | 061533 | Chk #77320 Voided | 6469 - DOC: 523 Fund Reimburse | .24 | 2.06 |
| 03/02/06 | Mail Room | 01 MO/Checks (Not Held) | 061215 | 314285 | Johnson, Marilyn | 30.00 | 32.06 |
| 03/06/06 | Disbursements | 81 Legal Postage | 065333 | Chk #77389 | 6469, DOC: 523 Fund Reimbursem, Inv. Date: 02/17/2006 | -.24 | 31.82 |

REPORT CRITERIA - Date: 11/01/2005 thru End;      Inmate: N92280;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print
Balance Errors Only ? : No

**Inmate: N92280 Scott, Tony**                                   **Housing Unit: WIL-02-C -57**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 03/06/06 | Disbursements | 81 Legal Postage | 065333 | Chk #77389 | 6634, DOC: 523 Fund Reimbursem, Inv. Date: 03/03/2006 | -.02 | 31.80 |
| 03/09/06 | Point of Sale | 60 Commissary | 068751 | 482580 | Commissary | -29.27 | 2.53 |
| 03/10/06 | Payroll | 20 Payroll Adjustment | 069133 | | P/R month of 02/2006 | 9.52 | 12.05 |
| 03/16/06 | Disbursements | 80 Postage | 075350 | Chk #77530 | 6675, DOC: 523 Fund Reimbursem, Inv. Date: 03/08/2006 | -1.83 | 10.22 |
| 03/17/06 | Mail Room | 01 MO/Checks (Not Held) | 076215 | 317174 | Johnson, Marilyn | 20.00 | 30.22 |
| 03/17/06 | Mail Room | 01 MO/Checks (Not Held) | 076215 | 317173 | Johnson, Marilyn | 50.00 | 80.22 |
| 03/20/06 | Point of Sale | 60 Commissary | 079751 | 483911 | Commissary | -68.03 | 12.19 |
| 03/29/06 | Point of Sale | 60 Commissary | 088772 | 485300 | Commissary | -.71 | 11.48 |
| 04/03/06 | Disbursements | 84 Library | 093350 | Chk #77681 | 6819, DOC: 523 Fund Library, Inv. Date: 03/28/2006 | -.80 | 10.68 |
| 04/03/06 | Disbursements | 80 Postage | 093350 | Chk #77686 | 6817, DOC: 523 Fund Inmate Rei, Inv. Date: 03/27/2006 | -3.03 | 7.65 |
| 04/03/06 | Disbursements | 90 Medical Co-Pay | 093350 | Chk #77686 | 6780, DOC: 523 Fund Inmate Rei, Inv. Date: 03/20/2006 | -4.55 | 3.10 |
| 04/14/06 | Mail Room | 01 MO/Checks (Not Held) | 104215 | 4809958582 | Johnsno, Marilyn | 25.00 | 28.10 |
| 04/14/06 | Point of Sale | 60 Commissary | 104772 | 487448 | Commissary | -27.08 | 1.02 |
| 04/14/06 | Payroll | 20 Payroll Adjustment | 104133 | | P/R month of 03/2006 | 10.00 | 11.02 |
| 04/26/06 | Disbursements | 84 Library | 116333 | Chk #77920 | 6871, DOC: Library Copies, Inv. Date: 04/04/2006 | -.25 | 10.77 |
| 04/26/06 | Disbursements | 81 Legal Postage | 116333 | Chk #77927 | 6882, DOC: 523 Fund Reimbursem, Inv. Date: 04/06/2006 | -.26 | 10.51 |
| 04/26/06 | Disbursements | 80 Postage | 116333 | Chk #77927 | 7038, DOC: 523 Fund Reimbursem, Inv. Date: 04/21/2006 | -.24 | 10.27 |
| 04/28/06 | Point of Sale | 60 Commissary | 118751 | 489071 | Commissary | -10.25 | .02 |
| 05/09/06 | Mail Room | 01 MO/Checks (Not Held) | 129215 | 1090841 | Johnson, Marilyn | 30.00 | 30.02 |
| 05/10/06 | Point of Sale | 60 Commissary | 130772 | 490572 | Commissary | -29.50 | .52 |
| 05/12/06 | Payroll | 20 Payroll Adjustment | 132153 | | P/R month of 04/2006 | 10.00 | 10.52 |
| 05/18/06 | Point of Sale | 60 Commissary | 138704 | 491659 | Commissary | -9.12 | 1.40 |
| 05/19/06 | Disbursements | 84 Library | 139333 | Chk #78164 | 7169, DOC: Library Copies, Inv. Date: 05/05/2006 | -.25 | 1.15 |
| 05/19/06 | Disbursements | 84 Library | 139333 | Chk #78164 | 7137, DOC: Library Copies, Inv. Date: 05/01/2006 | -.15 | 1.00 |

| | |
|---|---|
| **Total Inmate Funds:** | 1.00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 1.00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**

Tony Scott_____ )    JUL 1 0 2006
          Plaintiff        )U.S. CLERK'S OFFICE
                          ROCK ISLAND, ILLINOIS

        vs.       - )          Case No. _____
                    )
Dr.Lowell Brown,Officer Hendricks,)  **Jury Trial Demanded**
Nurse O'conner,Deborah k.Fuqua,  )
Terry L.Polk,Roger A.Zimmerman,  )
Roger Walker._____ )
          Defendant(s)  )

## COMPLAINT

☑       42 U.S.C. §1983 (suit against state officials for constitutional violations) -

☐       28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐       Other_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Tony Scott_____, and states as follows:

My current address is: __Wester ILL Correctional Center. RR#4 Box 196__

_____Mt.Sterling,ILL 62353_____

The defendant __Dr.Lowel Brown_____, is employed as __a doctor at -__

__Western C.C_____ at __Western Correctional Center__

The defendant __Officer Hendricks_____, is employed as __a Correctional -__

__Officer at Western C.C.__ at __Western Correctional Center__

The defendant __Nurse O'Conner_____, is employed as __a Nurse__

_____ at __Western Correctional Center__

The defendant __Deborah Fuqua_____, is employed as __Health Care -__

__Administrator_____ at __Western Correctional Center.__

(revised 9/96)

The defendant Terry L. Polk_____, is employed as Chief Administative Officer's

In Charge of the Facility_____ at Western C.C._____

Additional defendants and addresses  Roger A. Zimmerman is employed

as Chief Administative Officer's in charge of the Facility at

Western Correctional Center. Roger Walker Jr. is employed as

Director of the IDOC, at Springfield, ILL

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

<u>LITIGATION HISTORY</u>

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes   ☐                No  ☑

If yes, please describe _____ N/A _____

_____ N/A _____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes   ☐                No  ☑

C.  If your answer to B is yes, how many?  N/A  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

_____ N/A _____

2.  Court (if federal court, give name of district; if state court, give name of county)

_____ N/A _____

3.  Docket Number/Judge _____ N/A _____

4. Basic claim made _____ *N/A* _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____ *N/A* _____

6. Approximate date of filing of lawsuit _____ *N/A* _____

7. Approximate date of disposition _____ *N/A* _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☑    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☑    No ☐

If your answer is no, explain why not _____ *N/A* _____

_____ *N/A* _____

C. Is the grievance process completed?    Yes ☑    No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.   PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence <u>Western Correctional Center.</u>

Date of the occurrence <u>6-16-06.6-17-06.It is a on going problen.</u>
<u>Im still hiving as of today.</u>

Witnesses to the occurrence <u>Erik Miranda K83541,Christopher Locke B54912</u>
<u>Fritz Bailey A15639,Charles Thomas R43632 - Marilyn Johnson</u>

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
            *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

"SEE ATTACHED"

## **Statement of Claims**

I arrived at Western Correction Center in the beginning of March 2005 and my medical records followed me as well as my court records stating about my heart condition. In March 2005 I had a doctor's appointment because they knew about my heart condition history that was sent along with my files from my court records as well as my medical records. I then showed Dr. Brown my cardiac cauterization report from Cook County Hospital as well as a report from Cermak Health Service from Cook County. I then informed Dr. Brown that Dr. El Khadra who done the cauterization on me and Dr. El Khadra testified in court about my heart condition. Dr. El Khadra testified that I have two options, either medical therapy to try to treat the cholesterol the other option Anglitlasty and will be surgery. I chose to be treated by medical therapy medication at the time. I am still experiencing numbness on my left side on and off, shortness of breathe sometimes and fatigue all the time as of today which is 5/6/06 do to inadequate treatment.

I have a history of coronary artery disease, and in need of surgery as of now. I had two options, either medical therapy "medications" or "surgery". But I went with the medications for right now, until I get out. I am attaching a copy of what my doctor testified in court regarding my condition. Dr. Maan El Khadra, from Cook County Hospital. I am still having numbness in my left arm and shortness of breathe, the shortness of breathe come as goes, but the numbness on my left side stays most of the time. I have made Dr. Brown aware of my numbness but he still refuse to give me the right medication I need. I appealed my grievances to the Administrative Review Boards, P.O. Box 19277, Springfield, IL but they have not responded yet. It has now been 9 months later and I still have not gotten a response.

## DEFENDANTS

1.   Defendants, Dr. Brown; Warden Terry Polk; Warden Zimmerman; Director Roger E. Walker; Deborah K. Fugua; Nurse Conner and Officer Hendricks have been since June 2005 and Continue to be deliberately indifferent to the plaintiff serious medical need in violation of the Eight Amendment to the United States Constitution.

   A.   **Defendant, Dr. Brown** treatment of the plaintiff amounts to medical negligence, medical malpractice under Illinois law, by not giving adequate medical treatment.

   B.   **Defendant, Deborah Fugua**, act to the plaintiff treatment amounts to negligence for turning a blind eye to the situation that I am having here at this facility, and not seeing that I get adequate treatment under Illinois law.

   C.   **Defendant, Terry L. Polk**, act to the plaintiff treatment amounts to negligence for turning a blind eye to a serious medical need that I am having here at this facility and not seeing that I get adequate treatment, under Illinois law.

   D.   **Defendant, Warden Zimmerman**, act to the plaintiff treatment amounts to negligence for turning a blind eye to a serious medical need that I am having here at this facility and not seeing that I get adequate treatment, under Illinois law.

   E.   **Defendant, Director Roger E. Walker Jr.**, act to the plaintiff treatment amounts to negligence for turning a blind eye to my serious medical needs at this facility and seeing to that I get adequate medical treatment under, Illinois law.

   F.   **Defendant, Nurse Conner**, act to the plaintiff treatment by refusing to give me my medications when Nurse Conner knows about my heart condition. Nurse Conner actions was negligence, under Illinois law.

   G.   **Defendant, Officer Hendricks**, act to the plaintiff treatment amounts to negligence, when Officer Hendricks refuses to get me some medical treatment when I informed Officer Hendricks that I was having chest pains and I did not have anymore Nitro Pills Officer Hendricks reply was "evidently you must don't need them that's why you don't have them anymore." Officer Hendricks action was negligence, under Illinois Law.

Doctor Brown,

I informed Dr. Brown that I am having an on going problem that needs to be resolved. My health and life is at stake.

On 6/16/05 & 6/17/05 the doctor (Dr. Brown) at the Western Illinois Correctional Center discontinued the following cardiac medications Plavix, Nitroglycerin, Zocor and Isosbride Dinitr. Attached is a list of my medications, frequency and dosage.

On 07/19/05 I was transferred to an outside medical facility because I was having chest pains, shortness of breath and pain in my left arm that radiated to my left jaw. The EMT's started an IV in my left arm and gave me an EKG. They also gave me nitroglycerin sub ling. Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable.

The discharging M.D. from the outside facility gave instructions for all my cardiac medication to continue.

At the present time I still haven't received all my cardiac medication. Dr. Brown the M.D. at the Western Ill. C.C. refuses to re-order my medication.

I've filed several grievances regarding this problem. I am also attaching a copy of a cardiac catheterization and its findings.

<u>NURSE CONNER</u>

Nurse Conner knows all about my heart condition. On 6/05/05, I went to the med line to get my aspirins because I didn't have anymore. Nurse Conner refuses to give them to me. I then informed Nurse Conner that I have a heart problem and I take a aspirin once a day, and I told nurse Conner that I have been taking Nitro pills but she still refuse to give me my aspirin.

On 8/17/05, I went to med line to get a refill on my Nitro pills. I informed Nurse Conner that I have two nitro pills left. Nurse Conner refuses to put me in for a refill of my nitro pills. I had to go without my nitro pills for two weeks. I feel that was unfair because Nurse Conner knows about my heart condition.

<u>OFFICER HENDRICKS</u>

Officer Hendricks refuses to get me a Lieutenant or Captain. I then informed Officer Hendricks that I had no more nitro pills and I have a heart problem. Officer Hendricks reply was "evidently you must don't need them that's why you don't have them anymore." I asked Officer Hendricks her name and she kept walking. I then kept pushing my button for help because I was having severe chest pain, but no one came.

<u>DEBORAH K. FUQUA, R.N. CCHP</u>
Health care unit administrator.

Ms. Fuqua knows all about my heart condition, I had made Ms. Fuqua aware of this problem when Dr. Brown first discontinued the following cardiac medications, Plavix, Zocor, Nitroglycerin and Isosbride. I have informed Ms. Fuqua several times about this problem I am having with Dr. Brown about my medication for my heart condition. Ms. Fuqua continued to turn a blind eye to the problem I'm having under her staff here at this facility.

It is now 2/21/06, and I am still having problems with my condition and informed Ms. Fuqua refuse to do anything about my heart condition. I was sent out to the hospital and I saw Dr. Troy. Dr. Troy could not do anything because he did not have the right paper work. I then informed Ms. Fuqua about that problem; she stated you will have to go back. It is now 3/2/06 and I have-not been back yet. I then informed Ms. Fuqua my condition has gotten worse, because I am having numbness in my left arm ever day all day, sometimes shortness of breathe and pain on my left side. Ms. Fuqua refuses to do anything about my heart problem. That's not fair, because Ms. Fuqua is aware of my heart condition because she seen my cardiac report from Cook County Hospital.

<u>WARDEN TERRY L. POLK</u>

Warden Polk knows all about my heart condition, because I have informed Warden Polk several times by writing him and talking with him about my heart condition and the problem I am having with Dr. Brown and Deborah K. Fuqua, the Health Care Unit Administrator about my heart problem and my medication. Warden Polk refuses to do anything about it and turn a blind eye to the situation that I am having here at this facility.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

See Attached

URY DEMAND               Yes     ☒               No     ☐

Signed this _____23_____ day of ____MAY_____ , **20**06

_____Tony Scott_____
( *Signature of Plaintiff* )

| 'ame of Plaintiff: Tony Scott | Inmate Identification Number: N-92280 |
|---|---|
| dress: R.R. #4 Box 196 Mt. Sterling 62353 | Telephone Number: |

6

**RELIEF REQUESTED**

DEFENDANTS          )      WALKER (IDOC Director)
                    )      POLK (Western C.C. Warden)
                    )      ZIMMERMAN (Western C.C. Warden)
                    )      FUGUA (Western C.C. Health Care Administrator)
                    )      BROWN (Western C.C. Doctor)
                    )      O'CONNER (Western C.C. Nurse)
                    )      HENDRICKS (Western C.C. Officer)


Responsible because they failed to intervene, knowing about my heart condition and they knew Dr. Brown's treatment was obviously inadequate.

1. I am requesting monetary relief for compensatory, nominal, punitive damages from Dr. Lowell Brown in the sum of $200,000 dollars for violating my 8th amendment right by not providing me with adequate medical treatment. When Dr. Brown knew about my heart condition and he still discontinued the following cardiac medications - PLAVIX, ZOCOR, ISOSBRIDE and NITROGLYCERIN which caused me to go to the outside hospital several times because Dr. Brown discontinued my cardiac medications. As of now I am not receiving the correct medication and am under a lot of discomfort, such as numbness on my left side on and off. Shortness of breathe most of the time; fatigue all the time and I cannot sleep most of the time. Do to the discomfort I am having from Dr. Brown's inadequate treatment. Dr. Brown act in his official and individual capacity.

2. I am requesting monetary relief for compensatory, nominal and punitive damages from Deborah K. Fugua, Health Care Administrator in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when I made Ms. Fugua aware several times about my heart condition and what Dr. Brown had done by discontinuing my cardiac medications. Ms. Fugua act in her official and individual capacity.

3. I am requesting monetary relief for compensatory, nominal and punitive damages from Terry L. Polk, Chief Administrative in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when me and my wife made Warden Polk aware several times about my heart condition and what Dr. Brown had done regarding discontinuing my cardiac medications. But, yet Warden Polk still turned a blind eye to my serious medical need. Warden Polk act in his official and individual capacity.

4. I am requesting monetary relief for compensatory, nominal and punitive damages from Roger A. Zimmerman, Chief Administrative in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when me and my wife made Warden Zimmerman aware several times about my heart condition and what Dr. Brown done regarding discontinuing my cardiac medications. But yet Warden Zimmerman still turned a blind eye to my serious medical need. Warden Zimmerman act in his official and individual capacity.

5. I am requesting monetary relief for compensatory, nominal and punitive damages from Roger E. Walker (Director of the IDOC) in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need when me and my wife made director Walker aware several times about my heart condition and what Dr. Brown, Ms. Fugua, Warden Polk and Warden Zimmerman was doing about my condition. But, yet director Walker still turned a blind eye to my serious medical need. Director Walker act in his official and individual capacity.

6. I am requesting monetary relief for compensatory, nominal and punitive damages from Nurse O'Conner in the sum of $50,000 dollars for violating my 8th amendment right by refusing me my medication several times and Ms. Conner knew all about my heart condition. Nurse O'Conner act in her official and individual capacity.

7. I am requesting monetary relief for compensatory, nominal and punitive damages from Officer Hendricks in the sum of $200,000 dollars for violating my 8th amendment right by refusing me medical treatment when I made Officer Hendricks aware of my condition when I was having chest pains and was out of the Nitro pills. I then informed Officer Hendricks that I have a heart condition and need my medication. Officer Hendricks still refuses to get me some help which caused me to go to the outside hospital that night.
Officer Hendricks act in her official and individual capacity.

I Tony Scott, Has Exhausted All Available
Administrative Remedies At The Western Illinois
Correctional Center, On 6-5-05, It Was denied On 6-16-05
By P. Vincent And i appeal. 7-13-05, It Was denied On 8-1-05
BY Warden Polk And i Appeal 8-5-05. 7-14-05, It was denied
On 8-24-05 by Warden Polk And i Appeal 8-25-05.
7-14-05, It Was denied On 8-1-05 ~~And i Appeal~~ By Warden
Polk And i Appeal 8-5-05. 7-22-05, It was denied on
8-24-05 by Warden Polk And i Appeal 8-25-05. 8-10-05
It Was denied On 8-16-05 by Warden Polk And i Appeal
8-17-05. 9-19-05, It Was denied On 10-13-05 by Warden
Polk And i Appeal 10-16-05. 11-5-05, It Was denied On
11-18-05 by Warden Polk And i Appeal 11-19-05. 2-21-06
It Was denied On 3-9-06 by Warden Zimmerman And
I Appeal 3-10-06.

I Tony Scott, Submitted All grievance Raising The
Matters Stated in the complaint.
I Also Appeal All grievance to the Administrative
Review Board On time.

Tony Scott
Tony Scott
5-23-06

E-FILED
Tuesday, 11 July, 2006  12:53:07 PM
Clerk, U.S. District Court, ILCD

"EXHIBITS"

A,1.) Copys of My Catheterization Report From Cook
County Hospital, And Cermak Health Services, And A
List of Medication i was Take for My Heart, And
Showing i get A New Butter of NiTRO Every Month.

A,2.) A Report Where Dr. Maan El Khadra Testify About My
Heart Condition.

B, ) Copys of Report From Culbertson Hospital

C, ) Copys of Medication Records From Westen health
Care,

D, Copys of Progrese Notes From westen Health care

E.) Copys of EKG, Report From westen Health Care

F. ) Copys of Report From Prairie Hospital

G, ) Copys of Grievance, I File About My heart Condition

H, ) Copys of latter From Me and Marilyn Johnson
Talking About My Heart Condition.

I ) Copys of latter From I.D.O.C,
And They Respons,

EXHIBIT "A" 1.)

COOK COUNTY HOSPITAL

Cardiac Catheterization Report

DIAGNOSIS

PROCEDURE:

Left heart catheterization.
Selective comoary angiogram.

PROCEDURE PERFORMED: The patient was brought to the Cardiac Catheterization Lab
and placed on the cardiac catheterization table. He was prepped and draped in
the usual aseptic manner. Then the right groin was infiltrated with 1%
Xylocaine for local anesthesia. A 6F sheath was introduced percutaneously into
the right femoral artery. Selective coronary angiography was performed using a
6F JL4 and a 6F JR4 catheters respectively. The patient tolerated the
procedure well with no immediate complications.

INDICATION: 44-year-old Black male with stable angina, hypertension,
        hyperlipidemia, current smoker and cocaine use.

Hemodynamics: Aortic pressure 137/82mmHg mean 104mmHg.

Selective coronary angiogram:

Left main coronary artery was normal.

The left anterior decending showed mid 40% focal stenosis, distal 50% focal
stenosis, first diagonal branch 80% diffuse stenosis.

The left circumflex showed minor luminal irregularities.

The right coronary artery was nondominant with mid 50% diffuse stenosis.

Conclusions:

1. Severe one vessel coronary artery disease involving first diagonal branch
   otherwise, mild coronary artery disease.

2. Medical management PCI to D1 if symptoms persist.
Confirmed by EL KHADRA M.D., MAAN (1005), editor MYLES-DIXON, DEBRA (53) on 15-Oct-2004 11:59:39
Confirmed by EL KHADRA M.D., MAAN (1005) on 19-Oct-2004 13:03:55
CONCLUSIONS AND RECOMMENDATIONS

| Test Date: | 30-Sep-2004 | Signed: |
| --- | --- | --- |
| Edit Date: | 19-Oct-2004 | |

Patient ID: 004207483                Patient: Scott, Tony

EXHIBIT A-2.)



## CERMAK HEALTH SERVICES
### OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

      Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

      He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

Respectfully

Andrew Ting MD

Cermak Health Service.

Exhibit A-3.)

1/18/05
Tony Scott
here's the list you requested from your medicine bottles.

Plavix

Dr. A. Defuniak    clopidogrel bisul 75 mg   1 tablet daily
Dr. A. Defuniak    atenolol  25 mg 1 table daily
Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki   Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak    aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day

EXHIBIT A-4

I have to take 2-3 Nitro pills a day, because I am not getting the right medication.  I reserve a new bottle of Nitro pills every month.

**BosWell**
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6285144     09/06/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **
25 TAB
100 9/21/05
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILLW   WESTERN ILLINOIS CORR CTR

**BosWell** 12/21/05
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6285144     11/22/05 03/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
03/31/06)
25 TAB
NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, N92280
08/22/05  03/31/06
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILLW   WESTERN ILLINOIS CORR CTR

**BosWell** 10-6-05
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6285144     09/22/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **
25 TAB
6-07
NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, N92280
08/22/05  12/31/05
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILLW   WESTERN ILLINOIS CORR CTR

**BosWell** 1-5-06
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6203584     12/09/05 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS -BULK ST
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**
25 TAB  92 REFILLS
N92280
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILBU   WESTERN ILLINOIS -BULK ST



**BOSWELL PHARMACY SERVICES**
212 Ohio Street  1-888-688-3288  Boswell, PA 15531

**BosWell** 1-25-06
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6203584     09/27/05 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS -BULK ST
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**
25 TAB  95 REFILLS
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILBU   WESTERN ILLINOIS -BULK ST

**BosWell**
PHARMACY SERVICES   212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #   6285144     11/11/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **
25 TAB
12/1/05
NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE
SI JMM DAH ILLW   WESTERN ILLINOIS CORR CTR

EXHIBIT A-5

I have to take 2-3 Nitro pills a day, because I am not getting the right medication.  I reserve a new bottle of Nitro pills every month.

## BosWell  2/7/06

PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397

RX #   6285144      01/26/06 03/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
03/31/06)

# 29 d.

25 TAB

NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, N92280
08/22/05  03/31/06

NITROQUICK 0.4MG TABLET-S

SI JMM DAH  ILLW

58177-0324-18  ETHE
WESTERN ILLINOIS CORR CTR

## BosWell

PHARMACY SERVICES  189 Elementary Drive, Jennerstown, PA 15547 • DEA# BB5804542 • 1-888-688-3288

RX #   6376160      03/13/06 07/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
TAKE TWICE DAILY S.L. AS
NEEDED (D/C 7/31/06)

3/20/06

25 TAB

NITROQUICK 0.4MG TABLET S
6376160 SCOTT/TONY, N92280
03/13/06 03/13/06  07/31/

NITROQUICK 0.4MG TABLET S

SI JMM DAH  ILLW

58177-0324-18  ETHE
WESTERN ILLINOIS CORR CTR

**BosWell** Scott N92280
PHARMACY SERVICES 189 Elementary Road, Jennerstown, PA 15547 • DEA# 8B5804542 • 1-888-688-3288

RX # 6203584 / 04/08/06 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB 89 REFILLS

10/08

NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHEX
SI JMM SJB ILLS    WESTERN ILLINOIS STOCK

**BosWell** Scott N92280
PHARMACY SERVICES 189 Elementary Drive, Jennerstown, PA 15547 • DEA# 8B5804542 • 1-888-688-328

RX # 6203584 02/28/06 00/00/00 BROWN, LOWE.
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB 90 REFILLS
5-23-06

NITROQUICK 0.4M( TABLET S
58177-0324-18 ETHE
JMM DAH ILLS    WESTERN ILLINOIS STOCK

**BosWell** X-57 Scott N92280
PHARMACY SERVICES 189 Elementary Drive, Jennerstown, PA 15547 • DEA# 8B5804542 • 1-888-688-3288

RX # 6203584 05/27/06 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB 84 REFILLS
6-23-06

NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHEY
SI JMM BDK ILLS    WESTERN ILLINOIS STOCK

EXHIBIT 15-8

SARAH CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

```
---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT     M/R#       PHYSICIAN 169435 E/R
SCOTT TONY`           M  45 6/26/60  7/19/05 117448      SCHROEDER  ROOM:
                     PAT. PHONE: 2177734441
==============================================================================
---PROCEDURE--- CARDIAC ENZYMES                            ORDER # 52659
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
7/19/05 1936   7/19/05 1944    7/19/05 1944   7/19/05 2007    7/19/05 2007
MAW            NJW             NJW            NJW             NJW.
==============================================================================
    CARDIAC ENZYMES

[CK]    CPK                          135       .U/L       (L=21     H=232      )]
[MB]    CPK MB                       0.7      `ng/mL      (L=0.0    H=3.50     )]
[TO]    TROPONIN I                   0.00      ng/mL                           ]
```

**TROPONIN I INTERPRETATION**
```
NORMAL      =  0.00 - 0.40 ng/mL
BORDERLINE =  0.40 - 0.60 ng/ml
DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL
```

Copy

1          MS. HITE-ROSS:  No, your Honor.  Marilyn

2     Hite-Ross for the record.  Miss Crothers is not here

3     today.

4          THE COURT:  Okay.  Miss Sheriff, can you bring

5     out Mr. Scott, please?

6          THE SHERIFF:  Sure.

7          THE COURT:  Good morning, Mr. Scott.

8          DEFENDANT SCOTT:  How are you doing?

9          THE COURT:  I would suggest, Mr. Aguilar, that

10    you have a seat with Mr. Scott.  And the State's

11    Attorneys can all have a seat.

12          It was brought to the Court's attention

13    that after the verdict was entered and the Court

14    took Mr. Scott into custody, that

15    Mr. Scott has a medical condition, and Mr. Aguilar

16    has contacted the physician at Cook County

17    Hospital.  So to accommodate the physician's

18    schedule, we're going to allow the doctor to testify

19    before the post-trial motions are addressed.   The

20    Assistant State's Attorneys have indicated there's

21    no objection to that procedure.

22          So, Mr. Aguilar, you may proceed at this

23    time.

24          MR. AGUILAR:  Thank you.  We will call Dr. Maan

3

EXHIBIT A-2-2

```
 1    El Khadra to the stand.

 2         THE COURT:  Doctor, if you can step up here,

 3    please.

 4              Doctor, would you raise your right hand,

 5    please.

 6                        (Witness duly sworn.)

 7         THE COURT:  Make yourself comfortable.  Please

 8    keep your voice up loud and clear.  Okay.

 9              Mr. Aguilar, you may proceed.

10         MR. AGUILAR:  Thank you, Judge.

11                   DR. MAAN EL KHADRA,

12    called as a witness herein, having been first duly

13    sworn, was examined and testified as follows:

14                   DIRECT EXAMINATION

15                   BY MR. AGUILAR:

16         Q    Sir, in a loud voice, please state your

17    name and spell your last name for the record.

18         A    Maan El Khadra.  I'm a practicing

19    physician in Chicago.

20         THE COURT:  Can you spell your name for the

21    record?

22         THE WITNESS:  E-l-K-h-a-d-r-a.

23         By Mr. Aguilar:

24         Q    And your first name, Doctor?
```

4

EXHibit A-2-3

```
1          A     M-a-a-n.

2          Q     Are you a licensed physician here in the

3     State of Illinois?

4          A     Yes, I am.

5          Q     And are you employed, sir?

6          A     I am employed.

7          Q     By whom are you employed?

8          A     By Cook County Hospital.

9          Q     And how long have you been employed by

10    Cook County Hospital?

11         A     Fourteen years.

12         THE COURT:  Doctor, if you could, adjust that

13    microphone and please speak a little louder.

14         THE WITNESS:  Fourteen years.

15         THE COURT:  We're not in a church.

16         THE WITNESS:  All right.

17         By Mr. Aguilar:

18         Q     And where are you assigned to the Cook

19    County Hospital?

20         A     I'm in cardiology.  I'm intervention

21    cardiologist.

22         Q     How long have you been assigned to

23    cardiology?

24         A     Fourteen years.
```

EXH. B.1 A-2-4

```
1         Q     You said you're licensed in Illinois?

2         A     Yes.

3         Q     Do you have a medical degree?

4         A     Of course.

5         Q     And where did you graduate from with a

6    medical degree?

7         A     From Syria, S-y-r-i-a.

8         Q     And have you taken the equivalency tests

9    to allow you to practice medicine here in the United

10   States?

11        A     Yes.  I had the original training here,

12   and I am board certified.

13        Q     Please explain to the Court the nature of

14   your duties at Cook County Hospital?

15        A     I do all kinds of cardiology duties,

16   including emergencies and angiography, angioplasty,

17   intervention, and all kinds of cardiology.

18        Q     Could you explain to the Court what an

19   angiography is?

20        A     Angiography, that's a catheter that's

21   passed into the heart and gets pictures of the

22   heart's arteries, that's angiography.

23        Q     What are the purposes of conducting an

24   angiography?
```

6

EXHIBIT A-2-5

1          A     To investigate the disease that happens in

2     the coronary arteries that sometimes cause death or

3     angina or some other symptoms.

4          Q     Do you conduct these evaluations yourself,

5     sir?

6          A     Yes.

7          Q     Approximately in the time that you have

8     been at Cook County John Stroeger Hospital, how many

9     of these angiographies have you completed yourself,

10    approximately?

11         A     More than a thousand.  I don't know.  A

12    lot.

13         MR. AGUILAR:  Judge, I ask that subject to

14    cross examination, that the doctor be accepted as an

15    expert in the field of cardiac care and be allowed

16    to render an opinion in that field.

17         THE COURT:  Doctor, the thousand angiographs

18    that you have done --

19         THE WITNESS:  Probably more.

20         THE COURT:  Okay, over a thousand.  And this

21    dealt with blockages?

22         THE WITNESS:  Yes.

23         THE COURT:  And have you also performed any

24    other operations --

7

EXHIBIT A-2-6

```
1            THE WITNESS:  Yes.  We do angioplasties and
2    coronary artery stents.
3            THE COURT:  And what would be the difference
4    between an angiography versus the stents?
5            THE WITNESS:  Yes.  The angiography is just you
6    do pictures and you see what is the matter; and then
7    you decide either surgery or medicine or
8    angioplasty.  Angioplasty is when you go inside the
9    arteries and open the blockages.   And the stents is
10   when you put it in so you can keep it open.
11           THE COURT:  Now, how many angioplasties have
12   you done?
13           THE WITNESS:  Total, or in a year?
14           THE COURT:  Total?
15           THE WITNESS:  A lot.   I don't know.
16           THE COURT:  Approximately?
17           THE WITNESS:  More than 500.
18           THE COURT:  And the stents themselves, how many
19   procedures have you done in that regard?
20           THE WITNESS:  I would have given you the
21   numbers if you told me you needed them.   It was a
22   lot.
23           THE COURT:  Approximately?
24           THE WITNESS:  More than 400.
```

EXHIBIT A-2-7

```
1            THE COURT:  All right.  The Court finds that

2       Dr. El Khadra is qualified to render an opinion

3       regarding the heart condition as it applies to

4       Mr. Scott.

5            You may proceed, Mr. Aguilar.

6       MR. AGUILAR:  Thank you, Judge.

7       Q    Doctor, as part of your duties for Cook

8       County Hospital, do you see patients that are housed

9       in Cook County Jail?

10      A    That's not part of the hospital.  That's

11      additional.  That's voluntary.  But I am paid for

12      that, yes, but it's voluntary.  I don't have to do

13      it.

14      Q    So you do see individuals that are housed

15      at Cook County Jail, correct?

16      A    Correct, yes.

17      Q    But they are seen where, at Cook County

18      Hospital?

19      A    No, at Cermak.

20      Q    Cermak Hospital?

21      A    Yes, the hospital for the corrections.

22      Q    Now, do you yourself go to Cermak

23      Hospital, Doctor?

24      A    No.  I just go just to see whatever
```

EXHIBIT A-2-8

```
 1    cardiology is done there.  I help them.

 2         Q    Now, do you remember doing any type of

 3    evaluations on a person by the name of Tony Scott?

 4         A    Yes.

 5         Q    And would this person's birthday be

 6    June 26, 1960, approximately, sir?

 7         A    Yes.

 8         Q    And for what reason were you asked to do

 9    an evaluation on Mr. Scott, do you recall?

10         A    His physician referred him to us to see.

11         Q    And who was his physician, Doctor, do you

12    recall?

13         A    I don't remember.  There's many of them.

14    But I don't know who his was.

15         Q    Do you recall approximately --

16         THE COURT:  By the way, Doctor, did you bring

17    any records with you?

18         THE WITNESS:  Yes, I gave them to him.

19         THE COURT:  Let him use the records to refresh

20    his memory.

21         By Mr. Aguilar:

22         Q    Showing you what's been marked as Defense

23    Exhibit No. 1 for identification.  Sir, are you

24    familiar with what that is?
```

10

ExHibit A-2-9

1        A      Yes.

2        Q      And could you tell the Court what Defense

3    Exhibit No. 1 is?

4        A      That's the coronary angiography we

5    performed.

6        Q      Was it done for Mr. Scott?

7        A      That was for Mr. Scott.

8        Q      Do you see Mr. Scott in court today, sir?

9        A      Yes, I do.

10        Q      Could you please point to him and indicate

11    by an article of clothing who he is?

12        THE COURT:  Do you see Mr. Scott in court?

13        THE WITNESS:  Yes.

14        By Mr. Aguilar:

15        Q      Please point to him and indicate who he

16    is, sir.

17        A      Which one, you mean?

18        Q      Yes.

19        A      That one.  (Indicating.)

20        MR. AGUILAR:  May the record reflect the

21    in-court identification, your Honor?

22        THE COURT:  The record may so reflect.

23        MR. AGUILAR:  Judge, if there's no objection by

24    the State, I would ask that the witness be allowed

11

EXHIBIT A-2-10

```
 1    to refer to Defense Exhibit No. 1 as he testifies.

 2         THE COURT:  Any objection?

 3         MS. HITE-ROSS:  No.

 4         THE COURT:  Okay.

 5         By Mr. Aguilar:

 6         Q    Now, when was the test date on Mr. Scott?

 7         A    I think sometime in October, October 15th.

 8         Q    Could I ask you to look at Defense Exhibit

 9    No. 1 to refresh your recollection as to when the

10    test date was?

11         A    Yes.

12         Q    Is your recollection now refreshed as to

13    the test date?

14         A    It's the 15th, right, October 15th.

15         Q    Okay.  And what, if anything -- what, if

16    any, tests were conducted on Mr. Scott?

17         A    What other tests?

18         Q    What tests were conducted?

19         A    This one, coronary angiography.

20         Q    Could you explain exactly why that --

21         THE COURT:  Doctor, could you speak right into

22    that microphone, please.  That's it.

23         THE WITNESS:  Coronary angiography.

24         By Mr. Aguilar:
```

12

EXHIBIT A-2-11

1      Q    Could you please state or describe to the

2   Court the reason for having that test conducted on

3   Mr. Scott?

4      A    Two reasons.  He had a history of coronary

5   artery disease.  He had angiography about six months

6   before that, before the first time I saw him.    But

7   that was out of the State.  And then he was

8   complaining of chest pain.  He was having chest

9   pain.

10     Q    And did you personally conduct the

11  angiography?

12     A    Yes, I did.

13     Q    And what did you do?  What procedures did

14  you undertake in conducting the angiography and what

15  were you looking for?

16     A    Describe the procedure?

17     Q    Yes.

18     A    We go from the groin, and we go into the

19  heart, and we get pictures of the coronary arteries,

20  which is the heart arteries.

21     Q    Were you able to determine whether or not

22  there were any problems, cardiac problems, with

23  Mr. Scott?

24     A    Yes.  There is problem, yes.

13

1    Q    Please describe in particular what these

2    problems were?

3    A    Well, most people have three coronary

4    arteries.  And one of the branches of one of his

5    major coronary arteries has significant blockage.

6    Q    How much?

7    A    That's called diagonal artery, which is

8    one of the branches of the arteries.  And it has

9    significant disease.

10    Q    And what percentage again was the

11    blockage, sir?

12    A    Significant, more than eighty percent.

13    Q    Were there any other arteries blocked,

14    sir?

15    A    One of the major three ones had about

16    forty or fifty percent blockage.

17    Q    Could you tell the Court what, if any,

18    medications or procedures can be done to alleviate

19    the situation?

20    A    We have two options in this condition;

21    because surgery is not an option, it's not worth the

22    risk of surgery.

23    Q    Why is that, sir?

24    A    Because only one vessel is diseased.  So

14

Exhibit A-2-13

1    the surgery risk is not justified.   Then you are

2    left with two options, either medical therapy,

3    medications, stopping smoking and giving

4    medications, try to treat the cholesterol.   And that

5    works most of the time.

6             The other option is angioplasty.   We did

7    not do angioplasty on him because of the location of

8    the blockage and the way it is.   The risk is a

9    little bit more than the benefit.   So we had to go

10   with medical therapy.

11        Q    Could I ask you to please describe to the

12   Court actually how an angioplasty is conducted and

13   what, if anything, you seek to resolve through the

14   angioplasty?

15        A    Through the catheter, we pass a wire into

16   the blocked artery.   We pass a wire.   And over that

17   wire, we pass a small balloon, deflated balloon.   We

18   go into the blockage, and we open that balloon.   And

19   then we take the balloon out, and we pass a stent

20   over the same wire, and we deploy the stent to where

21   the blockage is.   And it depends upon the anatomy,

22   we decide what to do.   Sometime we use only the

23   balloon.   Sometimes we use the stent.   Sometimes

24   there are so many blockages, that we elect to go for

15

EXHIBIT A-2-14

1    surgery.

2         Q    In terms of Mr. Scott, you stated that

3    angioplasty was not warranted at this time.  Was it

4    an option, a viable option?

5         A    It is an option.  But because of the

6    anatomy, because of the location, there's a small

7    branch coming there, too, we could take care of one

8    branch, then we include the other one, so it's

9    really not worth the other risk.  So we elected to

10   go to medicine.  And that's what is the consensus of

11   everybody.

12        Q    Was the option of angioplasty offered to

13   Mr. Scott?

14        A    It's still an option if the medication

15   will fail.  Then -- and if he's willing to take the

16   risk; then, yes, we can do angioplasty.  We can try

17   to do angioplasty, but there is a risk of causing a

18   small heart attack.

19        Q    A small heart attack?

20        A    Yes.

21        Q    What could result if that occurs, sir?

22        A    Well, the blockage is in a small artery in

23   his condition.  So even though he's having chest

24   pains, it's not going to cause a big problem for

                              16

EXHIBIT K-2-15

1    him.    But doing angioplasty, it may relieve the

2    pain, but it's going to cause damage to the other

3    branch.

4        Q    It will cause damage?

5        A    It may.    It may.    We may get lucky with

6    doing it, but it's very complex for a small artery,

7    and we thought the risk does not outweigh the

8    benefit.

9        Q    What is the risk factor you would

10   associate with an angioplasty if it was done to

11   Mr. Scott given his particular situation?

12       A    The risk factor?

13       Q    Yes.

14       A    We could include the artery.    We could

15   include another branch.    If we do that, then he will

16   have a small heart attack.

17       Q    Do you know whether or not Mr. Scott is

18   undergoing any treatment at Cermak Hospital at this

19   time?

20       A    He's getting medical therapy.

21       Q    And how do you know that, sir?    Did you

22   talk to anybody at Cermak?

23       A    I know he's getting it because whenever

24   there is any question, they send him back to the

17

EXHIBIT A-2-16

1    clinic where we can see him.   There's two of us

2    that take care of the clinic.   And we can see him

3    frequently.

4         Q    But at this point, he's being medicated at

5    Cermak Hospital?

6         A    That's my understanding, yes.

7         Q    Do you know the type of medication that he

8    would be taking at Cermak?

9         A    I'm not sure about the exact medication.

10   I mean, we can get his record, if you would like,

11   from there.

12        THE COURT:   Doctor, he's being treated by way

13   of medication?

14        THE WITNESS:   Yes.

15        THE COURT:   How long of a medication therapy is

16   contemplated until you would have to consider other

17   the options?

18        THE WITNESS:   It's up to him to decide if he's

19   willing to take the risk.   I mean --

20        THE COURT:   Well, let's assume that he says to

21   you, "I just want to take the medication right now."

22        THE WITNESS:   That's a good option.   For how

23   long?

24        THE COURT:   So you don't say, "Well, if it

18

EXHIBIT A-2-17

1    doesn't dissolve after six months, then..."

2         THE WITNESS:  If the pain is becoming more --

3    if it becomes more symptomatic and the pain is still

4    limiting him, we can still do the angioplasty.  But

5    it's not the classic one, the one where it's the

6    main artery that's blocked, and he will have

7    significant benefit out of it.  Then we would have

8    done it.  It's more of a smaller branch that is the

9    disease.

10         THE COURT:  So the main artery is not blocked?

11         THE WITNESS:   The main artery, this is the

12    one I told you is forty to fifty percent.  That's

13    the main one.  But the one that is causing the pain

14    is a smaller one.

15         By Mr. Aguilar:

16         Q    Doctor, I show you what is marked as

17    Defendant's Exhibit No. 1.  That is a cardiac

18    catheterization report, right?

19         A    Yes.

20         Q    And is this one that was issued by you as

21    a result of the angiograph?

22         A    Yes.

23         Q    And is that a true and accurate copy or

24    xerox copy of the original, sir?

                          19

EXHIBIT A-2-18

1          A     Yes.

2                MR. AGUILAR:   Judge, I have no further

3      questions.

4                THE COURT:   Miss State's Attorney.

5                          CROSS EXAMINATION

6                          BY MS. HITE-ROSS:

7          Q     Have there been any future surgeries

8      scheduled by Mr. Scott?

9          A     That is a possibility if the pain becoming

10     crippling to him; then, yes, we can try the

11     angioplasty.

12         Q     And the initial surgery that you did in

13     October, was that performed because there was no

14     medication procedure that you could do?

15         A     He was starting on medication anyway.  He

16     had this problem six months before he came to jail.

17     And he was in another hospital where he had

18     angiogram there, too.  So he did have another

19     angiogram six months before he came into the

20     hospital.

21         Q     So you're just following up on a previous

22     diagnosis before he came to the Cook County Jail?

23         A     No.  He was told exactly what we found,

24     that he had two blockages, and they did not open it

                            20

ExHiBiT A-2-19

**E-FILED**
Tuesday, 11 July, 2006 12:53:23 PM
Clerk, U.S. District Court, ILCD

1     at that time.  So when he came in, he was still

2     having chest pain, but we started him on more

3     medication.  And since then, he has been stable.

4         Q     Is it his decision whether or not he has

5     this additional surgery for this other blockage, the

6     eighty percent blockage?

7         A     It's not his decision.  It's the way his

8     symptoms are.   If the symptoms becoming

9     significant, then we can try the risk.  You have to

10    understand that we may go in and cause more problem

11    than benefit, and that's what -- we weigh the risk

12    and the benefit.  Otherwise we would have opened it

13    some time ago.

14        Q     So you're not at the point yet that you

15    feel it's necessary to go in and do this additional

16    surgery given the risk factor, correct?

17        A     Yes.

18        MS. HITE-ROSS:  I have nothing further.

19        THE COURT:  Okay, Doctor.  In the presentence

20    investigation report, it indicates that Mr. Scott

21    told the person that was interviewing him that he

22    had four heart attacks and a stroke.  Is that

23    reflected in your records?

24        THE WITNESS:  If I remember correctly, he said

                              21

EXHIBIT A-2-20

```
1     that he had two heart attacks, and he had a stroke

2     before, yes.

3          THE COURT:  Okay.  And the report indicates

4     that one artery is 100 percent blocked?

5          THE WITNESS:  That's the heart.  It has nothing

6     to do with the stroke.  The stroke is different

7     subspecialty.  The stroke is a neurospecialty.

8          THE COURT:  All right.  But I'm saying the one

9     artery -- the report says 100 percent blockage.

10    It's eighty percent blockage, though?

11         THE WITNESS:  Yes.

12         THE COURT:  And the main artery is fifty

13    percent blocked?

14         THE WITNESS:  Yes.

15         THE COURT:  Is it your understanding that the

16    Department of Corrections also provides heart

17    treatment?

18         THE WITNESS:  They do, yes.

19         THE COURT:  Mr. Aguilar, any further

20    questions?

21         MR. AGUILAR:  Thank you, no, your Honor.

22         THE COURT:  Miss State's Attorney?

23         MS. HITE-ROSS:  No, thank you, your Honor.

24         THE COURT:  Okay.  Thank you, Doctor.
```

22

# CULBERTSON HOSPITAL - RUSHVILLE, ILLINOIS

## AFTER CARE    INSTRUCTIONS

| NAME | DATE | ATTENDING PHYSICIAN | NURSING STAFF |
|------|------|---------------------|---------------|
| Tony Scott | 7-14-05 | USS | IR |

### ☐ FOLLOW UP INSTRUCTIONS
- ☐ Keep clean/dry. Return in ____ days for follow up.
- ☐ Keep elevated higher than level of heart.
- ☐ Apply intermittent ice bag for ____ hours.
- ☐ May take _____ for discomfort.
- ☐ Return or check with your doctor
  if the following occur:
  - -Area becomes red, swollen or hot.
  - -Area breaks open, drains or has foul odor.
  - -Bleeding continues/Red streaks develop.
- ☐ Warm/Soapy soaks ____ times a day.
- ☐ Cold/Soapy soaks ____ times a day.
- ☐ Warm/Moist packs ____ times a day.
- ☐ No weight bearing ☐ Crutches as directed
- ☐ Apply splint and/or ace wrap as directed. Check frequently for:
  - -Change in color of fingers/toes.
  - -Increased pain/swelling in area.
  - -Numbness and tingling.
  - -Reapply if too loose or too tight.

### ☐ TETANUS INSTRUCTIONS
You were given ☐ Tetanus Toxoid,
☐ Dip ☐ DPT ■ Hyper Tet.
☐ You should complete your series
of tetanus immunization with your
own doctor, with an additional
injection in one month and again
in two months or as he/she directs.

### ☐ HIGH BLOOD PRESSURE Today's B/P ____
Your B/P was found to be high. A single pressure
reading does not mean that you have a diagnosis
of hypertension. It may be high because you are
upset about being here. We suggest you have your
B/P checked by your doctor.

### ☐ URINARY TRACT INFECTION
Drink 8-10 glasses of fluid daily.
Urine test should be checked with your
doctor after completion of your medication.

### ☐ MEDICATION INSTRUCTIONS
- Take only as directed. Do not Share.
- ☐ Take with food/milk. ☐ Push fluids.
- ☐ Do not consume alcohol with med.
- ☐ Do not drive or operate machinery with med.
- ☐ Med. may cause drowsiness.

### ☐ FEVER INSTRUCTIONS
A fever does not necessarily indicate
a dangerous infection. If temp is 101 F
rectally or 102 orally or above you may
want to do the following:

| WT | DOSES OF TYLENOL LIQUID |
|----|-------------------------|
| 6-11 (lbs) | ¼ tsp. |
| 12-17 (lbs) | ½ tsp. |
| 18-22 (lbs) | ¾ tsp. |
| 23-34 (lbs) | 1 tsp. |
| 35-47 (lbs) | 1½ tsp. |
| 48-59 (lbs) | 2 tsp. |

Tylenol can be given every 4 hours.
☐ May take ____ Tylenol tablet(s) every
4 hours for fever and/or discomfort.

☐ If temperature is 103 F or above; bathe the
child 30-60 min. in lukewarm water (NO ALCOHOL)

☐ Give plenty of fluids (7 up, jello, popsicles,
juices, ice chips, etc.) Call your doctor if:
- Convulsions or jerks.
- Spots or rash appear.
- No improvement.

### ☐ ANTIBIOTIC INSTRUCTIONS ____ Name
You have been given an antibiotic to fight
infection. Tylenol can be given with an antibiotic.
1. Take all the antibiotic as directed.
2. Do not share the antibiotic with others.
3. Observe for any reaction such as rash.
4. Many antibiotics cause vomiting or
diarrhea as a side effect but this should
not be considered an allergy to the drug.
Consult your doctor.
5. Return or call your doctor if there is no
improvement in your condition, you develop
signs of allergic reaction or your
infection seems to be worsening.
6. This antibiotic is not a pain pill.
Please take it as prescribed.

### ☐ EYE INJURY
- ☐ Eye patch should be worn ____ hours.
Do not drive while wearing patch since vision
will be impaired.
- ☐ Wash hands. Apply ointment or drops to the lower
eyelid then close. Use as directed. When replacing
eye patch close both eyes and be sure patch keeps
eyelid shut. Do not touch top of squeeze container
on anything.
- ☐ Do not rub your eyes. The more you rest your
eyes, the better the affected eye will feel.
- ☐ Wear sunglasses ☐ No TV/Reading

### ☐ VOMITING/DIARRHEA
Ingest no solid food for ____ hours.
Use clear liquids for ____ hours.
(weak tea, broth, jello, gatorade, 7-up)

### ☐ CARE OF HEAD INJURY
1. Avoid strenuous activity.
2. Apply icebag to area.
3. Take _____ for
headache or discomfort
every 4 hours.
4. Light diet after injury.

#### RETURN IMMEDIATELY IF:
1. Unusual behavior/irritability
2. Unusual drowsiness
3. Severe headache
4. Change in vision or difference
in pupil size.
5. Vomiting more than once.
6. Difficult to arouse
7. Drainage from ears or nose.
(Blood or clear fluid.)
8. Increased stiffness of neck
9. Weakness or loss of coordination
of arms/legs
10. Jerking or convulsions

### ☐ CAST CARE
1. Keep elevated higher than
level of heart.
2. DO NOT put anything inside
of cast.
3. Wiggle fingers/toes frequently
4. Do not pick cotton out of cast
5. Do not hit cast or get wet
6. NOTIFY DOCTOR IF:
-persistent pain
-swelling/numbness
-foul odor or discharge
-cast too loose or tight
-break in cast
-burning sensation
-cold, pale or blue fingers/
toes
-skin irritation

### ☐ X-RAY
YOUR X-RAY READING IS ON A PRELIM-
INARY BASIS. THE FINAL REPORT WILL
BE MADE BY RADIOLOGIST. YOU WILL BE
NOTIFIED OF ANY DIFFERENCE.

### ☐ EKG
YOUR EKG INTERPRETATION IS ON A
PRELIMINARY BASIS. IT WILL BE FURTHER
REVIEWED. IF FURTHER TREATMENT IS
REQUIRED YOU WILL BE NOTIFIED.

### ☐ CULTURE
CALL YOUR DOCTOR IN 48 OR 72 HOURS
FOR YOUR CULTURE REPORT AFTER
10:00 A.M.

### CULBERTSON HOSPITAL EXCUSE
No School ____ days
No P.E. ____ days
No Work ____ days
No Work until you see
Dr. ____ on ____
May return to school ____
May return to work
with full activity ____
May return to work
with the following restrictions.
____
____
May return to work but cannot lift
over ____ lbs.
Treated for injury/illness on ____
By Dr. ____
Name ____

### OTHER INSTRUCTIONS
Continue home medications if/as
needed.

## IF NOT IMPROVED OR IF YOU BECOME WORSE, SEE YOUR DOCTOR OR RETURN TO THE EMERGENCY CENTER.

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE INSTRUCTIONS AND THEIR EXPLANATION.

X _____

| PATIENT'S SIGNATURE/AUTHORIZED PERSON | | ☐ CALL OFFICE TO MAKE APPOINTMENT TO SEE YOUR DR. IN ____ DAYS. |
|---|---|---|
| REFERRED TO DR. | DATE | TIME | ADDRESS | APPOINTMENT |

EXHIBIT B-2

Sarah D. CULBERTSON

238 South Congress • P.O. Box 440
Rushville, IL 62681
Telephone: (217) 322-4321

1435 2050

| PATIENT NO. | MR NO. | SUBTYPE | PATIENT TYPE | ADMIT DATE | TIME | DISCHARGE DATE | TIME | ROOM # |
|---|---|---|---|---|---|---|---|---|
| 169435 | 117448 | ER | E/R | 07/19/05 | 19:37 | 07/19/05 | 19:37 | |

PATIENT NAME (LAST NAME FIRST): SCOTT TONY
PATIENT'S PREVIOUS NAME:
SOCIAL SECURITY NO.: [redacted]
PREVIOUS ADMIT DATES:

STREET ADDRESS: RR 4 BOX 196 — CITY: MT STERLING — STATE: IL — ZIP: 62353 — HOME PHONE: 217-773-4441 — COUNTY: BROWN

[redacted] — AGE: 45 — MS: S — SEX: M — RACE: B — CALL/RELIGION: PROTESTANT — ACCIDENT TYPE/PLACE: /ONSET OF I — TIME: 19:37 — DATE: 07/19/05

PATIENT'S EMPLOYER: — EMPLOYER ADDRESS: — CITY: — STATE: 00000 — ZIP: — WORK RELATED: Y / N — PATIENT'S OCCUPATION:

GUARANTOR'S NAME: HEALTH PROFESSIONALS — ADDRESS: 9000 N LINDBE PEORIA IL 61615 — TELEPHONE: 309-272-1536 — GUARANTOR EMPLOYER NAME:

EMERGENCY NOTIFICATION NAME: — RELATIONSHIP: — ADDRESS: 00000 — TELEPHONE: 000-000-0000

EMERGENCY NOTIFICATION NAME: — RELATIONSHIP: — ADDRESS: — TELEPHONE:

| FIN CLASS | INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| CB | PRIMARY INSURANCE PAYOR: HEALTH PROFESSIONALS | 99999 | | |
| | SECONDARY INSURANCE PAYOR: | | | |
| | TERTIARY INSURANCE PAYOR: | | | |

ADV DIR: Y / N — MODE OF ARRIVAL: ___ Rescue ___ Priv. Car — CHIEF COMPLAINT: — ADMIT CLERK: PM

DR. NO.: 100900 — ATTENDING DOCTOR: SCHROEDER JENNIFER S — ADMITTING DOCTOR: SCHROEDER JENNIFER S — FAMILY DOCTOR: BROWN LOWELL

**HISTORY & PHYSICAL FINDINGS**

Copy

**TREATMENT SERVICES**

**IMPRESSION DIAGNOSIS**

ICD-9

CPT

E-CODE

**TESTS** TIME LAB CALLED ______ TIME RESULTS OBTAINED ______ TIME X-RAY CALLED ______ TIME REPORT OBTAINED ______

Received
JUL 20 2005
Western Illinois Corr. Center
Medical Records Dept.

M.D. Review
Date: 7-20
Doctor:
☐ Pull Chart
☐ See Patient
☑ File

Physician Signature: ____________ Date 7/19/05

*Reminder: also sign Emergency Room Notes

## CURRENT PROBLEM / HISTORY

Arrival FCA c̄ c/o Lt ant chest pain Since c̄ 3pm today State pain worse c̄ inspiration, Appears to be in b distress ___ Stg ___ pt.

**RELATED MEDICAL HISTORY** ☐ Denies ☐ Unknown  385mg Nx CAB, HI HTN ↑Chol

**TREATMENT / CARE PRIOR TO ARRIVAL**  ASA/WICC Healthcare nurse

**CURRENT MEDICATIONS** ☐ Denies ☐ Unknown  See copies

**ALLERGIES** ☐ Denies ☐ Unknown  Family Hx Mother + younger brother had bypass

| LMP | LAST TETANUS | HEIGHT 5'9" | WEIGHT 788 ☐ ACTUAL ☐ APPROX. | VISUAL ACUITY ___ L ___ R |
|---|---|---|---|---|

| Time | BP | P | R | T | SaO₂ | TREATMENT / PROCEDURE |
|---|---|---|---|---|---|---|
| 1735 | 149/82 | 63 | 20 | 98 | 97% RA | ☐ One Touch ___ ☑ Cardiac Monitor ___ ☐ Ice Pack ___ ☐ Wound Prep ___ |

Got pt. off ___

**LEVEL OF CONSCIOUSNESS**
☑ Alert
☐ Lethargic  3
☑ Oriented
☐ Confused
☐ Unresponsive

**SKIN**
☑ Normal  ☑ Dry
☐ Pale  ☐ Diaphoretic
☐ Flushed  ☐ Cool
☐ Jaundiced  ☐ Hot
☐ Cyanotic

**CHEST**  L  R
☐ Clear  ☐ ☐
☐ Pain  ☐ ☐
☐ Rales  ☐ ☐
☑ Rhonchi  ☐ ☐
☐ Wheezes  ☐ ☐
☐ Decreased  ☐ ☐
☐ Absent  ☐ ☐

**RESPIRATIONS**
☑ Normal
☐ Labored
☐ Shallow

**ABDOMEN**
☐ Normal
☐ Tender
☐ Distended
☐ Rigid
☐ Pain

**BOWEL SOUNDS**
☐ RUO  Hypo-___
☐ RLO  Normal ___
☐ LUQ  Hyper-___
☐ LLO  Absent ___
☐ Epigastric
☐ Umbilical
☐ Suprapubic

**AIRWAY / VENTILATION**
☐ Nasal Airway  TIME
☐ Oropharyngeal  ON: ___ OFF: ___
☐ Bag mask
☐ Endotracheal Tube
☐ Oxygen ___ LPM
  ☐ Mask  ☐ Cannula

**IMMOBILIZATION**
REMOVED BY: ___  TIME ON: ___ OFF: ___
☐ Cervical Collar
☐ Sandbags / blanket rolls
☐ Short Spine Board  ☐ Straps
☐ Long Spine Board  ☐ Blocks

**PULSES**  R  L
Radial
Femoral
Tibial
Pedal
O-Absent  +2-Normal
+1-Weak  +3-Bounding

☐ Last BM
☐ Last Oral Intake
☐ Last Emesis

| MEDICATIONS | TIME | INIT. | RESPONSE / TIME | MEDICATIONS | TIME | INIT. | RESPONSE / TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| SL / IV | NEEDLE BRAND & GAUGE | SITE | # OF ATTEMPTS | START TIME | INITIALS | IV SOLUTION | RATE | TOLERATED BY PATIENT | AMOUNT INFUSED |
|---|---|---|---|---|---|---|---|---|---|
| IV | 20 g | R H EST/EMS | | 1935 | HR | NS | KVO | | |

SL / IV - DC'd ☐ INTACT ☐ DRESSING c̄ CARE INSTRUCTIONS

Valuables ☐ Sent c̄ Patient  ☐ Sent c̄ Family

Physician Signature: ___  Date 7/19/05

Nurse's Signature: Heather Rea Rn  Date 7-19-5

| ADMISSION | DISPOSITION |
|---|---|
| Room ___ | TREAT & REL 2050 |
| Time ___ | LEFT A.M.A. ___ |
| Report Called To: ___ | EXPIRED ___ |
| ___ | D.O.A. ___ |
| Time: ___ | TRANSFERRED ___ |

CMH  Sarah D. CULBERTSON Memorial Hospital  238 South Congress • P.O. box 440  Rushville, IL 62681  Telephone: (217) 322-4321

Page 2 of 2

**EMERGENCY ROOM NOTES**

EXHIBIT B-4

Tony Scott

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33    Sarah D. Culbertson Memorial Hospital
**EMERGENCY PHYSICIAN RECORD**
Chest Pain    (5)

DATE: 7/19/05  TIME: 1950  ROOM: GR 3  ☐ EMS Arrival
HISTORIAN: _patient_ spouse paramedics _____
___ HX / ___ EXAM LIMITED BY: ____ ∅

## HPI

**chief complaint:** ☐ chest pain / discomfort

started: 3 pm today. Inmate @ WIC
(w U.H.T. Standby) Assoc SOB. Right arm
pain
☐ onset @ rest
___ time of onset between 4AM and 7AM

**time course:**
☐ present  better          constant  "waxing & waning"
gone now                   intermittent episodes lasting
lasted ___                 worse / persistent since
resolved on arrival in ED

**quality:**
☐ pressure       location of pain:
tightness
indigestion
burning
dull
aching
sharp
☐ stabbing
"pain"
"numbness"
"like prior MI"

**radiation:** none  diagrammed above Right arm

**associated symptoms:**
vomiting _denies_     ☐ shortness of breath ✓
nausea _denies_       ☐ sweating _denies_
                     ☐ syncope _denies_

**worsened by:**      **relieved by:**  nitroglycerin (1 2 3 __
change in position    sitting up     patient's own supply
deep breaths / turning  rest         given by paramedics
exertion              antacids       relief- none / partial /
nothing               nothing        complete / transient
                      nitro       Oxygen  NRB ___L

**onset during:**     **severity:**
sleep rest light activity   maximum (1-10)  6
mod. / heavy exertion       mild moderate severe
emotional upset             when seen in ED: (1-10) __
cannot recall               gone almost gone mild moderate severe
                           residual discomfort in arm (R/L)

Similar symptoms previously  Known CAD - single
vessel disease. Reports being scheduled
for bypass (cardiac) to carry out jail sentence
next wk
Recently seen / treated by doctor
Dr. Brown @ WIC

☐ =ACS cardiac risk factors/ chest pain failsafes  see www.emcare.com/failsafes

## ROS

**CHEST / CONST**
fever \
chills \
cough  today. dry.
 sputum \
ankle swelling \
calf / leg pain \

**FEMALE REPRODUCTIVE**
LNMP \
vaginal discharge  N/A
abnormal bleeding  N/A

**NEURO**
headache \
blackouts \
☐ EYES / ENT
blurred vision \
sore throat \
**GI / GU**
abdominal pain \
black / bloody stools \
problems urinating \
**SKIN / LYMPH / MS**
skin rash / swelling \
joint pain \
☐ all systems neg. except as marked

**PAST HX** ___negative___  prior records reviewed
☐ high blood pressure
☐ diabetes  insulin / oral / diet
☐ high cholesterol
☐ heart disease
heart attack (MI) x 3  last 2003
angina / heart failure /
rhythm disturbance

DVT / PE / risk factors _____
GERD _____

emphysema _____
collapsed lung _____
☐ stroke / TIA / CVA
peptic ulcer _____
documented?  yes  no
gall stones _____

other problems reports Plavix , nitro pm
were recently discontinued.

**Surgeries / Procedures**  none  non-contributory
cardiac bypass _____     tonsillectomy _____
cardiac cath  4/05 single vessel  cholecystectomy _____
angioplasty / stent  disease   appendectomy _____
thrombolytics _____       hysterectomy _____
pacemaker _____

**Medications**  none  see nurses note   **Allergies** NKDA
ASA  NSAID  acetaminophen _____   see nurses note __
BCP's _____
Atenolol    Lovastatin .
4C ASA
Vasotec
Isosorbide

**SOCIAL HX**  ☐ smoker _____  ☐ drugs _____
alcohol (recent / heavy / occasional) _____

**FAMILY HX**  ☐ CAD (less than 55yo / greater than 55yo) _____
  TIA  stroke / CAD

1

Pt. Name _____ Date _____

# PHYSICAL EXAM

## GENERAL APPEARANCE

- no acute distress
- alert
- PERRL, ENT nml inspection, pharynx nml

EENT not examined
- PERRL
- ENT nml inspection
- pharynx nml

NECK
- nml inspection

- mild / moderate / severe distress
- anxious / lethargic
- JV
- scleral icterus / pale conjunctivae
- pharyngeal erythema
- abnml TM / hearing deficit
- thyromegaly
- lymphadenopathy ( R / L )*

## RESPIRATORY
- no resp. distress
- chest non-tender
- nml breath sounds

- see diagram
- respiratory distress
- manifests distinct pain on movement of ( R / L ) arm  of trunk
- splinting / decr air mvmnt
- rales
- rhonchi / wheezing

## CVS
- regular rate, rhythm
- no murmur
- no gallop
- no friction rub

- irregularly irregular rhythm
- extrasystoles ( occasional / frequent )
- tachycardia / bradycardia
- PMI displaced laterally
- JVD present
- murmur grade__/6 sys / dias cresc / cresc-decresc / decresc
- gallop ( S3 / S4 )
- friction rub

- decreased pulse(s)
  - R carotd___ fem___ dors ped___
  - L carotd___ fem___ dors ped___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe tenderness)

## GI (ABDOMEN)
- non-tender
- no organomegaly
- nml bowel snds*

## RECTAL not examined
- non-tender
- heme neg stool

- tenderness / guarding / rebound
- abnml bowel sounds
- hepatomegaly / splenomegaly / mass

- black / bloody / heme pos. stool
- tenderness

## SKIN
- color nml, no rash
- warm, dry

## EXTREMITIES
- non-tender
- normal ROM*
- no pedal edema
- no calf tenderness

- cyanosis / diaphoresis / pallor
- skin rash

- pedal edema
- calf tenderness
- clubbing

## NEURO / PSYCH
- oriented x3
- mood / affect nml
- CN's nml (as tested)
- no motor / snsry deficit

- disoriented  to: person / place / time
- depressed affect
- facial droop / EOM palsy / anisocoria
- weakness / sensory loss

Underline indicates organ system
* equivalent or minimum required for organ system exam

Chest Pain - 33

## LABS, EKG & XRAYS:

### CBC
normal except
- WBC  5.2
- Hgb  14.7
- Hct  41.0
- Platelets  228
- segs
- bands
- lymphs
- monos
- eos

### Chemistries
normal except
- Na  141
- K  4.0
- Cl  103
- Mg
- BUN  12
- Creat  1.3
- Gluc  92

### Set 1
- CK  135
- CKMB  6.7
- Troponin  0.00
- UA
- normal except
- WBC
- RBC's
- bacteria
- clip:

### Set 2
- CK
- CKMB
- Troponin
- UA

- PT
- PTT  14.4
- INR  1.3

### EKG MONITOR STRIP  NSR  Rate____

### EKG  __NML  __ABNML  interp. by me  Reviewed by me
- NSR Rate____ nml intervals___ nml axis___ nml QRS___ nml ST/T
- no current signs ischemia
- not / changed from:
- Repeat EKG  unchanged /

### CXR  interp. by me  Reviewed by me  Discsd w/ radiologist
- nml / NAD  no infiltrates___ nml heart size___ nml mediastinum
- no acute cardiopulmonary process
- not / changed from:
- Pulse Ox  96 % on (RA)___ L___ % interp.___ nl / abn

## PROGRESS:
- Time 2000  unchanged  improved  re-examined
- pain not gone completely - given nitro (#2 Sublg?) ambulance )  - pain completely gone

[Handwritten notes]
7040 discussed case c WIC MD to pain who preferred transfer back
WIC for observation status - splint orders written - see sheet

## CLINICAL IMPRESSION:
- Chest Pain - acute precordial
- Chest Wall Pain - acute
- Dyspnea - acute
- Costochondritis - acute
- Myofascial Strain - acute
- Viral Syndrome - acute
- Bronchitis - acute
- Viral Pleuritis (Pleurisy)
- Abnormal EKG
- GERD
- Acute MI
- Unstable Angina
- Pericarditis - acute
- Acute Aortic Dissection
- Pulmonary Embolism
- Acute Pulmonary Edema / CHF
- Atrial Fibrillation - rapid vent. response controlled uncontrolled new-onset chronic
- Pneumonia
- Pneumothorax

1.) Angina
2.) Coronary Art Disease

Discussed with Dr. Brown (WWC)
or Cardiologist@____ AM / PM
will see patient in  office / ED / hospital
Counseled patient / family regarding:
- lab results  diagnosis  need for follow-up

Additional history from:
- family caretaker paramedics
- Rx given
- Admit orders written

CRIT CARE TIME  (excluding separately billable procedures)
- 30-74 min  75-104 min ___ min

DISPOSITION-  home  admitted  transferred  obs
Time  expired  AMA
Follow Up-  arranged  less than 24 hours
CONDITION-  good  fair  poor  critical  improved
  stable  unchanged

PHYSICIAN SIGNATURE- _____
Template Complete

Copy

Exhibit 15-0



HR 60 BPM

GE Medical Systems IT    HELLIGE CONTRAST ®    226 166 00    CE    D 709

140/86 mmHg

GE Marquette  MAC 1200  TONY SCOTT  000014312 CULBERTSON
Male  45 Years (06/26/1960), 70 in, 188.0 lbs

Measurement Results:
QRS        78 ms
QT/QTCB    412 / 412 ms
PR         172 ms
P          118 ms
RR/PP      990 / 1000 ms
P/QRS/T    24/ -9/ 29 degr.

Interpretation:
Normal sinus rhythm
Low voltage QRS
Inferior infarct, age undetermined
Abnormal ECG

Unconfirmed report.

Copy

EXHIBIT B-7

```
                    SARAH D. CULBERTSON MEMORIAL HOSPITAL
                            238 S. CONGRESS STREET
                              RUSHVILLE, IL 62681
    ---PATIENT NAME---   SEX AGE BIRTH-DT ADMIT    M/R#    PHYSICIAN 169435 E/R
    SCOTT TONY             M  45  6/26/60 7/19/05 117448   SCHROEDER  ROOM:
                         PAT. PHONE: 2177734441
    ============================================================================
    ---PROCEDURE--- CARDIAC ENZYMES                        ORDER # 52659
    --ORDERED--    --COLLECTED--    --REC'D--   --RESULTED--      --VERIFIED---
    7/19/05 1936   7/19/05 1944    7/19/05 1944   7/19/05 2007   7/19/05 2007
    MAW            NJW             NJW            NJW             NJW
    ============================================================================
       CARDIAC ENZYMES


    [CK]        CPK                 135      U/L     (L=21        H=232     )]
    [MB]        CPK MB              0.7      ng/mL   (L=0.0       H=3.50    )]
    [TO]        TROPONIN I          0.00     ng/mL                          ]


                    TROPONIN I INTERPRETATION
                    NORMAL     = 0.00 - 0.40 ng/mL
                    BORDERLINE = 0.40 - 0.60 ng/ml
                    DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL
```

SARAH CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

```
 ---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT     M/R#    PHYSICIAN 169435 E/R
 SCOTT TONY            M  45  6/26/60  7/19/05 117448    SCHROEDER  ROOM:
                      PAT. PHONE: 2177734441
```

===============================================================================
```
 ---PROCEDURE--- BASIC METABOLIC PANEL                       ORDER # 52658
 --ORDERED--       --COLLECTED--       --REC'D--    --RESULTED--    --VERIFIED---
 7/19/05 1936     7/19/05 1944     7/19/05 1944   7/19/05 2007   7/19/05 2007
 MAW              NJW              NJW             NJW            NJW
```
===============================================================================

       BASIC METABOLIC PANEL

| | | | | | | |
|---|---|---|---|---|---|---|
| [NA] | SODIUM | 141 | mmol/L | (L=136 | H=145 | )] |
| [K ] | POTASSIUM | 4.0 | mmol/L | (L=3.50 | H=5.10 | )] |
| [CL] | CHLORIDE | 103 | mmol/L | (L=98 | H=107 | )] |
| [CO] | CO2 | 27.0 | mmol/L | (L=21.0 | H=32.0 | )] |
| [GL] | GLUCOSE | 92 | mg/dL | (L=70 | H=110 | )] |
| [BU] | BUN | 12 | mg/dL | (L=7 | H=18 | )] |
| [CR] | CREATININE | 1.3 | mg/dL | (L=0.60 | H=1.30 | )] |
| [CA] | CALCIUM | 8.5 | mg/dL | (L=8.50 | H=10.10 | )] |



Copy

EXHIBIT B-10

```
                    SARAH D. CULBERTSON MEMORIAL HOSPITAL
                             238 S. CONGRESS STREET
                              RUSHVILLE, IL 62681
    ---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT    M/R#    PHYSICIAN 169435 E/R
    SCOTT TONY            M  45  6/26/60  7/19/05 117448   SCHROEDER  ROOM:
                         PAT. PHONE: 217773 4441
    =============================================================================
    ---PROCEDURE--- =>CBC<=                             ORDER # 52657
    --ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
     7/19/05 1936   7/19/05 1944   7/19/05 1944    7/19/05 2006    7/19/05 2006
    MAW             NJW            NJW             NJW             NJW
    =============================================================================
    COMPLETE BLOOD COUNT
    [WB]       WBC             5.2       10^3uL   (L=4.0    H=11.0    )]
    [RB]       RBC             4.73      10^6uL   (L=4.50   H=6.50    )]
    [HG]       HGB            14.7       g/dL     (L=13.0   H=18.0    )]
    [HC]       HCT            41.6       %        (L=40.0   H=54.0    )]
    [MV]       MCV            88         fL       (L=76     H=96      )]
    [MH]       MCH            31.2       pg       (L=27.0   H=32.0    )]
    [CC]       MCHC           35.5   H   g/dL     (L=31.0   H=35.0    )]
    [RD]       RDW            13.2       %        (L=11.0   H=16.0    )]
    [MP]       MPV             7.6       fL       (L=6.0    H=10.0    )]
    [PL]       PLATELET      228         10^3uL   (L=150    H=400     )]
    [N%]       %NEUT          35.9   L   %        (L=45.0   H=70.0    )]
    [L%]       %LYMPH         51.5   H   %        (L=20.0   H=40.0    )]
    [M%]       %MONO           8.5       %        (L=3.0    H=10.0    )]
    [B%]       %BASO           1.30  H   %        (L=0.00   H=1.00    )]
    [E%]       %EO             2.8       %        (L=1.0    H=5.0     )]
    [N#]       #NEUT           1.85  L   x10^3    (L=2.00   H=7.50    )]
    [L#]       #LYMPH          2.66      x10^3    (L=1.50   H=4.00    )]
    [M#]       #MONO           0.44      x10^3    (L=0.20   H=0.80    )]
    [B#]       #BASO           0.07      x10^3    (L=0.02   H=0.10    )]
    [E#]       #EO             0.14      x10^3    (L=0.04   H=0.40    )]
    {          MANUAL DIFF     NOT INDICATED
    {          RBC MORPH       NOT INDICATED
```

EXHIBIT 15-11

USE NAME PLATE OR PRINT PATIENT ID HERE

## PHYSICIAN'S ORDERS

NKDA

Tony Scott

**DRUG ALLERGIES**
ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND
CONTENT MAY BE DISPENSED UNLESS CHECKED ☐

| Date & Time Ordered | ORDERS AND SIGNATURE | Signature of Physician and Nurse attending to order |
|---|---|---|
| 7/19/05 2040 | ① Observation Bed @ NIC | |
| | ② Nitroglycerin 0.4 mg SL prn chest pain — please allow Mr. Scott to carry own personal nitro | |
| | ③ Meds — Isosorbide 30 mg po bid | |
| | Atenolol 50 mg po bid | |
| | Enalapril 5 mg po bid | |
| | ECASA daily | |
| | Lovastatin 40mg po qhs | |
| | ④ medical faculty to reconsider re-addition of Plavix 75 mg po qd. | |
| | ⑤ CPK, MB fraction and troponin I in morning. | |
| | ⑥ Diagnosis — coronary artery disease, angina | |
| | | |

COPY


Exhibits C-1

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

**Transferring Facility:** WICC Center

**Offender Information:**
Last Name: SCOTT    First Name: Tony    MI:    ID#: N92280

**Date:** 7,19 05    **Time:** 600    ☐ a.m. ☒ p.m.

### Transfer Screening (completed by transferring facility health care staff):

**Allergies:** NKA    **Food Handler Approved:**

**Current / Acute Conditions / Problems:** c/o ⊕ ant wall chest pain at interval sm a 3pm — states not

**Chronic Conditions / Problems:** crushing but persistent — m scale of 1-10 says it's 9-1

**Current Medications (name, dosage, frequency, and duration):**
- **Acute Short-term:** SL Nitro discontinued on 6/16/05
- **Chronic Long-term:** see attached med list. I'm states takes these regularly
- **Chronic Psychotropic:**

**Current Treatments:** ECA 325mg po at 600/pm per Dr Brown

**Therapeutic Diets:**

**Follow-Up Care:**

**Chronic Clinics:** ✓

**Specialty Referrals:**

**Significant Medical History:** Past Hx ⊕ MI x 4 (last in 2003) also CVA last cardiac cath at Cook Cty 1/05 — last EKg here 6/16

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:** ☐ Glasses ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___ / ___ / ___   ☐ Hx Psych Med ☐ Hx MPC / STC. Substance Abuse: ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___    ☐ Packet Complete

Print Name and Title: C Mull    Signature: C Mull    Date: 7,19 05

### Reception Screening (completed by receiving facility health care staff):

**Facility:**    **Date:** ___ / ___ / ___    **Time:** ___   ☐ a.m. ☐ p.m.

**Subjective:**
- **Current Complaint:**
- **Current Medications/Treatment:**

**Assessment:**

**Objective:**
- **Physical Appearance/Behavior:**
- **Deformities: Acute/Chronic:**
- T: ___ P: ___ R: ___ B/P: ___ / ___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title: ___    Signature: ___    Date: ___

### For adult transition center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: ___    Date: ___    Time: ___   ☐ a.m. ☐ p.m.

EXHIBIT C-2
p.7

| CLINICAL RECORD | | |
|---|---|---|
| Date and Hour | Drugs, special treatments prn | NURSES' NOTES |
| 7/19/05 | 1945 | Resting supine c̄ HOB ↑ O² on 3L/nc. Rates "chest pressure" a 3 on 1-10 scale. Lab in for bld draw. Monitor on SR 60's ā ectopy? ⟶ 4 Renka |
| | 1950 | X-Ray in for Port CXR — JR |
| | 2000 Nitro SL | Rates pain 3 on 1-10 scale. — HR |
| | 2004 | States pain gone. Rates 0. Monitor remain SR 60's ā ectopy — JR |
| | 2010 | Visiting c̄ complaints @ present —J/C |
| | 2030 | Dr Schrader talking c̄ Dr Brown @ WICC. ⟶ HR |
| | 2050 | D/C back to WICC, escorted back by J guards. D C/o voiced @ D/C Vitals SR 60's ā ectopy. — HR |

CM 123                                    NURSES' NOTES

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:**
___ WIL ___ Center

**Offender Information:**
Last Name: *Scott*   First Name: *Tony*   MI: ___   ID#: *N92280*

Date: *12/10/05*   Time: *1245*   ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: *NKA*   Food Handler Approved: ___

Current / Acute Conditions / Problems: ~~None~~

Chronic Conditions / Problems: *HTN*

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ___

Chronic Long-term: *Nitro 0.4 as directed, Atenolol 50mg BID, ASA 162mg daily, Vasotec 5mg BID, Mevacor 20mg HS*

Chronic Psychotropic: *0*

Current Treatments: *0*

Therapeutic Diets: *0*

Follow-Up Care: *Routine*

Chronic Clinics: *HTN*

Specialty Referrals: *0*

Significant Medical History: *Psych Hx   Hx MI x4 (last 2003) CVA   Cardiac Cath 4/05*

Physical Disabilities / Limitations: *0*

Assistive Devices / Prosthetics: *0*   ☐ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ■ Other: ___   ☐ Packet Complete

Print Name and Title: *B Bower, R.*   Signature: *B Bower, R.*   Date: *12/10/05*

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___   Date: ___/___/___   Time: ___   ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: ___

Current Medications/Treatment: ___

**Assessment:** ___

**Objective:**
Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___   P: ___   R: ___   B/P: ___/___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call:   Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title: ___   Signature: ___   Date: ___/___/___

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature ___   Date ___   Time ___   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)

EXHIBITS C-4

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: Scott    First Name: Tony    MI: _____    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-5-05 10⁰⁰A | NURSE NOTE Screened and Oriented to WIL | Schedule labs @ NP for Htn Chem and eval + break ✓Medicine spn |
| 3/8/05 | Date 3/8/05  Time 11:18 Sticker # _____ Scott, Tony  N92280  S1E12800E32 WA  K Blough | |
| 3-10-05 3 PM | NURSE NOTE Rescheduled Called for 2x C Shaw CN | |
| 3-12-05 2 PM | NURSE NOTE EKG done | A Untergr |

EXHiBiTS C-5

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**_____ Western Illinois Correctional _____ Center**

Offender Information:

Last Name: Scott    First Name: Tony    MI: ___    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-21-05 1050q | BASELINE HYPERTENSION or CARDIOVASCULAR CLINIC | |
| | HPI: Diagnosed 2003 —    MI @ Logan 03. | |
| | started ī chest pain. | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) | |
| | Risk Factors - smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | |
| | Family History: Mother - Triple Bypass 50's Father side Unknown | |
| | Smoking, caffeine, alcohol  Smoking 2 Packs daily | |
| | Meds: past  Same | Schedule ī |
| | Meds: present  Nitro, Plavix, Atenolol, Vasotec, Mevacor, ASA, Isorbide | Optometrist for fundo |
| | PE  Ht 5'0"  Wt 177½#  T 93'  P 62  R 18  BP-1 104/70  BP-2 106/68 | Exam |
| | HEENT  WNL    fundo Schedule ī Optometist | done |
| | Resp  Lungs CTA | |
| | CVS  S₁ S₂    bruits ⊖ | |
| | GI  Soft, B.S. +, No masses Or Organomegaly | |
| | Ext  No peripheral edema | R. mill CNP |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional** Center

Offender Information:

Last Name: Scott   First Name: Tony   MI: ___   ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-22-05 1050a | GU  UA WNC  3-8-05 | Treatment Plan |
| | Back  WNC | Isorbide 10 mg po TO<br>1) Meds<br>EC ASA 325 mg po daily |
| | Neuro  grossly intact | Nitro 0.4 mg PRN<br>Plavix 75 mg po daily x 1 month |
| | Skin  Warm /dry | Atenolol 25 mg po daily<br>Mevacor 40 mg po daily<br>Vasotec 5 mg po daily |
| (A) | Assessment ① CAD - Inferior Wall MI 2003 ② Heavy Smoker | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, electrolytes (if on diuretics) |
| | Rationale | Additional Studies |
| | (SBP - Good   less than 140)   DBP  less than 90 | |
| | SBP - Fair   140 - 160   DBP  90 - 105 | |
| | SBP - Poor  greater than equal to 160   DBP greater than 106 | 3) Diet  regular |
| | Diabetics  less than 135/85 | 4) Patient Education (diet counseling, risk reduction, smoking cessation, exercising) Counseled against wt. lifting |
| | | 5) Placement  No |
| | | Programs  Restrict. |
| | | Assignment |

Noted 3/22/05 per 6:30 pm per KEdwards RN

R. Mill cr

Distribution: Offender's Medical Record  Printed on Recycled Paper  DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

EXHIBITS  C-6
E-FILED
Tuesday, 11 July, 2006  12:53:34 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott    First Name: Tony    MI: ____    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/05 | ~~OPTOMETRIST~~ No show @ fran × 582 | |
| 4/21/05 11:40 AM | OPTOMETRIST (S) Fundus Exam Requested by N.P. Mills | Eye Exam See Chart |
| 6/7/05 8-2vom | OPTOMETRIST | ck & dip new R DL ardere os |
| | Nurse Note | (P) Reassurance |
| 6-8-05 | (S) I sent a request for HCA et NP for Chest pain. I quit taking my meds R it wasn't working. I have a heaviness in my chest. Two times I took 5 nitro's & any aspirin & the nurse wouldn't give me nothin. She didn't care. Nobody answers my buzzers. | Explained aspirin et's are not taken c̄ 5 Nitro. $2⁰⁰ copay Appt c̄ R. Mills 6-10-05. |
| | (O) B/P 130/78 OT 187/6 TW66 R.18. Ø distress noted | |
| | (P) s/r Chest pain | B Beverly |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _Scott_     First Name: _Tony_     MI: _____     ID#: _M2280_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-10-05 | NURSE PRACTITIONER | |
| 22sp | 96° - 18 - 60 - 130/80 - 79  189# | WP _____ |
| (S) | presents ē numerous | (P) |
| | complaints. State | ① Refill nitro _____ |
| | while on lock down took | |
| | 10 Nitro SC over one | ② Refill ASA _____ |
| | week. Has not been | |
| | taking routine meds. | ③ RTC next |
| | for 2 months. | week. 6/14/05 |
| (O) | NAD, well-appearing, | ④ patient |
| | Lungs CTA | Education |
| | S, S₂ | - med. Compliance |
| | | |
| | | |
| (A) | HTN | R miller _____ |
| | CAD | |
| | | rh/sealed 6/10/05 4pm |
| | | a _____ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHiBiTs C-7

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Scott   First Name: Tony   MI: ___   ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/14/05 | NURSE PRACTITIONER | |
| 225p | 97' – 18 – 120/78 – 76   189# | VB |
| | (S) Returns for f.u. c̄ cards q̄ medication. | (P) ① Refer to mental Health for c/o ↑ stress. was on prozac yrs. ago. |
| | Has taken 6 nitro since Friday. 2 on Saturday and another a few hours later. | |
| | Took 1 on monday. | ② RTC Thursday for evaluation by m.d. 6/16 |
| (A) | Smoking 4 cigarettes daily working on court case — therefore states he does not want to stay in infirmary. Agrees to take medication as ordered. agrees to report any symptoms to H.C.U. — on use q̄ nitro | ③ Refused offer to stay in Infirmary until evaluated by m.d. |
| | (O) NAD, well-appearing. | |
| | Enalapril 5 mg po daily #30 issued 4-23-05   5 left Packet | ④ Patient Ed. — medication Compliance — Smoking Cessation |
| | Atenolol 25 mg. po daily #23 issued 4-29-05   14 " " | |
| | Lovastatin 40mg; 1 cap po hs #30 issued 5-11-05   9 " " | |
| | Plavix 75 mg po daily   12 " " | |
| | ASA 325 mg daily #30 issued 6-11-05   #25 left | |
| | Lungs CTA | |
| | Heart S₁ S₂ reg | |
| (A) | CAD Cardiac Catheterization, 10-04 Severe one vessel coronary Disease. | |

R mell ccp 6/15/05 VB

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott — Last Name | Tony — First Name | MI | ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-16-05 | MD SICK CALL | |
| 11:40Am | WT #189 BP 102/70 T 96.4 P 68 R 20 | Buardan |
| | S — Coronary disease. A smoker & | |
| | cocaine abuser with history of | EKG [initials] |
| | inferior MI. | Continue NITRO |
| | O — An 80% lesion of diagonal; other | Statin |
| | vessels ~50%. ECHO ~51% E.F. | Atenolol |
| | Normotensive. Mild Ⓡ hemiparesis. | Vasotec |
| | Heart ~ RSR. No Ⓜ. EKG - WNL | ASA |
| | A — CHD | Will discuss |
| | | [signature] MD [illegible] |
| 6-16-05 | NURSE NOTE | |
| 115P | EKG completed c̄ override | [signature] |
| | monitor | |
| 6/17/05 | Dr. Funk & I believe that observation | DC NITRO S.L. Restart ISOSORBIDE |
| 1830A | is the right approach. S.L. Nitro may | |
| | be d/c'd. Smoking is taboo. | |

[signature]

noted [signature] 6/17/05

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

EXHIBIT C-8

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Scott 1 | Tony | | ID#: N92280 |
| Last Name | First Name | MI | |

| Date/Time | Nurse Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/19/05 5:44 pm | Called to R1 Housing per C/o I/m c/o chest pain — alert, oriented to HCU via w/chair for evaluation S/O "I've had this pain in my left chest since around 3 pm — I need my Nitro & they won't order it" Describes the pain as persistent, not crushing level 6-7 on a 1-10 scale — Appears in no acute distress — holds ① anterior chest wall as point of pain VS B/P 138/76 AP 76 & regular SAO₂ 99 T 98³ skin warn & damp, but cell temperature ↑ also — No respiratory distress noted — lungs clear bilaterally — I/m calm, co-operative                    C Muller | ℞ ECA 325mg po now (gave 1800) transfer by ambulance to Pittsfield or Culberston ER for evaluation T.O Dr Brown C Muller |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott   First Name: Tony   MI: _____   ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-05 9:45 pm | Nurse Note Bct from Hosp. Dr Brown notified. Will be housed in infirmary. To see MD in AM et have labs drawn | |
| 👤 | Housed in Ward C bed 2 B/P 140/70 P 72 R 18 T 97.8 Wt 189 | B Brown R. |
| 7/20/05 7:15 A | Nurse Note. T 95.7 P 64 R 16 BP 133/82 S) Housed in inf p ambulance transfer to ER last noc 2° Chest pain O) A+0 x3. denies any further discomfort, skin warm et dry vitals WNL A) Post chest discomfort | P) Will be eval by MD later today. AMoore RN |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

EXHiBiTS C-9

## ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

Last Name: Scott    First Name: Torney    MI: ____    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/05 1:45 pm HCU | Nurse note ⓢ WALKed to HCU + reported c/o chest pains since 12N, I got SOB + weak going to dietary + back SI discomfort to post Ⓛ side of neck. ⓞ Wt 179% V/S 116/80 60 16 T96.5 Pulse Ox 92% Color gd Skin W/D Ø dyspnea or SOB noted. Ambulating ē diff. No acute distress noted ⓐ R/O Chest pain | Ⓟ Reassurance EKG done. Refer to MD — A Urringer ↑ |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | MI | IDOC: |
|-----------|-----------|-----|-------|
| Scott | Tom | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/26/05 2pm | MD note | Dx 92% ~ 4 cont yrs |
| | Wt 179.4 V: 116/80  60/6  T 96.5  Pulse | |
| | S - the cardiac condition. He is | See CARDIOL. |
| | making charges of poor care. | ASA 162 |
| | We are going to arrange for | NITRO ~3/d |
| | cardiology to update their | Mevacor 20 |
| | recommendations. Mr. Fuqua | Atenolol 50×50 |
| | was here during much of the | ~VASotec 5 d5 |
| | interview, explaining the way | |
| | transfers work in IDOC. | |
| | EKG ~ Early repolarization, | |
| | bradycardia (60) Heart ~ RSR No (m) | |
| | A - C.H.D. | |
| | [signature] MD | Noted S. Scott LPN 10/26/05 |

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHiBiTS C-10

### ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

Last Name: Scott    First Name: Tony    MI: ____    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-10-05<br>10 A | LABORATORY DRAW<br>Date 11/10/05 Time 10A<br>Site LH Sticker #<br>Test Electrolytes    WZ412801490<br>Signature _____ | |
| 11/22/05<br>10⁵⁵ AM | MD NOTE<br>Here for HTN clinic. See flowsheets. | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott  First Name: Terry  MI: ___  ID#: N42280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/5/05 12:50am | Nurse Note ① Rec call from R-1. C/O reported inmate stated has chest discomfort. TO R-1 ē W/C. Found inmate sitting in chair by front door. Inmate told this nurse that he had numbness starting at Ⓛ side of neck radiating all the way down Ⓛ leg. ē chest discomfort and it started 2-3 days ago. ⓞ TO L+R u per W/C. Pulse ⓞx 98⁰. VS 138/80 82 18 T 97³ Color gd. Skin WD. ⊘ cyanosis or SOB noted. Lung sign upr for lick sounds clear. Ambulated to EKG ē diff. No acute distress noted. ⓐ R/O chest pain / Ⓛ side numbness | ℗ Reassurance — Refused to sign #2 copay. Signed by Ms. Havens RN & myself. EKG done. Results normal. Dr. Brown notified by Ms. Havens RN. Orders by MD to return to RU. Return prn — A. Kindya ℗ Was informed to call when problems occur. Do not wait 2-3 days to report problem — A. Kindya |

EXHIBITS  C-11

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional    Center

| Offender Information: |
|---|
| Scott - Tony    ID#: N92280 |
| Last Name    First Name    Mi |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-22-5 10⁵⁵ Am | HYPERTENSION or CARDIOVASCULAR CLINIC | Treatment Plan |
| | PE    Ht 5'10"  Wt 184#  T 95.1  P 72  R 16  BP 122/88 | 1) Meds NITRO Atenolol Vasotec ASA STATIN |
| | HEENT | |
| | Resp    Clear | 2) Labs - (electrolytes if on diuretic) - WNL |
| | CVS    RSR | |
| | GI    ✓ | See Psych (wcn ourt Ref... |
| | Ext    ✓ | |
| | Skin    ✓ | |
| | Assessment    Coronary disease | 3) Diet  Reg |
| | Good - SBP less than 140        DBP less than 90 | 4) Patient Education: i.e., (diet counseling; risk reduction; |
| | Fair - SBP 140 - 160        DBP  90 - 105 | smoking cessation; exercising) EX |
| | Poor - SBP greater than or equal to 160  DBP greater than 106 | |
| | Diabetics less than 140/90 | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

rec'd noted 11/22... bw

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Western Illinois Correctional__    Center

| Offender Information: | | |
|---|---|---|
| Scott | Tony | ID#: n92280 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-9-05 7⁴⁵pm | Nurse Note<br>Brought to HCU per UC for Ⓔ chest pain<br>Ⓢ "It started about 6³⁰pm<br>It's a dull pain in my left<br>chest that comes et goes and<br>my Ⓛ arm/shoulder was numb<br>I've had 3 heart attacks and<br>a stroke. The Doc took me<br>off some of my meds and<br>now I'm having pain.<br>Ⓞ Wt 184 ⁵/₀ 13⁹/₇₀ P. 76 T 96.6 R. 18 SpO₂ 99%<br>EKG - same as previous one done<br>11-5-05<br>Ⓐ Alt in comfort | Ⓟ Call to Dr<br>Brown). May<br>return to HU<br>Offender states<br>"I'm better —<br>I'm good — I<br>can go back<br>to my cell"<br><br><br><br><br><br>B Bowers Rn |

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

Printed on Recycled Paper

EXHIBITS  C-12

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

Offender Information:

Scott _____ Tony _____ ID#: N92280
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-20-05 | *Nurse Note* | |
| 10PM | Turned in empty Nitro SL | |
| | bottle. States he takes 2 every | |
| | day because he is not getting | |
| | the meds he wants — Plavix et | |
| | Isosorbide, and until he gets | |
| | his "proper" meds that he needs | |
| | he will continue to use nitro | |
| | daily. Chart to MD for review | S. Bowers |

* Printed on Recycled Paper

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Scott ~~Forry~~  Last Name | Tony  First Name | MI    ID#: N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-13-05 | MD SICK CALL  WT___ BP___ T___ P___ | |
| 3⁴⁵  ⊄ | Returned from med furlough today  Dr Brown wants to see 12/15/5 | [signature] |
| 12/15/05 | MD SICK CALL | |
| 10⁵⁵ ᴬᴹ | WT 182 BP 138/74 T 96⁷ P 78 R 18 | C Thynk |
| ⊄ | S — Had his consultation with Dr Troy, but more data shall be assembled before a report can be generated. Cath 10/04: LAD has 50% distal; diagonal had diffuse 80%; posterior has 50%. | Should be allowed to work in Barber shop. I will speak to Dr Troy.  DC Medically unassigned |
| | [signature] Brown MD | Read & noted  12-15-05  11:50am  L Thompson Rn |

DOC 0084 (Eff. 6/2002)  (Replaces DC 7147)

Printed on Recycled Paper

EXHIBITS C-13

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Western Illinois Correctional _____ Center

Offender Information:

| Scott | Tony | | ID#: N92280 |
|-------|------|--|-------------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/13/06 | GU ✓ | Treatment Plan |
| 11:00ᴬ | Back ✓ | 1) Meds ordered |
| | Neuro L hemiparesis | |
| | Skin Calluses, bunions | |
| | Assessment Coronary disease | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, |
| | | electrolytes (if on diuretics) WNL |
| | Rationale | Additional Studies |
| | SBP - Good   less than 140        DBP   less than 90 | |
| | SBP - Fair   140 - 160        DBP   90 - 105 | |
| | SBP - Poor   greater than/equal to 160    DBP greater than 106 | 3) Diet Lose 25 LB ! |
| | Diabetics   less than 135/85 | 4) Patient Education (diet counseling; risk reduction; |
| | | smoking cessation; exercising) EK |
| | | |
| | | 5) Placement |
| | | Programs , No restrictions |
| | | Assignment |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

restr noted

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional** ____ Center

Offender Information:

Last Name: _Scott_    First Name: _Tony_    MI: ____    ID#: _N92280_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/13/06 | Annual ~~BASELINE~~ HYPERTENSION or CARDIOVASCULAR CLINIC | |
| 11:15 am | HPI: MI + ? stroke, 2003. left hemiparesis. | |
| | creatinine ~1.4 | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) Ø | |
| | Risk Factors – smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | See OPTOMETRY referral |
| | Family History: + | Renew existing meds. ✓ |
| | Smoking, caffeine, alcohol Ø | Insoles, arch-supports |
| | Meds: past | Size 10 ordered |
| | Meds: present Statin, B blocker, Nitro, ACE, ASA | |
| | PE    Ht 5'10" Wt 187½ T 96° P 78 R 18 BP-1 138/96 ~~BP-2~~   C Mason R | |
| | HEENT   Good dental. Needs optometrics fundo | |
| | | |
| | Resp   Clear | |
| | CVS   RSR                    bruits Ø | |
| | GI   ✓ | |
| | Ext   Pes planus + hallux valgus | |

OVER –
T. Brown NP

restricted   a.g.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBITS  C-14

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Outpatient Progress Notes
### Western Illinois Correctional Center

**Offender Information:**

Last Name: _Scott_   First Name: _Tony_   M/I:   ID#: **N92280**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/5/06 1:30 pm | **NURSE NOTE** EKG done 12/05. | B. Zutu RN |
| 3/9/06 | **LABORATORY DRAW** Date 3/9/06 Time 3:37 Site UALC Sticker # Test CBC, Chem8, lipid Signature K Hazeluss RN   U6D12800632 | |
| 3/13/06 11:15 am | **MD NOTE** here for annual HTN clinic — see flow sheet | (Type) |

Illinois Department of Corrections

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

_____ _____ ___ IDff: _____
Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBITS C-15

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Scott | Tony | ID#: N92380 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/06 2:00p | MD SICK CALL WT 184½ BP 110/80 T 96° P 72 | |
| | Asking for results of cardiac evaluation, and a speedy transfer to Dixon. I will speak to Dr. Troy, who may have a recommendation. | Noted (Ax Re) |
| 1/26/06 1:10p | RU M.D. note T. 96.4 B/P 120/82 P. 78 R 18 WT 189 Has been using nitro on a daily basis. Triggered by precordial pain, randomly. We are awaiting word from Dr. Troy. | Rec'd & noted 1-26-06  1:50pm L Thyson |
| 2/19/06 4:30a | NURSE NOTE ∅ show for AM NSC after submitting yellow request slip. | G. Blink LPN |

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

| Last Name | First Name | MI | IDR: |
|-----------|------------|-----|------|
| Scott | tony | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/04/06 | CLINIC PSYCH | |
| 0905 | S/O: Request. pub a who offer has | P: Seen a request |
| | Expaining numerous problems depression - my care | J.B. Stiles Psy |
| | I've had 3 heart attacks + a stroke. I was | **J.B. Stiles**<br>**Psychologist** |
| | on therapy + medication prior to me coming | |
| | here. I'm locked up for a crime I | |
| | didn't commit. I'm really stressed | |
| | I see double + hear things + talk to | |
| | myself. I feel like I'm more depressed | |
| | I feel sometime like I'd like to go to seg + | |
| | go on a hunger strike + just stay there. | |
| | They not give me a job. I feel like everything | |
| | + everybody is against me. Doesn't want | |
| | anti-depresant medication. | |
| | A: Depression / Physical (Heart) Problems. Doesn't | |
| | want psych meds. | |

EXHIBITS C-16
E-FILED
Tuesday, 11 July, 2006  12:53:46 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| *Scott* | *tony* | *N92280* |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/04/06 | CLINIC PSYCH | |
| 0505 | S/O: Request. Out a white offender was experiencing numerous problems depression - my case. I've had 3 head injury & a stroke. I was on therapy & medication prior to me coming here. I've locked up for a crime I didn't commit. I'm really stressed. I see double & hear things & talk to myself. I feel like I'm more depressed. I feel sometimes like I'd like to go to seg & go on a hunger strike & just stay there. They won't give me a job. I feel like everything & everybody is against me. Doesn't want anti-depressant medication. A: Depression / Physical (Head) Problems. Doesn't want psych meds. | P: Seen in segro. JB [signature]  **J.B. Stiles Psychologist** |

Printed on Recycled Paper

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Last Name: Scott | First Name: Tony | MI | ID#: N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/06 20°p | MD SICK CALL  WT 189½ BP 118/82 T 96° P 72  J.B. Stiles  Asking for results of cardiac ~~catheterization~~, and a speedy transfer to Dixon. I will speak Dr. Troy, who may have a recommendation. | Noted (Fox R) |
| 1/26/06 1¹⁰p | RLL M.D. note  T. 96⁴ B/P 120/82 P. 78 R 18 WT 189  Has been using nitro on a daily basis. Triggered by precordial pain, randomly. We are awaiting word from Dr. Troy. | Rec'd & noted 1-26-06  1:50pm L Thomas |
| 2/19/06 4³⁰A | NURSE NOTE  Ø show for AM NSC after submitting yellow request slip. | J Brink LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 6/2002) (Replaces DC 7147)

EXHiBits    C-17

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: ~~Scott~~    First Name: ~~Tony~~    MI: ____    ID#: N9 2080

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/25/05 12N | MD Note<br>the subject has taken plavix since '03 when the MI occurred. | |
| | there is no benefit to restarting it at this juncture. | |
| | J Brown MD | res noted 8/27/05 1pm  a cup |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

EXHIBITS  C-18

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott   First Name: Tony   MI: ___   ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/23/05 12:30PM | Radiology note: Dr Brown notified plavix is non formulary med requiring non formulary form Chart to Dr Brown | nBrannanRT |
| 8/24/05 10:00AM | Chart to Dr Brown non formulary request Coumadin requiring length of Plavix and history for approval ordered | nBrannanRT |
| 8/25/05 8:45am | UR requesting documentation and need request for plavix approval as Mr Scott has not taken plavix since X 1 month in March 05 Chart to Dr Brown | nBrannanRT |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/3/02) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Scott    First Name: Tony    MI: ___    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-17-05 9 AM | Medical Records Note: | - |
| | Offender recieved copies of medical records per request. Authorization form and money voucher signed by offender. | Jamie SNZ |
| X 8-22-05 11ᴬᴹ | MD SICK CALL WT 188# BP 128/80 T 97⁸ P 76-76 | X Restart plavix |
| | S — Concern over cardiac status. He feels that the security + nursing personnel are unprofessional & "playing ☐ his life". He relies on Nitro. Smokes. Had stroke; has angina. | Nitro refill (+ix) Will discuss transfer ☐ Admin. See Me 2 w. sched 8/16/05 NH Brown NMD 8/22/05 |

Printed on Recycled paper

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644   EXHiBiTs D-1

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| riginal Order 7/1/05 7/17/05 T:00 iscontinued 7/30/05 7/15/05 10/15/05) ✓ 253072 | ISOSORBIDE DN 30MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/15/05) | | | | | | | | | 8 | | 10 | | | 13 | 14 | | | | | | 8m | | | | | DC 7/20/05 | | | | | | | |
| riginal Order 7/1/05 7/17/05 T:00 iscontinued 7/30/05 7/31/05 10/31/05) ✓ 252736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) | | | | | | | | | | | | | | 13 | 14 | | | | | | 8m | | | | | #2 issued 7/20/05 | | | | | | |
| riginal Order 7/1/05 7/17/05 T:00 iscontinued 7/30/05 7/31/05 10/31/05) ✓ 252732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | 8m | | | | | #2 issued 7/20/05 | | | | | | |
| riginal Order 7/1/05 7/17/05 T:00 iscontinued 7/30/05 7/31/05 10/31/05) ✓ 252716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 10/31/05) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | 13 | 14 | 15 | | | | | 8m | | | | | #2 issued 7/20 | | | | | | |
| riginal Order 7/1/05 7/17/05 T:00 iscontinued 7/30/05 7/31/05 10/31/05) ✓ 197325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOMEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 10/31/05) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | | | | | #2 issued 7/20/05 | | | | | | |
| riginal Order 7/1/05 7/6/05 | Nitro 0.4mg SL PRN for chest pain | | | | | | | | | | | | | | | | | | | | #25 issued 7/20/05 8m | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 8L | S King LPN | | SPaeluss LPN | | | 8m | Scott | | |
| AB | S Bird LPN | | Cm Cm Miller | | | 8m | S Moore RN | | |

| LOCATION | 1A606 | DATE OF BIRTH OR SOC. SEC. NO. | | ALLERGIES NO KNOWN ALLERGIES | | | | DIAGNOSIS CAD |
|---|---|---|---|---|---|---|---|---|

INMATE NAME AND NUMBER: SCOTT (TONY) N60000

FACILITY: WESTERN ILLINOIS CORR. CTR.

CHARTING FOR: 07/01/05   THROUGH: 07/31/05

# BOSWELL PHARMACY SERVICES
**814-629-1397 • Fax: 814-629-7644**

EXHIBITS D-2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED AS NEEDED FOR CHEST PAIN (D/C 11/30/05) direction A-8 | | #25 | | 7/20/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | #29 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | _Sferg LP_ | RH | _R Hazelrigg RN_ | | | | | | _R Golen Lpn_ |
| | _A Brink LPN_ | | | | | | | | |
| | _R Wenner LPN_ | | | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: **NO KNOWN ALLERGIES**

DIAGNOSIS: CAD

ID: 1A66

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

EXHIBITS D-3

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEURO-QUICK 0.4MG TABLETS BROWN, LOWELL USE SL AS DIRECTED **ENOUGH FOR 3 TIMES DAILY** | 8AM / NOON / 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 5MG TAB BROWN, LOWELL TAKE 1 TABLET BY MOUTH ONCE DAILY | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVASTATIN 20MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS: CAD

EXHiBiTs D-4

4c)

# MEDICATION ADMINISTRATION RECORD

**DIAMOND** DIAMOND PHARMACY SERVICES
1.800.882.6337 ᐧ FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 1/22/05 | Nitro 0.4 g Sh. PRN | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE 7/31/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | 1 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CT | C Thompson |
| | | | | | | | | | |

LOCATION 604 2B14   DATE OF BIRTH OR SOC. SEC. NO.   ALLERGIES NKA   2 of 2

INMATE NAME AND NUMBER   FACILITY   CHARTING FOR 12/1/05  THROUGH 12/31/05

DIAGNOSIS

EXHIBIT DS

5.)

# BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 22/05 Discontinue 7/31/05 | Nitro 0.4 SL — enough for three dly x 4mths | | 1 | 2 | | 4 | 5 | 6 | 7 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | 8 | | | | | 14 | 15 | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | 1 | | | 4 | 5 | 6 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 17 | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | 4 | 5 | 6 | | 8 | 9 | 10 | 11 | 12 | | 14 | 15 | | 17 | | | | | | | | | | | | | | |
| Original Order Discontinue | | | 1 | | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | | | | | | | | | | | | |
| Original Order Discontinue | | | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

LOCATION: 1A66

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NKA

FACILITY: WILL

CHARTING FOR ____ THROUGH ____

DIAGNOSIS: C.P

INMATE NAME AND NUMBER

EXHiBiTs. D-6

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| inal Order /22/05 F:00 continue /31/05 8518 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| inal Order /22/05 F:02 continue /31/05 85144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** | 8AM NOON 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | 29 | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 52736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | 29 | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 52732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 52716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 97325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 3 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| ld | LJ Drennen LPN | RH | S Hazeluray (N) | SK | S King Ph | SM | S Moore RN | | |
| 6b | G Bush LPN | | | | | | | | T C Thym n |

| CATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES |
|---|---|---|---|
| 1A66 | | | NO KNOWN ALLERGIES |

DIAGNOSIS CAD



EXHIBIT
D-4

# BOSWELL PHARMACY SERVICES
## 814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| inal Order 22/05 :00 continue 31/05 5148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05)  DIC 8/29/05 | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 | 28 | 29 | 30 | 31 |
| inal Order 22/05 :00 continue 31/05 5144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** 3/31/06 | 8AM NOON 4PM | | | | | | | | | | 25 10 23 | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2736 3/21/06 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | 30-9 14 | | | | | | | | | | | | | | | | | 25 | | 27 | 28 | 29 | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2732 2/31/06 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | 6-9 6 | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2716 3/21/06 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | | | | | | | | | 30-10 8 | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| inal Order 14/05 :03 continue 30/05 7325 3/31/06 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | | | | | | | | | 30-10 20 | | | | | | | | | | | | | | | | | | | | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| d | K Drennen cna | PH | D Hageburg CN | SK | S King LPN | SM | S Moore CN | AG | A Galen Lpn |
| B | G Brink CN | | | | | | | AC | A Hardyne |

| LOCATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|---|
| | | | | | CAD |
| ATE NAME AND NUMBER | | | FACILITY | CHARTING FOR    THROUGH | |



EXHIBIT D-8

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| iginal Order /22/05 E:00 scontinue /31/05 85148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) | 8AM | | | | | | | | | | D/C | | | | 8-25-05 | | | | | | | | | | | | | | | 28 | 29 | 30 | 31 |
| iginal Order /22/05 E:03 scontinue /31/05 85144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** | 8AM NOON 8PM | | | | | | | | | | | | | | | | | | | | | | RB K-5 | | | | | | | 29 | 30 | 31 |
| iginal Order /22-05 scontinue /31-06 | Atenolol 50mg ½ tab po BID | #30 | 11-14-05 | | | | | | | | | | | | | end of ½ TC | | | | | | | | | | | | | | 29 | 30 | 31 |
| iginal Order /22-05 scontinue /31-06 | Enalapril 5mg ½ tab PO BID | #30 | 11-13-05 | | | | | | | | | | | | | end of #60 TC | | | | | | | | | | | | | 29 | 30 | 31 |
| iginal Order /22-05 scontinue /31-06 | ASA 81mg 2 tabs (162mg) PO daily. | #54 | 11-10-05 | | | | | | | | | | | | | | mony #60 12-13-05 | | | | | | | | | | | | | 29 | 30 | 31 |
| iginal Order /22-05 scontinue /31-06 | Lovastatin 20mg ½ tab PO Q HS | #13 | 11-20-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| CH | K Havelvega | | | SR | S langfen | TC | Connell | | |
| td | Wdennington | | | CH | CHOR | | | | |
| B | G Brink LPN | | | | | | | | |

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | | | DIAGNOSIS |
|---|---|---|---|---|---|
| | | NO KNOWN ALLERGIES | | | |
| INMATE NAME AND NUMBER | | FACILITY | | CHARTING FOR | THROUGH |

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO SKIN DAILY (D/C 1/14/06) & feet | 8AM 12/23/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | |
| LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 3/31/06) | 8PM 12/3/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | | |
| ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM 12/16/05 / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| ASPIRIN 81MG TABLET CHEW BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 3/31/06) | 8AM 12/13/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM 12/16/05 / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 03/31/06) (may use #2 a day) | 8AM NOON 12/21/05 / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | J Haleen LPN | | | | | 57 | S. Zator LPN | | |
| | G Brink LPN | | | | | | | | |

CATION: 1854  DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NO KNOWN ALLERGIES

FACILITY | CHARTING FOR | THROUGH

DIAGNOSIS

EXHIBIT D-16

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nal Order /11/06 F:00 continue 7/10/06 45922 | LAMISIL AT 1% CREAM BROWN, LOWELL APPLY TO TOES DAILY (D/C 2/10/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| nal Order /10/06 F:00 continue /10/06 45920 | VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO FEET AND HANDS DAILY AS DIRECTED (D/C 3/12/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| nal Order /22/05 F:02 continue /31/06 17555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 3/31/06) | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| nal Order /22/05 F:01 continue /31/06 17552 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| nal Order /22/05 F:01 continue /31/06 17550 | ASPIRIN 81MG TABLET CHEW BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 3/31/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| nal Order /22/05 F:02 continue /31/06 17549 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | Goben hpn | | | | K Hagelgee | | | | |
| | Greennenyon | | | | | | | | |
| | D Brink LPN | | | | Edwards RP | | | | |

| RATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN DRUG ALLERGIES | | | | DIAGNOSIS |
|---|---|---|---|---|---|---|---|
| ATE NAME AND NUMBER | | | FACILITY | | CHARTING FOR | THROUGH | HTN |

EXHIBIT D-11

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

E-FILED
day, 2006 12:54:01 PM
Clerk, U.S. District Court, ILCD

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order /06 continue 7/10/06 | Lamisil cream apply to toes daily x 1 mo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 24/6 continue | May use Nitro up to average of 2/day. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| B | G Brink LPN | | | | | | | | |

LOCATION
DATE OF BIRTH OR SOC. SEC. NO.    ALLERGIES NKA
PATIENT NAME AND NUMBER    FACILITY    CHARTING FOR    THROUGH    DIAGNOSIS

EXHIBIT E-1



M.D. Review
Date: 7-14-05
Doctor _____
☐ Pull Chart
☐ See Patient
☐ File

western
SINUS BRADYCARDIA
NORMAL ECG

COMPUTED ECG MANAGEMENT SYSTEM

Scott, Tom
ID: 9228C Black   yrs   run cycle
Male   Meds: Antihypertensive, Anti-anginal
ie: 57   Hr: 162   P-QRS-T axes: 73  1  -3
QRS dur: 90   QT/QTc: 446/440

Scott, Tony
ID: 9228D Black   44  70in 189lb
Male   Meds: Antihypertensive, Anti-anginal
PR int: 162   QRS dur: 90   P-QRS-T axes: 73 1 -3
QT/QTc: 446/440

EXHIBIT E-2



ILLINI COMMUNITY HOSPITAL

BP:138/94

Room: CPC
Oper: VAS

186 lbs    70 ins

Requested by:
TROY/BROWN

PRELIMINARY-MD MUST REVIEW

Received

DEC 15 2005

Western Illinois Corr. Center
Medical Records Dept.

314795

12/13/2005  12:05:59   SCOTT, TONY
44 years    Male      Black

- Normal sinus rhythm, rate 61
- Minimal ST elevation, inferior leads

INTERPRETATION
ON BACK

- OTHERWISE NORMAL ECG -

| | |
|---|---|
| Rate | 61 |
| PR | 169 |
| QRSD | 82 |
| QT | 411 |
| QTc | 414 |
| --AXIS-- | |
| P | 60 |
| QRS | 15 |
| T | 24 |

EXHIBIT E-3



Received

MAR 20 2005

Western Illinois Corr. Center
Medical Records Dept.

Scott , Tony
ID: 4652892280
44 yr 70 in 180 lb
Male BLACK
Meds: Antihypertensive
Antihypertensive
Location: 46528 Room:
Comment:

3/12/05 1:12 PM

Vent rate: 54 BPM
PR int: 160 ms
QRS dur: 94 ms
QT/QTc: 438/425 ms
P-R-T axes: 72 2 -8

western
SINUS BRADYCARDIA
CANNOT RULE OUT INFERIOR INFARCT, AGE UNDETERMINED
ABNORMAL ECG

REGULAR OVER-READ REQUESTED.
COMPUTER INTERPRETATION CONFIRMED.

Reviewed by James F. Clifton, MD.

25 mm/s 10 mm

WEXFORD-WESTEP'''.L. CORR. FAC.

604 0 2515

Scott                    , Tony        9/15/05 11:46 AM        WESTERN IL CORRECTIONAL CTR
ID:  4652892280                                                SINUS BRADYCARDIA
45   yr   69   in    188  lb                                   NORMAL ECG
Male     BLACK                          Vent rate:    57   BPM  POOR R WAVE PROGRESSION.
Meds:  Anti-anginal                     PR int:      162   ms   OTHERWISE NORMAL ECG
         Beta blocker                   QRS dur:      92   ms   REGULAR OVER-READ.
Location:  46528    Room:               QT/QTc:  444/438   ms
Comment:                                P-R-T axes:  25 2 1     Reviewed by James F. Clifton, MD

SEP 23 2005

Western Illinois Corr. Center
Medical Records Dept.



M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

EXHIBIT
E-4

EXHIBIT E-5



Scott          , Tony
ID: 4652892280
45  yr  69  in  179  lb
Male    BLACK
Meds: Antihypertensive

Location:  46528    Room:
Comment:

10/26/05  1:41 PM

Vent rate:       58    BPM
PR int:           0    ms
QRS dur:         88    ms
QT/QTc:      448/445   ms
P-R-T axes:  999 123 3

WESTERN IL CORRECTIONAL CTR
SINUS BRADYCARDIA
ST ELEVATION, PROBABLY EARLY REPOLARIZATION
OTHERWISE NORMAL ECG

REGULAR OVER-READ

Reviewed by C. Gordon Hale, MD

NOV 07 2005

MD Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☑ File

25 mm/s 10    'mV

HPL-WESTE_____ L. CORR. FAC.

604 0 381

Exhibit E-6



Scott        , Tony
ID:  4652892280
45   yr   70 in   179 lb
Male     BLACK
Meds:  Antihypertensive

Location:  46528    Room:
Comment:

11/5/05  1:52 PM

Vent rate:        67      BPM
PR int:          148      ms
QRS dur:          90      ms
QT/QTc:      422/438      ms
P-R-T axes:   50 9 8

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NORMAL ECG
EARLY REPOLARIZATION.
STAT OVER-READ

Reviewed by Lisa Garbrick, MD

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

NOV 21 2005

604 0 441

HPL-WESTERN IL CORR. FAC.

25 mm/s 10 mm/mV



EXHIBIT E-7

**Scott**, Tony
ID: 4652892280
43  yr  70  in  184  lb
Male  BLACK
Meds:

Location: 46528
Comment: Room:

12/9/05  9:00 PM

| Vent rate: | 69 | BPM |
| PR int: | 152 | ms |
| QRS dur: | 96 | ms |
| QT/QTc: | 416/435 | ms |
| P-R-T axes: | 72 7 5 | |

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NONSPECIFIC ST ELEVATION
BORDERLINE ECG

STAT OVER-READ REQUESTED.

Reviewed by C. Gordon Hale, MD

M.D Review
Date
Doctor:
Pull Chart
See Patient

Received

DEC 19 2005

Western Illinois Corr. Center
Medical Records Dept.

604 0 593

HPL-WESTERN I ' CORR. FAC.

25 mm/s 10 mm/mV

EXHIBIT F-1



**CARDIOVASCULAR CONSULTANTS, LTD.**

**FACSIMILE LEAD SHEET**

Frank L. Mikell, M.D.
*President*

**DATE:** 1/27/06
**TO:** Wash. IL Connect Center
**FACSIMILE NUMBER:**
**FROM:** Kelly - Dr Troy

**SPRINGFIELD**

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kasich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Niksh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Chandhiran Rangaswamy, MD
Ziad Issa, M.D.

**Prairie Locations:**

☐ **Prairie Heart Institute**
Springfield
(217) 788-0706 Phone
(217) 525-2535 Fax

☐ **Baylis Facility**
Springfield
(217) 788-0706 Phone
(217) 788-7032 Fax

☐ **Herrin**
(618) 988-8648 Phone
(618) 988-8343 Fax

☐ **Decatur Memorial Hospital**
Decatur
(217) 422-6100 Phone
(217) 876-2444 Fax

☐ **St. Mary's Hospital**
Decatur
(217) 422-6100 Phone
(217) 422-7897 Fax

☐ **St. Anthony's**
Effingham
(217) 347-1772 Phone
(217) 342-6286 Fax

☐ **Pontiac**
(815) 842-3433 Phone
(815) 842-2627 Fax

☐ **Carbondale**
(618) 529-4455 Phone
(618) 351-1287 Fax

☐ **Patient Finance Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8798 Fax

☐ **Administration – PHI**
(217) 788-0848 Fax

☐ **Nuclear Medicine - PHI**
(217) 525-9514

☐ **Patient Accounting Dept.**
(217) 788-8790 Phone
(217) 788-8799 Fax

**DECATUR**

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay Roy, M.D.
Viren Vankawala, M.D.

**TOTAL PAGES (INCLUDING COVER)** 3
**RE:**

**MESSAGE:** Need authorization of release form signed by Tony and then faxed back to me (Kelly) at fax # 217-788-0848 Thank you :)

**EFFINGHAM**

**PONTIAC**
Ephraim W. Batambuze M.D.

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

**CARBONDALE**

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

Form 320  07/28/2005

Received
JAN 27 2006
Western I... Corr. Center
Medic... ...cords Dept.

EXHiBit F-2

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2736 |
| CONNECTION TEL | 12177880848 |
| CONNECTION ID | |
| ST. TIME | 01/31 10:52 |
| USAGE T | 01'01 |
| PGS. SENT | 3 |
| RESULT | OK |



## WEXFORD
### MEDICINE IN CORRECTIONS

# FACSIMILE COVER SHEET

DATE: 1-31-06          # PAGES: 3

TO: Kelly          FROM: Western Illinois Correctional Center

R.R. #4, Box 196
Mt. Sterling, IL 62353

PH:                     PH: 217-773-4441
                        217-773-2365
FAX: 217-788-0848     FAX:          Lynne
CC:

## CONFIDENTIAL

☐ URGENT      ☐ FOR YOUR REVIEW      ☐ REPLY ASAP      ☐ PLEASE COMMENT

MESSAGE/REMARKS:     Scott, Tony

Exhibit F-3

# Illini Community Hospital

· 640 West Washington
Pittsfield, IL 62363
217-285-2113

*CLIA ID# - 14D0434731*
*Lab Dir - Shehnaz Ansari, M.D.*

| PATIENT NAME/DOB | | PATIENT ID | HOME PHONE | AGE | SEX | PROVIDER | |
|---|---|---|---|---|---|---|---|
| SCOTT, TONY  (06/26/61) | | 000314795 | | 44 | M | Bart Troy, MD | |
| SOCIAL SEC # | SAMPLE ID | COLLECTION DATE | RECEIVED DATE | RESULTS APPROVED | | RESULTS REPORTED | PAGE |
| ▬ | 534753652 | 12/13/05  12:19 PM | 12/13/05  12:19 PM | 12/13/05  1:11 PM | | 12/13/05  1:11 PM | 1 |

12/13/05    1:11 PM      A copy of this report will be faxed to:  PCVC1

## Basic Metabolic Profile

| | | | | Ref. Range/Males |
|---|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | | |
| GLUC | 91 | | | 74-106 mg/dL |
| BUN | 9 | | | 7-18 mg/dL |
| CREA | 1.3 | | | 0.6-1.3 mg/dL |
| BUN/CRE | 6.9 | | | |
| NA | 137 | | | 136-145 mmol/L |
| K | 3.9 | | | 3.5-5.1 mmol/L |
| CL | 103 | | | 98-107 mmol/L |
| CO2 | 27.8 | | | 21.0-32.0 mmol/L |
| OSMO | L | 272.09 | | 280.00-300.00 |
| CALCIUM | 8.9 | | | 8.5-10.1 mg/dL |
| GFR | L | 77 | | 90-130 |

**Received**

**DEC 15 2005**

Western Illinois Corr. Center
Medical Records Dept.

12/13/05    12:21 PM

| Stage | Description | GFR |
|---|---|---|
| 1 | Damage with normal or high GFR | 90+ |
| 2 | Mild decrease in GFR | 60-89 |
| 3 | Moderate decrease in GFR | 30-59 |
| 4 | Severe decrease in GFR | 15-29 |
| 5 | Kidney Failure | <15 |

## Lipid Panel

| | | | Ref. Range/Males |
|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | |
| CHOL | H | 209 | 0-200 mg/dL |
| HDL | 35 | | 30-90 mg/dL |
| TRIG | 115 | | 30-200 mg/dL |
| LDL CALCH | 151 | | 0-130 mg/dL |
| VLDL CAL | 23 | | |

**M.D. Review**
Date: 12-16
Doctor: _____
☐ Pull Chart
☐ See Patient
☑ File

## Troponin-I

| | | | Ref. Range/Males |
|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | |
| TROP-I | 0.01 | | 0.00-0.05 ng/mL |

12/13/05    12:21 PM      Troponin values of >0.05-1.4 should be interpreted very carefully; taking into consideration other diagnostic results and clinical symptoms.  Troponin elevations in this range may be attributed to other than AMI.  Generally the troponin elevation in AMI is greater than or equal to 1.50.

Reviewed by: _____

EXHiBiT F-4

## ILLINI COMMUNITY HOSPITAL

## RESPIRATORY THERAPY

PATIENT NAME:          Scott, Tony
PATIENT NUMBER:        314795-5346
DATE/TIME:             12/13/05  12:05
ATTENDING PHYSICIAN:   Troy/Brown
TEST:                  EKG

IMPRESSION:    Normal sinus rhythm, rate 61.
               Diffuse ST elevation.
               Inferior T-wave abnormalities, consider injury.

CONCLUSIONS:      Abnormal EKG.

Irving Schwartz, M.D.

IS/bp
R&T:  12/14/2005

Received

DEC 1 5 2005

Western Illinois Corr. Center
Medical Records Dept.

*640 W. Washington*
*Pittsfield, IL 62363*
*Phone: 217-285-2113*

**BlessingCare Corporation**
**d/b/a**
**Illini Community Hospital**

# FAX

**Received**

DEC 15 2005

Western Illinois Corr. Center
Medical Records Dept.

**To (Name):** | **From (Name):** Illini Medical Records

**To (Company):** WICC

**To Fax #:** 1-217-773-2365 **Fax:** (217) 285-5090

**To Phone #:** | **Date:** 12-15-05

**Re:** Scott Tony | **Times:**

| **Pages:** 4 Including cover page

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Lab / EKG

**CONFIDENTIALITY STATEMENT:** *The information contained in this faxed message is intended only for the personal and confidential use of the designated recipients named above. The documents accompanying this transmission may contain confidential health information that is legally privileged. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulations and is required to destroy the information after its stated need has been fulfilled. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this fax in error, please notify us and delete the original message. Thank you.*

*EXHiBit F-6*

# Prairie

## CARDIOVASCULAR CONSULTANTS, LTD.

**Frank L. Mikell, M.D.**
*President*

P.O. Box 19420   Springfield, IL 62794-9420   Phone 217-788-0706   Fax 217-525-2535

**Springfield** – (217) 788-0706
Prairie Heart Institute
at St. John's Hospital
Memorial Medical Center

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M.D.
Raghu Kolluri, M.D.
Gabor F. Matos, M.D.

**Decatur** – (217) 422-6100
Prairie Heart Institute
at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.
Viren R. Vankawala, M.D.

**Effingham** – (217) 347-1772
St. Anthony's Memorial

**Pontiac** – (815) 842-3433
Ephraim W. Batambuze, M.D.

**Carbondale** – (618) 529-4455
Prairie Heart Institute
at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

## PATIENT CONSULTATION

December 13, 2005

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL   62353

**Received**

**DEC 21 2005**

Western Illinois Corr. Center
Medical Records Dept.

M.D. Review
Date: 12-2-
Doctor: /
☐ Pull Chart
☐ See Patient
☑ File

**RE: TONY   SCOTT**
**DOB: 06/26/1961**

Dear Dr. Brown:

I had the pleasure of participating in the care of your patient, Tony Scott. Below is the clinic visit information from that visit.

**CLINIC LOCATION:** Illini Outpatient Clinic

**CHIEF COMPLAINT:**
On 12/14/2005, Tony Scott, a 44-year-old male, presented to the clinic for consult for chest pain and shortness of breath.

**HISTORY OF PRESENT ILLNESS:**   In 2002 while an inmate at Logan Correctional Center, his lower extremity became heavy and tingling. In addition, his speech became slurred. He does not know if he had trouble swallowing. He said he felt like he had a truck on his chest. He said he underwent cardiac catheterization at Memorial Medical Center. He was hospitalized for three or four days and  was sent home with a nitroglycerin patch.

He said  a month later he had another "heart attack" with the same symptoms. He was not sent to the hospital.

The final heart attack he suffered was either in 2004 or 2005. He said he was hospitalized for one week in John H. Stroger, Jr. Hospital of Cook County. He said he was driving a Ford Expedition in northwest Chicago, and that his chest bothered him and all of a sudden he went blank. His going blank was brief, a matter of seconds. He was apparently able to drive himself to the hospital. If I understand the incomplete notes the patient brought with him, cardiac catheterization there revealed a couple of 40% narrowings and an 80% narrowing. I am not sure exactly what vessels these narrowings were in.

An ECG done at Culbertson Memorial Hospital in Rushville on July 19, 2005 showed Q waves in AVF and III, and T wave inversion compatible with a prior inferior myocardial

 

Reprinted from Electronic Medical Record on 12/16/2005
RE: SCOTT, TONY              DOB: 06/26/1961

infarction. There was also poor R wave progression in leads V1 to V3. An ECG done at Western Illinois Correctional Center on December 9 showed similar changes in the inferior leads. In addition, there was mild ST segment elevation in leads V2 to V6 that are clearly repolarization.

The patient states that he went to Western Illinois Correctional Center from Dixon on the following medications: Plavix 75 mg daily, Zocor daily, isosorbide three times daily, atenolol daily, enalapril daily, aspirin 325 mg daily, and nitroglycerin 0.4 mg. He states the Plavix, Zocor, and isosorbide were stopped. He then states that since they were stopped he has had more chest discomfort and other symptoms and takes nitroglycerin three times a day. The chest discomfort he gets may last 20 to 30 minutes or unspecified length of time. He changed his mind on this a couple of times. The patient walks 200 yards in the prison in order to go eat; he denies chest, neck, jaw, upper extremity, or interscapular discomfort at these times.

On a paper dated December 10, 2005, with Tony Scott's name and ID number on it, his medications are listed as nitroglycerin 0.4 mg, atenolol 50 mg twice daily, aspirin 162 mg daily, Vasotec 5 mg twice daily, and Mevacor 20 mg at bedtime. When I asked the patient when he took his medications, he said he took them around 10 or 10:30 in the morning. He did not mention any other time of the day when he took medications.

I have reviewed the laboratory data brought with the patient. All is essentially within normal limits, with the exception of a borderline creatinine. Interpretation of a chest x-ray done July 19, 2005 was of a small amount of infiltrate at the left lung base laterally, and no other active pulmonary disease.

When patient was in front of me and I was taking his history, he said that he gets heaviness behind his left ear, down to an area about 6 inches below the left axilla, as well as involving all of his left upper extremity. He also said he felt tired. He did not look like he was having chest discomfort.

**MEDICATIONS:**
Aspirin 81 mg, 2 by mouth every day
Atenolol 50 mg, 1 by mouth twice a day
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain

**ALLERGIES:**
NKA

**CARDIAC RISK FACTORS:**
The patient is a 44-year-old male. He is 70 inches tall (177.80 cm). His weight is 186.00 lbs (84.55 kg). He has a body mass index of 26.76.
SMOKING HISTORY: Stopped smoking tobacco a month and a half ago.
FAMILY HISTORY: Positive for CAD.
DIABETES: Nondiabetic.
HYPERTENSION: History of hypertension treated with medication.

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

 

Reprinted from Electronic Medical Record on 12/16/2005
RE: SCOTT, TONY          DOB: 06/26/1961

**PAST MEDICAL HISTORY:**  anxiety

**CARDIOVASCULAR HISTORY:** Per patient, has had three MIs and CVA

**FAMILY HISTORY:**
Mother's History: Died age 69, acute MI
Father's History: Died age 70, cause unknown
Brother's History: Alive at 43, history of MI in 2004
Brother's History: Alive at 39, history of asthma
Brother's History:  living and well
Sister's History: Died age 46, house fire



**SOCIAL HISTORY:**
MARITAL STATUS: Married x 27 years; wife is 46 and lives in Illinois.
CHILDREN: 2.
ALCOHOL USE:  None, even when out of prison.
ILLICIT DRUGS:  History of marijuana and cocaine abuse.
RESIDENCE: 12/05, currently incarcerated.
EDUCATION:   high school graduate

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Weight age 21 was 184 pounds.  Patient says he is tired all the time.
SKIN: Unremarkable.
EYES: Bifocals.
ENT: Denies difficulty hearing.
CARDIOVASCULAR: As described in HPI above.
RESPIRATORY: Shortness of breath.
GI: Denies heartburn or indigestion.
GU: Patient said he does not go to bed until 3 or 4 a.m. and he gets up at 11 a.m.  Apparently during this time he does not get up to urinate.
MUSCULOSKELETAL: See HPI.
CNS:  Patient states that in 2003 he had his first heart attack and a stroke at the same time. Symptoms included numbness and tingling on the left side and slurring of speech.  (I had to ask him about slurring of speech before he mentioned it.)
OTHER:  On papers sent with patient it is noted that he has a psychiatric history.  At first he denied a problem.  He then said he has history of anxiety attacks, with the last occurring in 2000.  He said he blacked out; when he came to, 10 or 15 guys were holding him down.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
Pulse: 60 and regular
Resp: 18, and at times as much as 40/minute, with very shallow breaths.  Patient able to take breaths in and out deeply without problem.
Height: 70 in (177.80 cm)



Exhibit F-7

**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY DOB: 06/26/1961**

Weight: 180.00 lbs (84.55 kg)
BSA: 2.04
BMI: 26.76
Blood Pressure: 100/74

GENERAL: Well developed, well nourished, in no apparent distress.
EYES: There are no xanthelasma.
ENT: Oral mucosa is without pallor or cyanosis.
NECK: Supple, without jugular venous distention.
RESPIRATORY: No intercostal retractions noted. Chest clear to auscultation.
CV: The apical impulse is not palpable. Heart tones are of good quality, with no murmur, rub, ventricular gallop, or thrill. No left parasternal lift. Carotids 2 1/2 to 3+, radials 2+, femorals 3+, posterior tibial pulses 1+, and dorsalis pedis 1+.
ABDOMEN: Benign, without hepatosplenomegaly, mass, or tenderness. Abdominal aorta not palpably enlarged; no carotid, femoral or abdominal bruit present.
EXTREMITIES: Without clubbing, cyanosis, or edema.
MUSCULOSKELETAL: No severe kyphoscoliosis noted.
SKIN: Without evidence of xanthoma.
NEUROLOGIC: Alert and oriented x 3; affect appropriate. Neuro exam grossly normal. He knew the correct names of Chicago's mayor, President, Vice President, and Secretary of State. He had chains around his ankles and it was not possible for me to tell, from the way he was walking, whether or not he had a neurologic deficit. When I had him squeeze my fingers, he squeezed more with the right hand than the left. At first when he walked his arms were down at his sides. Next, he walked with his left elbow bent to about 90 degrees, with his forearm across his abdomen.

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

**DIAGNOSES:**

1. Shortness of breath
2. Chest pain (precordial, substernal, mid or retrosternal)
3. Dyslipidemia
4. Hypertension, unspecified
5. Smoking history

**RECOMMENDATIONS/PLAN:**

1. The objective evidence we have of his coronary disease is a prior inferior myocardial infarction by ECG. I will endeavor to get information from both Memorial Medical Center ( 2002 or 2003) and from the John H. Stroger, Jr. Hospital of Cook County (formerly Cook County Hospital) in Chicago (2004 or 2005), review this data, and then determine whether to go with stress testing or cardiac catheterization.

2. It is quite apparent the patient wishes to go back to the prison in Dixon, Illinois. It is entirely possible that his current symptoms may be related to this wish to be transferred.

3. The patient's history of chest discomfort at the time of his first infarction sounds fairly typical. I have difficulty determining the chest discomfort he has had subsequently as being anginal.

EXHIBIT F-10



**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY                    DOB: 06/26/1961**

By the above methods, we will attempt to determine whether or not his symptoms are truly coming from his heart.

Sincerely,

Bart Troy, M.D.

BLT/JAE     T: 12/15/05

**Received**

DEC 2 1 2005

Western Illinois Corr. Center
Medical Records Dept.

*EXHIBIT F-rr*

 **Prairie**
CARDIOVASCULAR CONSULTANTS, LTD.

# Authorization to Use and/or Disclose
# Protected Information

I authorize _John H. Stoger Jr. Hosp._
to use and/or disclose a copy of the specific medical information identified below for
(name of patient) _Tony Scott_
DOB ▮▮▮▮▮▮    SS # ▮▮▮ 2 ▮2 ▮2 2
to (name and address of recipient)

_Dr. Bart Troy_
_619 E. Mason St   Suite 4P57_
_Spfld, Il   62701_

Dates of Services from: _____ to ( _2004_ )

For the following purposes:          **Mail to:**
☐ Personal Use                        _Dr Bart Troy_
☐ Judicial Proceedings                _619 E. Mason St   Suite 4P57_
☑ Other (Must Specify)                _Spfld. Il   62701_
_further medical care._

By marking the boxes below, I specifically authorize the use and/or disclosure of the
following health information:

☐ Discharge Summary
☐ History and Physical Examination
☐ Consultations
☐ EKG
☑ Cath Lab Data
☐ Carotid/ABI
☐ Holter Monitors
☐ Echocardiograms
☐ Nuclear Stress tests/Treadmills
☐ Operative Report
☐ Patient Progress Notes
☐ Clinic Notes
☐ Green Sheets
☐ Patient Exam Form (clinic)
☐ Laboratory/Pathology
☐ X-ray
☐ Entire Medical Record
☑ Other (Must Specify) _Cardiac catheterization FILMS_

Received

JAN 27 2006

Western Illinois Corr. Center
Medical Records Dept.

EXHIBIT F-12

The following items must be initialed to be included in the use and/or disclosure of other health information:

_____     HIV/AIDS related information and/or records

(Federal regulations require a description of how much and what kind of information is to be disclosed.)  Describe _____

I understand that I have a right to revoke this authorization at any time.  I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Physician's Office.  I understand that the revocation will not apply to information that has already been released in response to this authorization.  I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

Unless otherwise revoked, this authorization will expire on the following date, event, or condition: (expiration date)_____.  If I fail to specify an expiration date, event or condition, this authorization will expire in 60 days.

I understand that authorizing the disclosure of this health information is voluntary.  I understand that I may inspect or copy the information to be used or disclosed as provided in CFR 164.524.  I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by Federal confidentiality rules.  I also understand I may receive copies that were originated at another facility.  If I have questions about disclosure of my health information, I can contact the Physician's Office.

I further understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.

X _Tony Scott_____     _1-31-06_____
Signature of Patient or Patient's Representative          Date

_VL Shelton SATS_____     _1-31-06_____
Witness                                                  Date

_Tony Scott_____     _WESTERN ILL Corr_
Print Name of Patient or Patient's Representative     Relationship to Patient  Center employee

**Provide a copy to the patient.**

Form #311
04-15-03
Revised:  01-12-05; 10-21-05

Received

JAN 27 2006

Western Illinois Corr. Center
Medical Records Dept.

EXHIBIT G-1

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 6-5-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|
| Present Facility: Mt. Sterling | | Facility where grievance issue occurred: Mt. Sterling |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ Other (specify): _____ |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: ____ / ____ / ____
Date of Report ........ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 6-5-05 At Appx. 7:49pm. I went to med line And The Second shift nurse for one house, Told me she will not give me my Aspirin until 6-11-05, I Then inform the nurse that i take the Aspirin once Because i'v A heart Problem. I Then inform the nurse, That i had taking A nitro pill. And my head WAS hurting, But still the nurse refuse to give me My Aspirin, I Then inform nurse L.conc Again that i have a heart problem And i need the aspirin, I feel nurse L.conc was Acting unfair by not Giveing me my medicine that i need. By me not getting my medicine It made me upset And stressful, And i stad having chest pain and i had To take Another nitro pill and it mademy head hurt worster

**Relief Requested:** I would like for nurse L.conc. Get one week off without PAY, And i would like to be transfer to A medical Institution such As Dixon Or Jacksonvill. So i can get the proper medical Assistance.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tony Scott_ — Committed Person's Signature — N-92280 — ID# — 6, 5, 05 — Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 6 / 7 / 05   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Im was seen By nurse Practioner on 6/10/05. Medication were Refilled. Scheduled for a follow up with N.P. on 6/14/05.

P.Vincet — Print Counselor's Name   P.V.↑ — Counselor's Signature   6/16/05 — Date of Response

---

### EMERGENCY REVIEW

Date Received: ____ / ____ / ____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____ — Chief Administrative Officer's Signature   ____ / ____ — Date

I feel i don't not get the proper medical Assistance from nurse L. conr, And nurse L. conr sould no when you take nitro pills It mAke your head hurt, It seen like nurse L. conr did Not cAre About me And my heart problem,
I feel that is unfair for me not to get proper MedicAl Assistance,

*EXHIBIT G-2*

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

05-0546E

| Date: 7-13-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
Date of Report       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above Date, 7-13-05, And appr. time 7:50 pm.
I went to med line to get my nitro pills, And nurse Goben inform me
my nitro pills has been discontinued. While i was in line, i was talking to
C/O Lewis, I ask C/O Lewis do you remember when i put in two days ago, I
Then inform nurse Goben, that i had put in for a new botter of nitro pills
On 7-11-05. That is the day i inform the nurse for house #1, that i need
A new botter of nitro pills, C/O Lewis was right ther, After nurse Goben
Inform me that my nitro had been discontinued, I then went to Lt. McDonald
A inform him what was going on. I inform Lt. McDonald that nurse Goben
Did not have my nitro pills, I then show Lt. McDonald my cardiac cathet-

Relief Requested: I'm Respectfully asking to be transfer, to a medical facility, ~~~~ as of
Dixon, Jacksonville, Do to been treated unfair of my heart condition. And for the
Doctor to get 30 days off with out pay, for his negation.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 7/13/05 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

```
R E C E I V E D
    JUL 19 2005
WESTERN ILLINOIS C.C.
 GRIEVANCE OFFICER
```

| _____ | _____ | ___/___/___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: 07,18,05 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

| _____ | 07,18,05 |
|---|---|
| Chief Administrative Officer's Signature | Date |

elization Report. I then ask Lt. McDonald, How can that Discontinue my nitro pills, when i have a heart problem i feel that Is unfair and the Doctor no I have heart problem.

I feel i am not geting the right medical Attention from this health Care unit, I have been having problem After problem, After problem with This health care unit About my heart condition.

I feel that doctor dont on how to treat my condition, Because If he did he would have not," Took me off, Zocor, Isosorbide, And Discontinue my nitro pills. I had one nitro pill left so i took it Because i was feeling very stressful And begin to have chest pain So I took my last nitro pill, And i dont have anymore nitro pills.

I feel that is unfair for me to go thought this because The Doctor nosed all About my heart condition.

I had several heart attacks in the past, and in need of open heart surgery As of now.

I am asking for a foul investigation of this matter.

I feel my life is in danger by not having my nitro.

## Grievance Officer's Report

**Date Received:** July 19, 2005          **Date of Review:** July 28, 2005          **Grievance #** (optional): 05-0546E

**Offender:** Scott, Tony                                                    **ID#:** N92280

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Offender Scott states he was informed at med line that his nitro pills had been discontinued. He wants the doctor suspended for 30 days and transferred to a medial facility.

Ms. Fuqua, HCUA states nitro pills were reordered by Dr. Brown on 7/20/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

| | |
|---|---|
| Sue Redshaw | *Sue Redshaw* (signature) |
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 7-29-05          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

(signature)

080105

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Tony Scott | N-92280 | 8-5-05 |
| Offender's Signature | ID# | Date |

A/W Programs          CC: HCUA

05-0591E    EXHIBIT G-3

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 7-14-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
　　　　　　　　　　　Date of Report　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　Administrative Officer.

Brief Summary of Grievance: On the Above date, 7-14-05 And Appx, time, 6:00 PM
I Was hiving Chest Pain and i was pushing my botton for
The office to come, so i can get some medical Attention, But
No one came And my door never got open. I did not have any
more nitro Pills, because the doctor Discontinued my nitro Pills.
That is unfair because i have a heart [   ] Problem, And the doctor
Nose All About my heart condition. I Am in need of open heart
Surgery As of now, and i need my nitro Pills, I feel like the
Doctor is Playing with my life, And i feel my life is in danger
With this this facility. He is not a Doctor that over—

Relief Requested: I Am Ask for that Doctor to get 6 mo, off with out Pay,
And that i be transfer to A medical facility, Such As Dixon, Jackson
ville Do to the negligent of the doctor, And Not being able to get Assistance is unfair

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 7,14,05 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
　　　　　　　　　　　　　　　　　　　　　Administrative Review Board, P.O. Box 19277,
　　　　　　　　　　　　　　　　　　　　　Springfield, IL 62794-9277

Response: _____

RECEIVED AUG 3 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

| | | |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 08/07/05

Is this determined to be of an emergency nature? ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature

08,01,05
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

work with the heart, So he dont have the right to take me
Off my nitro pills, Any Doctor Should no when A person have
A heart Problem And need open heart surgery, They need to
keep A Bottle of nitro pills with them At All time.
They is why i feel like that Doctor is playing with my life
By Not giving me my nitro pills, And i feel my life is in
Danger with this Doctor, And this health care unit.

Sct

ATTENTION!!!!!!!!!!!!!

N O T A R Y   F O R   P R I S O N E R S  !!!!!!

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I need
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, Darrin Short K83698      , swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substa
On this 25   day Of July   , 20 05   .

Respectfully Submitted,

Darrin Short K83698
Affiant/Petitioner/Movant Pro-Se

Dated: 7-25-05

STATE OF ILLINOIS, )
                   )SS
COUNTY OF _____ .)

E-FILED
Tuesday, 11 July, 2006 12:54:13 PM
Clerk, U.S. District Court, ILCD

# A F F I D A V I T

I, DARRIN SHORT K-83698, BEING FIRST DULY SWORN UPON MY OATH, DO HEREBY DEPOSE AND STATE UNDER THE PENALTIES OF PERJURY, THAT ALL THE FACTS, STATEMENTS AND INFORMATION CONTAINED IN THIS AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

I, DARRIN SHORT #K-83698, ALSO DEPOSE AND STATE THAT I AM MAKING THIS STATEMENT ON MY OWN FREE-WILL, WITHOUT ANY UNDUE INFLUENCE FROM ANY OTHER PARTIE(S) WHATSOEVER.

IF CALLED, I AM COMPETENT TO TESTIFY TO THE SAME:

1) ON THE DAY OF  JULY 14,2005 AND APPROXIMATE TIME 6:00pm. I, DARRIN SHORT #K-83698, WITNESSED INMATE LIVING IN CELL 1A-66, TRYING TO GET THE ATTENTION OF THE WING OFFICER, FOR WHICH IT HAD BEEN A MEDICAL ISSUE. (TONY SCOTT #N-92280)

2) AFTER GETTING THE ATTENTION OF INMATE LIVING IN 1A-66, I ASKED HIM DID HE NEED MY HELP IN TRYING TO GET A OFFICER, HE RE-PLIED, HE DID.

3) THAT ON THIS DAY IN TIME INMATE LIVING IN 1A-66, WAS YELLING OUT THE DOOR TO THE INMATE'S THAT WERE IN THE DAYROOM AT THE TIME TO GET THE ATTENTION OF THE WING OFFICER, IN WHICH ONE INMATE DONE SO AND HIS REPLY WAS THAT, THE OFFICER STATED THAT "WHEN IT'S THEIR TIME TO COME TO THE DAYROOM, HE CAN DEAL WITH IT THEN."

4) I, DARRIN SHORT#K83698, WITNESSED THERE BEING NO WING OFFICER RESPONDING TO THE INMATE LIVING IN 1A-66, AT NO TIME DID I OBSERVE THE DOOR OF CELL 1A-66, BEING OPENED FOR WHAT COULD HAVE BEEN THIS ISSUE AT HAND.

I, DARRIN SHORT #K-83698, CAN SAY WITH ALL CERTAINTY, UNDER THE PENALTIES OF PERJURY. THAT WHAT HAS BEEN OBSERVED ON THIS DAY IN TIME, HAS BEEN ACCURATE AND CORRECT, TO THE BEST OF MY ABILITY.

FURTHER SAYETH NOT.

Cell # 67

s Darrin Short K83698
DARIN SHORT #K-83698

1/18/05

Tony Scott

here's the list you requested from your medicine bottles.

Dr. A. Defuniak   clopidogrel bisul 75 mg   1 tablet daily

Dr. A. Defuniak   atenolol  25 mg 1 table daily

Dr. A. Defuniak   enalapril maleate 5 mg 1 tablet daily

Dr. A. Defuniak   Zocor (Simva) 80M 80mg 1 tablet daily

Dr. C Stadnicki   Zocor (Simva) 80M 80mg 1 tablet daily

Dr. A. Defuniak   aspirin 325mg  1 table daily

Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

      Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

      He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

Respectfully

Andrew Ting MD

Cermak Health Service.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** August 3, 2005    **Date of Review:** August 20, 2005    **Grievance #** (optional): 05-0591E

**Offender:** Scott, Tony    **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott claims he was having chest pains and continued to push his emergency button. He states no one responded to his cell. He states he did not have any nitro pills because the doctor had discontinued them. He feels his life is in danger at WICC and the doctor is playing with his life. He wants the doctor suspended for 6 months and a transfer.

Medical records indicate Dr. Brown restarted the Nitro pills on 7/20/05. Dr. Brown and Dr. Funk decided to stop the Nitro on 6/17/05 and start him on Isosorbide. This was based upon doctor's medical exam and EKG. Offender Scott refused to comply with taking the new medication. Offender Scott had Nitor pills until 7/13/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____    _____
Sue Redshaw
**Print Grievance Officer's Name**    **Grievance Officer's Signature**

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-23-05    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_____    _____
**Chief Administrative Officer's Signature**    8/23/05    **Date**

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____    _____
Tony Scott
**Offender's Signature**    N-92280    8/25/05
**ID#**    **Date**

A/W Programs

**Distribution:** Master File; Offender    CC: HUIA    Page 1    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

ExHiBit G-4

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**   05-0547F

| Date: 7-14-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C | Facility where grievance issue occurred: Mt. Sterling C.C |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____   _____
Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above date, 7-14-05, At Appx, Time 10:20 Am, I went to the health care unit, And i was seen by nurse practioner, Nurse practioner first ask me about smoking, She ask me did i smok I sad yes i do, Then i ask nurse practioner who discontinued my Nitro pills, She sad the Doctor did. I then inform nurse practioner i was having chest pain early this morning, A i did not have Anymore nitro pills. nurse practioner Ask me Do i take my pills I sad yes i do, I then sad how can the doctor take me off of nitro When i have a heart problem, Nurse practioner end the appointment And did not try to get me back on my nitro, Nurse practioner Nose

Relief Requested: I Am Asking to be move to A medical Facility As oR Dixon or Jackson ville

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott _____   N-92280   7,14,05
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
JUL 19 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____   _____   ____/____/____
Print Counselor's Name      Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: 07,18,05

Is this determined to be of an emergency nature?   ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____   07,18,05
Chief Administrative Officer's Signature      Date

All About my heart Condition.

I feel that is unfair for me not to get the proper medical Attention when they no All About my heart Condition.

I have been having Problem, After Problem After problems with This health care Staff, over And over Again, And that is unfair.

Not one i told nurse Practioner, that i refuse to take my medicine.

I feel my life in danger by not having my nitro.

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: July 19, 2005          Date of Review: July 28, 2005          Grievance # (optional): 05-0547E

Offender: Scott, Tony                                    ID#: N92280

Nature of Grievance: Medical/Medication

**Facts Reviewed:**   Emergency Grievance-Offender Scott states he saw the nurse practitioner on 7/14/05 and requested his nitro pills to be issued. He claims she did not try to reissue his nitro pills.  He wants transferred to a medical facility.

Ms. Fuqua, HCUA states Nitro pills were reordered by Dr. Brown on 7/20/05.

**Recommendation:**  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw                                    *Sue Redshaw*
Print Grievance Officer's Name                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, Including counselor's response If applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: ___7-29-05___          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:

                                                        0 80/05
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the f Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the al grievance, Including the counselor's response, if applicable, and any pertinent documents.)

*Tony Scott*                                    N-92280        8-5-05
Offender's Signature                              ID#            Date

A/W Programs       cc: HCUA

ation:  Master File; Offender                    Page 1                    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

**COMMITTED PERSON'S GRIEVANCE**   05-0589E   EXHIBIT G-5

| Date: 7/22/05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
| --- | --- | --- |

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |
| --- | --- |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| --- | --- | --- | --- |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ Other (specify): _____ |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | |

☐ Disciplinary Report: ___/___/___   _____
    Date of Report   Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above Date, 7/22/05, And Appr, time, 7:45 Am, I went to med line to pick up my Clopidogrei bisul 75 mg, And My Isosorbide 10mg. The nurse did not have them, She told me The Doctor did not renew them, I went to med line the night Before that would be, 7/21/05, And i receive from med line the Following medicines, Lovastatin 20mg, Aspirin 81mg, Enalapril 5mg, Atenolol 50mg. I feel Doctor brown don't no About heart problem, Because if he did, He would have not took me off of Clopidogrel, Isosrbide. I was on them two medicine when i was At home, As well Is the rest of them.

Relief Requested: That Doctor Brown get 6 mouth off with out pay for his neg-igence. And that i may be transfer to A medical Facility, Such Dixon, Jacksonville, Do to been treated Unfair by this health care staff, Doctor Brown.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tony Scott_                     N-92280        7/22/05
Committed Person's Signature           ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| --- | --- | --- |

Response: 

RECEIVED
AUG 3 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____   _____   ___/___/___
Print Counselor's Name        Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: 08 01 05

Is this determined to be of an emergency nature?   ☒ Yes; expedite emergency grievance
                                                  ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____                            08 01 05
Chief Administrative Officer's Signature               Date

Distribution: Master File; Committed Person                Page 1                DOC 0046 (Eff. 10/2001)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

I had to go do the hospital, Do to Doctor Brown, Incompetent of treating Head Problem, 7/19/05, for having Chest Pain, And now Doctor Brown, refuse to give me my medicine As of now. The Doctor At the hospital told me i have fluied On My Heart Along with my other problem.

The Doctor At the hospital, Recommend that i be put back on my Medicine, But Doctor Brown will not give them to me.

I feel Doctor Brown is playing with my life, By not giving me The medicine i need. I feel my life is in danger with Doctor Brown And this medical staff here.

I need my Clopidogrel hisul 75 mg, Isosorbide 10mg, thes two Pills are for my heart, the Blockages of my Arteris, So i need them.

DOC 0046 (Eff.10/2001)
(Replaces DC 5657)



**CERMAK HEALTH SERVICES**
OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

        Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

        He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

*Andrew Ting*

Respectfully
Andrew Ting MD
Cermak Health Service.

1/18/05
Tony Scott
here's the list you requested from your medicine bottles.

*Plavix*

Dr. A. Defuniak    clopidogrel bisul 75 mg    1 tablet daily
Dr. A. Defuniak    atenolol  25 mg 1 table daily
Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak    aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day

IAA666

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: <u>August 3, 2005</u>          Date of Review: <u>August 19, 2005</u>          Grievance # (optional): <u>05-0589E</u>

Offender: <u>Scott, Tony</u>                                                    ID#: <u>N92280</u>

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states Dr. Brown discontinued the Clopidogrel Bisul 75mg and Isosorbide 10mg. He claims the hospital has recommended he be placed back on these medications. He wants Dr. Brown suspended for 6 months and transferred to a medical facility.

Dr. Brown states he spoke to a cardiologist about Offender Scott. Nitro alone is indicated fro angina, but not Isosobide. Clopidoprel is useful for 6-12 months after a procoagulent event, but aspirin alone there after is suitable.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                    _____
Sue Redshaw                                              Grievance Officer's Signature
Print Grievance Officer's Name
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: <u>8-23-05</u>        ☒ I concur        ☐ I do not concur        ☐ Remand

Comments:

_____                    _____
Chief Administrative Officer's Signature                    8/24/05
                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                          N-92280                      8/25/05
                                              ID#                          Date

Distribution: Master File; Offender          CC: Haw                Page 1          DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

EXHIBIT G-6

IAWW

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 8-10-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |

**NATURE OF GRIEVANCE:**

- (●) Personal Property
- (☒) Staff Conduct
- (☐) Transfer Denial by Facility

- (☐) Mail Handling
- (☐) Dietary
- (☐) Transfer Denial by Transfer Coordinator

- (☐) Restoration of Good Time
- (☒) Medical Treatment

- (☐) Disability
- (☐) Other (specify): _____

- (☐) Disciplinary Report: _____ / _____  _____
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the AboVE Date 8-10-05. And APPX time 11:49am, I had Ask officer Hendricks for A Lt. OR A Cpt. And officer Hendricks snd why, So i told officer Hendricks That i did not have anymore nitro Pills. officer Hendricks stated, "Evidently You mush dont Need them, that's why you dont have anymore. I Then Ask officer Hendricks what was her name And officer Hendricks Kept walking and never told me her name. I inform officer Hendricks that i have a heart problem Officer Hendricks kept walking on. And i was pushing the

**Relief Requested:** for officer Hendricks To received 3mo. off with out PAY for her negligent by not calling a Lt. or cpt. that i be transfer to A medical Facillity, Such As Dixon, Jacksonvell,

(☒) Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 8,10,05 |
| Committed Person's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

## Counselor's Response (if applicable)

Date Received: _____ / _____ / _____

(☐) Send directly to Grievance Officer

(☐) Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Botton for help Because i was having
Chest pain on and off i need my nitor Pills,
I am a frad of my life hear, with this health care and
Some of the Staff as officer hear, I feel my life is in
Danger hear by not getting proper medical treament,

**Counselor's Response** (if applicable)

Date
Received: _____ / _____ / _____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL. 62794-9277

Response: _____

_____

_____

_____

_____

_____ _____ _____ / _____ / _____
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date
Received: 08, 16, 05

Is this determined to be of an emergency nature?  ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Committed person should submit this grievance
in the normal manner.

08, 16, 05

_____                                 _____
Chief Administrative Officer's Signature                        Date

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _ERIK MIRANDA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _0 8_ day of _10_, 200 _05_

_Erik Miranda K-83541_
**Affiant**

ON THE ABOVE DATE, 08-10-05; AND APPX TIME 11:49 AM I ERIK MIRANDA WITNESS INMANT Tony Scott ASK, OFFICER HENDRICKS to call Him A Lt OR A cpt, BECAUSE HE DID NOT HAVE ANYMORE Nitro Pills, OFFICER HENDRICKS RESPOND EVIDENTLY you must DONT NEED THEM"), tHAt is WHY you DONT HAVE ANYMORE, AND SHE KEPT WALKING,

State

ATTENTION!!!!!!!!!!!!!

N O T A R Y   F O R   P R I S O N E R S  !!!!!!

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, Christopher Locke B-54912, swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substanc.
On this 8 day of 10 th, 2005.

Respectfully Submitted,

B-54912
Affiant/Petitioner/Movant Pro-Se

Dated: 8-10-05

ON the ABOVE DATE, 8-10-05, AND APPX time 11:49 AM I, Christopher Locke B-54912: Witness inmate tony Scott ASK OFFICER ms. HeNDRICKS to CAll him A Lt, or CAPT, BeCAUS He DiD NOT HAVE ANYMORE Nitro pills ms. HeNDRICKS Response WAS, "EViDeNtly you must DONT NeeD them", that is why you DONT HAVE ANYMORE, AND She Kept WALKiNG..

Christopher Locke

*State*

**ATTENTION!!!!!!!!!!!!**

**N O T A R Y   F O R   P R I S O N E R S. !!!!!!**

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
<u>THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW</u>

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
<u>THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED</u>!

Wherefore, I state The Following:

<u>SWORN TO UNDER THE PENALTY OF PERJURY</u>

I, *Fritz D. Bailey*, swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substanc
On this _____8_____ day Of ___10___, ~~199~~ 05 .

Respectfully Submitted,

*Fritz D. Bailey*
Affiant/Petitioner/Movant/Pro-Se

Dated: _8_ / _10_ / _05_

I Fritz Bailey was standing in my cell
door-way the morning of Aug 10, 05 at about
11:49 in the morning. When I heard Resid-
-nt Scott ask C.O. Hendricks to call him
a Lt. or Captain-Because he didn't have
any more of his Nitro Pills, Officer
Hendricks Responded-Evidently "you
must not need them" That is why you don
have any more - Then She kept walking

Fritz D. Bailey
A-15630

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Charles E Thomas    R43632 , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 08 day of 10 , 2005.

Charles E T____ R-43632

**Affiant**

On the above date 08-10-05, approx time 11 49 Am I Charles Thomas witness; inmate Tony Scott ask officer Hendricks to call a LT. or a Capt. because he was out of his Cardiac Medication. Officer Hendricks reponded by saying, "Evidently you must need them, that why you haven't got any more;" and continued to walk away.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

05-0753E          EXHIBIT G-7

| Date: 9-19-05 | Offender: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___      _____
                    Date of Report              Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: On the Above date, 9-19-05, And Appx time 7:30 pm.
I went to med line to get my heart medicine because i did
Not have Anymore, Nurse conner would not give them to me,
I inform nurse conner i need them i take them everday for my
Heart, Nurse conner still, refuse to give me my medicine,
Nurse conner knows All About my heart problem. Nurse conner
took the empty blister pack from me the night befor, which
would be 9-18-05, nurse conner told me to come to med line
Tomorrow to pick up my medicine, Now when i came to med line To

Relief Requested: for Nurse conner to reciem 6mo, off with out pay, or to be transfer
To A Medical Facility, Such As Dixon, or Jacksonvilli

☒  Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott                          N-92280        9/19/05
    Offender's Signature                      ID#            Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|
| Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

RECEIVED
SEP 28 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____    _____    _____
Print Counselor's Name           Counselor's Signature         Date of Response

| **EMERGENCY REVIEW** |
|---|
| Date Received: 09 26, 05    Is this determined to be of an emergency nature?    ☒ Yes; expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____                          09 27, 05
Chief Administrative Officer's Signature                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

nurse conner Would not give them

to me. I have been hiving problem after Problem with
Nurse conner About my medicine.
I feel that is unfar for me to go thought this with nurse
Conner, I Also feel my life is in danger with this health
Care Staff, And i dont feel Safe here At this Facility.
I have not taking my medicine "in two days," And i need
My medicine, for my heart Problem.
What's happen they ARE Retaliation Agency me for fileing
Grievance Agency the health care units, yes i Am Afraid And
feel like my life in danger with this health care units,

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
| --- |

**Date Received:** September 28, 2005      **Date of Review:** October 12, 2005      **Grievance #** (optional): 05-0753E

**Offender:** Scott, Tony                                    **ID#:** N92280

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states he turned in his empty medication card to receive a refill. He claims Nurse Conner refused to issue him more of his medication. He wants Nurse Conner disciplined or transferred to a medical facility.

Ms. Fuqua, HCUA states medication refills are to be requested by the offender when they have 5-7 days left in their blister packs. Offender Scott turned in an empty blister pack on a Sunday night, 9/18/05. Medication was ordered on 9/19/05 and received on 9/20/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 10-12-05      ☒ I concur      ☐ I do not concur      ■ Remand

**Comments:**

Chief Administrative Officer's Signature                                    10/13/05      Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott                    N-92280      10-16-05
Offender's Signature          ID#          Date

A/W Programs            cc: HCUA

Distribution:   Master File; Offender              Page 1                    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** November 15, 2005          **Date of Review:** November 17, 2005          **Grievance #** (optional): 05-0907E

**Offender:** Scott, Tony                                                              **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:**  Emergency Grievance-Offender Scott claims he went to health care for chest pains and shortness of breath.  He states he was sent back to the housing unit while still having chest pains.  He states Nurse Drennen was "negative" with him and made "smart remarks".  He states he was made to sign a money voucher for co-pay and has been having the same problems for a long time.  He wants Nurse Drennen receive 3 days off without pay and transferred to a medical facility such as Dixon or Jacksonville.

Ms. Fuqua, HCUA states offender has been scheduled for a cardiology consult.

I Am Still having chest Pain And Shortness of breath, As of today,
And i was scheduled to see A cardiology Appx four week Ago, And my
left side is still going numb on And off, I feel Dr. Brown And fuqua
or not doing Anything About my heart problem but makeing it worst,

I would like A medical transfered to A medical facility Such As Dixon
or Jacksonville,

I have been having this problem every sine 6-16-05, when Dr. Brown
Took me off of my medications,

**Recommendation:**  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                              _____
        Sue Redshaw                                              Sue Redshaw
Print Grievance Officer's Name                      Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** _____   ☐ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

                                                                 11/18/05
_____                                           _____
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

If the offender is dissatisfied with the response, I understand this appeal must be submitted within 30 days after the date of the decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance and any pertinent documents.)

_____    N-92280          11-19-05
Offender's Signature              ID#                  Date

Printed on Recycled Paper                              DOC 0047 (Rev. 3/2005)

EXHIBIT G-8

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11-5-05 | Offender: (Please Print) Tony Scott | ID# |
|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
      Date of Report                    Facility where issued

*Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.*

*(attach a copy of a Disciplinary Report, Shakedown Record, etc.) and send to:*

*... is subject to direct review by the Administrative Review Board.*

*... protective custody, involuntary ... issues, or issues not resolved by the Chief ...*

... date 11-5-05. Appx time 12:35 pm. I was having chest pain, and shortness of breath, I inform the office and i was send over to the health care, when i got over there, the nurse Ask me what was wrong I told the nurse i was having chest pain and shorth of breath and pain In my left arm that radiated to my left jaw and downe my neck on the left side. I Then inform nurse Drennen that it feel like some one is pushing down on my Chest, when i went over there nurse Drennen was real negativity and making Smart remark to me. I feel nurse Drennen sabotages my diagnosis note when she call Dr. Brown, Because they sent me back a i'm still having chest

**Relief Requested:** FoR nurse Drennen received 3 ino off with out pay, for her negligent And that i be transfer to A medical Facility, such as Dixon OR Jacksonville,

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 11-5-05 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

| **Counselor's Response (if applicable)** |
|---|
| Date Received: ___/___/___  [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: |

RECEIVED
NOV 15 2005
WESTERN ILLINOIS C.C.

Counselor's Name | Counselor's Signature | Date of Response

| **EMERGENCY REVIEW** |
|---|
| Date Received: 11-8-05   Is this determined to be of an emergency nature?  [x] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature                                11-10-05
                                                                                  Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

Dain. The first thing nurse Drennen  Ask me is did i put in for sick call, that nurse Drennen told me that i have to put in a money voucher and for me to put in for sick call with a nursing a money voucher. The problem i have been having for five years. I feel that's unfair because i have been having this problem since Dr. Brown took me off my heart medication. I feel they did my EKG wrong in my diagnosis note, because of the negativity nurse Drennen was showing when i first got there. I feel this is unfar for me to go thought this, because Dr. Brown and Fuqua no All About my heart problem, and fell to do nothing About it. Because i'm still having the same problem with my heart, I continue to tell the nurses that my chest is still hurting me, but the nurses still sent me BACK. I would like to be sent out to a heart doctor, because i'm still having problem with my heart, the nurse ask me to sing a money voucher And I refuse to, because i have been comeing to the health care for the same problem, my heart, I fill i should not have to pay $2.00 for the same thing I been coming over there for, so if i get A reciept for payment of $2.00, That mean the nurse                 forgery my name and that's against The law. When nurse Drennen call Dr. Brown and Dr. Brown felled to send me Out to A hospital, when Dr. Brown no i have A heart problem. When i came BACK to the unit i had to take four nitro pills," And it still feel like someone Pushing on my chest. I feel that it's unfar for me to suffer from This problem, when i mad Dr. Brown and D. Fuqua Aware of my heart. Problem. I Am Afraid for my life here with this health care staff And Dr. Brown. I feel my life is in danger hear, By not getthing The Proper medical treament.

E-FILED
Tuesday, 11 July, 2006  12:54:25.PM
Clerk, U.S. District Court, ILCD



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology.

Respectfully

Andrew Ting MD

Cermak Health Service.

EXHIBIT Q-9

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

06-0135E

| Date: 2/21/06 | Offender: (Please Print) Tony Scott | ID#: N-92280 |
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [x] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

- [ ] Disciplinary Report: ___ / ___ / ___
      Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On the Above date 2-21-06, I Tony Scott N-92280, Am
Filing this Grievance do to treatment. I'm constant still having numness in my
left Arm and some time Chest Pain. I'v mad the nurs And Nurse
Ms. Fuqua As well Dr. Brown aware of my problem with the numnes
In my left Arm And my Chest Pain, But nothing has been done
About my problem that i'm having. I was Also sent out to the
Out side hospital to see A heart specialiest, But Dr. Tor could not do Any-
thing, because Dr. Brown And ms. Fuqua, did not send the right paper work
With me. I'm not Geting the right treatment here for my heart condision,

Relief Requested: for a transfer to a medical Facility, so i can get the treatment
I need. And Dr. Brown to get 6mo off with out PAY.
Medical transfer to A medical Facility Such As Dixon or Jacksonville

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 2,21,06 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ___ / ___ / ___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response:

RECEIVED
MAR 0 2006
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

---

### EMERGENCY REVIEW

| Date Received: 3, 2, 06 | Is this determined to be of an emergency nature? | [x] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____
Chief Administrative Officer's Signature

3 3 06
Date

And Also i Am not geting the proper medication i need. Dr. Brown sad the budget," will not Allow us to get that Medicine, I NEED my clopidogrel, Zocor, And my Isosorbide. I WAS taking this medication when i was At Home, And i need them now that's why i Am having the Problem i'm having now with the numness and chest pain. According to the A.R. 504 inmates hand Books If you become Suddenly ill or injured, report your problem to the nearest employee. The Eighth Amendment to the U.S. Constitution give convicted inmates The Right to Adequate medical care. I'm not geting the Adequate medical treatment that i Should be getting, for my heart condition. By me," Not Getting, the right medical treatment And do to Trying do Save money," By not giving me my medication They Are violate my Eighth And Fourteenth Amendment of The Constitution of the U.S.. By me not geting the Right medical treatment, It has mad my condition worst, And i'm Having A difficult time Sleeping And siting some time, I feel if Dr. Brown dont no how to treat my Condition I Should be transfer to A medical Facility, So i can Get the Treatment i NEED," And the right medication I NEED, Because i'm constant having chest pain," And Numness on my left side," on and off, It's making it hard for me to do thing. What make it so bad Dr. Brown And D. Fuqua the health care Administrater, Know █ About my Heart Condition, And now it has getting worst," they Are Not doing Any thing About it.

Jail and prison officals violate the constitution when they act with Deliberate indifference to an inmate's serious medical need. My heart Condition is a serious medical need, But i'm not Getting the proper medical ███ treatment or medicine i NEED," here At this Facility By Dr. Brown and D. Fuqua. So i'm Asking do be transfer to a medical Facility. Do to the budget," I Am the suffering," because i can not Get the right medicine i NEED, All because Just to Save money And that's not far.

COOK COUNTY HOSPITAL

Cardiac Catheterization Report

## DIAGNOSIS

PROCEDURE:

Left heart catheterization.
Selective coronary angiogram.

PROCEDURE PERFORMED:  The patient was brought to the Cardiac Catheterization Lab
and placed on the  cardiac catheterization table.  He was prepped and draped in
the usual aseptic manner.  Then the right  groin was infiltrated with 1%
Xylocaine for local anesthesia.  A 6F sheath was introduced percutaneously into
the right femoral artery.  Selective coronary angiography was performed using a
6F JL4 and a 6F JR4  catheters respectively.  The patient tolerated the
procedure well with no immediate complications.

INDICATION:  44-year-old Black male with stable angina, hypertension,
            hyperlipidemia, current smoker and cocaine use.

Hemodynamics: Aortic pressure 137/82mmHg mean 104mmHg.

Selective coronary angiogram:

Left main coronary artery was normal.

The left anterior decending showed mid 40% focal stenosis, distal 50% focal
stenosis, first diagonal branch 80% diffuse stenosis.

The left circumflex showed minor luminal irregularities.

The right coronary artery was nondominant with mid 50% diffuse stenosis.

Conclusions:

1. Severe one vessel coronary artery disease involving first diagonal branch
   otherwise, mild coronary artery disease.

2. Medical management PCI to D1 if symptoms persist.
Confirmed by EL KHADRA M.D., MAAN (1005), editor MYLES-DIXON, DEBRA (53) on 15-Oct-2004 11:59:39
Confirmed by EL KHADRA M.D., MAAN (1005) on 19-Oct-2004 13:03:55

## CONCLUSIONS AND RECOMMENDATIONS

| Test Date: | 30-Sep-2004 | Signed: |
|---|---|---|
| Edit Date: | 19-Oct-2004 | |

Patient ID:  004207483                          Patient:  Scott, Tony



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

      Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

      He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology.

Respectfully

Andrew Ting MD

Cermak Health Service.

1/18/05

Tony Scott

here's the list you requested from your medicine bottles.


Dr. A. Defuniak    clopidogrel bisul 75 mg    1 tablet daily

Dr. A. Defuniak    atenolol  25 mg 1 table daily

Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily

Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily

Dr. C Stadnicki    Zocor (Simva) 80M 80mg 1 tablet daily

Dr. A. Defuniak    aspirin 325mg  1 table daily

Dr. S Lin    Isosorbide Dinitr 10 mg, 1 table 3 times a day

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**     1B54

| Grievance Officer's Report |
|---|

**Date Received:** March 6, 2006        **Date of Review:** March 8, 2006        **Grievance #** (optional): 06-0139E

**Offender:** Scott, Tony        **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott states he is not receiving the proper medical treatment and medication for his heart problem. He claims he is having chest pains and numbness in his arm. Offender Scott states he saw a heart specialist but could not do anything for him because the proper paperwork was not sent with him. He wants a transfer to a medical facility such as Dixon or Jacksonville and Dr. Brown receive 6 months off without pay.

Nurse Boyle, DON states cardiologist report of 12/16/05 recommendations states in part, "It is quite apparent the patient wishes to go back to the prison in Dixon, Il. It is entirely possible that his current symptoms may be related to his wish to be transferred." Most current EKG done on 3/12/06 essentially unchanged from 7/9/05 and 12/9/05.

AS you CAN See," How can i have in EKG, done on me, on 3/12/06
when this grievance was seen on 3/8/06 It's Improbable, for
Me to take A EKG on 3/12/06, when the 12th have not came yet,"
I'm having numbness in my left Arm, And iv chest pain on and off,
They OR lieing And covering up for ech other,"

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw                              *Sue Redshaw*
Print Grievance Officer's Name            Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 3-8-06        ☑ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

*[signature]*                              3-9-06
Chief Administrative Officer's Signature            Date

**Offender's Appeal To The Director**

EXHIBH H-1

Marilyn Johnson
946 N. Kedvale
Chicago, IL  60651


October 25, 2005


Western Illinois Correctional Center
Warden Polk
R.R.4, Box 196
Mount Sterling, IL   62353

**RE: Tony Scott N92280**

Dear Warden Polk:

Tony Scott was denied a transfer to Dixon Correctional Center on 9/26/05.  Tony advised me that his counselor made a mistake or thought he was doing him a favor by requesting an educational transfer.  Tony never requested an educational transfer.  Tony and I have been requesting for him to get a medical transfer for months.  He's been there for over 6 months, why can't he get a transferred?

Please answer the above question for me.

PLEASE RESPOND TO MY LETTER.

Thank you,

Marilyn Johnson

EXHIBIT H-2

August 19, 2005


Roger E. Walker Jr., Director
I.D.O.C.
1301 Concordia Court
P.O. Box 19277
Springfield, Il 62794-9277

Dear Mr. Walker:

I have an ongoing problem that needs to be resolved. My health and life is at stake.

On 6/16/05 & 6/17/05 the doctor (Dr. Brown) at Western Ill. Corr. Center discontinued the following cardiac medications Plavix, Nitroglycerin and Isosbride Dinitr. Attached is a list of my medications, frequency and dosage.

On 07/19/05 I was transferred to an outside medical facility because I was having chest pains, shortness of breathe and pain in my left arm That radiated to my left jaw.  The EMT's started an IV in my left arm and EKG. They also gave me nitroglycerin sub ling. Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable.

The discharging M.D. from the outside facility gave instructions for all my cardiac medication to continue.

At the present time I still haven't received all my cardiac medication. Dr. Brown the M.D. at the Western Ill. Correction Center refuses to re-order my medication.

I've filed several grievances regarding this problem. I am also attaching a copy of a cardiac catheterization and its findings.

I have made Deborah Fugua, Warden Polk and Warden Zimmerman aware of my condition and they all turned a blind eye to my serious medical needs.

Sincerely,


Tony Scott, N92280
R.R.#4, Box 196
Mount Sterling, IL  62353

EXHIBIT H-3

**MARILYN JOHNSON**
**946 N. Kedvale**
**Chicago, IL  60651**
**(773) 276-5157**

June 2, 2005

Warden Polk
Western Correctional Center
R.R. #4, Box 196
Mount Sterling, IL  62353

RE: Tony Scott, N92280

Dear Warden Polk:

I am writing you because I am concerned about inmate Tony Scott's health. I spoke with him several times and he states he is not getting proper medical treatment. I have enclosed a copy of his latest medical records for your review.

During his trail the Judge was very concerned about IDOC placing him at facility that could accommodate his condition. I am not sure what kind of health professionals are staffed there, but if an inmate cannot see them what good are they. IDOC may feel that Tony's life isn't important, but his kids and I do.

At this point I request you transfer him to a facility like Dixon, East Moline or Jacksonville. I am also enclosing a copy of the letter I sent to Edward McNeal dated 5/04/05 and his response dated 5/17/05. My next step will be contacting the governor.

Please respond to my letter, you can contact at the above address.

Sincerely,

Marilyn Johnson

Cc: Tony Scott, Inmate
     Roger E. Walker Jr., Director of IDOC

Exhibit H-10

*Marilyn Johnson*
*946 N. Kedvale*
*Chicago, IL  60651*

March 3, 2006

Warden Zimmerman
Western Correctional Center
R.R. #4, Box 196
Mount Sterling, IL  62353

RE:  Tony Scott N92280

Dear Warden Zimmerman:

I am writing you because I am concerned about inmate Tony Scott's health.  As of today Tony Scott states
he is not getting the proper medical treatment.  If you check the files you can see where I wrote the previous
Warden regarding this situation.  All I am concerned about is the well being of Tony Scott.

During his trail the Judge was very concerned about IDOC placing him at a facility that could accommodate
his condition.  The Health care at Western Correctional Center has proven that they are not qualified.

I am asking if you can take that extra step to make sure Tony Scott can be transferred a facility like Dixon,
East Moline or Jacksonville.  I look forward to hearing from you.

Sincerely,

Marilyn Johnson

cc: Tony Scott

EXHIBIT H-4

Marilyn Johnson
946 N. Kedvale
Chicago, IL  60651
(773) 276 - 5157

August 25, 2005

Roger E. Walker Jr., Director
IDOC
1301 Concordia Court
P.O. Box 19277
Springfield, IL  62794-9277

**RE:  Tony Scott, N92280**

Dear Mr. Walker:

In response to the letter dated 7/28/05 from Edward McNeil, at this time I feel I am
getting the run around.  Of course there is no paperwork on file, because Warden Polk
will not allow Tony Scott to submit a transfer until after September 05, 2005.  This is
something I feel your office already knew.  You all must follow the same rules or does
each correctional center make up there own.  Warden Polk states that an offender can
submit a transfer after being at a facility for six months.  After he submits the request it
will be reviewed for possible transfer.  And as you know a possible transfer will be
denied.  You suggested I have Tony contact his assigned counselor, which he did the
counselor states that you can request a transfer after being there for one year.  Mr. Walker
I am a bit confused, are you saying a Warden have that much control and power over a
inmates well being.  I believe you can intervene and transfer Tony Scott to a different
facility.  I am not requesting you take away one hour, one minute or one second of his
time to be served.   All I am asking is for you to give him a MEDICAL
TRANSFER…PLEASE. I have been requesting this since May.  It is very stressful for
me and my family to constantly deal with this situation.  I believe you care and is concern
please do the right thing.

Sincerely,

Marilyn Johnson

cc: Edward McNeil, Mgr
     Warden Polk, Western Springs C.C.

EXHIBIT H-5



Marilyn Johnson
946 N. Kedvale
Chicago, IL   60651
(773) 276 – 5157

October 4, 2005

Roger E. Walker Jr., Director
IDOC
1301 Concordia Court
P.O. Box 19277
Springfield, IL   62794-9277

RE: Tony Scott, N92280

Dear Mr. Walker:

I wrote you a letter dated 8/25/05 and as of this day I have not received a response from you. I am very disappointed in the way you have handled my requests and concerns. The only reason I am writing to you is because I assumed the Director of IDOC would be able to help me.

Tony Scott was denied a medical transfer at the institutional level. If you are not the right person for me to be contacting please advise.

Sincerely,

Marilyn Johnson

cc: Edward McNeil

EXHIBIT H-6

**Marilyn Johnson**
**946 N. Kedvale**
**Chicago, IL 60651**

May 4, 2005

Edward McNeal
Transfer Coordinator
1301 Concordian Court
Springfield, IL 62794

Dear Mr. McNeal:

I am writing to you in regards to Tony Scott, N92280. Mr. Scott is currently incarcerated at Mount Sterling. I am concerned because of his medical condition. Tony's had several heart attacks in the past and in need of surgery. He is locked up at least 23 hours out of the day which is very stressful. . He states he pushes a button for medical attention and no one response. Sometimes it forces him to take additional Nitro pills. I am enclosing a copy of this medical history for your review.

I am respectfully asking for Tony Scott to get a Medical Transfer. Constantly being stressed and not being able get assistance is unfair.

Please response to my request, you can contact me at the address above for call me at (773) 276-5157. Thank you for you time.

Sincerely,

Marilyn Johnson

Cc: Tony Scott, N92280
     Mount Sterling , Western Springs C.C.
     R.R. 4, Box 196
     Mount Sterling, ill 62353

EXHiBit H-7

Marilyn Johnson
946 N. Kedvale
Chicago, IL  60651

October 27, 2005

Edward McNeil, Mgr
Transfer Coordinator Office
IDOC
1301 Concordia Court
P.O. Box 19277
Springfield, IL  62794-9277

                    RE: Tony Scott N92280

Dear Mr. McNeil:

Your letter dated 10/21/05 proved to me that you all just don't care.  I am aware of why
he was denied.  For your information Tony's counselor made a mistake or thought he was
doing Mr. Scott a favor by requesting an educational transfer.  Beside all that!  There must
be something wrong with the facility, Tony have filed over 8 grievances since he's been
there and nothings ever done about them.  At this point I feel the facility is retaliating
against Mr. Scott because of all the complaints being filed.

A person should not go through all of this back and forth for a transfer.  What's the real
problem?

Sincerely,

Marilyn Johnson
Marilyn Johnson

EXHIBIT H-8

June 22, 2005

Administrative Review Board
Attn: Director
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794

Dear Director:

My name is Tony Scott N92280 currently at IDOC-Mount Sterling. I have medical issues that have not been resolved. I feel they did not resolve the problem because I am still having chest pains on and off. I am also concerned about how they heard my grievance without calling me over to response about it. I feel that was unfair and not legal. As you can see I filed the grievance on 6/06/05 and they saw me on 6/10/05 and 6/14/05. That was five days without medical attention and I was in severe pain. I am in need of surgery and the medical staff knows all about my heart problem. On June 16th I saw a doctor and all he did was look at my old chart, took me off 2 medications and did not consult with me. I don't feel safe with this medical staff. I am asking for a full investigation on the grievance and that Nurse L. Conn receive five days off without pay for her negligence. Can you please transfer me to a correctional center with a more competent medical staff such as Dixon, Jacksonville or East Moline.

Thank you for taking time to read my letter. Please reply.

Tony Scott – N92280
RR#4, Box 196
Mount Sterling, IL 62353

*Exhibit H-9*

**Marilyn Johnson**
**946 N Kedvale**
**Chicago, IL  60651**
**(773) 276-5157**

March 24, 2006

Melody J. Ford, Chairperson
Administrative Review Board
Office of Inmates Issues
1301 Concordia Court
P.O. Box 19277
Springfield, IL  62794-9277

<div align="center">RE: N92280 Tony Scott</div>

Dear Ms. Ford,

In regards to the letter I received from you dated 1/24/06, yes I am very concerned about inmate Tony Scott-N92280 health.  I have enclosed copies of several grievances Tony Scott have sent to the Administrative Review Board and have not received a reply. I recently spoke with Tony Scott and he is still not receiving the correct medication and is under a lot of pain.

I have sent many letters to the Warden, Transfer Coordinator, Counselors and many State Officials regarding the treatment Tony Scott is receiving at Western Illinois Correctional Center.

Ms. Ford if there is anything you can do for him it would be greatly appreciated.

Sincerely,

Marilyn Johnson

EXHIBIT I-1



## Illinois
## Department of
## Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Western Illinois Correctional Center  /  R. R. 4, Box 196  /  Mt. Sterling, IL 62353  /  Telephone: (217) 773-4441  /  TDD: (800) 526-0844

November 8, 2005

Marilyn Johnson
946 N. Kedvale
Chicago, Illinois 60651

IN RE:  Tony Scott N-92280

Dear Ms. Johnson:

I am in receipt of your letter dated October 25, 2005, to Warden Polk regarding the denial of an institutional transfer for Offender Tony Scott. Your letter was forwarded to me for handling. I have reviewed Offender Scott's transfer denial on 9/26/05 to Dixon Correctional Center. He was denied at the local level due to Additional Observation needed. This simply means that we would like to observe him for additional time in his current placement before approving him to a lower security level. He can request another review after a minimum observation period of six months. Any time after March 26, 2006, he may request another transfer through his Correctional Counselor and it will be processed in accordance with established procedures.

I trust that this is responsive to your concerns.

Sincerely yours,

Richard Young
Clinical Services Supervisor

RY:sh

CC: MRF
    WF
    Warden Terry Polk
    Correctional Counselor II Paul Vincent

EXHIBIT I-2



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 24, 2006

Ms. Marilyn Johnson
946 N. Kedvale
Chicago, Illinois 60651

Re: Tony Scott, Register No. N92280

Dear Ms. Johnson:

This is in response to your letter regarding Tony Scott, N92280, who is incarcerated at Western Illinois Correctional Center. You state Offender Scott is concerned about his medical care.

Encourage Offender Scott to file a grievance at the facility. Grievances are processed first at the institution and must be submitted by the inmate.

I hope this has been receptive to your needs.

Sincerely,

Melody J. Ford, Chairperson
Administrative Review Board
Office of Inmate Issues

Warden Roger Zimmerman, Western Illinois Correctional Center
General Office File

EXHIBIT I-3

**Illinois Department of Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

**Western Illinois Correctional Center / R. R. 4, Box 196 / Mt. Sterling, IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844**

**MEMORANDUM**

**DATE:** June 16, 2005

**TO:** Tony Scott N92280
R-1 A-66

**FROM:** Terry L. Polk
Warden

**SUBJECT:** **MEDICAL TREATMENT**

I have received a letter from Marilyn Johnson stating that you are indicating to her that you are not receiving proper medical treatment at this facility. If you feel this is true, I recommend you follow the department's grievance procedure by filing a grievance, if you have not already started this process.

Terry L. Polk
Warden

TLP:tlr

cc: Sue Redshaw – Grievance Officer
File
Chron File

EXHIBIT I-4



# Illinois
## Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 28, 2005

Marilyn Johnson
946 N. Kedvale
Chicago, IL 60651

RE: Tony Scott
Reg. # N92280

Dear Ms. Johnson:

Your correspondence to Director Walker was received in his office and subsequently forwarded for appropriate response and follow-up.

You are requesting the above-named inmate be transferred from the Western Illinois Correctional Center. Please be advised, paperwork regarding a transfer has not been submitted to this office as of this writing. Until the appropriate paperwork has been received, no further action can be taken. If he has any further questions regarding this issue, he should contact his assigned correctional counselor.

I regret I could not be more responsive to your concerns.

Sincerely,

Edward McNeil
Manager
Transfer Coordinator's Office

cc: Warden Polk
    General Office File

ExHiBit I-5



## Illinois
## Department of
## Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Western Illinois Correctional Center  /  R. R. 4,  Box 196  /  Mt. Sterling, IL 62353  /  Telephone:  (217) 773-4441  /  TDD:  (800) 526-0844

## MEMORANDUM

**DATE:** 9/24/05

**TO:** Scott

**HOUSING:** 1A-66

**INMATE #:** N92280

**FROM:** Jeff Ervin
Casework Supervisor

**SUBJECT:** TRANSFER TO   Dixon
WORK RELEASE TRANSFER TO _____
ELECTRONIC DETENTION   _____

The status of your transfer is as follows:

☐  Approved at the institutional level and forwarded to the Transfer Coordinator in Springfield on _____ for final decision.  You will be notified of that decision once we receive it.

☒  Denied at the institutional level for the reason(s) cited below.

☐  Approved by the Transfer Coordinator in Springfield on _____.  You will be transferred when bed space is available.

☐  Approved by the Transfer Coordinator in Springfield on _____, **but for the location listed below.**  You will be transferred when bed space is available.

☐  Denied by the Transfer Coordinator in Springfield on _____ for the reason(s) cited below.

If you have any questions, please contact your counselor.

Jeff Ervin
Casework Supervisor

JE:td
cc:  Counselor
     Working File

COMMENTS:   Additional observation
needed.

EXHIBIT I-6



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker, Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

May 17, 2005

Ms. Marilyn Johnson
946 N. Kedvale
Chicago, Illinois 60651

Re:   Tony Scott
Register #N92280

Dear Mr. Johnson:

This will acknowledge receipt of your recent correspondence in which you request that the above named inmate be transferred due to his health.

This is an issue that should be handled at the institutional level. You should contact the health professionals at the Western Illinois Correctional Center and address your concerns. I will forward a copy of your letter to Warden Polk for his followup.

Sincerely,

Edward McNeil
Manager
Transfer Coordinator's Office

cc:   Warden Polk
        General Office File
enc:   Correspondence

Exhibit I-7



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 24, 2006

Ms. Marilyn Johnson
946 N. Kedvale
Chicago, Illinois 60651

Re: Tony Scott, Register No. N92280

Dear Ms. Johnson:

This is in response to your letter regarding Tony Scott, N92280, who is incarcerated at Western Illinois Correctional Center. You state Offender Scott is concerned about his medical care.

Encourage Offender Scott to file a grievance at the facility. Grievances are processed first at the institution and must be submitted by the inmate.

I hope this has been receptive to your needs.

Sincerely,

Melody J. Ford, Chairperson
Administrative Review Board
Office of Inmate Issues

Warden Roger Zimmerman, Western Illinois Correctional Center
General Office File





# Illinois

## Department of

# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

May 31, 2006

Tony Scott
Register No. N92280
Western Illinois Correctional Center

Dear Mr. Scott:

This is in response to your grievance received on March 27, 2006, regarding medial treatment (alleges he is not receiving adequate medical treatment), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 06-0139E, and subsequent recommendation dated March 8, 2006 and approval by the Chief Administrative Officer on March 9, 2006 have been reviewed.  The Health Care Unit notes that you are scheduled for a nuclear stress test in June, 2006.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Roger Zimmerman, Western Illinois Correctional Center
Tony Scott, Register No. N92280
Chron. File



**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL  62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 17, 2006

Tony Scott
Register No. N92280
Western Illinois Correctional Center

Dear Mr. Scott:

This is in response to your grievance received on December 14, 2005, regarding medical treatment (for shortness of breath), which was alleged to have occurred at Western Illinois Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 05-0907E, and subsequent recommendation dated November 17, 2005 and approval by the Chief Administrative Officer on November 18, 2005 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration.  It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Roger Zimmerman, Western Illinois Correctional Center
      Tony Scott, Register No. N92280
      Chron. File