E-FILED
Tuesday, 11 July, 2006  01:29:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Tony Scott _____ ,    )

      Plaintiff,                    )

vs. Dr. Lowell Brown, Hendricks,      )    No. _____
O'Conner, Fuqua, Polk,
Zimmermann, Walker

_____ ,    )    Jury Trial Demanded.    **FILED**

      Defendant(s)                  )    JUL 1 0 2006

MOTION FOR APPOINTMENT OF COUNSEL

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1.   I,  Tony Scott _____ , declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.   In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

  This is my first attempt, due to the fact I didn't feel

 at first that I would need counsel, now I feel I do

 because of my ignorance of Law Procedure.

 _____

 _____

 _____

3.   In further support of my motion, I declare that (check
appropriate answer):

✓          I am not currently represented (and have not
          been represented previously) by an attorney
          appointed by this court in this or any other
          civil or criminal proceeding before this
          court.

_____    I am currently (or previously have been)
          represented by counsel appointed by this
          court in the proceeding(s) described on the
          attached page.

4.    In further support of my motion, I declare that (check appropriate answer):

✓        I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed.  Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Tony Scott
_____
Movant's Signature

R.R. #4 Box 196
_____
Street Address

Mt. Sterling Il 62353
_____
City/State/Zip Code

Date:    5-23-06
_____

10/94

2