FILED
AUG 28 2006
JOHN M. WATERS, Clerk.
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE 3:06-cv-3144

To: CLERK of The COURT.

Tony Scott
N-92280
R.R. #4 Box 196
Mt. Sterling IL 62353

I Am writing in respond of the hearing That was set for 8-23-06, with Judge Harold A. Baker.
I was not call on 8-23-06 for my hearing
I would like to know did you call down here To set up Appointment for me, Becuse they have Been massing with my mail, And the use of the Law library And every thing eles, down here.
So that's why i would like to no did you set up Appointment for me, or has the date been Change.

Thank you.

Tony Scott
N-92280

P.S. Can you let me no If i have A new date.