**E-FILED**
Wednesday, 30 August, 2006  09:51:58 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**

Tony Scott _____ )

JUL 1 0 2006

Plaintiff )U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

vs.                    - )          Case No. _____

)

Dr.Lowell Brown,Officer Hendricks,)      JURY Trial Demanded
Nurse O'conner,Deborah k.Fuqua, )
Terry L.Polk,Roger A.Zimmerman, )
Roger Walker. _____ )
                    Defendant(s) )

## COMPLAINT

☑     42 U.S.C. §1983 (suit against state officials for constitutional violations) -

☐     28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐     Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Tony Scott_____, and states as follows:

My current address is: __Wester ILL Correctional Center. RR#4 Box 196__

_____Mt.Sterling,ILL 62353_____

The defendant __Dr.Lowel Brown_____, is employed as __a doctor at -__

__Western C.C_____ at __Western Correctional Center__

The defendant __Officer Hendricks_____, is employed as __a Correctional -__

__Officer at Western C.C.__ at __Western Correctional Center__

The defendant __Nurse O'Conner_____, is employed as __a Nurse__

_____ at __Western Correctional Center__

The defendant __Deborah Fuqua_____, is employed as __Health Care -__

__Administrator_____ at __Western Correctional Center.__

(revised 9/96)

The defendant <u>Terry L.Polk</u>, is employed as <u>Chief Administative Officer's</u>

<u>In Charge of the Facility</u> at <u>Western C.C.</u>

Additional defendants and addresses <u>Roger A.Zimmerman is employed</u>

<u>as Chief Administative Officer's in charge of the Facility at</u>

<u>Western Correctional Center. Roger Walker Jr. is employed as</u>

<u>Director of the IDOC,at Springfield,ILL</u>

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?            Yes  ☐                        No  ☑

If yes, please describe _____ N/A _____

_____ N/A _____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes  ☐                        No  ☑

C.  If your answer to B is yes, how many? _N/A_ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

_____ N/A _____

2.  Court (if federal court, give name of district; if state court, give name of county)

_____ N/A _____

3.  Docket Number/Judge _____ N/A _____

4. Basic claim made ___*N/A*_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

   still pending?) ____*N/A*_____

6. Approximate date of filing of lawsuit ___*N/A*_____

7. Approximate date of disposition ____*N/A*_____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes  ☑   No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☑   No  ☐

If your answer is no, explain why not ____*N/A*_____

_____*N/A*_____

C. Is the grievance process completed?   Yes  ☑   No  ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence <u>Western Correctional Center.</u>

Date of the occurrence <u>6-16-06.6-17-06.It is a on going problen.</u>
                    <u>Im still hiving as of today.</u>

Witnesses to the occurrence <u>Erik Miranda K83541,Christopher Locke B54912</u>
          <u>Fritz Bailey A15639,Charles Thomas R43632 - Marilyn Johnson</u>

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
          *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

"SEE ATTACHED"

## Statement of Claims

I arrived at Western Correction Center in the beginning of March 2005 and my medical records followed me as well as my court records stating about my heart condition. In March 2005 I had a doctor's appointment because they knew about my heart condition history that was sent along with my files from my court records as well as my medical records. I then showed Dr. Brown my cardiac cauterization report from Cook County Hospital as well as a report from Cermak Health Service from Cook County. I then informed Dr. Brown that Dr. El Khadra who done the cauterization on me and Dr. El Khadra testified in court about my heart condition. Dr. El Khadra testified that I have two options, either medical therapy to try to treat the cholesterol the other option Anglitlasty and will be surgery. I chose to be treated by medical therapy medication at the time. I am still experiencing numbness on my left side on and off, shortness of breathe sometimes and fatigue all the time as of today which is 5/6/06 do to inadequate treatment.

I have a history of coronary artery disease, and in need of surgery as of now. I had two options, either medical therapy "medications" or "surgery". But I went with the medications for right now, until I get out. I am attaching a copy of what my doctor testified in court regarding my condition. Dr. Maan El Khadra, from Cook County Hospital. I am still having numbness in my left arm and shortness of breathe, the shortness of breathe come as goes, but the numbness on my left side stays most of the time. I have made Dr. Brown aware of my numbness but he still refuse to give me the right medication I need. I appealed my grievances to the Administrative Review Boards, P.O. Box 19277, Springfield, IL but they have not responded yet. It has now been 9 months later and I still have not gotten a response.

## DEFENDANTS

1. Defendants, Dr. Brown; Warden Terry Polk; Warden Zimmerman; Director Roger E. Walker; Deborah K. Fugua; Nurse Conner and Officer Hendricks have been since June 2005 and Continue to be deliberately indifferent to the plaintiff serious medical need in violation of the Eight Amendment to the United States Constitution.

   A. **Defendant, Dr. Brown** treatment of the plaintiff amounts to medical negligence, medical malpractice under Illinois law, by not giving adequate medical treatment.

   B. **Defendant, Deborah Fugua**, act to the plaintiff treatment amounts to negligence for turning a blind eye to the situation that I am having here at this facility, and not seeing that I get adequate treatment under Illinois law.

   C. **Defendant, Terry L. Polk**, act to the plaintiff treatment amounts to negligence for turning a blind eye to a serious medical need that I am having here at this facility and not seeing that I get adequate treatment, under Illinois law.

   D. **Defendant, Warden Zimmerman**, act to the plaintiff treatment amounts to negligence for turning a blind eye to a serious medical need that I am having here at this facility and not seeing that I get adequate treatment, under Illinois law.

   E. **Defendant, Director Roger E. Walker Jr.**, act to the plaintiff treatment amounts to negligence for turning a blind eye to my serious medical needs at this facility and seeing to that I get adequate medical treatment under, Illinois law.

   F. **Defendant, Nurse Conner**, act to the plaintiff treatment by refusing to give me my medications when Nurse Conner knows about my heart condition. Nurse Conner actions was negligence, under Illinois law.

   G. **Defendant, Officer Hendricks**, act to the plaintiff treatment amounts to negligence, when Officer Hendricks refuses to get me some medical treatment when I informed Officer Hendricks that I was having chest pains and I did not have anymore Nitro Pills Officer Hendricks reply was "evidently you must don't need them that's why you don't have them anymore." Officer Hendricks action was negligence, under Illinois Law.

Doctor Brown,

I informed Dr. Brown that I am having an on going problem that needs to be resolved.  My health and life is at stake.

On 6/16/05 & 6/17/05 the doctor (Dr. Brown) at the Western Illinois Correctional Center discontinued the following cardiac medications Plavix, Nitroglycerin, Zocor and Isosbride Dinitr.  Attached is a list of my medications, frequency and dosage.

On 07/19/05 I was transferred to an outside medical facility because I was having chest pains, shortness of breath and pain in my left arm that radiated to my left jaw.  The EMT's started an IV in my left arm and gave me an EKG.  They also gave me nitroglycerin sub ling.  Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable.

The discharging M.D. from the outside facility gave instructions for all my cardiac medication to continue.

At the present time I still haven't received all my cardiac medication.  Dr. Brown the M.D. at the Western Ill. C.C. refuses to re-order my medication.

I've filed several grievances regarding this problem.  I am also attaching a copy of a cardiac catheterization and its findings.

NURSE CONNER

Nurse Conner knows all about my heart condition. On 6/05/05, I went to the med line to get my aspirins because I didn't have anymore. Nurse Conner refuses to give them to me. I then informed Nurse Conner that I have a heart problem and I take a aspirin once a day, and I told nurse Conner that I have been taking Nitro pills but she still refuse to give me my aspirin.

On 8/17/05, I went to med line to get a refill on my Nitro pills. I informed Nurse Conner that I have two nitro pills left. Nurse Conner refuses to put me in for a refill of my nitro pills. I had to go without my nitro pills for two weeks. I feel that was unfair because Nurse Conner knows about my heart condition.

OFFICER HENDRICKS

Officer Hendricks refuses to get me a Lieutenant or Captain. I then informed Officer Hendricks that I had no more nitro pills and I have a heart problem. Officer Hendricks reply was "evidently you must don't need them that's why you don't have them anymore." I asked Officer Hendricks her name and she kept walking. I then kept pushing my button for help because I was having severe chest pain, but no one came.

DEBORAH K. FUQUA, R.N. CCHP
Health care unit administrator.

Ms. Fuqua knows all about my heart condition, I had made Ms. Fuqua aware of this problem when Dr. Brown first discontinued the following cardiac medications, Plavix, Zocor, Nitroglycerin and Isosbride. I have informed Ms. Fuqua several times about this problem I am having with Dr. Brown about my medication for my heart condition. Ms. Fuqua continued to turn a blind eye to the problem I'm having under her staff here at this facility.

It is now 2/21/06, and I am still having problems with my condition and informed Ms. Fuqua refuse to do anything about my heart condition. I was sent out to the hospital and I saw Dr. Troy. Dr. Troy could not do anything because he did not have the right paper work. I then informed Ms. Fuqua about that problem; she stated you will have to go back. It is now 3/2/06 and I have-not been back yet. I then informed Ms. Fuqua my condition has gotten worse, because I am having numbness in my left arm ever day all day, sometimes shortness of breathe and pain on my left side. Ms. Fuqua refuses to do anything about my heart problem. That's not fair, because Ms. Fuqua is aware of my heart condition because she seen my cardiac report from Cook County Hospital.

WARDEN TERRY L. POLK

Warden Polk knows all about my heart condition, because I have informed Warden Polk several times by writing him and talking with him about my heart condition and the problem I am having with Dr. Brown and Deborah K. Fuqua, the Health Care Unit Administrator about my heart problem and my medication. Warden Polk refuses to do anything about it and turn a blind eye to the situation that I am having here at this facility.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

See Attached

URY DEMAND          Yes  ☒          No  ☐

Signed this __23__ day of __MAY_____ , 2006

Tony Scott
( *Signature of Plaintiff* )

| 'ame of Plaintiff: Tony Scott | Inmate Identification Number: N-92280 |
|---|---|
| :ddress: R.R. #4 Box 196 Mt. Sterling 62353 | Telephone Number: |

6

## RELIEF REQUESTED

|  |  |  |
|---|---|---|
| DEFENDANTS | ) | WALKER (IDOC Director) |
|  | ) | POLK (Western C.C. Warden) |
|  | ) | ZIMMERMAN (Western C.C. Warden) |
|  | ) | FUGUA (Western C.C. Health Care Administrator) |
|  | ) | BROWN (Western C.C. Doctor) |
|  | ) | O'CONNER (Western C.C. Nurse) |
|  | ) | HENDRICKS (Western C.C. Officer) |

Responsible because they failed to intervene, knowing about my heart condition and they knew Dr. Brown's treatment was obviously inadequate.

1. I am requesting monetary relief for compensatory, nominal, punitive damages from Dr. Lowell Brown in the sum of $200,000 dollars for violating my 8th amendment right by not providing me with adequate medical treatment. When Dr. Brown knew about my heart condition and he still discontinued the following cardiac medications - PLAVIX, ZOCOR, ISOSBRIDE and NITROGLYCERIN which caused me to go to the outside hospital several times because Dr. Brown discontinued my cardiac medications. As of now I am not receiving the correct medication and am under a lot of discomfort, such as numbness on my left side on and off. Shortness of breathe most of the time; fatigue all the time and I cannot sleep most of the time. Do to the discomfort I am having from Dr. Brown's inadequate treatment. Dr. Brown act in his official and individual capacity.

2. I am requesting monetary relief for compensatory, nominal and punitive damages from Deborah K. Fugua, Health Care Administrator in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when I made Ms. Fugua aware several times about my heart condition and what Dr. Brown had done by discontinuing my cardiac medications. Ms. Fugua act in her official and individual capacity.

3. I am requesting monetary relief for compensatory, nominal and punitive damages from Terry L. Polk, Chief Administrative in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when me and my wife made Warden Polk aware several times about my heart condition and what Dr. Brown had done regarding discontinuing my cardiac medications. But, yet Warden Polk still turned a blind eye to my serious medical need. Warden Polk act in his official and individual capacity.

4. I am requesting monetary relief for compensatory, nominal and punitive damages from Roger A. Zimmerman, Chief Administrative in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need especially when me and my wife made Warden Zimmerman aware several times about my heart condition and what Dr. Brown done regarding discontinuing my cardiac medications. But yet Warden Zimmerman still turned a blind eye to my serious medical need. Warden Zimmerman act in his official and individual capacity.

5. I am requesting monetary relief for compensatory, nominal and punitive damages from Roger E. Walker (Director of the IDOC) in the sum of $100,000 dollars for violating my 8th amendment right by turning a blind eye to my serious medical need when me and my wife made director Walker aware several times about my heart condition and what Dr. Brown, Ms. Fugua, Warden Polk and Warden Zimmerman was doing about my condition. But, yet director Walker still turned a blind eye to my serious medical need. Director Walker act in his official and individual capacity.

6. I am requesting monetary relief for compensatory, nominal and punitive damages from Nurse O'Conner in the sum of $50,000 dollars for violating my 8th amendment right by refusing me my medication several times and Ms. Conner knew all about my heart condition. Nurse O'Conner act in her official and individual capacity.

7. I am requesting monetary relief for compensatory, nominal and punitive damages from Officer Hendricks in the sum of $200,000 dollars for violating my 8th amendment right by refusing me medical treatment when I made Officer Hendricks aware of my condition when I was having chest pains and was out of the Nitro pills. I then informed Officer Hendricks that I have a heart condition and need my medication. Officer Hendricks still refuses to get me some help which caused me to go to the outside hospital that night.
Officer Hendricks act in her official and individual capacity.

I Tony Scott, Has Exhausted All Available
Administrative Remedies At The Western Illinois
Correctional Center, On 6-5-05, It Was denied On 6-16-05
By P. Vincent And i appeal. 7-13-05, It Was denied On 8-1-05
By warden Polk And i Appeal 8-5-05. 7-14-05, It was denied
On 8-24-05 by warden Polk And i Appeal 8-25-05.
7-14-05, It Was denied On 8-1-05 ~~And i Appeal~~ By warden
Polk And i Appeal 8-5-05. 7-22-05, It was denied on
8-24-05 by warden Polk And i Appeal 8-25-05. 8-10-05
It Was denied On 8-16-05 by warden Polk And i Appeal
8-17-05. 9-19-05, It Was denied On 10-13-05 by warden
Polk And i Appeal 10-16-05. 11-5-05, It Was denied On
11-18-05 by warden Polk And i Appeal 11-19-05. 2-21-06
It was denied On 3-9-06 by warden Zimmerman And
I Appeal 3-10-06.

I Tony Scott, Submitted All grievance Raising The
Matters stated in the complaint.
I Also Appeal All grievance to the Administrative
Review Board On time.

Tony Scott
Tony Scott
5-23-06

E-FILED
Wednesday, 30 August, 2006  09:52:13 AM
Clerk, U.S. District Court, ILCD

"EXHIBITS"

A,1.) Copys of My Catheterization Report From Cook
County Hospital, And Cermak Health Services, And A
List of Medication i was Take for My Heart, And
Showing i get A New Butter of Nitro Every Month.

A,2.) A Report Where Dr. Maan El Khadra Testify About My
Heart Condition.

B, ) Copys of Report From Culbertson Hospital

C, ) Copys of Medication Records From Westen health
Care,

D, Copys of Progrese Notes From westen Health care

E.) Copys of E K G, Report From westen Health Care

F. ) Copys of Report From Prairie Hospital

G, ) Copys of Grievance, I File About My heart Condition

H, ) Copys of latter From Me and Marilyn Johnson
Talking About My Heart Condition.

I ) Copys of latter From I.D.O.C,
And They Respons,

COOK COUNTY HOSPITAL

Cardiac Catheterization Report

DIAGNOSIS

PROCEDURE:

Left heart catheterization.
Selective cornoary angiogram.

PROCEDURE PERFORMED: The patient was brought to the Cardiac Catheterization Lab
and placed on the cardiac catheterization table. He was prepped and draped in
the usual aseptic manner. Then the right groin was infiltrated with 1%
Xylocaine for local anesthesia. A 6F sheath was introduced percutaneously into
the right femoral artery. Selective coronary angiography was performed using a
6F JL4 and a 6F JR4 catheters respectively. The patient tolerated the
procedure well with no immediate complications.

INDICATION: 44-year-old Black male with stable angina, hypertension,
        hyperlipidemia, current smoker and cocaine use.

Hemodynamics: Aortic pressure 137/82mmHg mean 104mmHg.

Selective coronary angiogram:

Left main coronary artery was normal.

The left anterior decending showed mid 40% focal stenosis, distal 50% focal
stenosis, first diagonal branch 80% diffuse stenosis.

The left circumflex showed minor luminal irregularities.

The right coronary artery was nondominant with mid 50% diffuse stenosis.

Conclusions:

1. Severe one vessel coronary artery disease involving first diagonal branch
   otherwise, mild coronary artery disease.

2. Medical management PCI to D1 if symptoms persist.
Confirmed by EL KHADRA M.D., MAAN (1005), editor MYLES-DIXON, DEBRA (53) on 15-Oct-2004 11:59:39
Confirmed by EL KHADRA M.D., MAAN (1005) on 19-Oct-2004 13:03:55

CONCLUSIONS AND RECOMMENDATIONS

| | |
|---|---|
| Test Date: | 30-Sep-2004 |
| Edit Date: | 19-Oct-2004 |

Signed:

Patient ID: 004207483                    Patient: Scott, Tony

EXHIBIT A-2.)



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

   Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

   He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

Respectfully

Andrew Ting MD

Cermak Health Service.

Exhibit A-3.)

1/18/05
Tony Scott
here's the list you requested from your medicine bottles.

Plavix

Dr. A. Defuniak    clopidogrel bisul 75 mg   1 tablet daily
Dr. A. Defuniak    atenolol  25 mg 1 table daily
Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki   Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak    aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day

EXHiBiT A-4

I have to take 2-3 Nitro pills a day, because I am not getting the right medication.  I reserve a new bottle of Nitro pills every month.

**BosWell**
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6285144    09/06/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **

25 TAB

100 9/21/05

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILLW    WESTERN ILLINOIS CORR CTR

**BosWell** 12/21/05
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6285144    11/22/05 03/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
03/31/06)

25 TAB

NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, N92280
08/22/05  03/31/06

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILLW    WESTERN ILLINOIS CORR CTR

**BosWell** 10-6-05
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6285144    09/22/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **

25 TAB

6-07

NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, S
08/22/05  12/31/05

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILLW    WESTERN ILLINOIS CORR CTR

**BosWell** 1-5-06
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6203584    12/09/05 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS -BULK ST
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB  92 REFILLS

N92280

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILBU    WESTERN ILLINOIS -BULK ST



**BOSWELL PHARMACY SERVICES**
212 Ohio Street  1-888-688-3288  Boswell, PA 15531

**BosWell** 1-25-06
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6203584    09/27/05 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS -BULK ST
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB  95 REFILLS

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILBU    WESTERN ILLINOIS -BULK ST

**BosWell**
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397
RX #  6285144    11/11/05 12/31/05 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
12/31/05) **ENOUGH FOR 3
TIMES DAILY **

25 TAB

12/1/05

NITROQUICK 0.4MG TABLET S
58177-0324-18  ETHE
SI JMM DAH  ILLW    WESTERN ILLINOIS CORR CTR

EXHiBiT A-5

I have to take 2-3 Nitro pills a day, because I am not getting the right medication.  I reserve a new bottle of Nitro pills every month.

**BosWell**  2/7/06
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397

RX #  6285144    01/26/06 03/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
USE SL AS DIRECTED (D/C
03/31/06)

# 2 g d.

25 TAB

NITROQUICK 0.4MG TABLET S
6285144 SCOTT/TONY, N92280
08/22/05  03/31/06

NITROQUICK 0.4MG TABLET-S
    58177-0324-18  ETHE
SI JMM DAH  ILLW   WESTERN ILLINOIS CORR CTR

**BosWell**
PHARMACY SERVICES  189 Elementary Drive, Jennerstown, PA 15547 • DEA# BB5804542 • 1-888-688-3288

RX #  6376160    03/13/06 07/31/06 BROWN, LOWEL
SCOTT/TONY, N92280
TAKE TWICE DAILY S.L. AS
NEEDED (D/C 7/31/06)

3/20/06

25 TAB

NITROQUICK 0.4MG TABLET S
6376160 SCOTT/TONY, N92280
03/13/06 03/13/06  07/31/

NITROQUICK 0.4MG TABLET S
    58177-0324-18  ETHE
SI JMM DAH  ILLW   WESTERN ILLINOIS CORR CTR

BosWell  Scott N92280
PHARMACY SERVICES 189 School House Road, Jennerstown, PA 15547 · DEA# BB5804542 · 1-888-688-3288

RX #  6203584  04/08/06 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB  89 REFILLS

NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHEX
SI JMM SJB ILLS    WESTERN ILLINOIS STOCK

BosWell  Scott N92280
PHARMACY SERVICES 189 Elementary Drive, Jennerstown, PA 15547 · DEA# BB5804542 · 1-888-688-328

RX #  6203584  02/28/06 00/00/00 BROWN, LOWE.
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB  90 REFILLS

NITROQUICK 0.4M( TABLET S
58177-0324-18 ETHE
JMM DAH ILLS    WESTERN ILLINOIS STOCK

BosWell x57  Scott N92280
PHARMACY SERVICES 189 Elementary Drive, Jennerstown, PA 15547 · DEA# BB5804542 · 1-888-688-3288

RX #  6203584  05/27/06 00/00/00 BROWN, LOWEL
WESTERN ILLINOIS STOCK
TAKE AS DIRECTED
ACCORDING TO PHYSICIAN'S
ORDER**STOCK**

25 TAB  84 REFILLS
6-23-06

NITROQUICK 0.4MG TABLET S
58177-0324-18 ETHE'
SI JMM BDK ILLS    WESTERN ILLINOIS STOCK

EXHIBIT 15-8

· 3:06-cv-03144-HAB-CHE   # 6-2 ~~SARAH Page 9 of 26~~ SON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

```
    ---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT     M/R#      PHYSICIAN 169435 E/R
    SCOTT TONY¨          M  45  6/26/60  7/19/05 117448       SCHROEDER  ROOM:
                         PAT. PHONE: 2177734441
==============================================================================
    ---PROCEDURE--- CARDIAC ENZYMES                            ORDER # 52659
    --ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
    7/19/05 1936   7/19/05 1944    7/19/05 1944   7/19/05 2007     7/19/05 2007
    MAW            NJW             NJW            NJW              NJW.
==============================================================================
```

CARDIAC ENZYMES

```
    [CK]   CPK              135      .U/L      (L=21      H=232      )]
    [MB]   CPK MB           0.7     ·ng/mL     (L=0.0     H=3.50     )]
    [TO]   TROPONIN I       0.00    ng/mL                           ]
```

**TROPONIN I INTERPRETATION**
NORMAL     = 0.00 - 0.40 ng/mL
BORDERLINE = 0.40 - 0.60 ng/ml
DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL

Copy

1          MS. HITE-ROSS:  No, your Honor.  Marilyn

2     Hite-Ross for the record.  Miss Crothers is not here

3     today.

4          THE COURT:  Okay.  Miss Sheriff, can you bring

5     out Mr. Scott, please?

6          THE SHERIFF:  Sure.

7          THE COURT:  Good morning, Mr. Scott.

8          DEFENDANT SCOTT:  How are you doing?

9          THE COURT:  I would suggest, Mr. Aguilar, that

10    you have a seat with Mr. Scott.  And the State's

11    Attorneys can all have a seat.

12          It was brought to the Court's attention

13    that after the verdict was entered and the Court

14    took Mr. Scott into custody, that

15    Mr. Scott has a medical condition, and Mr. Aguilar

16    has contacted the physician at Cook County

17    Hospital.  So to accommodate the physician's

18    schedule, we're going to allow the doctor to testify

19    before the post-trial motions are addressed.   The

20    Assistant State's Attorneys have indicated there's

21    no objection to that procedure.

22          So, Mr. Aguilar, you may proceed at this

23    time.

24          MR. AGUILAR:  Thank you.  We will call Dr. Maan

                              3

EXHIBIT A-2-2

```
 1    El Khadra to the stand.

 2         THE COURT:  Doctor, if you can step up here,

 3    please.

 4              Doctor, would you raise your right hand,

 5    please.

 6                        (Witness duly sworn.)

 7         THE COURT:  Make yourself comfortable.  Please

 8    keep your voice up loud and clear.  Okay.

 9              Mr. Aguilar, you may proceed.

10         MR. AGUILAR:  Thank you, Judge.

11                   DR. MAAN EL KHADRA,

12    called as a witness herein, having been first duly

13    sworn, was examined and testified as follows:

14                   DIRECT EXAMINATION

15                   BY MR. AGUILAR:

16         Q    Sir, in a loud voice, please state your

17    name and spell your last name for the record.

18         A    Maan El Khadra.  I'm a practicing

19    physician in Chicago.

20         THE COURT:  Can you spell your name for the

21    record?

22         THE WITNESS:  E-l-K-h-a-d-r-a.

23         By Mr. Aguilar:

24         Q    And your first name, Doctor?
```

4

Exhibit A-2-3

```
 1        A     M-a-a-n.

 2        Q     Are you a licensed physician here in the

 3   State of Illinois?

 4        A     Yes, I am.

 5        Q     And are you employed, sir?

 6        A     I am employed.

 7        Q     By whom are you employed?

 8        A     By Cook County Hospital.

 9        Q     And how long have you been employed by

10   Cook County Hospital?

11        A     Fourteen years.

12        THE COURT:  Doctor, if you could, adjust that

13   microphone and please speak a little louder.

14        THE WITNESS:  Fourteen years.

15        THE COURT:  We're not in a church.

16        THE WITNESS:  All right.

17        By Mr. Aguilar:

18        Q     And where are you assigned to the Cook

19   County Hospital?

20        A     I'm in cardiology.  I'm intervention

21   cardiologist.

22        Q     How long have you been assigned to

23   cardiology?

24        A     Fourteen years.
```

EXH. B.4 A-2-4

1      Q     You said you're licensed in Illinois?

2      A     Yes.

3      Q     Do you have a medical degree?

4      A     Of course.

5      Q     And where did you graduate from with a

6   medical degree?

7      A     From Syria, S-y-r-i-a.

8      Q     And have you taken the equivalency tests

9   to allow you to practice medicine here in the United

10  States?

11     A     Yes.  I had the original training here,

12  and I am board certified.

13     Q     Please explain to the Court the nature of

14  your duties at Cook County Hospital?

15     A     I do all kinds of cardiology duties,

16  including emergencies and angiography, angioplasty,

17  intervention, and all kinds of cardiology.

18     Q     Could you explain to the Court what an

19  angiography is?

20     A     Angiography, that's a catheter that's

21  passed into the heart and gets pictures of the

22  heart's arteries, that's angiography.

23     Q     What are the purposes of conducting an

24  angiography?

EXHIBIT A-2-5

```
1        A    To investigate the disease that happens in

2    the coronary arteries that sometimes cause death or

3    angina or some other symptoms.

4        Q    Do you conduct these evaluations yourself,

5    sir?

6        A    Yes.

7        Q    Approximately in the time that you have

8    been at Cook County John Stroeger Hospital, how many

9    of these angiographies have you completed yourself,

10   approximately?

11       A    More than a thousand.  I don't know.  A

12   lot.

13       MR. AGUILAR:  Judge, I ask that subject to

14   cross examination, that the doctor be accepted as an

15   expert in the field of cardiac care and be allowed

16   to render an opinion in that field.

17       THE COURT:  Doctor, the thousand angiographs

18   that you have done --

19       THE WITNESS:  Probably more.

20       THE COURT:  Okay, over a thousand.  And this

21   dealt with blockages?

22       THE WITNESS:  Yes.

23       THE COURT:  And have you also performed any

24   other operations --
```

EXHIBIT A-2-6

1          THE WITNESS:  Yes.  We do angioplasties and

2     coronary artery stents.

3          THE COURT:  And what would be the difference

4     between an angiography versus the stents?

5          THE WITNESS:  Yes.  The angiography is just you

6     do pictures and you see what is the matter; and then

7     you decide either surgery or medicine or

8     angioplasty.  Angioplasty is when you go inside the

9     arteries and open the blockages.   And the stents is

10    when you put it in so you can keep it open.

11         THE COURT:  Now, how many angioplasties have

12    you done?

13         THE WITNESS:  Total, or in a year?

14         THE COURT:  Total?

15         THE WITNESS:  A lot.   I don't know.

16         THE COURT:  Approximately?

17         THE WITNESS:  More than 500.

18         THE COURT:  And the stents themselves, how many

19    procedures have you done in that regard?

20         THE WITNESS:  I would have given you the

21    numbers if you told me you needed them.   It was a

22    lot.

23         THE COURT:  Approximately?

24         THE WITNESS:  More than 400.

8

1              THE COURT:  All right.  The Court finds that

2       Dr. El Khadra is qualified to render an opinion

3       regarding the heart condition as it applies to

4       Mr. Scott.

5              You may proceed, Mr. Aguilar.

6       MR. AGUILAR:  Thank you, Judge.

7       Q      Doctor, as part of your duties for Cook

8       County Hospital, do you see patients that are housed

9       in Cook County Jail?

10      A      That's not part of the hospital.  That's

11      additional.  That's voluntary.  But I am paid for

12      that, yes, but it's voluntary.  I don't have to do

13      it.

14      Q      So you do see individuals that are housed

15      at Cook County Jail, correct?

16      A      Correct, yes.

17      Q      But they are seen where, at Cook County

18      Hospital?

19      A      No, at Cermak.

20      Q      Cermak Hospital?

21      A      Yes, the hospital for the corrections.

22      Q      Now, do you yourself go to Cermak

23      Hospital, Doctor?

24      A      No.  I just go just to see whatever

                                9

EXHIBIT A-2-8

1    cardiology is done there.  I help them.

2         Q    Now, do you remember doing any type of

3    evaluations on a person by the name of Tony Scott?

4         A    Yes.

5         Q    And would this person's birthday be

6    June 26, 1960, approximately, sir?

7         A    Yes.

8         Q    And for what reason were you asked to do

9    an evaluation on Mr. Scott, do you recall?

10        A    His physician referred him to us to see.

11        Q    And who was his physician, Doctor, do you

12   recall?

13        A    I don't remember.  There's many of them.

14   But I don't know who his was.

15        Q    Do you recall approximately --

16        THE COURT:  By the way, Doctor, did you bring

17   any records with you?

18        THE WITNESS:  Yes, I gave them to him.

19        THE COURT:  Let him use the records to refresh

20    his memory.

21        By Mr. Aguilar:

22        Q    Showing you what's been marked as Defense

23   Exhibit No. 1 for identification.  Sir, are you

24   familiar with what that is?

1        A     Yes.

2        Q     And could you tell the Court what Defense

3    Exhibit No. 1 is?

4        A     That's the coronary angiography we

5    performed.

6        Q     Was it done for Mr. Scott?

7        A     That was for Mr. Scott.

8        Q     Do you see Mr. Scott in court today, sir?

9        A     Yes, I do.

10       Q     Could you please point to him and indicate

11   by an article of clothing who he is?

12       THE COURT:  Do you see Mr. Scott in court?

13       THE WITNESS:  Yes.

14       By Mr. Aguilar:

15       Q     Please point to him and indicate who he

16   is, sir.

17       A     Which one, you mean?

18       Q     Yes.

19       A     That one.  (Indicating.)

20       MR. AGUILAR:  May the record reflect the

21   in-court identification, your Honor?

22       THE COURT:  The record may so reflect.

23       MR. AGUILAR:  Judge, if there's no objection by

24   the State, I would ask that the witness be allowed

11

1    to refer to Defense Exhibit No. 1 as he testifies.

2         THE COURT:  Any objection?

3         MS. HITE-ROSS:  No.

4         THE COURT:  Okay.

5         By Mr. Aguilar:

6         Q    Now, when was the test date on Mr. Scott?

7         A    I think sometime in October, October 15th.

8         Q    Could I ask you to look at Defense Exhibit

9    No. 1 to refresh your recollection as to when the

10   test date was?

11        A    Yes.

12        Q    Is your recollection now refreshed as to

13   the test date?

14        A    It's the 15th, right, October 15th.

15        Q    Okay.  And what, if anything -- what, if

16   any, tests were conducted on Mr. Scott?

17        A    What other tests?

18        Q    What tests were conducted?

19        A    This one, coronary angiography.

20        Q    Could you explain exactly why that --

21        THE COURT:  Doctor, could you speak right into

22   that microphone, please.  That's it.

23        THE WITNESS:  Coronary angiography.

24        By Mr. Aguilar:

12

EXHIBIT A-2-11

1       Q    Could you please state or describe to the

2   Court the reason for having that test conducted on

3   Mr. Scott?

4       A    Two reasons.  He had a history of coronary

5   artery disease.  He had angiography about six months

6   before that, before the first time I saw him.    But

7   that was out of the State.  And then he was

8   complaining of chest pain.  He was having chest

9   pain.

10      Q    And did you personally conduct the

11  angiography?

12      A    Yes, I did.

13      Q    And what did you do?  What procedures did

14  you undertake in conducting the angiography and what

15  were you looking for?

16      A    Describe the procedure?

17      Q    Yes.

18      A    We go from the groin, and we go into the

19  heart, and we get pictures of the coronary arteries,

20  which is the heart arteries.

21      Q    Were you able to determine whether or not

22  there were any problems, cardiac problems, with

23  Mr. Scott?

24      A    Yes.  There is problem, yes.

13

1      Q      Please describe in particular what these

2    problems were?

3      A      Well, most people have three coronary

4    arteries.  And one of the branches of one of his

5    major coronary arteries has significant blockage.

6      Q      How much?

7      A      That's called diagonal artery, which is

8    one of the branches of the arteries.  And it has

9    significant disease.

10     Q      And what percentage again was the

11   blockage, sir?

12     A      Significant, more than eighty percent.

13     Q      Were there any other arteries blocked,

14   sir?

15     A      One of the major three ones had about

16   forty or fifty percent blockage.

17     Q      Could you tell the Court what, if any,

18   medications or procedures can be done to alleviate

19   the situation?

20     A      We have two options in this condition;

21   because surgery is not an option, it's not worth the

22   risk of surgery.

23     Q      Why is that, sir?

24     A      Because only one vessel is diseased.  So

14

1     the surgery risk is not justified.  Then you are

2     left with two options, either medical therapy,

3     medications, stopping smoking and giving

4     medications, try to treat the cholesterol.  And that

5     works most of the time.

6            The other option is angioplasty.  We did

7     not do angioplasty on him because of the location of

8     the blockage and the way it is.   The risk is a

9     little bit more than the benefit.  So we had to go

10    with medical therapy.

11         Q    Could I ask you to please describe to the

12    Court actually how an angioplasty is conducted and

13    what, if anything, you seek to resolve through the

14    angioplasty?

15         A    Through the catheter, we pass a wire into

16    the blocked artery.  We pass a wire.  And over that

17    wire, we pass a small balloon, deflated balloon.  We

18    go into the blockage, and we open that balloon.  And

19    then we take the balloon out, and we pass a stent

20    over the same wire, and we deploy the stent to where

21    the blockage is.  And it depends upon the anatomy,

22    we decide what to do.  Sometime we use only the

23    balloon.  Sometimes we use the stent.  Sometimes

24    there are so many blockages, that we elect to go for

15

EXHIBIT A-2-14

1    surgery.

2        Q    In terms of Mr. Scott, you stated that

3    angioplasty was not warranted at this time.  Was it

4    an option, a viable option?

5        A    It is an option.  But because of the

6    anatomy, because of the location, there's a small

7    branch coming there, too, we could take care of one

8    branch, then we include the other one, so it's

9    really not worth the other risk.  So we elected to

10   go to medicine.  And that's what is the consensus of

11   everybody.

12       Q    Was the option of angioplasty offered to

13   Mr. Scott?

14       A    It's still an option if the medication

15   will fail.  Then -- and if he's willing to take the

16   risk; then, yes, we can do angioplasty.  We can try

17   to do angioplasty, but there is a risk of causing a

18   small heart attack.

19       Q    A small heart attack?

20       A    Yes.

21       Q    What could result if that occurs, sir?

22       A    Well, the blockage is in a small artery in

23   his condition.  So even though he's having chest

24   pains, it's not going to cause a big problem for

16

1     him.    But doing angioplasty, it may relieve the

2     pain, but it's going to cause damage to the other

3     branch.

4          Q     It will cause damage?

5          A     It may.   It may.   We may get lucky with

6     doing it, but it's very complex for a small artery,

7     and we thought the risk does not outweigh the

8     benefit.

9          Q     What is the risk factor you would

10    associate with an angioplasty if it was done to

11    Mr. Scott given his particular situation?

12         A     The risk factor?

13         Q     Yes.

14         A     We could include the artery.   We could

15    include another branch.   If we do that, then he will

16    have a small heart attack.

17         Q     Do you know whether or not Mr. Scott is

18    undergoing any treatment at Cermak Hospital at this

19    time?

20         A     He's getting medical therapy.

21         Q     And how do you know that, sir?   Did you

22    talk to anybody at Cermak?

23         A     I know he's getting it because whenever

24    there is any question, they send him back to the

17

EXHIBIT A-2-16

1    clinic where we can see him.    There's two of us

2    that take care of the clinic.    And we can see him

3    frequently.

4         Q    But at this point, he's being medicated at

5    Cermak Hospital?

6         A    That's my understanding, yes.

7         Q    Do you know the type of medication that he

8    would be taking at Cermak?

9         A    I'm not sure about the exact medication.

10   I mean, we can get his record, if you would like,

11   from there.

12        THE COURT:   Doctor, he's being treated by way

13   of medication?

14        THE WITNESS:   Yes.

15        THE COURT:   How long of a medication therapy is

16   contemplated until you would have to consider other

17   the options?

18        THE WITNESS:   It's up to him to decide if he's

19   willing to take the risk.   I mean --

20        THE COURT:   Well, let's assume that he says to

21   you, "I just want to take the medication right now."

22        THE WITNESS:   That's a good option.   For how

23   long?

24        THE COURT:   So you don't say, "Well, if it

18

EXHIBIT A-2-17

1    doesn't dissolve after six months, then..."

2         THE WITNESS:  If the pain is becoming more --

3    if it becomes more symptomatic and the pain is still

4    limiting him, we can still do the angioplasty.  But

5    it's not the classic one, the one where it's the

6    main artery that's blocked, and he will have

7    significant benefit out of it.  Then we would have

8    done it.  It's more of a smaller branch that is the

9    disease.

10        THE COURT:  So the main artery is not blocked?

11        THE WITNESS:   The main artery, this is the

12   one I told you is forty to fifty percent.  That's

13   the main one.  But the one that is causing the pain

14   is a smaller one.

15        By Mr. Aguilar:

16        Q    Doctor, I show you what is marked as

17   Defendant's Exhibit No. 1.  That is a cardiac

18   catheterization report, right?

19        A    Yes.

20        Q    And is this one that was issued by you as

21   a result of the angiograph?

22        A    Yes.

23        Q    And is that a true and accurate copy or

24   xerox copy of the original, sir?

19

EXHIBIT A-2-18

1       A    Yes.

2           MR. AGUILAR:  Judge, I have no further

3   questions.

4           THE COURT:  Miss State's Attorney.

5                       CROSS EXAMINATION

6                       BY MS. HITE-ROSS:

7       Q    Have there been any future surgeries

8   scheduled by Mr. Scott?

9       A    That is a possibility if the pain becoming

10  crippling to him; then, yes, we can try the

11  angioplasty.

12      Q    And the initial surgery that you did in

13  October, was that performed because there was no

14  medication procedure that you could do?

15      A    He was starting on medication anyway.  He

16  had this problem six months before he came to jail.

17  And he was in another hospital where he had

18  angiogram there, too.  So he did have another

19  angiogram six months before he came into the

20  hospital.

21      Q    So you're just following up on a previous

22  diagnosis before he came to the Cook County Jail?

23      A    No.  He was told exactly what we found,

24  that he had two blockages, and they did not open it

                        20

ExHiBit A-2-19

**E-FILED**
Wednesday, 30 August, 2006 09:52:26 AM
Clerk, U.S. District Court, ILCD

1    at that time.  So when he came in, he was still

2    having chest pain, but we started him on more

3    medication.  And since then, he has been stable.

4        Q    Is it his decision whether or not he has

5    this additional surgery for this other blockage, the

6    eighty percent blockage?

7        A    It's not his decision.  It's the way his

8    symptoms are.   If the symptoms becoming

9    significant, then we can try the risk.  You have to

10   understand that we may go in and cause more problem

11   than benefit, and that's what -- we weigh the risk

12   and the benefit.  Otherwise we would have opened it

13   some time ago.

14       Q    So you're not at the point yet that you

15   feel it's necessary to go in and do this additional

16   surgery given the risk factor, correct?

17       A    Yes.

18       MS. HITE-ROSS:  I have nothing further.

19       THE COURT:  Okay, Doctor.  In the presentence

20   investigation report, it indicates that Mr. Scott

21   told the person that was interviewing him that he

22   had four heart attacks and a stroke.  Is that

23   reflected in your records?

24       THE WITNESS:  If I remember correctly, he said

1    that he had two heart attacks, and he had a stroke

2    before, yes.

3         THE COURT:  Okay.  And the report indicates

4    that one artery is 100 percent blocked?

5         THE WITNESS:  That's the heart.  It has nothing

6    to do with the stroke.  The stroke is different

7    subspecialty.  The stroke is a neurospecialty.

8         THE COURT:  All right.  But I'm saying the one

9    artery -- the report says 100 percent blockage.

10   It's eighty percent blockage, though?

11        THE WITNESS:  Yes.

12        THE COURT:  And the main artery is fifty

13   percent blocked?

14        THE WITNESS:  Yes.

15        THE COURT:  Is it your understanding that the

16   Department of Corrections also provides heart

17   treatment?

18        THE WITNESS:  They do, yes.

19        THE COURT:  Mr. Aguilar, any further

20   questions?

21        MR. AGUILAR:  Thank you, no, your Honor.

22        THE COURT:  Miss State's Attorney?

23        MS. HITE-ROSS:  No, thank you, your Honor.

24        THE COURT:  Okay.  Thank you, Doctor.

EXHIBIT B-1

# CULBERTSON HOSPITAL - RUSHVILLE, ILLINOIS

## AFTER CARE INSTRUCTIONS

| NAME | DATE | ATTENDING PHYSICIAN | NURSING STAFF |
|---|---|---|---|
| _Tony Scott_ | 7-14-05 | USS | IR |

### ☐ FOLLOW UP INSTRUCTIONS
☐ Keep clean/dry. Return in____days for follow up.
☐ Keep elevated higher than level of heart.
☐ Apply intermittent ice bag for____hours.
☐ May take_____for discomfort.
☐ Return or check with your doctor
  if the following occur:
  -Area becomes red, swollen or hot.
  -Area breaks open, drains or has
   foul odor.
  -Bleeding continues/Red streaks
   develop.
☐ Warm/Soapy soaks____times a day.
☐ Cold/Soapy soaks____times a day.
☐ Warm/Moist packs____times a day.
☐ No weight bearing ☐ Crutches as directed
☐ Apply splint and/or ace wrap as directed. Check
  frequently for:
  -Change in color of fingers/toes.
  -Increased pain/swelling in area.
  -Numbness and tingling.
  -Reapply if too loose or too tight.

### ☐ TETANUS INSTRUCTIONS
You were given ☐ Tetanus Toxoid,
☐ Dip tetanus ☐ DPT ■ Hyper Tet.
☐ You should complete your series
of tetanus immunization with your
own doctor, with an additional
injection in one month and again
in two months or as he/she directs.

### ☐ HIGH BLOOD PRESSURE Today's B/P____
Your B/P was found to be high. A single pressure
reading does not mean that you have a diagnosis
of hypertension. It may be high because you are
upset about being here. We suggest you have your
B/P checked by your doctor.

### ☐ URINARY TRACT INFECTION
Drink 8-10 glasses of fluid daily.
Urine test should be checked with your
doctor after completion of your medication.

### ☐ MEDICATION INSTRUCTIONS
Take only as directed. Do not Share.
☐ Take with food/milk. ☐ Push fluids.
☐ Do not consume alcohol with med.
☐ Do not drive or operate machinery
  with med.
☐ Med. may cause drowsiness.

### ☐ FEVER INSTRUCTIONS
A fever does not necessarily indicate
a dangerous infection. If temp is 101 F
rectally or 102 orally or above you may
want to do the following:

| WT | DOSES OF TYLENOL LIQUID |
|---|---|
| 6-11 (lbs) | ¼ tsp. |
| 12-17 (lbs) | ½ tsp. |
| 18-22 (lbs) | ¾ tsp. |
| 23-34 (lbs) | 1 tsp. |
| 35-47 (lbs) | 1½ tsp. |
| 48-59 (lbs) | 2 tsp. |

☐ Tylenol can be given every 4 hours.
  May take____Tylenol tablet(s) every
  4 hours for fever and/or discomfort.
☐ If temperature is 103 F or above; bathe the
  child 30-60 min. in lukewarm water (NO ALCOHOL)

☐ Give plenty of fluids (7 up, jello, popsicles,
  juices, ice chips, etc.) Call your doctor if:
    Convulsions or jerks.
    Spots or rash appear.
    No improvement.

### ☐ ANTIBIOTIC INSTRUCTIONS ____Name
You have been given an antibiotic to fight
Infection. Tylenol can be given with an antibiotic.
1. Take all the antibiotic as directed.
2. Do not share the antibiotic with others.
3. Observe for any reaction such as rash.
4. Many antibiotics cause vomiting or
   diarrhea as a side effect but this should
   not be considered an allergy to the drug.
   Consult your doctor.
5. Return or call your doctor if there is no
   improvement in your condition, you develop
   signs of allergic reaction or your
   infection seems to be worsening.
6. This antibiotic is not a pain pill.
   Please take it as prescribed.

### ☐ EYE INJURY
☐ Eye patch should be worn____hours.
  Do not drive while wearing patch since vision
  will be impaired.
☐ Wash hands. Apply ointment or drops to the lower
  eyelid then close. Use as directed. When replacing
  eye patch close both eyes and be sure patch keeps
  eyelid shut. Do not touch top of squeeze container
  on anything.
☐ Do not rub your eyes. The more you rest your
  eyes, the better the affected eye will feel.
☐ Wear sunglasses ☐ No TV/Reading

### ☐ VOMITING/DIARRHEA
Ingest no solid food for____hours.
Use clear liquids for____hours.
(weak tea, broth, jello, gatorade, 7-up)

### ☐ CARE OF HEAD INJURY
1. Avoid strenuous activity.
2. Apply Icebag to area.
3. Take_____for
   headache or discomfort
   every 4 hours.
4. Light diet after injury.

   **RETURN IMMEDIATELY IF:**
1. Unusual behavior/irritability
2. Unusual drowsiness
3. Severe headache
4. Change in vision or difference
   in pupil size.
5. Vomiting more than once.
6. Difficult to arouse
7. Drainage from ears or nose.
   (Blood or clear fluid.)
8. Increased stiffness of neck
9. Weakness or loss of coordination
   of arms/legs
10. Jerking or convulsions

### ☐ CAST CARE
1. Keep elevated higher than
   level of heart.
2. DO NOT put anything inside
   of cast.
3. Wiggle fingers/toes frequently
4. Do not pick cotton out of cast
5. Do not hit cast or get wet
6. NOTIFY DOCTOR IF:
   -persistent pain
   -swelling/numbness
   -foul odor or discharge
   -cast too loose or tight
   -break in cast
   -burning sensation
   -cold, pale or blue fingers/
    toes
   -skin irritation

### ☐ X-RAY
YOUR X-RAY READING IS ON A PRELIM-
INARY BASIS. THE FINAL REPORT WILL
BE MADE BY RADIOLOGIST. YOU WILL BE
NOTIFIED OF ANY DIFFERENCE.

### ☐ EKG
YOUR EKG INTERPRETATION IS ON A
PRELIMINARY BASIS. IT WILL BE FURTHER
REVIEWED. IF FURTHER TREATMENT IS
REQUIRED YOU WILL BE NOTIFIED.

### ☐ CULTURE
CALL YOUR DOCTOR IN 48 OR 72 HOURS
FOR YOUR CULTURE REPORT AFTER
10:00 A.M.

### OTHER INSTRUCTIONS
____continue home medications____
as needed.

### IF NOT IMPROVED OR IF YOU BECOME WORSE, SEE YOUR DOCTOR OR RETURN TO THE EMERGENCY CENTER.

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE INSTRUCTIONS AND THEIR EXPLANATION.

X _Tony Scott_

| PATIENT'S SIGNATURE/AUTHORIZED PERSON | |
|---|---|

| REFERRED TO DR. | DATE | TIME | ADDRESS | ☐ CALL OFFICE TO MAKE APPOINTMENT TO SEE YOUR DR. IN____DAYS. |
|---|---|---|---|---|
| | | | | APPOINTMENT |

### CULBERTSON HOSPITAL EXCUSE
No School____days
No P.E.____days
No Work____days
No Work until you see
Dr.____on____.
May return to school____.
May return to work____
with full activity.
May return to work____
with the following restrictions.

_____
_____

May return to work but cannot lift
over____lbs.
Treated for injury/illness on____
By Dr.____
Name

3060-07-03-44-HAB-CHB... Page 4 of 18

EXHIBIT B-2.

**CULBERTSON**
238 South Congress • P.O. Box 440
Rushville, IL 62681
Telephone: (217) 322-4321

| PATIENT NO. | MR. NO. | SUBTYPE | PATIENT TYPE | ADMIT DATE | TIME | DISCHARGE DATE | TIME | ROOM # |
|---|---|---|---|---|---|---|---|---|
| 169435 | 117448 | ER | E/R | 07/19/05 | 19:37 | 07/19/05 | 19:37 | |

| PATIENT NAME (LAST NAME FIRST) | PATIENT'S PREVIOUS NAME | SOCIAL SECURITY NO. | PREVIOUS ADMIT DATES |
|---|---|---|---|
| SCOTT TONY | | | |

| STREET ADDRESS | CITY | STATE | ZIP | HOME PHONE | COUNTY |
|---|---|---|---|---|---|
| RF 4 BOX 196 | MT STERLING | IL | 62353 | 217-773-4441 | BROWN |

| PATIENT'S BIRTH DATE | AGE | MS | SEX | RACE | CALL/RELIGION | ACCIDENT TYPE/PLACE | TIME | DATE |
|---|---|---|---|---|---|---|---|---|
| | 45 | S | M | B | PROTESTANT | /ONSET OF I | 19:37 | 07/19/05 |

| PATIENT'S EMPLOYER | EMPLOYER ADDRESS | CITY | STATE | ZIP | WORK RELATED | PATIENT'S OCCUPATION |
|---|---|---|---|---|---|---|
| | | | 00000 | | Y/N | |

| GUARANTOR'S NAME | ADDRESS | TELEPHONE | GUARANTOR EMPLOYER NAME |
|---|---|---|---|
| HEALTH PROFESSIONALS | 9000 N LINDBE PEORIA   IL 61615 | 309-272-1536 | |

| EMERGENCY NOTIFICATION NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|
| | | 00000 | 000-000-0000 |

| EMERGENCY NOTIFICATION NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|
| | | | |

| FIN CLASS | PRIMARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| CB | HEALTH PROFESSIONALS | 99999 | | |

| FIN CLASS | SECONDARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| | | | | |

| FIN CLASS | TERTIARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| | | | | |

| ADV DIR | MODE OF ARRIVAL | CHIEF COMPLAINT | ADMIT CLERK |
|---|---|---|---|
| Y/N | __Rescue __Priv. Car | | PM |

| DR. NO. | ATTENDING DOCTOR | ADMITTING DOCTOR | FAMILY DOCTOR |
|---|---|---|---|
| 100900 | SCHROEDER JENNIFER S | SCHROEDER JENNIFER S | BROWN LOWELL |

**HISTORY & PHYSICAL FINDINGS**

Copy

**TREATMENT SERVICES**

**IMPRESSION DIAGNOSIS**

| | ICD-9 |
|---|---|
| | CPT |
| | E-CODE |

| TESTS | TIME LAB CALLED ___ | TIME RESULTS OBTAINED ___ | TIME X-RAY CALLED ___ | TIME REPORT OBTAINED ___ |
|---|---|---|---|---|

Received

JUL 20 2005

Western Illinois Corr. Center
Medical Records Dept.

**M.D. Review**
Date: 7-30 0
Doctor: _____
☐ Pull Chart
☐ See Patient
☑ File

Physician Signature: _____   Date 7/19/05

*Reminder: also sign Emergency Room Notes*    Page 1 of 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scott | Tommy | 6-26-60 | 45 | M | 7-19-5 | Urgent | | 1935 |

| OUTPATIENT NO. 6144 | MEDICAL RECORD NO. # | MODE FCA | DOCTOR (FAMILY) Brown | MD NOTIFIED | MD ARRIVED | ROOM NO. ER 3 | TIME IN 1935 |

Page 2 of 2

## CURRENT PROBLEM / HISTORY

Arrival FCA c̄ C/o Lt ant chest pain
Since ~ 3pm today. States pain worse c̄ inspiration. Appears
to be in b distress. Stg. pt.

**RELATED MEDICAL HISTORY** ☐ Denies ☐ Unknown  35mg Nx CAD, HI HTN ↑ Chol

**TREATMENT / CARE PRIOR TO ARRIVAL**  ASA/WICC Healthcare nurse

**CURRENT MEDICATIONS** ☐ Denies ☐ Unknown  See copies

**ALLERGIES** ☐ Denies ☐ Unknown  Family Hx: Mother et younger brother had bypass

| LMP | LAST TETANUS | HEIGHT 5'9" | WEIGHT 88 ☑ ACTUAL ☐ APPROX. | VISUAL ACUITY ____ L ____ R |

**TREATMENT / PROCEDURE**
☐ One Touch
☑ Cardiac Monitor
☐ Ice Pack
☐ Wound Prep

| Time | BP | P | R | T | SaO₂ |
|---|---|---|---|---|---|
| 1735 | 149/82 | 63 | 20 | 98 | 97% RA |

Sx1pt at pt. rept.

### LEVEL OF CONSCIOUSNESS
☑ Alert
☐ Lethargic  3
☑ Oriented
☐ Confused
☐ Unresponsive

### SKIN
☑ Normal   ☑ Dry
☐ Pale   ☐ Diaphoretic
☐ Flushed   ☐ Cool
☐ Jaundiced   ☐ Hot
☐ Cyanotic   ☐

### CHEST
☐ Clear   L
☐ Pain
☐ Rales
☑ Rhonchi   ☑
☐ Wheezes
☐ Decreased
☐ Absent

### RESPIRATIONS
☑ Normal
☐ Labored
☐ Shallow

### ABDOMEN
☑ Normal
☐ Tender
☐ Distended
☐ Rigid
☐ Pain

### BOWEL SOUNDS
☐ RUQ   Hypo_____
☐ RLQ   Normal_____
☐ LUQ   Hyper_____
☐ LLQ   Absent_____
☐ Epigastric
☐ Umbilical
☐ Suprapubic

### AIRWAY / VENTILATION
☐ Nasal Airway   TIME
☐ Oropharyngeal   ON:____ OFF:____
☐ Bag mask
☐ Endotracheal Tube
☐ Oxygen   ____ LPM
   ☐ Mask   ☐ Cannula

### IMMOBILIZATION
REMOVED BY:   TIME ON:____ OFF:____
☐ Cervical Collar
☐ Sandbags / blanket rolls
☐ Short Spine Board   ☐ Straps
☐ Long Spine Board   ☐ Blocks

### PULSES   R   L
Radial
Femoral
Tibial
Pedal
O-Absent   +2-Normal
+1-Weak   +3-Bounding

☐ Last BM
☐ Last Oral Intake
☐ Last Emesis
☐
☐

| MEDICATIONS | TIME | INIT. | RESPONSE / TIME | MEDICATIONS | TIME | INIT. | RESPONSE / TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| SL / IV | NEEDLE BRAND & GAUGE | SITE | # OF ATTEMPTS | START TIME | INITIALS | IV SOLUTION | RATE | TOLERATED BY PATIENT | AMOUNT INFUSED |
|---|---|---|---|---|---|---|---|---|---|
| IV | 20 g | RH EST/EMS | | 1935 | HR | NS | KVO | | |

SL / IV - DC'd ☐ INTACT ☐ DRESSING c̄ CARE INSTRUCTIONS

Valuables ☐ Sent c̄ Patient   ☐ Sent c̄ Family

Physician Signature: _____ Date 7/19/05

Nurse's Signature: Heather Rea RN  Date 7-19-5

### ADMISSION
Room _____
Time _____
Report Called To: _____
Time: _____

### DISPOSITION
TREAT & REL 2050
LEFT A.M.A. _____
EXPIRED _____
D.O.A. _____
TRANSFERRED _____

CMH  Sarah D. CULBERTSON Memorial Hospital
238 South Congress • P.O. box 440
Rushville, IL 62681
Telephone: (217) 322-4321
Page 2 of 2

**EMERGENCY ROOM NOTES**

EXHIBIT B-4

Tony Scott

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33    Sarah D. Culbertson Memorial Hospital
**EMERGENCY PHYSICIAN RECORD**
Chest Pain    (5)

DATE: 7/19/05  TIME: 1950  ROOM: GR 3  ☐ EMS Arrival
HISTORIAN: _patient_  spouse  paramedics_____
___HX / ___EXAM LIMITED BY: _____

## HPI

**chief complaint:**  ☐ chest pain / discomfort

started: 3pm today. Inmate @ WIC
Ca int. Standby - assc SOB. Right arm
pain
onset @ rest
___time of onset between 4AM and 7AM☐

**time course:**    constant    "waxing / waning"
☐ present    better    intermittent episodes lasting
gone now
lasted_____    worse / persistent since
resolved on arrival in ED

**quality:**
☐ pressure
tightness
indigestion
burning
dull
aching
sharp
☐ stabbing
"pain"
"numbness"
"like prior MI"

**location of pain:**

**radiation:**  none    diagrammed above  Right arm

**associated symptoms:**
☐ vomiting  denies    ☐ shortness of breath ✓
☐ nausea  denies    ☐ sweating  denies
    ☐ syncope  denies

**worsened by:**    **relieved by:**  nitroglycerin (1 2 3
change in position    sitting up    patient's own supply
deep breaths / turning    rest    given by paramedics
exertion    antacids    relief- none / partial /
nothing    nothing    complete / transient
    nitro    Oxygen    NRB ___L

**onset during:**    **severity:**
sleep  rest  light activity    maximum: (1-10)  6.
mod. / heavy exertion    mild  moderate  severe
emotional upset    when seen in ED: (1-10)
cannot recall    gone  almost gone  mild  moderate  severe
    residual discomfort in arm  ( R / L )

Similar symptoms previously  Known CAD - single
vessel disease. Reports being scheduled
for bypass (cardiac) → serving jail sentence
next wk
Recently seen / treated by doctor_____
Dr. Brown @ WIC

☐ =ACS cardiac risk factors / chest pain failsafes  see www.emcare.com/failsafes

## ROS

**CHEST / CONST**
fever ✓
chills ✓
cough  today. dry.
    sputum ✓
ankle swelling ✓
calf / leg pain ✓

**FEMALE REPRODUCTIVE**
LNMP_____
vaginal discharge  N/A
abnormal bleeding  N/A

**NEURO**
headache ✓
blackouts ✓
**EYES / ENT**
blurred vision ✓
sore throat ✓
**GI / GU**
abdominal pain ✓
black / bloody stools ✓
problems urinating ✓
**SKIN / LYMPH / MS**
skin rash / swelling ✓
joint pain ✓
☐ all systems neg. except as marked

**PAST HX** ___negative___  prior records reviewed
☐ high blood pressure
☐ diabetes  insulin / oral / diet
☐ high cholesterol
☐ heart disease
    heart attack (MI) x 3 last 2003
    congestive heart failure /
    rhythm disturbance

DVT / PE / risk factors_____
GERD_____

emphysema_____
collapsed lung_____
stroke / TIA / CVA
peptic ulcer_____
documented?  yes  no
gall stones_____

other problems  reports Plavix, nitro pin
were recently discontinued.

**Surgeries / Procedures**  none  non-contributory
cardiac bypass_____    tonsillectomy_____
cardiac cath  4/05 single vessel  cholecystectomy_____
angioplasty / stent  disease  appendectomy_____
thrombolytics_____    hysterectomy_____
pacemaker_____

**Medications**  none  see nurses note    **Allergies**  NKDA
ASA  NSAID  acetaminophen_____    see nurses note_____
BCP's_____
Atenolol  Lovastatin.
4C ASA
Valtic
Macorbide

**SOCIAL HX**  ☐ smoker_____  ☐ drugs_____
alcohol (recent / heavy / occasional)_____

**FAMILY HX**  ☐ CAD (less than 55yo / greater than 55yo)_____
    Tire  stroke / CAD

# PHYSICAL EXAM

*Source: Completed by Physician, Reviewed by... Page green then 50°*    age 94

## GENERAL APPEARANCE

- ✓ no acute distress
- ✓ alert

___ mild / moderate / severe distress
___ anxious / lethargic
___ IV

**EENT** hot
- ___ PERRL w/ exam √
- ___ ENT nml inspection
- ___ pharynx nml

___ scleral icterus / pale conjunctivae
___ pharyngeal erythema
___ abnml TM / hearing deficit

**NECK**
- ✓ nml inspection

___ thyromegaly
___ lymphadenopathy ( R / L )*

## RESPIRATORY

- ✓ no resp. distress
- ✓ chest non-tender
- ✓ nml breath sounds

___ see diagram
___ respiratory distress
___ manifests distinct pain on movement
  of ( R / L ) arm  of trunk
___ splinting / decr air mvmnt
___ rales ♡
___ rhonchi / wheezing

## CVS

- ✓ regular rate, rhythm
- ✓ no murmur
- ✓ no gallop
- ✓ no friction rub

___ irregularly irregular rhythm
___ extrasystoles ( occasional / frequent )
___ tachycardia / bradycardia
___ PMI displaced laterally
___ JVD present
___ murmur  grade ___/6  sys / dias:
  cresc / cresc-decresc / decresc
___ gallop ( S3 / S4 )
___ friction rub

___ decreased pulse(s)
  R carotd___ fem___ dors ped___
  L carotd___ fem___ dors ped___

| T = tenderness |
| G = guarding |
| R = rebound |
| m = mild |
| mod = moderate |
| sv = severe |
| (e.g., Tsv = severe tenderness) |

## GI (ABDOMEN)

- ✓ non-tender
- ✓ no organomegaly
- ✓ nml bowel snds*

___ tenderness / guarding / rebound
___ abnml bowel sounds
___ hepatomegaly / splenomegaly / mass

**RECTAL** not examined
- ___ non-tender
- ___ heme neg stool

___ black / bloody / heme pos. stool
___ tenderness
___ cyanosis ♡ / diaphoresis ♡ / pallor
___ skin rash

**SKIN**
- ✓ color nml, no rash
- ✓ warm, dry

**EXTREMITIES**
- ✓ non-tender
- ✓ normal ROM*
- ✓ no pedal edema
- ✓ no calf tenderness

___ ♡ pedal edema
___ calf tenderness
___ clubbing

**NEURO / PSYCH**
- ✓ oriented x3
- ✓ mood / affect nml
- ✓ CN's nml as tested
- ✓ no motor / snsry deficit

___ disoriented  to: person / place / time
___ depressed affect
___ facial droop / EOM palsy / anisocoria
___ weakness / sensory loss

___ (gp)

| Underline indicates organ system |
| * equivalent or minimum required for organ system exam |

Chest Pain - 33

## LABS, EKG & XRAYS:

| CBC | | Chemistries | | Set 1 | | Set 2 | |
|---|---|---|---|---|---|---|---|
| normal except | | normal except | | CK | 135 | CK | |
| WBC | 5.2 | Na | 141 | CKMB | 0.7 | CKMB | |
| Hgb | 14.7 | K | 4.0 | Troponin | 0.00 | Troponin | |
| Hct | 41.0 | Cl | 103 | | | UA | |
| Platelets | 228 | Mg | | PT | | normal except | |
| segs | | BUN | 12 | PTT | 14.1 | WBC | |
| bands | | Creat | 1.3 | INR | 1.0 | RBC's | |
| lymphs | | Gluc | 92 | | | bacteria | |
| monos | | | | | √ur | dip: | |
| eos | | | | | | | |

**EKG MONITOR STRIP** (NSR)  Rate___

(EKG) ___ NML ___ ABNML √  ✓ interp. by me  ✓ Reviewed by me
___ NSR  Rate ___  nml intervals ___ nml axis ___ nml QRS ___ nml ST/T

___ ✓ event signs ischemia

not / changed from:
Repeat EKG ___ unchanged /

(CXR) ✓ interp. by me  ___ Reviewed by me  ___ Discsd w/ radiologist
___ nml / NAD  ✓ no infiltrates ___ nml heart size ___ nml mediastinum

___ ✓ acute cardiopulmonary process

not / changed from:
**Pulse Ox** 96 % on (RA) ___ L / ___% interp.___  nl / ♡ abn

## PROGRESS:

Time 2000  ___ unchanged (improved) ___ re-examined
___ pain not gone completely ___ given nitro (#2 sl) ___ x1
  ambulance ) — pain completely gone

2040 discussed case c WIC MD Dr.
Brown who preferred transfer prob
WIC for observation status
verbal orders written — see sheet

## CLINICAL IMPRESSION:

| Chest Pain - acute precordial | Acute MI |
| Chest Wall Pain - acute | Unstable Angina |
| Dyspnea - acute | Pericarditis - acute |
| Costochondritis - acute | Acute Aortic Dissection |
| Myofascial Strain - acute | Pulmonary Embolism |
| Viral Syndrome - acute | Acute Pulmonary Edema / CHF |
| Bronchitis - acute | Atrial Fibrillation - rapid vent. response |
| Viral Pleuritis (Pleurisy) | controlled uncontrolled new-onset chronic |
| ♡ Abnormal EKG | Pneumonia |
| GERD | Pneumothorax |

1.) Angina
2.) Coronary Art Disease

**Discussed with Dr.** Brown (WWC)
or Cardiologist@ ___ AM / PM
will see patient in... office / ED / hospital
Counseled patient / family  regarding:
(lab results) (diagnosis) need for follow-up

Additional history from:
family caretaker paramedics
___ Rx given
___ Admit orders written

**CRIT CARE TIME** (excluding separately billable procedures)
(30-74 min)  75-104 min  ___ min

**DISPOSITION-**  ✓ home  ___ admitted  ___ transferred  ___ obs
**Time**  ___ expired  ___ AMA
**Follow Up-**  ___ arranged  less than 24 hours
**CONDITION-**  ___ good  ___ fair  ___ poor  ___ critical  ___ improved
  ___ stable  ___ unchanged

**PHYSICIAN SIGNATURE-** ___
✓ Template Complete



EXHIBIT B-7

```
                    SARAH D. CULBERTSON MEMORIAL HOSPITAL
                              238 S. CONGRESS STREET
                               RUSHVILLE, IL 62681
     ---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT    M/R#     PHYSICIAN 169435 E/R
     SCOTT TONY            M  45  6/26/60  7/19/05 117448   SCHROEDER  ROOM:
                          PAT. PHONE: 2177734441
     ================================================================================
     ---PROCEDURE--- CARDIAC ENZYMES                         ORDER # 52659
     --ORDERED--     --COLLECTED--     --REC'D--   --RESULTED--    --VERIFIED---
     7/19/05 1936   7/19/05 1944     7/19/05 1944   7/19/05 2007    7/19/05 2007
     MAW            NJW              NJW            NJW             NJW
     ================================================================================
        CARDIAC ENZYMES

     [CK]      CPK                  135      U/L     (L=21      H=232     )]
     [MB]      CPK MB               0.7      ng/mL   (L=0.0     H=3.50    )]
     [TO]      TROPONIN I           0.00     ng/mL                         ]
```

**TROPONIN I INTERPRETATION**
NORMAL     =  0.00 - 0.40 ng/mL
BORDERLINE =  0.40 - 0.60 ng/ml
DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL

EXHIBIT B-9

SARAH CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

```
 ---PATIENT NAME---   SEX AGE BIRTH-DT ADMIT    M/R#    PHYSICIAN 169435 E/R
 SCOTT TONY            M  45  6/26/60  7/19/05 117448   SCHROEDER  ROOM:
                      PAT. PHONE: 2177734441
```

========================================================================
---PROCEDURE--- BASIC METABOLIC PANEL                    ORDER # 52658
--ORDERED--     --COLLECTED--      --REC'D--    --RESULTED--    --VERIFIED---
 7/19/05 1936   7/19/05 1944    7/19/05 1944   7/19/05 2007   7/19/05 2007
MAW          NJW             NJW             NJW             NJW
========================================================================

    BASIC METABOLIC PANEL

| | | | | | | |
|---|---|---|---|---|---|---|
| [NA] | SODIUM | 141 | mmol/L | (L=136 | H=145 | )] |
| [K ] | POTASSIUM | 4.0 | mmol/L | (L=3.50 | H=5.10 | )] |
| [CL] | CHLORIDE | 103 | mmol/L | (L=98 | H=107 | )] |
| [CO] | CO2 | 27.0 | mmol/L | (L=21.0 | H=32.0 | )] |
| [GL] | GLUCOSE | 92 | mg/dL | (L=70 | H=110 | )] |
| [BU] | BUN | 12 | mg/dL | (L=7 | H=18 | )] |
| [CR] | CREATININE | 1.3 | mg/dL | (L=0.60 | H=1.30 | )] |
| [CA] | CALCIUM | 8.5 | mg/dL | (L=8.50 | H=10.10 | )] |

# Copy

*Exhibit B-10*

```
                    SARAH D. CULBERTSON MEMORIAL HOSPITAL
                            238 S. CONGRESS STREET
                             RUSHVILLE, IL 62681
   ---PATIENT NAME---   SEX AGE BIRTH-DT  ADMIT   M/R#    PHYSICIAN 169435 E/R
   SCOTT TONY            M  45  6/26/60  7/19/05 117448   SCHROEDER  ROOM:
                        PAT. PHONE: 2177734441
===============================================================================
---PROCEDURE--- =>CBC<=                                    ORDER # 52657
--ORDERED--     --COLLECTED--     --REC'D--    --RESULTED--     --VERIFIED---
 7/19/05 1936   7/19/05 1944   7/19/05 1944    7/19/05 2006     7/19/05 2006
MAW             NJW            NJW             NJW              NJW
===============================================================================
COMPLETE BLOOD COUNT
[WB]      WBC                5.2       10^3uL    (L=4.0     H=11.0    )]
[RB]      RBC                4.73      10^6uL    (L=4.50    H=6.50    )]
[HG]      HGB                14.7      g/dL      (L=13.0    H=18.0    )]
[HC]      HCT                41.6      %         (L=40.0    H=54.0    )]
[MV]      MCV                88        fL        (L=76      H=96      )]
[MH]      MCH                31.2      pg        (L=27.0    H=32.0    )]
[CC]      MCHC               35.5   H  g/dL      (L=31.0    H=35.0    )]
[RD]      RDW                13.2      %         (L=11.0    H=16.0    )]
[MP]      MPV                7.6       fL        (L=6.0     H=10.0    )]
[PL]      PLATELET           228       10^3uL    (L=150     H=400     )]
[N%]      %NEUT              35.9   L  %         (L=45.0    H=70.0    )]
[L%]      %LYMPH             51.5   H  %         (L=20.0    H=40.0    )]
[M%]      %MONO              8.5       %         (L=3.0     H=10.0    )]
[B%]      %BASO              1.30 H    %         (L=0.00    H=1.00    )]
[E%]      %EO                2.8       %         (L=1.0     H=5.0     )]
[N#]      #NEUT              1.85 L    x10^3     (L=2.00    H=7.50    )]
[L#]      #LYMPH             2.66      x10^3     (L=1.50    H=4.00    )]
[M#]      #MONO              0.44      x10^3     (L=0.20    H=0.80    )]
[B#]      #BASO              0.07      x10^3     (L=0.02    H=0.10    )]
[E#]      #EO                0.14      x10^3     (L=0.04    H=0.40    )]
{         MANUAL DIFF        NOT INDICATED
{         RBC MORPH          NOT INDICATED
```

EXHIBIT 15-11

## PHYSICIAN'S ORDERS

USE NAME PLATE OR PRINT PATIENT ID HERE

NKDA

Tony Scott

**DRUG ALLERGIES**
ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND
CONTENT MAY BE DISPENSED UNLESS CHECKED ☐

| Date & Time Ordered | ORDERS AND SIGNATURE | Signature of Physician and Nurse attending to order |
|---|---|---|
| 7/19/05 2040 | ① Observation Bed @ NIC | |
| | ② Nitroglycerin 0.4 mg SL prn chest pain - please allow Mr. Scott to carry own personal nitro | |
| | ③ Meds - Isosorbide 30 mg po bid | |
| | Atenolol 50 mg po bid | |
| | Enalapril 5 mg po bid | |
| | ECASA daily | |
| | Lovastatin 20 mg po qhs | |
| | ④ medical facility to reconsider re-addition of Plavix 75 mg po qd. | |
| | ⑤ CPK, MB fraction and troponin I in morning. | |
| | ⑥ Diagnosis - coronary artery disease, angina | |
| | [signature] | |



Exhibits C-1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:** WICC Center

**Offender Information:**
Last Name: SCOTT   First Name: Tony   MI:   ID#: N92280

**Date:** 7,19,05   **Time:** 600   ☐ a.m. ☒ p.m.

## Transfer Screening (completed by transferring facility health care staff):

**Allergies:** NKA   **Food Handler Approved:**

**Current / Acute Conditions / Problems:** c/o (L) ant wall chest pain at interval sm a 5pm - states not

**Chronic Conditions / Problems:** Crushing but persistent - m scale of 1-10 says it's 9-1

**Current Medications (name, dosage, frequency, and duration):**
**Acute Short-term:** SL Nitro discontinued on 6/10/05
**Chronic Long-term:** See attached med list. I'm states takes these regularly
**Chronic Psychotropic:**

**Current Treatments:** ECA 325mg po at 600/pm per Dr Brown

**Therapeutic Diets:**

**Follow-Up Care:**

**Chronic Clinics:** √

**Specialty Referrals:**

**Significant Medical History:** Past Hx (?) MI x4 (last in 2003) also CVA last cardiac cath at Cook Cty 1/05 - last EKG here 6/10

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:**   ☐ Glasses   ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___   ☐ Packet Complete

Print Name and Title: C Mull
Signature: C Mull
Date: 7,19,05

## Reception Screening (completed by receiving facility health care staff):

**Facility:**   **Date:** ___/___/___   **Time:** ___   ☐ a.m. ☐ p.m.

**Subjective:**   **Assessment:**
Current Complaint:

Current Medications/Treatment:

**Objective:**
Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: ___  P: ___  R: ___  B/P: ___/___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title: ___
Signature: ___
Date: ___

## For adult transition center transfers only:

I understand that medical and dental care is my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: ___   Date: ___   Time: ___   ☐ a.m. ☐ p.m.

# CLINICAL RECORD

| Date and Hour | Drugs, special treatments prn | NURSES' NOTES |
|---|---|---|
| 7/19/05 | 1945 | Resting supine c̄ HOB ↑ O² on 3L/nc. Rates "chest pressure" a 3 on 1-10 scale. Lab in for bld draw. Monitor on SR 60' Ø ectopy? ← H Rench |
|  | 1950 | X-Ray in for Port CXR — TR |
|  | 2000 Nitro SL | Rates pain 3 on 1-10 scal. —HR |
|  | 2004 | States pain gone. Rates 0. Monitor remains SR 60' Ø ectopy ←TR |
|  | 2010 | Resting 3 complaints @ present —TR |
|  | 2030 | Dr. Schrader talking c̄ Dr. Brown @ WICC. ← HR |
|  | 2050 | D/C back to WICC, escorted back by guards. DC'd voiced @ D/C site SR 60' Ø ectopy. — HR |

Copy

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

**Transferring Facility:** WIL _____ Center

**Offender Information:**
Scott _____ Tony _____ MI ____ ID#: N92280
Last Name — First Name — MI

Date: 12/10/05    Time: 1245    ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKA    Food Handler Approved: ____

Current / Acute Conditions / Problems: ~~None~~

Chronic Conditions / Problems: HTN

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ____

Chronic Long-term: Nitro D.4 as directed, Atenolol 50mg BID, ASA 162mg daily, Vasotec 5mg BID, Mevacor 20mg HS

Chronic Psychotropic: ø

Current Treatments: ø

Therapeutic Diets: ø

Follow-Up Care: Routine

Chronic Clinics: HTN

Specialty Referrals: ø

Significant Medical History: Psych Hx   Hx MI x4 (Last 2003) CVA   Cardiac Cath 4/05

Physical Disabilities / Limitations: ø

Assistive Devices / Prosthetics: ø    ☐ Glasses    ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol   ☐ Drugs

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ■ Other: _____   ☐ Packet Complete

B Bowers, R.   B Bowers, R.   12/10/05
Print Name and Title — Signature — Date

**Reception Screening** (completed by receiving facility health care staff):    ☐ a.m. ☐ p.m.

Facility: ____    Date: __/__/__    Time: ____

Subjective:    Assessment:

Current Complaint: ____

Current Medications/Treatment: ____

Objective:    Plan: Disposition:

Physical Appearance/Behavior: ____    ☐ Health Information Given   ☐ Emergency Referral: ____

☐ Sick Call:   Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ____

Deformities: Acute/Chronic: ____    ☐ Infirmary Placement: ____
☐ Other (specify): ____

T: ____   P: ____   R: ____   B/P: __/__

Printed Name and Title — Signature — Date

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature — Date — Time    ☐ a.m. ☐ p.m.

EXHiBiTs C-4

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Western Illinois Correctional Center</u>

Offender Information:

Last Name: Scott     First Name: Tony     MI:     ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-5-05 10°° A | NURSE NOTE Screened and Oriented to WIL | Scheduled labs & NP for htn Ctive and eval & break ✓k線.sp |
| 3/8/05 | Date 3/8/05   Time 11:18 Sticker # ___ WA   K Blmgh | Scott, Tony N92280 S1E12800E32 |
| 3-10-05 3 Pm | NURSE NOTE Rescheduled Called for 2X ____ CShaw CR. ___ | |
| 3-12-05 2 Pm | NURSE NOTE EKG done | |

EXHiBiTS C-5

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____**Western Illinois Correctional**_____ **Center**

| Offender Information: | | |
|---|---|---|
| *Scott* | *Tony* | ID#: *N92280* |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-21-05 1050a | BASELINE HYPERTENSION or CARDIOVASCULAR CLINIC | |
| | HPI: *Diagnosed 2003* —    *MI @ Logan 03* | |
| | *Started ē Chest pain.* | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) *⊘* | |
| | Risk Factors - ~~smoking; sedentary life style; lipid disorder;~~ ~~obesity; high Na chol/fat diet~~ | |
| | Family History: *Mother - Triple Bypass 50ˢ* *Father side Unknown)* Smoking, caffeine, alcohol *Smoking 2 Packs daily* | |
| | Meds: past *Same* | *Schedule ē* |
| | Meds: present *Nitro, Plavix, Atenolol, Vasotec, Mevacor, ASA, Isorbide* | *Optometrist* *fo fundo* |
| | PE   Ht *5'0"*   Wt *177½#*   T *93'*   P *62*   R *18*   BP-1 *104/70*   BP2 *106/68* | *Exam* |
| | HEENT *WNL*                fundo *Schedule ē Optometrist* | *done* |
| | | |
| | Resp *Lungs CTA* | |
| | CVS *S₁ S₂*                bruits *⊖* | |
| | GI *Soft, B.S. +, No masses* *Or Organomegaly* | |
| | Ext *No peripheral edema* | *R. mills CNP* |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Western Illinois Correctional** Center

Offender Information:

Last Name: Scott    First Name: Tony    MI: ___    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-22-05 1050a | GU  UA WNC  3-8-05 | Treatment Plan |
| | Back  WNC | 1) Meds — ISorbide 10mg ij po TID, EC ASA 325mg ij po daily |
| | Neuro  grossly intact | Nitro 0.4mg PRN, Plavix 75mg ij po daily x 1 month |
| | Skin  warm / dry | Atenolol 25mg po daily, Mevacor 40mg po daily, Vasotec 5mg po daily |
| (A) | Assessment  ① CAD - Inferior Wall MI 2003  ② Heavy Smoker | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, electrolytes (if on diuretics) |
| | Rationale | Additional Studies |
| | SBP - Good    less than 140      DBP  less than 90 | |
| | SBP - Fair    140 - 160      DBP    90 - 105 | |
| | SBP - Poor    greater than/equal to 160    DBP greater than 106 | 3) Diet  regular |
| | Diabetics    less than 135/85 | 4) Patient Education (diet counseling, risk reduction, smoking cessation, exercising) Counseled against Wt. lifting |
| | | 5) Placement  No |
| | | Programs  Restriction |
| | | Assignment |

Noted 3/22/05 per 6:30pm K Edwards RN

R. Mill CW

EXHIBIS C-6

E-FILED
Wednesday, 30 August, 2006  09:52:39 AM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott   First Name: Tony   MI: ___   ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/05 | ~~OPTOMETRIST~~ No show Franx SP? | |
| 4/21/05 | OPTOMETRIST | EYE EXAM |
| 11:40AM | Ⓢ FUNDUS EXAM | SEE CHART |
| | REQUESTED BY N.P. MILLS | Jack Taylor OD |
| 6/7/05 | OPTOMETRIST | ck & dilp new R |
| 8-room | | D1 ander o○ |
| | Nurse Note | Ⓟ Reassurance |
| 6-8-05 | Ⓢ I sent a request for HCA et NP. | Explained aspirin |
| | for Chest pain. I quit taking my meds | etc are not taken c̄ |
| Ⓡ | Rf it wasn't working. I have a | 5 Nitro. $2.00 Copay |
| | heaviness in my chest. Two times | Appt c̄ R. Mills |
| | I took 5 nitro's, any aspirin | 6-10-05. |
| | at the nurse wouldn't give me nothin' | |
| | She didn't care. Nobody answers my buzzer | |
| | Ⓞ B/P 8 130 ○₂ 187% T 96.6 R 18. ○̄ distress noted | |
| | Ⓟ S/R Chest pain | B Beverly |

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott    First Name: Tony    MI:    ID#: M9280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-10-05 | NURSE PRACTITIONER | |
| 22Sp | 96° - 18 - 60 - 130/80 - 79  189# | WB |
| (S) | presents ō numerous | (P) |
| | complaints. State | ① Refill nitro |
| | while on lock down took | |
| | 10 Nitro SC over one | ② Refill ASA |
| | week. Has not been | |
| | taking routine meds. | ③ RTC next |
| | for 2 months. | week. 6/14/05 |
| (O) | NAD, well-appearing, | ④ patient |
| | Lungs cTA | Education |
| | S, S₂ | - Med. Compliance |
| | | |
| | | |
| (A) | HTN | R miller CA |
| | CAD | |
| | | chisented 6/10/05 4pm |
| | | A vesg |

EXHiBiTs C-7

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Scott (Last Name) | Tony (First Name) | MI ID#: N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/14/05 | NURSE PRACTITIONER | |
| 225p | 97' - 18 - 120/78 - 76          189# | VB |
| | (S) Returns for f.u. c̄ cards of medication. | (P) ① Refer to mental Health for c/o ↑ stress. was on prozac yrs. ago. |
| | Was taken 6 nitro since Friday. 2 on Saturday and another a few hours later. | |
| | Took 1 on monday. | ② RTC Thursday for evaluation by m.d. 6-16 |
| | Smoking 4 cigarette daily. working on court case — therefore states he does not want to stay in infirmary. Agrees to take medication as ordered. Agrees to report any symptoms to H.C.U. — on use of nitro | ③ Refused offer to stay in Infirmary until evaluated by m.d. |
| | (O) NAD, well-appearing. | |
| | Enalapril 5 mg po daily # 30 issued 4-23-05    5 left Packet | ④ Patient Ed. |
| | Atenolol 25 mg po daily # 23 issued 4-29-05    14  "  " | - medication |
| | Lovastatin 40 mg po q hs # 30 issued 5-11-05   9  "  " | Compliance |
| | Plavix 75 mg po daily                          12  "  " | - Smoking |
| | ASA 325 mg daily  # 30 issued 6-11-05  # 25 left | Cessation |
| | Lungs CTA | |
| | Heart S₁ S₂ RRR | |
| | (A) CAD  Cardiac Catheterization, 10-04  Severe one vessel coronary Disease. | |

R Mell CRNP
6-15-05
VB

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott    First Name: Tony    MI: ___    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-16-05 11:40 Am | **MD SICK CALL** WT ___ #189 BP 100/40 T 96⁴ P 68 R 20 | Buzzdrn |
| | S — Coronary disease. A smoker & cocaine abuser with history of inferior M.I. | EKG — |
| | O — An 80% lesion of diagonal; other vessels ~50%. E CHO ~51% E.F. Normotensive. Mild ® hemiparesis. Heart ~ RSR. No (m). EKG — WNL | Continue Nitro Statin Atenolol Vasotec ASA |
| | A — CHD | Will Discuss |
| 6-16-05 115 p? | **NURSE NOTE** EKG completed c override | |
| | monitor | |
| 6/17/05 1830A | Dr. Funk & I believe that observation is the right approach. S.L. Nitro may be ~~stop~~ DC'd. Smoking is Tob oo. | DC NTRO S.L. Restart ISOSORBIDE |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBITS C-8

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott   First Name: Tony   MI: ___   ID#: N92280

| Date/Time | Nurse Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/19/05 5:44 pm | Called to RI Housing per C/o I/m c/o chest pain – alert, oriented to HCU via w/chair for evaluation S/o "I've had this pain in my left chest since around 3pm – I need my Nitro & they won't order it" Describes the pain as persistent, not crushing level 6-7 on a 1-10 scale – Appears in no acute distress – holds (L) anterior chest wall as point of pain VS B/P 138/76 AP 76 & regular SAO₂ 99 T 98³ Skin warm & damp, but cell temperature ↑ also – No respiratory distress noted – lungs clear bilaterally – I/m calm, co-operative | (P) ECA 325mg po now (gave 1800) transfer by ambulance to Pittsfield or Culberston ER for evaluation T.O.D/C Brown C Muller C Muller |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: Scott    First Name: Tony    MI:    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-05 9:45 pm | Nurse Note Bk from Hosp. Dr Brown notified. Will be housed in infirmary. To see MD in AM et have labs drawn | |
| ⑤ | Housed in Ward C bed 2 | |
| | B/p 140/70 P 72 R 18 T 97.8 Wt 189 | B Brown R |
| 7/20/05 7:15A | Nurse Note. T 95.7 P 64 R 16 BP 133/82 ⑤ Housed in inf p̄ ambulance transfer to ER last noc 2° Chest pain ⓞ A+O x3, denies any further discomfort, skin warm et dry vitals WNL Ⓐ Post chest discomfort | Ⓟ Will be eval by MD later today. S Moore LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHiBiTS C-9

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|-----------|----|----|
| Scott | Tunny | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/26/05 1:45pm HCU | Nurse note | (P) Reassurance — |
| | (S) Walked to HCU + reported off + on chest pains since 12N. I got SOB + weak going to dietary + back. | EKG done. Refer to MD — A Urniarga |
| | S) discomfort to post (L) side of neck. | |
| | (O) Wt 179# V/S 116/80 60 16 T96.5 Pulse Ox 92% Color gd Skin W/D | |
| | ∅ dyspnea or SOB noted Ambulating s̄ diff. No acute distress noted | |
| | (A) R/O Chest pain | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | M | IDOC# |
|---|---|---|---|
| Scott | Tom | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/05 2 pm | MD note | |
| | Wt 179.4 V: 116/80 60/16 T96.5 Pulse Dx 92% ↓ (lenf goal) | |
| | S - the cardiac condition. He is making charges of poor care. | See CARDIOL. |
| | We are going to arrange for cardiology to update their | ASA 162 |
| | recommendations. Mr. Fuqua was here during much of the | NITRO ~3/d |
| | | Mevacor 20 |
| | | Atenolol 50×50 |
| | interview, explaining the way | - VASOTEC 5×5 |
| | transfers work in IDOC. | |
| | ┌ K.C. ~ Early repolarization; | |
| | bradycardia (60) Heart ~ RSR No (m) | |
| | A - C.H.D. | |
| | | |
| | ___ MD | Noted S. Scott LPN 10/26/05 |

EXHiBits C-10

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| | | | IN92280 |
| Scott | Tony | | |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-10-05 10 A | LABORATORY DRAW<br>Date 11/10/05 Time 10A<br>Site LAC Sticker #<br>Test Electrolytes    WZ412801490<br>Signature _____ | |
| 11/22/05 10⁵⁵ AM | MD NOTE<br>Here for HTN clinic. See flowsheets. | |

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

* Printed on Recycled Paper *

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott

First Name: Terry

MI:

ID#: N92880

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/5/05 12:50am | Nurse Note ① Rec call from R-1. C/o reported inmate stated has chest discomfort. TO R-1 E W/C. Found inmate sitting in chair by front door. Inmate told this nurse that he had numbness starting at ℗ side of neck radiating all the way down ℗ leg. c̄ chest discomfort and it started 2-3 days ago. ⊙ TO H.E u per W/C. Pulse Ox 98% VS 138/80 82 18 97° Color gd. Skin to W/D. ⊘ dyspnea or S.O.B. noted. Lung sounds clear. Ambulated to EKG c̄ diff. No acute distress noted. ⑨ R/O chest pain / ℗ side numbness | ℗ Reassurance — Refused to sign #2 copay. Signed by Ms Havens RN & myself. EKG done. Results normal. Dr Brown notified by Ms Havens RN. Orders by MD to return to HU. Return prn — A. Kindge ® Was informed to call when problem occurs. Do not wait 2-3 days to report problem — A. Kindge |

Printed on Recycled Paper

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

EXHiBiTS  C-11

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional    Center

Offender Information:

Scott -                    Tony                    ID#: N 92280
            Last Name                    First Name            Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-22-5<br>10 55 Am | HYPERTENSION or CARDIOVASCULAR CLINIC | Treatment Plan |
| | PE    Ht 5'10"  Wt 184#  T 95.1  P 72  R 16  BP 122/88 | 1) Meds N1TRO |
| | HEENT | Atenolol<br>Vasotec<br>ASA<br>STATIN |
| | Resp   Clear | 2) Labs - (electrolytes if on diuretic) |
| | CVS   RSR | - WNL |
| | GI   ✓ | See Psych (wcm ont R refued |
| | Ext   ✓ | |
| | Skin   ✓ | |
| | Assessment  Coronary disease | 3) Diet  Reg |
| | Good - SBP less than 140        DBP less than 90 | 4) Patient Education: i.e.,<br>(diet counseling; risk reduction; |
| | Fair - SBP 140 - 160        DBP   90 - 105 | smoking cessation; exercising)<br>EX |
| | Poor - SBP greater than or equal to 160  DBP greater than 106 | |
| | Diabetics less than 140/90 | |
| | | |
| | | |

MBrown MD.

rec'd & noted 11/22/05  12W

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Western Illinois Correctional_     Center

| Offender Information: | | |
|---|---|---|
| Scott | Tony | ID#: n92280 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-9-05 7⁴⁵pm | Nurse Note ⓢ "It started about 6³⁰pm It's a dull pain in my left chest that comes et goes and my Ⓛ arm/shoulder was numb I've had 3 heart attacks and a stroke. The Doc took me off some of my meds and now I'm having pain. Ⓞ Wt 184 %o 13% P. 76 T96.6 R.18 SPo₂ 99% EKG - Same as previous one done 11-5-05 Ⓐ Alt in comfort | Ⓟ Call to Dr Brown). May return to HU Offender states "I'm better — I'm good — I can go back to my cell" B Bowen Rn |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

EXHIBITS C-12

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

Offender Information:

Last Name: _Scott_    First Name: _Tony_    MI: ____    ID#: _N92280_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-20-05 10PM | *Nurse Note* Turned in empty Nitro SL bottle. States he takes 2 every day because he is not getting the meds he wants— Plavix et Isosorbide, and until he gets his 'proper' meds that he needs he will continue to use nitro daily. Chart to MD for review | S Bowen Rn |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* Printed on Recycled Paper

DOC-0084 (Eff. 6/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Scott Torry | Tony | | ID#: N92280 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD SICK CALL | |
| 12-13-05 | WT ___ BP ___ T ___ P ___ | |
| 3:45 P | Returned from med furlough today | |
| | Dr Brown wants to see 12/15/5 | [signature] |
| 12/15/05 | MD SICK CALL | |
| 10:55 AM | WT 182 BP 138/74 T 96.7 P 78 R 18 | C Thgork |
| P | S — Had his consultation with | |
| | Dr Troy, but more data shall be | Should be allowed |
| | assembled before a report can be | to work in Barber |
| | generated. Cath 10/04: LAD has | shop. I will speak |
| | 50% distal; diagonal had diffuse | to Dr Troy. |
| | 80%; posterior has 50%. | DC Medically |
| | | unassigned |
| | J Brown MD | Fax'd & noted |
| | | 12-15-05  11:50 am |
| | | C Thompson Rn |

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHIBITS C-13

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Western Illinois Correctional _____ Center

Offender Information:

| Scott | Tony | | ID#: n92280 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/13/06 | GU ✓ | Treatment Plan |
| 11:0ᵃ | Back ✓ | 1) Meds ordered |
| | Neuro L hemiparesis | |
| | Skin Calluses, bunions | |
| | Assessment Coronary disease | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, |
| | | electrolytes (if on diuretics) WNL |
| | Rationale | Additional Studies |
| | SBP - Good     less than 140          DBP   less than 90 | |
| | SBP - Fair     140 - 160          DBP     90 - 105 | |
| | SBP - Poor     greater than/equal to 160     DBP greater than 106 | 3) Diet Lose 25 LB ! |
| | Diabetics     less than 135/85 | 4) Patient Education (diet counseling; risk reduction; |
| | | smoking cessation; exercising) EX |
| | | |
| | | 5) Placement |
| | | Programs , No restrictions |
| | | Assignment |

UBrown

restricted

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

| Offender Information: |
|---|
| ~~Scott~~ (Last Name)    Tony (First Name)    MI    ID#: N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/13/06 | Annual ~~BASELINE~~ HYPERTENSION or CARDIOVASCULAR CLINIC | |
| 11:5 Am | HPI: MI + ? stroke, 2003. left hemipresis. | |
| | creatinine ~1.4 | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) Ø | |
| | Risk Factors – smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | See OPTOMETRY right to |
| | Family History: + | Renew existing meds. ✓ |
| | Smoking, caffeine, alcohol Ø | Insoles, arch-support |
| | Meds: past | Size 10 ordered pt |
| | Meds: present Statin, B blocker, Nitro, ACE, ASA | |
| | PE  Ht 5'10" Wt 187½ T 96.8 P 78 R 18 BP-1 138/96 ~~BP-2~~  C Mryan R | |
| | HEENT  Good dental – Needs optometrics fundo | |
| | | |
| | Resp  Clear | |
| | CVS  RSR              bruits Ø | |
| | GI  ✓ | |
| | Ext  Pes planus + hallux valgus | |

OVER –
T. Brown NP

rest noted    ang ✓

EXHIBITS  C-14

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Scott | Tony | M/I | ID#: N92280 |
| Last Name | First Name | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/5/06 1:30 pm | **NURSE NOTE** EKG done 1/2/05. | B. Tatu LPN |
| 3/9/06 | **LABORATORY DRAW** Date 3/9/06  Time 3:34 Site UALC   Sticker # Test CBC, Chem8, lipid Signature R Hagelings RN    U6D12800632 | |
| 3/13/06 11:15 am | **MD NOTE** here for annual HTN clinic see flow sheet | (Type) |

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Illinois Department of Corrections

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHIBITS C-15

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _Scott_    First Name: _Tony_    MI: ___    ID#: N92380

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/10/06 2°° p | MD SICK CALL  WT 184 BP 110/81 T 96¹ P 72 | |
| | Asking for results of cardiac evaluations, and a speedy transfer to Dixon. I will speak to Dr. Troy, who may have a recommendation. | Noted (HANP) |
| 1/26/06 1¹⁰ p | RN M.D. note  T. 96.4 B/P 120/82 P. 78 R 18 WT 189 | |
| | Has been using nitro on a daily basis. Triggered by precordial pain, randomly. We are awaiting word from Dr. Troy. | Read & noted 1-26-06  1:50 pm L Thyne |
| 2/19/06 4³⁰ A | NURSE NOTE  Ø show for AM NSC after submitting yellow request slip. | G Brink LPN |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Scott | tony | N92280 |
| Last Name | First Name | MI / ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/04/06 | CLINIC PSYCH | |
| 0905 | S/O: Request. Pub a white offender was | P: Seen a request |
| | explain numerous problem; depression - my care | JB Stiles Psy |
| | I've had 3 heart attacks + a stroke. I was | **J.B. Stiles** |
| | on therapy + medication prior to me coming | **Psychologist** |
| | here. I'm locked up for a crime I | |
| | didn't commit. I'm really stressed. | |
| | I see double + hear things + talk to | |
| | myself. I feel like I'm more depressed. | |
| | I feel sometime like I'd like to go to seg + | |
| | go on a hunger strike + just stay there. | |
| | They not give me a job. I feel like everything | |
| | + everybody is against me. Doesn't want | |
| | anti-depressant medication. | |
| | A: Depression / Physical (Heart) Problems. Doesn't | |
| | want psych meds. | |

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

* Printed on Recycled Paper

EXHIBITS C-16
E-FILED
Wednesday, 30 August, 2006  09:52:52 AM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Last Name: *Scott* | First Name: *tony* | MI: *N* — ID#: *92280* |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/04/06 | CLINIC PSYCH | |
| 0905 | 5/01 Request. Put in when offndr was | P: See in psych |
| | expiring numerous problems depression - my care | J.P. [signature] |
| | I've had 3 heart attacks + a stroke. I was | **J.P. Stiles** **Psychologist** |
| | on therapy + medication prior to me coming | |
| | here. I'm lockd up for a crime I | |
| | didn't commit. I'm really stressed. | |
| | I see double + hear things + talk to | |
| | myself. I feel like I'm going crazy. | |
| | I feel suicidal. like I'd like to go to seg + | |
| | so on a hunger strike + just stay there. | |
| | They won't give me a job. I feel like everything | |
| | + everybody is against me. Doesn't want | |
| | anti-depressant medication. | |
| | A: Depression / Physical (Heart) Problems. Doesn't | |
| | want psych meds. | |

* Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Last Name: Scott | First Name: Troy | MI: | ID#: N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/06 20% | MD SICK CALL WT 189½ BP 110/82 T 96' P 12 | |
| | Asking for results of cardiac T.B. Diet Triglicerides, and a speedy transfer to Dixon. I will speak to Dr. Troy, who may have a recommendation. | Noted (Foxre) |
| 1/26/06 1 10% | RE M.D. note T. 96.4 B/P 120/82 P. 78 R 18 WT 189 Has been using nitro on a daily basis. Triggered by precordial pain, randomly. We are awaiting word from Dr. Troy. | Recd & noted 1-26-06  1:50pm C Thyers |
| 2/19/06 4 30 A | NURSE NOTE Ø show for AM NSC after submitting yellow request slip. | G Brink LPN |

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHiBits    C-17

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Scott _(Last Name)_ | Tony _(First Name)_ | MI   ID#: N9 2080 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/25/05 12N | MD Note the subject has taken plavix since '03 when the MI occurred. | |
| | there is no benefit to restarting it at this juncture. | |
| | J. Brown MD | |
| | res noted 8/30/05 10n | |
| | a. Mesg | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EXHIBITS  C-18

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott   First Name: Tony   Mi:   ID#: N 92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/23/05 12:30PM | Radiology Note: Dr Brown notified plavix is non-formulary med requiring non formulary form Chart to Dr Brown | nBraxanRT |
| 8/24/05 10:00AM | Chart to Dr Brown from formulary request Premium, requiring length of Plavix and history for approval ordered | WBraxanRT |
| 8/25/05 8:45am | UR requesting documentation and new request for plavix approval as Mr Scott has not taken plavix since X 1 month in March 05 Chart to Dr Brown | nBraxanRT |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## Western Illinois Correctional Center

**Offender Information:**

Last Name: Scott    First Name: Tony    MI: ____    ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-17-05 9AM | Medical Records Note: | - |
| | Offender recieved copies of medical records per request. Authorization form and money voucher signed by offender. | Annie SN? |
| X 8-22-05 11ᴬ | MD SICK CALL WT 188# BP 128/78 T 97⁸ P 76-76 | |
| | S — Concern over cardiac status. He feels that the security & nursing personnel are unprofessional & "playing ē his life". He relies on Nitro. Smokes. Had stroke; has angina. | X Restart plavix Nitro refill (+1d) Will discuss transfer ē Admin. See Me 2 w. scht 9/16 |
| | | JT Brown? N92280 8/22/05 |

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

Printed on Recycled paper

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644   EXHIBITS D-1

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 7/4/05 7/17/05 T:00 7/30/05 Discontinue 10/15/05 253072 | ISOSORBIDE DN 30MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/15/05) ✓ | 8M | | | | | | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | | | | | 8M | | DC 7/20/05 | | | | | | | | | | |
| Original Order 7/18/05 7/17/05 T:00 7/31/05 10/31/05 252736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) ✓ | 8M | | | | | | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | | | | | 8M | #2 issued 7/20/05 | | | | | | | | | | |
| Original Order 7/17/05 7/17/05 T:00 10/31/05 252732 | ENALAPRIL MALEATE 5MG TABLET SUB FOR: VASOTEC 5MG TABLET  BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) ✓ | 8M | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | | | | | 8M | #2 issued 7/20/05 | | | | | | | | | | |
| Original Order 7/17/05 7/17/05 T:00 7/30/05 10/31/05 252716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 10/31/05) ✓ | 8M | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | | | 8M | #2 issued 7/20/0 | | | | | | | | | | |
| Original Order 7/17/05 7/17/05 T:00 Discontinue 7/30/05 10/31/05 197325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET  BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 10/31/05) ✓ | 8M | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | | | | | | | | | #2 issued 7/20/05 | | | | | | | | | | |
| 7/30/05 7/6/05 | Nitro 0.4mg SL  PRN for chest pain | | | | | | | | | | #25 issued 7/20/05 8M | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 8L | S King LPN | CA | S Paulus LPN | | | 8M | Scott | | |
| CB | J Bird LPN | | M M Miller | | | 8M | S Moore RN | | |

LOCATION: 1A66

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: **NO KNOWN ALLERGIES**

INMATE NAME AND NUMBER: SCOTT (TONY) N00000

FACILITY: WESTERN ILLINOIS CORR CTR

CHARTING FOR: 07/01/05   THROUGH: 07/31/05

DIAGNOSIS: CAD

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

EXHIBITS D-2

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nal Order 20/05 :00 continue 30/05 9206 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED AS NEEDED FOR CHEST PAIN (D/C 11/30/05) direction A-8 | | #25 | | 7/20/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order 14/05 :01 continue 30/05 2736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order 14/05 :01 continue 30/05 2732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order 14/05 :01 continue 30/05 2716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | #29 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order 14/05 :01 continue 30/05 7325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | #30 | | 7/21/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| JR | JKing LPN | RH | RHazeluss RN | | | | | AB | |
| B | JBelik LPN | | | | | | | | |
| d | KKreamer LPN | | | | | | | | |

CATION 1A 66

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: **NO KNOWN ALLERGIES**

DIAGNOSIS: CAD

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

EXHIBITS D-3

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NITROQUICK 0.4MG TABLETS BROWN, LOWELL USE SL AS DIRECTED (D/C) **ENOUGH FOR 3 TIMES DAILY** | 8AM BAM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C) | 8AM #30 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH ONCE DAILY (D/C) | 8AM #30 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C) | 8AM # 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C) | 8AM #30 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|

ALLERGIES: NO KNOWN ALLERGIES

| NMATE NAME AND NUMBER | DATE OF BIRTH OR SOC. SEC. NO. | CHARTING FOR | THROUGH |
|---|---|---|---|

DIAGNOSIS

EXHIBITS D-4

4.)

# MEDICATION ADMINISTRATION RECORD

**DIAMOND** DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 1/22/05 DISCONTINUE 7/31/05 | Nitro 0.4 g Sh PRN | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | D Brennen | | | | | | | | Thompson |

LOCATION: 2B14

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NKA

2 of 2

INMATE NAME AND NUMBER

FACILITY

CHARTING FOR 12/1/05 THROUGH 12/31/05

EXHIBIT D5

5.)

# BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 22/05 Discontinue 7/31/05 | Nitro 0.4 SL — enough for three dly x 4 mths | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

LOCATION 1A66

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES WKA

INMATE NAME AND NUMBER

FACILITY WILL

CHARTING FOR THROUGH

DIAGNOSIS C.P

EXHiBiTS. D-6

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| inal Order /22/05 F:00 continue /31/05 85148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) D/C 8/25/03 | 8AM | | | | | | | | | | | | | | | | | | | | | | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| inal Order /22/05 F:02 continue /31/05 85144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** | 8AM NOON 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 52736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 52732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 31 | 3 |
| inal Order /14/05 F:02 continue /30/05 52716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | | | | | | | | X | | | | | | | | | | | | | | | | | | | | | 30 | 3 |
| inal Order /14/05 F:02 continue /30/05 97325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 3 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| ld | L J Drennen LPN | RH | S Hazelwood LN | SR | S King Ph | AM | J Moore RN | | |
| 6b | J Bush LPN | | | | | | | | IT L Thysom RN |

| CATION | 1A66 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | | DIAGNOSIS CAD |
|---|---|---|---|---|---|

FACILITY | CHARTING FOR | THROUGH

EXHIBIT
D-4

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| inal Order 22/05 :00 continue 31/05 5148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) D/C 8/29/05 | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 | 28 | 29 | 30 | 31 |
| inal Order 22/05 :00 continue 31/05 5144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** 3/31/06 | 8AM NOON 6PM | | | | | | | | | | | | empty 11-12-05 | | | | | | | | | | | | | | | | | | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) 3/21/06 | 8AM 8PM | | | | | | | | | | | | | empty #30 | | | | | | | | | | | | | | | | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) 2/31/06 | 8AM 8PM | | | | | | | | | | | | empty 11-13-05 #30 | | | | | | | | | | | | | | | | | 30 | 31 |
| inal Order 14/05 :02 continue 30/05 2716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 11/30/05) 3/21/06 | 8AM | | | | | | | | | | empty #364 | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| inal Order 14/05 :03 continue 30/05 2723 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) 3/31/06 | 8AM | | | | | | | | | | | | | | | | | | | empty 1 tablet 11-30-05 #30 | | | | | | | | | | | | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| d | KDDrenen CNA | PH | PHazelwood CN | SK | SKing LPN | SM | SMOOre RN | AG | AGolier LPN |
| CB | G Brink CN | | | | | | | PC | B Hardgen |

| CATION | | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | | | DIAGNOSIS CAD |
|---|---|---|---|---|---|---|
| ATE NAME AND NUMBER | | | FACILITY | | CHARTING FOR | THROUGH |



Exhibit D-8

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order /22/05 E:00 Discontinue /31/05 85148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | 29 | 30 | 3 |
| Original Order /22/05 E:03 Discontinue /31/05 85144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** | 8AM NOON 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 3 |
| Original Order 22-05 Discontinue 31-06 | Atenolol 50mg #30 ½ tab po BID | 11-14-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 3 |
| Original Order 22-05 Discontinue 31-06 | Enalapril 5mg #30 ½ tab PO BID | 11-13-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| Original Order 22-05 Discontinue 31-06 | ASA 81mg #54 2 tabs (162mg) PO daily. | 11-10-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 3 |
| Original Order 22-05 Discontinue 31-06 | Lovastatin 20mg #13 ½ tab PO Q HS | 11-20-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |

D/C  8-25-05

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| CH | K Hazelrigg | | | PR | | VC | | | |
| td | | | | LA | | | | | |
| B | G Bench LPN | | | | | | | | |

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | | | DIAGNOSIS |
|---|---|---|---|---|---|
| INMATE NAME AND NUMBER | | FACILITY | | CHARTING FOR | THROUGH |

EXHIBIT D-9

# BOSWELL PHARMACY SERVICES
**814-629-1397 • Fax: 814-629-7644**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO SKIN DAILY (D/C 1/14/06) | 8AM #7 12/23/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 3/31/06) | 8AM #30 12/3/05 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM #60 12/16/05 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASPIRIN 81MG TABLET CHEW BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 3/31/06) | 8AM #60 12/13/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM #60 12/16/05 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 03/31/06) (may use #2 a day) | 8AM #25 NOON 12/21/05 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES **NO KNOWN ALLERGIES**

FACILITY | CHARTING FOR | THROUGH | DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

EXHIBIT D-16

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nal Order /11/06 F:00 continue 7/10/06 45922 | LAMISIL AT 1% CREAM BROWN, LOWELL APPLY TO TOES DAILY (D/C 2/10/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | 29 | 30 | 31 |
| nal Order /10/06 F:00 continue 7/10/06 45920 | VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO FEET AND HANDS DAILY AS DIRECTED (D/C 3/12/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |
| nal Order /22/05 F:02 continue /31/06 17555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 3/31/06) | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| nal Order /22/05 F:01 continue /31/06 17552 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | 31 |
| nal Order /22/05 F:01 continue /31/06 17550 | ASPIRIN 81MG TABLET CHEW BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 3/31/06) | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28 | 29 | 30 | 31 |
| nal Order /22/05 F:02 continue /31/06 17549 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 29 | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| RATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN DRUG ALLERGIES | | DIAGNOSIS HTN |
|---|---|---|---|---|
| ATE NAME AND NUMBER | | FACILITY | CHARTING FOR    THROUGH | |

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**

814-629-1397 • Fax 814-629-7644

EXHIBIT D-11

E-FILED

August 1st, 2006 09:53:04 AM

Clerk, U.S. District Court, ILCD

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nal Order 0/06 continue 7/10/06 | Lamisil cream apply to toes daily x 1 mo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 30 | |
| nal Order 24/6 continue | May use Nitro up to average of 2/day. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| nal Order continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| B | G Brink LPN | | | | | | | | |

**CATION** _____ 1854  **DATE OF BIRTH OR SOC. SEC. NO.** ____  **ALLERGIES** NKA

**FACILITY** _____  **CHARTING FOR** ____ **THROUGH** ____  **DIAGNOSIS**

EXHIBIT E-1

Scott, Tom
ID: 92280 Black    age: 57    run aypid
Male  Meds: Antihypertensive, Anti-anginal

HR int: 162    PR int: 162    QRS dur: 90
P-QRS-T axes: 73 1 -3    QT/QTc: 446/440

Scott, Tony
ID: 92280 Black    44  70m 185lb
Male  Meds: Antihypertensive, Anti-anginal

HR int: 162    PR int: 162    QRS dur: 90
P-QRS-T axes: 73 1 -3    QT/QTc: 446/440

western
SINUS BRADYCARDIA
NORMAL ECG

COMBINED ECG MANAGEMENT SYSTEM

M.D. Review
Date: 7-14-05
Doctor ____
☐ Pull Chart
☐ See Patient
☐ File

EXHIBIT E-2

**ILLINI COMMUNITY HOSPITAL**

BP:138/94

Room: CPC
Oper: VAS

186 lbs    70 ins

Requested by:
TROY/BROWN

Received
DEC 15 2005
Western Illinois Corr. Center
Medical Records Dept.

PRELIMINARY-MD MUST REVIEW

314795

12/13/2005  12:05:59  SCOTT, TONY
44 years  Male  Black

| | |
|---|---|
| Rate | 61 |
| PR | 169 |
| QRSD | 82 |
| QT | 411 |
| QTc | 414 |

--AXIS--
P    60
QRS  15
T    24

- Normal sinus rhythm, rate 61
- Minimal ST elevation, inferior leads

**INTERPRETATION ON BACK**

- OTHERWISE NORMAL ECG -

EXHIBIT E-3



Received

MAR 20 2005

Western Illinois Corr. Center
Medical Records Dept.

Scott          , Tony
ID: 4652892280
44 yr  70 in  180 lb
Male   BLACK
Meds: Antihypertensive
      Antihypertensive
Location: 46528  Room:
Comment:

3/12/05 1:12 PM

Vent rate:      54    BPM
PR int:         160   ms
QRS dur:        94    ms
QT/QTc:         438/425 ms
P-R-T axes:     72 2 -8

western
SINUS BRADYCARDIA
CANNOT RULE OUT INFERIOR INFARCT, AGE UNDETERMINED
ABNORMAL ECG

REGULAR OVER-READ REQUESTED.
COMPUTER INTERPRETATION CONFIRMED.

Reviewed by James F. Clifton, MD.

25 mm/s 10 mm

WEXFORD-WESTERN ILL. CORR. FAC.

604 0 2515

**Scott** , **Tony**    9/15/05 11:46 AM    WESTERN IL CORRECTIONAL CTR
**ID:** 4652892280    SINUS BRADYCARDIA
**45 yr 69 in 188 lb**    NORMAL ECG
**Male BLACK**    POOR R WAVE PROGRESSION.
**Meds:** Anti-anginal    OTHERWISE NORMAL ECG
    Beta blocker    REGULAR OVER-READ.

**Location:** 46528    **Room:**
**Comment:**

| | | |
|---|---|---|
| Vent rate: | 57 | BPM |
| PR int: | 162 | ms |
| QRS dur: | 92 | ms |
| QT/QTc: | 444/438 | ms |
| P-R-T axes: | 25 2 1 | |

Reviewed by James F. Clifton, MD

SEP 23 2005

Western Illinois Corr. Center
Medical Records Dept.

I    aVR    V1    V4

II    aVL    V2    V5

III    aVF    V3    V6

II

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

EXHIBIT E-4

EXHIBIT E-5



Scott        , Tony
ID: 4652892280
45   yr   69   in   179   lb
Male        BLACK
Meds: Antihypertensive

Location:   46528      Room:
Comment:

10/26/05   1:41 PM

| Vent rate: | 58 | BPM |
| PR int: | 0 | ms |
| QRS dur: | 88 | ms |
| QT/QTc: | 448/445 | ms |
| P-R-T axes: | 999 123 | 3 |

**WESTERN IL CORRECTIONAL CTR**
SINUS BRADYCARDIA
ST ELEVATION, PROBABLY EARLY REPOLARIZATION
OTHERWISE NORMAL ECG

REGULAR OVER-READ

Reviewed by C. Gordon Hale, MD

NOV 07 2005

MD Review
Date:
Doctor:
☐ Pull Chart
☑ See Patient
☑ File

25 mm/s 10    ʹmV

HPL-WESTE?ʹʹʹL. CORR. FAC.

604 0 381



EXHIBIT E-6

Scott                    , Tony
ID: 4652892280
45   yr   70 in   179 lb
Male      BLACK
Meds: Antihypertensive

Location:   46528    Room:
Comment:

11/5/05 1:52 PM

Vent rate:        67   BPM
PR int:          148   ms
QRS dur:          90   ms
QT/QTc:      422/438   ms
P-R-T axes:   50 9 8

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NORMAL ECG
EARLY REPOLARIZATION.
STAT OVER-READ

Reviewed by Lisa Garbrick, MD

NOV 21 2005

M.D. Review
Date:
Doctor:
☐ Pull Chart
☐ See Patient
☐ File

aVR    V1    V4
aVL    V2    V5
aVF    V3    V6

25 mm/s 10 mm/mV                    HPL-WESTERN IL CORR. FAC.                    604 0 441



EXHIBIT E-7

Scott            , Tony
ID:  4652892280
43  yr  70  in  184  lb
Male  BLACK
Meds:

Location:  46528    Room:
Comment:

12/9/05  9:00 PM

Vent rate:     69   BPM
PR int:       152   ms
QRS dur:       96   ms
QT/QTc:   416/435   ms
P-R-T axes:  72 7 5

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NONSPECIFIC ST ELEVATION
BORDERLINE ECG

STAT OVER-READ REQUESTED.

Reviewed by C. Gordon Hale, MD

M/D Review
Date  12-26
Doctor:
Pull Chart
See Patient

Received

DEC 19 2005

Western Illinois Corr. Center
Medical Records Dept.

I    aVR   V1   V4
II   aVL   V2   V5
III  aVF   V3   V6
II

25 mm/s 10 mm/mV

HPL-WESTERN ILL  CORR. FAC.

604 0 593

EXHIBIT F-1



**FACSIMILE LEAD SHEET**

Frank L. Mikell, M.D.
*President*

**SPRINGFIELD**

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Niksh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Chandhiran Rangaswamy, MD
Ziad Issa, M.D.

**DECATUR**

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay Roy, M.D.
Viren Vankawala, M.D.

**EFFINGHAM**

**PONTIAC**

Ephraim W. Batambuzo M.D.

**CARBONDALE**

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

**DATE:** 1/27/06

**TO:** Wash ?? Connect Center

**FACSIMILE NUMBER:**

**FROM:** Kelly - Dr Troy

**Prairie Locations:**

☐ **Prairie Heart Institute**
Springfield
(217) 788-0706 Phone
(217) 525-2535 Fax

☐ **Baylis Facility**
Springfield
(217) 788-0706 Phone
(217) 788-7032 Fax

☐ **Herrin**
(618) 988-8648 Phone
(618) 988-8343 Fax

☐ **Decatur Memorial Hospital**
Decatur
(217) 422-6100 Phone
(217) 876-2444 Fax

☐ **St. Mary's Hospital**
Decatur
(217) 422-6100 Phone
(217) 422-7897 Fax

☐ **St. Anthony's**
Effingham
(217) 347-1772 Phone
(217) 342-6286 Fax

☐ **Pontiac**
(815) 842-3433 Phone
(815) 842-2627 Fax

☐ **Carbondale**
(618) 529-4455 Phone
(618) 351-1287 Fax

☐ **Patient Finance Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8798 Fax

☐ **Administration – PHI**
(217) 788-0848 Fax

☐ **Nuclear Medicine - PHI**
(217) 525-9514

☐ **Patient Accounting Dept.**
(217) 788-8790 Phone
(217) 788-8799 Fax

**TOTAL PAGES (INCLUDING COVER)** 3

**RE:**

**MESSAGE:** Need authorization of release form signed by Tony and then faxed back to me (Kelly) at fax # 217-788-0848

Thank you :)

**CONFIDENTIALITY NOTICE**
The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Form 320  07/28/2005

Received
JAN 27 2006
Western I??? Corr. Center
Medic ???cords Dept.

EXHibit F-2

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2736 |
| CONNECTION TEL | 12177880848 |
| CONNECTION ID | |
| ST. TIME | 01/31 10:52 |
| USAGE T | 01'01 |
| PGS. SENT | 3 |
| RESULT | OK |



# WEXFORD
## MEDICINE IN CORRECTIONS

# FACSIMILE COVER SHEET

DATE: 1-31-06                          # PAGES: 3

TO: Kelly                              FROM: Western Illinois Correctional Center

                                       R.R. #4, Box 196
                                       Mt. Sterling, IL 62353

PH:                                    PH: 217-773-4441
                                       217-773-~~2773~~ 2365
FAX: 217-788-0848      FAX:                           Lynne
CC:

## CONFIDENTIAL

☐ URGENT    ☐ FOR YOUR REVIEW    ☐ REPLY ASAP    ☐ PLEASE COMMENT

MESSAGE/REMARKS:    Scott, Tony

*ExHiBiT F·3*

# Illini Community Hospital

· 640 West Washington
Pittsfield, IL 62363
217-285-2113

*CLIA ID# - 14D0434731*
*Lab Dir - Shehnaz Ansari, M.D.*

| PATIENT NAME/DOB | | PATIENT ID | HOME PHONE | AGE | SEX | PROVIDER | |
|---|---|---|---|---|---|---|---|
| SCOTT, TONY  (06/26/61) | | 000314795 | | 44 | M | Bart Troy, MD | |
| SOCIAL SEC # | SAMPLE ID | COLLECTION DATE | RECEIVED DATE | RESULTS APPROVED | RESULTS REPORTED | | PAGE |
| ▓▓▓▓ | 534753652 | 12/13/05   12:19 PM | 12/13/05   12:19 PM | 12/13/05   1:11 PM | 12/13/05   1:11 PM | | 1 |

12/13/05     1:11 PM     A copy of this report will be faxed to:   PCVC1

## Basic Metabolic Profile

| | | | Ref. Range/Males |
|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | |
| GLUC | 91 | | 74-106 mg/dL |
| BUN | 9 | | 7-18 mg/dL |
| CREA | 1.3 | | 0.6-1.3 mg/dL |
| BUN/CRE | 6.9 | | |
| NA | 137 | | 136-145 mmol/L |
| K | 3.9 | | 3.5-5.1 mmol/L |
| CL | 103 | | 98-107 mmol/L |
| CO2 | 27.8 | | 21.0-32.0 mmol/L |
| OSMO | L  272.09 | | 280.00-300.00 |
| CALCIUM | 8.9 | | 8.5-10.1 mg/dL |
| GFR | L  77 | | 90-130 |

**Received**

**DEC 1 5 2005**

Western Illinois Corr. Center
Medical Records Dept.

| 12/13/05   12:21 PM | Stage | Description | GFR |
|---|---|---|---|
| | 1 | Damage with normal or high GFR | 90+ |
| | 2 | Mild decrease in GFR | 60-89 |
| | 3 | Moderate decrease in GFR | 30-59 |
| | 4 | Severe decrease in GFR | 15-29 |
| | 5 | Kidney Failure | <15 |

## Lipid Panel

| | | | Ref. Range/Males |
|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | |
| CHOL | H  209 | | 0-200 mg/dL |
| HDL | 35 | | 30-90 mg/dL |
| TRIG | 115 | | 30-200 mg/dL |
| LDL CALCH | 151 | | 0-130 mg/dL |
| VLDL CAL | 23 | | |

**M.D. Review**
Date: 12-16
Doctor: _____
☐ Pull Chart
☐ See Patient
☑ File

## Troponin-I

| | | | Ref. Range/Males |
|---|---|---|---|
| CLM | 12/13/05 12:19 PM | | |
| TROP-I | 0.01 | | 0.00-0.05 ng/mL |

12/13/05   12:21 PM     Troponin values of >0.05-1.4 should be interpreted very carefully; taking into
consideration other diagnostic results and clinical symptoms.  Troponin
elevations in this range may be attributed to other than AMI.  Generally the
troponin elevation in AMI is greater than or equal to 1.50.

Sample ID: 534753652/1
END OF REPORT (Final)

Reviewed by: _____

EXHiBit F-4

# ILLINI COMMUNITY HOSPITAL

## RESPIRATORY THERAPY

**PATIENT NAME:**           Scott, Tony
**PATIENT NUMBER:**         314795-5346
**DATE/TIME:**              12/13/05  12:05
**ATTENDING PHYSICIAN:**    Troy/Brown
**TEST:**                   EKG

**IMPRESSION:**    Normal sinus rhythm, rate 61.
                   Diffuse ST elevation.
                   Inferior T-wave abnormalities, consider injury.

**CONCLUSIONS:**     Abnormal EKG.

Irving Schwartz, M.D.

IS/bp
R&T:  12/14/2005

Received

DEC 15 2005

Western Illinois Corr. Center
Medical Records Dept.

*640 W. Washington*
*Pittsfield, IL 62363*
*Phone: 217-285-2113*

**BlessingCare Corporation**
**d/b/a**
**Illini Community Hospital**

# FAX

**Received**

DEC 1 5 2005

Western Illinois Corr. Center
Medical Records Dept.

**To (Name):**       **From (Name):**   Illini Medical Records

**To (Company):** *WICC*

**To Fax #:** *1-217-773-2365*   **Fax:**     (217) 285-5090

**To Phone #:**      **Date:** *12-15-05*

**Re:** *Scott Tony*     **Times:**

                   **Pages:** *4*     Including cover page

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

*Lab / EKG*

**CONFIDENTIALITY STATEMENT:** *The information contained in this faxed message is intended only for the personal and confidential use of the designated recipients named above. The documents accompanying this transmission may contain confidential health information that is legally privileged. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulations and is required to destroy the information after its stated need has been fulfilled. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this fax in error, please notify us and delete the original message. Thank you.*

EXHiBiT F-6

# ❤ Prairie
## CARDIOVASCULAR CONSULTANTS, LTD.

Frank L. Mikell, M.D.
*President*

**Springfield** – (217) 788-0706
Prairie Heart Institute
at St. John's Hospital
Memorial Medical Center

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M.D.
Raghu Kolluri, M.D.
Gabor F. Matos, M.D.

**Decatur** – (217) 422-6100
Prairie Heart Institute
at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.
Viren R. Vankawala, M.D.

**Effingham** – (217) 347-1772
St. Anthony's Memorial

**Pontiac** – (815) 842-3433
Ephraim W. Batambuze, M.D.

**Carbondale** – (618) 529-4455
Prairie Heart Institute
at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

P.O. Box 19420   Springfield, IL 62794-9420   Phone 217-788-0706    Fax 217-525-2535

## PATIENT CONSULTATION

December 13, 2005

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL   62353

> **Received**
> DEC 21 2005
> Western Illinois Corr. Center
> Medical Records Dept.

M.D. Review
Date: 12-2-h
Doctor: /l/
❏ Pull Chart
❏ See Patient
☑ File

### RE: TONY  SCOTT
### DOB: 06/26/1961

Dear Dr. Brown:

I had the pleasure of participating in the care of your patient, Tony Scott.  Below is the clinic visit information from that visit.

### CLINIC LOCATION: Illini Outpatient Clinic

### CHIEF COMPLAINT:
On 12/14/2005, Tony Scott, a 44-year-old male, presented to the clinic for consult for chest pain and shortness of breath.

### HISTORY OF PRESENT ILLNESS:   In 2002 while an inmate at Logan Correctional Center, his lower extremity became heavy and tingling.  In addition, his speech became slurred.  He does not know if he had trouble swallowing.  He said he felt like he had a truck on his chest.  He said he underwent cardiac catheterization at Memorial Medical Center.  He was hospitalized for three or four days and  was sent home with a nitroglycerin patch.

He said  a month later he had another "heart attack" with the same symptoms.  He was not sent to the hospital.

The final heart attack he suffered was either in 2004 or 2005.  He said he was hospitalized for one week in John H. Stroger, Jr. Hospital of Cook County.  He said he was driving a Ford Expedition in northwest Chicago, and that his chest bothered him and all of a sudden he went blank.  His going blank was brief, a matter of seconds.  He was apparently able to drive himself to the hospital.  If I understand the incomplete notes the patient brought with him, cardiac catheterization there revealed a couple of 40% narrowings and an 80% narrowing.  I am not sure exactly what vessels these narrowings were in.

An ECG done at Culbertson Memorial Hospital in Rushville on July 19, 2005 showed Q waves in AVF and III, and T wave inversion compatible with a prior inferior myocardial




**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY           DOB: 06/26/1961**

infarction.  There was also poor R wave progression in leads V1 to V3.  An ECG done at Western Illinois Correctional Center on December 9 showed similar changes in the inferior leads.  In addition, there was mild ST segment elevation in leads V2 to V6 that are clearly repolarization.

The patient states that he went to Western Illinois Correctional Center from Dixon on the following medications:  Plavix 75 mg daily, Zocor daily, isosorbide three times daily, atenolol daily, enalapril daily, aspirin 325 mg daily, and nitroglycerin 0.4 mg.  He states the Plavix, Zocor, and isosorbide were stopped.  He then states that since they were stopped he has had more chest discomfort and other symptoms and takes nitroglycerin three times a day.  The chest discomfort he gets may last 20 to 30 minutes or unspecified length of time.  He changed his mind on this a couple of times.  The patient walks 200 yards in the prison in order to go eat;  he denies chest, neck, jaw, upper extremity, or interscapular discomfort at these times.

On a paper dated December 10, 2005, with Tony Scott's name and ID number on it, his medications are listed as nitroglycerin 0.4 mg, atenolol 50 mg twice daily, aspirin 162 mg daily, Vasotec 5 mg twice daily, and Mevacor 20 mg at bedtime.  When I asked the patient when he took his medications, he said he took them around 10 or 10:30 in the morning.  He did not mention any other time of the day when he took medications.

I have reviewed the laboratory data brought with the patient.  All is essentially within normal limits, with the exception of a borderline creatinine.  Interpretation of a chest x-ray done July 19, 2005 was of a small amount of infiltrate at the left lung base laterally, and no other active pulmonary disease.

When patient was in front of me and I was taking his history, he said that he gets heaviness behind his left ear, down to an area about 6 inches below the left axilla, as well as involving all of his left upper extremity.  He also said he felt tired.  He did not look like he was having chest discomfort.

**MEDICATIONS:**
Aspirin 81 mg, 2 by mouth every day
Atenolol 50 mg, 1 by mouth twice a day
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain

**ALLERGIES:**
NKA

**CARDIAC RISK FACTORS:**
The patient is a 44-year-old male.  He is 70 inches tall (177.80 cm). His weight is 186.00 lbs (84.55 kg). He has a body mass index of 26.76.
SMOKING HISTORY: Stopped smoking tobacco a month and a half ago.
FAMILY HISTORY: Positive for CAD.
DIABETES: Nondiabetic.
HYPERTENSION: History of hypertension treated with medication.

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.




*ExHiBit F-*

**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY            DOB: 06/26/1961**

**PAST MEDICAL HISTORY:**  anxiety

**CARDIOVASCULAR HISTORY:** Per patient, has had three MIs and CVA

**FAMILY HISTORY:**
Mother's History: Died age 69, acute MI
Father's History: Died age 70, cause unknown
Brother's History: Alive at 43, history of MI in 2004
Brother's History: Alive at 39, history of asthma
Brother's History:  living and well
Sister's History: Died age 46, house fire

**SOCIAL HISTORY:**
MARITAL STATUS: Married x 27 years; wife is 46 and lives in Illinois.
CHILDREN: 2.
ALCOHOL USE:  None, even when out of prison.
ILLICIT DRUGS:  History of marijuana and cocaine abuse.
RESIDENCE: 12/05, currently incarcerated.
EDUCATION:   high school graduate

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Weight age 21 was 184 pounds.  Patient says he is tired a
SKIN: Unremarkable.
EYES: Bifocals.
ENT: Denies difficulty hearing.
CARDIOVASCULAR: As described in HPI above.
RESPIRATORY: Shortness of breath.
GI: Denies heartburn or indigestion.
GU: Patient said he does not go to bed until 3 or 4 a.m. and he gets up at 11 a.m
during this time he does not get up to urinate.
MUSCULOSKELETAL: See HPI.
CNS:  Patient states that in 2003 he had his first heart attack and a stroke at the s
Symptoms included numbness and tingling on the left side and slurring of speec
ask him about slurring of speech before he mentioned it.)
OTHER:  On papers sent with patient it is noted that he has a psychiatric history
denied a problem.  He then said he has history of anxiety attacks, with the last o
2000.  He said he blacked out; when he came to, 10 or 15 guys were holding hir

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
Pulse: 60 and regular
Resp: 18, and at times as much as 40/minute, with very shallow breaths.  Patien
breaths in and out deeply without problem.
Height: 70 in (177.80 cm)



Recei'd
DEC 2 1 2005
Western Illinois Corr. Center
Medical Records Dept.



**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY          DOB: 06/26/1961**
Weight: 180.00 lbs  (84.55 kg)
BSA: 2.04
BMI: 26.76
Blood Pressure: 100/74

GENERAL:  Well developed, well nourished, in no apparent distress.
EYES:     There are no xanthelasma.
ENT:      Oral mucosa is without pallor or cyanosis.
NECK:  Supple, without jugular venous distention.
RESPIRATORY:  No intercostal retractions noted.  Chest clear to auscultation.
CV:  The apical impulse is not palpable.  Heart tones are of good quality, with no murmur,
rub, ventricular gallop, or thrill.  No left parasternal lift.  Carotids 2 1/2 to 3+, radials 2+,
femorals 3+, posterior tibial pulses 1+, and dorsalis pedis 1+.
ABDOMEN:      Benign, without hepatosplenomegaly, mass, or tenderness.  Abdominal
aorta not palpably enlarged; no carotid, femoral or abdominal bruit present.
EXTREMITIES:  Without clubbing, cyanosis, or edema.
MUSCULOSKELETAL:  No severe kyphoscoliosis noted.
SKIN:     Without evidence of xanthoma.
NEUROLOGIC:  Alert and oriented x 3; affect appropriate.  Neuro exam grossly normal.
He knew the correct names of Chicago's mayor,  President, Vice President, and Secretary of
State.  He had chains around his ankles and it was not possible for me to tell, from the way
he was walking, whether or not he had a neurologic deficit.  When I had him squeeze my
fingers, he squeezed more with the right hand than the left.  At first when he walked his
arms were down at his sides.  Next, he walked with his left elbow bent to about 90 degrees,
with his forearm across his abdomen.

**DIAGNOSES:**
1. Shortness of breath
2. Chest pain (precordial, substernal, mid or retrosternal)
3. Dyslipidemia
4. Hypertension, unspecified
5. Smoking history

**RECOMMENDATIONS/PLAN:**
1.  The objective evidence we have of his coronary disease is a prior inferior myocardial
infarction by ECG.  I will endeavor to get information from both Memorial Medical Center (
2002 or 2003) and from the John H. Stroger, Jr. Hospital of Cook County (formerly Cook
County Hospital) in Chicago (2004 or 2005), review this data, and then  determine whether
to go with stress testing or cardiac catheterization.

2.  It is quite apparent the patient wishes to go back to the prison in Dixon, Illinois.  It is
entirely possible that his current symptoms may be related to this wish to be transferred.

3.   The patient's history of chest discomfort at the time of his first infarction sounds fairly
typical.  I have difficulty determining the chest discomfort he has had subsequently as being
anginal.


RECEIVED
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

EXHIBIT F-10



**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY            DOB: 06/26/1961**

By the above methods, we will attempt to determine whether or not his symptoms are truly coming from his heart.

Sincerely,

Bart Troy, M.D.

BLT/JAE    T: 12/15/05

**Received**

DEC 2 1 2005

Western Illinois Corr. Center
Medical Records Dept.


**Prairie**
CARDIOVASCULAR CONSULTANTS, LTD.

## Authorization to Use and/or Disclose
## Protected Information

I authorize _John H. Stager Jr. Hosp._

to use and/or disclose a copy of the specific medical information identified below for
(name of patient) _Tony Scott_
DOB ███████    SS # ██████ 2 █ 2 █ 2
to (name and address of recipient)

_Dr. Bart Troy_
_619 E. Mason St  Suite 4P57_
_Spfld, IL  62701_

Dates of Services from: _____ to ( _2004_ )

For the following purposes:            **Mail to:**
☐ Personal Use                         _Dr Bart Troy_
☐ Judicial Proceedings                 _619 E. Mason St  Suite 4P57_
☑ Other (Must Specify)                 _Spfld, IL  62701_
_further medical care._

By marking the boxes below, I specifically authorize the use and/or disclosure of the
following health information:

- ☐ Discharge Summary
- ☐ History and Physical Examination
- ☐ Consultations
- ☐ EKG
- ☑ Cath Lab Data
- ☐ Carotid/ABI
- ☐ Holter Monitors
- ☐ Echocardiograms
- ☐ Nuclear Stress tests/Treadmills
- ☐ Operative Report
- ☐ Patient Progress Notes
- ☐ Clinic Notes
- ☐ Green Sheets
- ☐ Patient Exam Form (clinic)
- ☐ Laboratory/Pathology
- ☐ X-ray
- ☐ Entire Medical Record
- ☑ Other (Must Specify) _Cardiac catheterization FILMS_

Received

JAN 27 2006

Western Illinois Corr. Center
Medical Records Dept.

EXHIBIT F-12

The following items must be initialed to be included in the use and/or disclosure of other health information:

_____          HIV/AIDS related information and/or records

(Federal regulations require a description of how much and what kind of information is to be disclosed.)  Describe _____

I understand that I have a right to revoke this authorization at any time.  I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Physician's Office.  I understand that the revocation will not apply to information that has already been released in response to this authorization.  I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

Unless otherwise revoked, this authorization will expire on the following date, event, or condition: (expiration date)_____.  If I fail to specify an expiration date, event or condition, this authorization will expire in 60 days.

I understand that authorizing the disclosure of this health information is voluntary.  I understand that I may inspect or copy the information to be used or disclosed as provided in CFR 164.524.  I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by Federal confidentiality rules.  I also understand I may receive copies that were originated at another facility.  If I have questions about disclosure of my health information, I can contact the Physician's Office.

I further understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.

X _Tony Scott_____          _1-31-06_____
Signature of Patient or Patient's Representative          Date

_V L Shelton  SATT_____          _1-31-06_____
Witness          Date

_Tony Scott_____          _WESTERN IL Corr_
Print Name of Patient or Patient's Representative          Relationship to Patient   Center employee

**Provide a copy to the patient.**

Form #311
04-15-03
Revised:  01-12-05; 10-21-05

Received

JAN 27 2006

Western Illinois Corr. Center
Medical Records Dept.

## COMMITTED PERSON'S GRIEVANCE

| Date: 6-5-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|
| Present Facility: Mt. Sterling | | Facility where grievance issue occurred: Mt. Sterling |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 6-5-05 At Appx 7:49pm, I went to med line And The Second Shift nurse for one house. Told me she will not give me my Aspirin until 6-11-05, I Then inform the nurse that i take the Aspirin once Because i'v A heart Problem. I Then inform the nurse, That i had taking A nitro Pill, And my head WAS hurting, But still the nurse refuse to give me My Aspirin. I Then inform nurse L. conr Agin that i have a heart Problem And i need the aspirin, I feel nurse L. conr was Acting unfair by not Giveing me my medicine that i need. By me not getting my medicine It made me upset And Stressful, And i stad having Chest pain and i had To take Another nitro Pill And it made my head hurt Worster

**Relief Requested:** I would like for nurse L. conr. get one week off without Pay, And i would like to be transfer to a medical Institution such As Dixon Or Jacksonvill. So i can get the proper medical Assistance.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott _____ N-92280 _ 6,5,05
Committed Person's Signature       ID#         Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 6/7/05 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: I/M WAS SEEN BY NURSE PRACTIONER ON 6/10/05. MEDICATIONS WERE REFILLED. SCHEDULED FOR A FOLLOW UP WITH N.P. ON 6/14/05.

P.Vincent _____ P.V. _____ 6/16/05
Print Counselor's Name       Counselor's Signature       Date of Response

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

_____ _____
Chief Administrative Officer's Signature       Date

Distribution: Master File; Committed Person                Page 1                DOC 0046 (Eff.10/2001)
(Replaces DC 5657)

I feel i don't not get the proper medical Assistance from nurse L. conr, And nurse L. conr sould no when you take nitro pills It mAke your head hurt. It seen like nurse L. conr did Not cAre About me And my heart Problem.

I feel that is unfair for me not to get proper MedicAl Assistance.

EXHIBIT G-2

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

05-0546E

| Date: 7-13-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
| Present Facility: Mt. Sterling C.C | Facility where grievance issue occurred: Mt. Sterling C.C | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____
       Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: On the Above Date, 7-13-05, And Appr. time 7:50 pm. I went to med line to get my nitro pills, and nurse Goben inform me my nitro pills has been discontinued. While i was in line, i was talking to C/O Lewis, I ask c/o Lewis do you remember when i put in two Days Ago, I Then inform nurse Goben, that i had put in for a new bottler of nitro pills On 7-11-05. That is the day i inform the nurse for house #1, that i need A new bottler of nitro pills. C/O Lewis was right ther. After nurse Goben Inform me that my nitro had been discontinued, I then went to Lt. McDonald & inform him what was going on. I inform Lt. McDonald that nurse Goben Did not have my nitro pills, I then show Lt. McDonald my cardiac cathet-

Relief Requested: I'm Respectfully Asking to be transfer, to a medical Facility, ~~and~~ as of Dixony, Jacks in ville, Do to been treated unfair of my heart condition. And for the Doctor to get 30 days off with out pay, for his negation.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott      N-92280      7/13/05
Committed Person's Signature     ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
JUL 19 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Print Counselor's Name      Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: 07,18,05

Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
     ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_[signature]_      07,18,05
Chief Administrative Officer's Signature      Date

elization Report. I then ask Lt. McDonald, How can that Discontinue my nitro pills, when i have a heart problem i feel that Is unfair and the Doctor no i have heart problem.

I feel i am not geting the right medical Attention from this health Care Unit, I have been having Problem After Problem, After Problem with This health care unit About my heart condition.

I feel that doctor dont on how to treat my condition, Because If he did he would have not," Took me off, Zocor, Isosorbide, And Discontinue my nitro pills. I had one nitro pill left so i took it Because i was feeling very Stressful And begin to have chest pain So I took my last nitro Pill, and i dont have ~~anymore~~ anymore nitro pills.

I feel that is unfair for me to go thought this because The Doctor nosed All About my heart condition.

I had Several heart Attacks in the past, and in need of open heart surgery As of now.

I am asking for a foul Investigation of this matter.

I feel my life is in danger by not having my nitro.

## Grievance Officer's Report

**Date Received:** July 19, 2005          **Date of Review:** July 28, 2005          **Grievance #** (optional): 05-0546E

**Offender:** Scott, Tony                                                                          **ID#:** N92280

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Offender Scott states he was informed at med line that his nitro pills had been discontinued. He wants the doctor suspended for 30 days and transferred to a medial facility.

Ms. Fuqua, HCUA states nitro pills were reordered by Dr. Brown on 7/20/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

| | |
|---|---|
| Sue Redshaw | _Sue Redshaw_ |
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 7-29-05          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

080105

Chief Administrative Officer's Signature                                    Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Tony Scott | N-92280 | 8-5-05 |
| Offender's Signature | ID# | Date |

A/W Programs          CC: HCUA

05-0591E                                    EXHIBIT G-3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 7-14-05 | Committed Person: Tony Scott (Please Print) | ID#: N-92280 |
|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report                    Facility where Issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above date, 7-14-05 And appx, time, 6:00 pm I was having Chest Pain and i was pushing my botton for The office to come, so i can get some medical Attention, But No one came And my door never got open. I did not have any More nitro pills. because the doctor Discontinued my nitro pills. That is unfair because i have a heart problem, And the doctor Nose All About my heart condition. I Am in need of open heart Surgery As of now, and i need my nitro pills, I feel like the Doctor is playing with my life, And i feel my life is in danger With this doctor here At this Facility. He is not a doctor that over--

Relief Requested: I Am Ask for that Doctor to get 6 mo, off with out Pay, And that i be transfer to a medical Facility, Such As Dixon, Jackson Ville. Do to the negligent of the doctor, And not being Able to get Assistance is unfair.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 7,14,05 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
AUG 3 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 08 / 07 / 05

Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | 08 / 01 / 05 |
|---|---|
| | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

work with the heart, So he dont have the right to take me
Off my nitro pills, Any Doctor Should no when A person have
A heart Problem And need open heart surgery, They need to
keep A ~~bottle~~ Bottle of nitro pills with them At All time.
They is why i feel like that Doctor is playing with my life
By Not giving me my nitro pills, And i feel my life is in
Danger with this Doctor, And this health care unit.

*Set*

ATTENTION!!!!!!!!!!!!!!

N O T A R Y   F O R   P R I S O N E R S  !!!!!!

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I need
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, Darrin Short K83698  , swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substa
On this  25   day of July  , 20 05  .

Respectfully Submitted,

Darrin Short K83698
Affiant/Petitioner/Movant Pro-Se

Dated: 7-25-05

STATE OF ILLINOIS, )
                   )SS
COUNTY OF _____ .)

# A F F I D A V I T

I, DARRIN SHORT K-83698, BEING FIRST DULY SWORN UPON MY OATH, DO HEREBY DEPOSE AND STATE UNDER THE PENALTIES OF PERJURY, THAT ALL THE FACTS, STATEMENTS AND INFORMATION CONTAINED IN THIS AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

I, DARRIN SHORT #K-83698, ALSO DEPOSE AND STATE THAT I AM MAKING THIS STATEMENT ON MY OWN FREE-WILL, WITHOUT ANY UNDUE INFLUENCE FROM ANY OTHER PARTIE(S) WHATSOEVER.

IF CALLED, I AM COMPETENT TO TESTIFY TO THE SAME:

1) ON THE DAY OF  JULY 14,2005 AND APPROXIMATE TIME 6:00pm. I, DARRIN SHORT #K-83698, WITNESSED INMATE LIVING IN CELL 1A-66, TRYING TO GET THE ATTENTION OF THE WING OFFICER, FOR WHICH IT HAD BEEN A MEDICAL ISSUE. (TONY SCOTT #N-92280)

2) AFTER GETTING THE ATTENTION OF INMATE LIVING IN 1A-66, I ASKED HIM DID HE NEED MY HELP IN TRYING TO GET A OFFICER, HE RE-PLIED, HE DID.

3) THAT ON THIS DAY IN TIME INMATE LIVING IN 1A-66, WAS YELLING OUT THE DOOR TO THE INMATE'S THAT WERE IN THE DAYROOM AT THE TIME TO GET THE ATTENTION OF THE WING OFFICER, IN WHICH ONE INMATE DONE SO AND HIS REPLY WAS THAT, THE OFFICER STATED THAT "WHEN IT'S THEIR TIME TO COME TO THE DAYROOM, HE CAN DEAL WITH IT THEN."

4) I, DARRIN SHORT#K83698, WITNESSED THERE BEING NO WING OFFICER RESPONDING TO THE INMATE LIVING IN 1A-66, AT NO TIME DID I OBSERVE THE DOOR OF CELL 1A-66, BEING OPENED FOR WHAT COULD HAVE BEEN THIS ISSUE AT HAND.

I, DARRIN SHORT #K-83698, CAN SAY WITH ALL CERTAINTY, UNDER THE PENALTIES OF PERJURY. THAT WHAT HAS BEEN OBSERVED ON THIS DAY IN TIME, HAS BEEN ACCURATE AND CORRECT, TO THE BEST OF MY ABILITY.

                    FURTHER SAYETH NOT.

Cell # 67

s Darrin Short K83698
DARIN  SHORT #K-83698

1/18/05

Tony Scott

here's the list you requested from your medicine bottles.

Plavix

Dr. A. Defuniak   clopidogrel bisul 75 mg   1 tablet daily
Dr. A. Defuniak   atenolol  25 mg 1 table daily
Dr. A. Defuniak   enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak   Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki   Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak   aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

Respectfully

Andrew Ting MD

Cermak Health Service.

| Grievance Officer's Report |
|---|

**Date Received:** August 3, 2005          **Date of Review:** August 20, 2005          **Grievance #** (optional): 05-0591E

**Offender:** Scott, Tony                                                    **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott claims he was having chest pains and continued to push his emergency button. He states no one responded to his cell. He states he did not have any nitro pills because the doctor had discontinued them. He feels his life is in danger at WICC and the doctor is playing with his life. He wants the doctor suspended for 6 months and a transfer.

Medical records indicate Dr. Brown restarted the Nitro pills on 7/20/05. Dr. Brown and Dr. Funk decided to stop the Nitro on 6/17/05 and start him on Isosorbide. This was based upon doctor's medical exam and EKG. Offender Scott refused to comply with taking the new medication. Offender Scott had Nitor pills until 7/13/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                         _____
Sue Redshaw                                        Sue Redshaw
**Print Grievance Officer's Name**                 **Grievance Officer's Signature**

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-23-05       ☒ I concur    ☐ I do not concur    ☐ Remand
**Comments:**

_____                         _____
**Chief Administrative Officer's Signature**                      8/23/05   **Date**

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____            _____       N-92280    8/25/05
Tony Scott                           **Offender's Signature**           **ID#**       **Date**

A/W Programs

**Distribution:** Master File; Offender       CC: HCUA       Page 1            DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

EXHibit G-4

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**    05-0547F

| Date: 7-14-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |

Present Facility: Mt. Sterling C.C    Facility where grievance issue occurred: Mt. Sterling C.C

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___    _____
   Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above date, 7-14-05, At Appx. Time 10:20 Am.
I went to the health care unit, And i was seen by nurse practioner,
Nurse practioner first ask me about smoking, She ask me did i smok
I sad yes i do, Then i ask nurse practioner who discontinued my
Nitro pills, She sad the Doctor did. I Then inform nurse praction
er i was having chest pain early this morning, A i did not have
Anymore nitro pills, nurse practioner ask me do i take my pills
I sad yes i do, I then sad how can the doctor take me off of nitro
When i have a heart problem, Nurse practioner end the Appointment
And did not try to get me back on my nitro, Nurse practioner nose

Relief Requested: I Am Asking to be move to A medical Facility As or
Dixon or Jackson ville

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tony Scott_    N-92280    7, 14, 05
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL  62794-9277

Response: _____

RECEIVED
JUL 19 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____    _____    ___/___/___
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: 07, 18, 05

Is this determined to be of an emergency nature?  ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    07, 18, 05
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

All About my heart Condition.
I feel that is unfair for me not to get the proper medical Attention when they no All About my heart condition.
I have been having problem, After problem After problems with This health care staff, over And over Again, And that is unfair. Not onec i told nurse practioner, that i refuse to take my medicine. I feel my life in danger by not having my nitro.

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: July 19, 2005          Date of Review: July 28, 2005          Grievance # (optional): 05-0547E

Offender: Scott, Tony                                          ID#: N92280

Nature of Grievance: Medical/Medication

**Facts Reviewed:**  Emergency Grievance-Offender Scott states he saw the nurse practitioner on 7/14/05 and requested his nitro pills to be issued. He claims she did not try to reissue his nitro pills.  He wants transferred to a medical facility.

Ms. Fuqua, HCUA states Nitro pills were reordered by Dr. Brown on 7/20/05.

**Recommendation:**  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw                                          _Sue Redshaw_
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: __7-29-05__          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:

Chief Administrative Officer's Signature                          0 80105
                                                              Date

| Offender's Appeal To The Director |
|---|

appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Tony Scott_                                          N-92280          8-5-05
Offender's Signature                                       ID#              Date

A/W Programs          cc: HCUA

Distribution: Master File; Offender                          Page 1                          DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

**COMMITTED PERSON'S GRIEVANCE**

| Date: 7/22/05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report ___ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above Date, 7/22/05, And Appx. time, 7:45 Am. I went to med line to pick up my Clopidogrel bisul 75 mg, And My Isosorbide 10mg. The nurse did not have them, She told me the Doctor did not renew them, I went to med line the night Before, that would be, 7/21/05, And i receive from med line the Following medicines, Lovastatin 20mg, Aspirin 81mg, Enalapril 5mg, Atenolol 50mg. I feel Doctor brown don't no About heart problem, Because if he did, He would have not took me off of Clopidogrel, Isosrbide. I was on them two medicine when i was At home, As well Is the rest of them.

Relief Requested: That Doctor Brown get 6 mouth off with out pay for his neg-igence, And that i may be transfer to A Medical Facility, Such Dixon, Jacksonville, Do to been treated Unfair by this health Care staff, Doctor Brown.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 7/22/05 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
AUG 3 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 08 01 05

Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature

Date: 08 01 05

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE** (Continued)

I had to go do the hospital, Do to Docter Brown, Incompetent of treating Head Problem, 7/19/05, for having Chest Pain, And now Docter Brown, refuse to give me my medicine As of now, The Docter At the hospital told me i have fluied On My Heart Along with my other problem.

The Docter At the hospital, Recommend that i be put back on my Medicine, But Docter Brown will not give them to me.

I feel Docter Brown is playing with my life, By not giving me The medicine i need. I feel my life is in danger with Docter Brown And this medical staff here.

I need my Clopidogrel hisul 75 mg, Isosorbide 10mg, thes two Pills are for my heart, the Blockages of my Arteris, So i need them.



## CERMAK HEALTH SERVICES
### OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

   Mr Scott Tony suffers from coronary heart disease.
Currently he is being treated for coronary heart disease with multiple
medications at our institution..

   He has 40 % blockages in two of his coronary arteries
and one 80 % blockage at one of the coronary artery. If he starts to have
more chest pain, he may need further intervention by cardiology .

Respectfully
Andrew Ting MD
Cermak Health Service.

1/18/05
Tony Scott
here's the list you requested from your medicine bottles.

*Plavix*

Dr. A. Defuniak    clopidogrel bisul 75 mg   1 tablet daily
Dr. A. Defuniak    atenolol   25 mg 1 table daily
Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak    aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: <u>August 3, 2005</u>          Date of Review: <u>August 19, 2005</u>          Grievance # (optional): <u>05-0589E</u>

Offender: <u>Scott, Tony</u>                                                        ID#: <u>N92280</u>

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states Dr. Brown discontinued the Clopidogrel Bisul 75mg and Isosorbide 10mg. He claims the hospital has recommended he be placed back on these medications. He wants Dr. Brown suspended for 6 months and transferred to a medical facility.

Dr. Brown states he spoke to a cardiologist about Offender Scott. Nitro alone is indicated fro angina, but not Isosobide. Clopidoprel is useful for 6-12 months after a procoagulent event, but aspirin alone there after is suitable.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name                              Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _8-23-05_          ☒ I concur          ☐ I do not concur          ☐ Remand
Comments:

Chief Administrative Officer's Signature                              8/24/05
                                                                      Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott                              N-92280          8/25/05
Offender's Signature                    ID#              Date

istribution: Master File; Offender          CC: Hall          Page 1          DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

EXHIBIT G-6

IAW

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## COMMITTED PERSON'S GRIEVANCE

| Date: 8-10-05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ● Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the AbovE Date 8-10-05, And APPX time 11:49am, I had Ask officer Hendricks for A Lt. OR A Cpt, And officer Hendricks snd why, So i told officer Hendricks That i did not have anymore ~~~~ nitro Pills. officer Hendricks stated, "Evidently You mush dont Need them, that's why you dont have Anymore. I Then Ask officer Hendricks what was her name And officer Hendricks Kept walking And never told me her name. I infrom officer Hendricks that i have A heart problem Officer Hendricks Kept walking on. And i was pushing the

**Relief Requested:** for officer Hendricks To received 3mo. off with out Pay for her negligent by not calling a Lt. or cpt. that i be transfer to A medical Facillity, Such As Dixon, Jacksonvell,

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 8,10,05 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____
_____
_____
_____

Botton for help Because ~~this last~~ i was having Chest pain on and off i need my nitor pills. I am a frad of my life hear, with this health care and some of the staff as officer hear, I feel my life is in Danger hear by not getting proper medical treament.

**Counselor's Response (if applicable)**

Date
Received: _____ / _____ / _____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility.  Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL. 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name                Counselor's Signature              Date of Response

---

**EMERGENCY REVIEW**

Date
Received: 0 8 , 16 , 05        Is this determined to be of an emergency nature?   ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Committed person should submit this grievance
in the normal manner.

08 , 16 , 05

Chief Administrative Officer's Signature                              Date

Distribution:  Master File; Committed Person                Page 1                DOC 0046 (Eff.10/2001)

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _ERIK MIRANDA_____, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _08_ day of ___10___, 200_05_

_Erik Miranda K.83541_
**Affiant**

ON THE ABOVE DATE, 08-10-05; AND APPX TIME 11:49AM I ERIK MIRANDA WITNESS INMANT TONY SCOTT ASK, OFFICER HENDRICKS to CALL HIM A Lt OR A CPT, BECAUSE HE DID NOT HAVE ANYMORE Nitro PILLS, OFFICER HENDRICKS RESPOND EVIDENTLY you must DON'T NEED THEM"), tHAt is WHy you DON'T HAVE ANYMORE, AND SHE KEPT WALKING,

_State_

ATTENTION!!!!!!!!!!!!!

N O T A R Y   F O R   P R I S O N E R S   !!!!!!

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, Christopher Locke B-54912, swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substanc.
On this 8 day of 10 th, 2005.

Respectfully Submitted,

_Christopher Locke_ B-54912
Affiant/Petitioner/Movant Pro-Se

Dated: 8-10-05

ON the ABOve DATE, 8-10-05, AND APPX time 11:49 Am I, Christopher Locke B-54912: Witness inmate tony Scott ASK OFFICER ms. HeNDRiCkS to CAll him A lt, oR CApt, BecAus He DiD NOT HAVe ANYmoRe Nito Pills ms. HeNDRiCkS RespoNse WAS, "EViDeNtly you must DONT NeeD them", that is Why you DONT HAVe ANYmoRe, AND She Kept WAlKiNg..

_Christopher Locke_

State

**ATTENTION!!!!!!!!!!!!!**

**N O T A R Y   F O R   P R I S O N E R S. !!!!!!**

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, Fritz D. Bailey , swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substance
On this   8   day Of   10   , 199 05 .

Respectfully Submitted,

Fritz D. Bailey
Affiant/Petitioner/Movant/Pro-Se

Dated:  8 / 10 / 05

I Fritz Bailey was standing in my Cell
door-way The morning of Aug 10, 05 at about
11:49 in the morning. When I heard Resid-
-nt SCOTT ask C.O. Hendricks To Call him
a Lt. or Captain-Because he didn't have
any more of his Nitro Pills, Officer
Hendricks Responded-Evidently "you
Must not Need Them" That is why you don
have any more - Then She kept walking

Fritz D. Bailey
A-15630

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Charles E Thomas   R 43632 , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 08 day of 10 , 2005.

Charles E T_____ R- 43632

**Affiant**

on the above date 08-10-05, approx time 11⁴⁹ Am
J Charles Thomas witness; Inmate Jony Scott ask
Officer Hendricks to call a LT. or a Capt. because
he was out of his Cardiac Medication. Officer
Hendricks reponded by saying, "Evidently you must
need them, that why you haven't got any more;"
and continued to walk away.

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE 27                05-0753E          EXHIBIT G-7

| Date: 9-19-05 | Offender: (Please Print) Tony Scott | | ID#: N-92280 |
|---|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C | | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___ / ___ / ___     _____
                            Date of Report       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc) and send to:**
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the Above date, 9-19-05, And Appx time 7:30 pm. I went to med line to get my heart medicine because i did Not have Anymore, Nurse conner would not give them to me, I inform nurse conner i need them i take them everday for my Heart, Nurse conner still, refuse to give me my medicine, Nurse conner Knows All About my heart problem, Nurse conner took the empty blister packs from me the night befor, which would be 9-18-05, nurse conner told me to come to med line Tomorrow to pick up my medicine, Now when i came to med line To

**Relief Requested:** for Nurse conner to recieve 6mo, off with out pay, or to be transfer To A medical Facility, Such As Dixon, or Jacksonville

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 9/19/05 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ___ / ___ / ___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | | |

RECEIVED
SEP 28 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: 09 26, 05 | Is this determined to be of an emergency nature? | [x] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| | Chief Administrative Officer's Signature | 09 27, 05 Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

and would not give them to me. I have been hiving problem after problem with Nurse conner About my medicine.

I feel that is unfair for me to go thought this with nurse Conner, I Also feel my life is in danger with this health care Staff, And i dont feel Safe here At this Facility, I have not taking my medicine "in two days," And i need my medicine, for my heart problem.

What's happen they ARE Retaliation Agency me for fileing Grievance Agency the health care Units, yes i Am Afraid And feel like my life in danger with this health care Units.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** September 28, 2005     **Date of Review:** October 12, 2005     **Grievance #** (optional): 05-0753E

**Offender:** Scott, Tony     **ID#:** N92280

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states he turned in his empty medication card to receive a refill. He claims Nurse Conner refused to issue him more of his medication. He wants Nurse Conner disciplined or transferred to a medical facility.

Ms. Fuqua, HCUA states medication refills are to be requested by the offender when they have 5-7 days left in their blister packs. Offender Scott turned in an empty blister pack on a Sunday night, 9/18/05. Medication was ordered on 9/19/05 and received on 9/20/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name          Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-12-05     ☒ I concur     ☐ I do not concur     ■ Remand

**Comments:**

Chief Administrative Officer's Signature                    10/13/05
                                                            Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott                    N-92280          10-16-05
Offender's Signature          ID#              Date

A/W Programs

cc: HCUA

Distribution: Master File; Offender          Page 1          DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

1A626

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** November 15, 2005    **Date of Review:** November 17, 2005    **Grievance #** (optional): 05-0907E

**Offender:** Scott, Tony                                                        **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott claims he went to health care for chest pains and shortness of breath. He states he was sent back to the housing unit while still having chest pains. He states Nurse Drennen was "negative" with him and made "smart remarks". He states he was made to sign a money voucher for co-pay and has been having the same problems for a long time. He wants Nurse Drennen receive 3 days off without pay and transferred to a medical facility such as Dixon or Jacksonville.

Ms. Fuqua, HCUA states offender has been scheduled for a cardiology consult.

I Am still having chest Pain And shortness of breath, As of today.
And i was scheduled to see A cardiology Appx four week Ago, And my
left side is still going numb on And off, I feel Dr. Brown And Fuqua
Or not doing Anything About my heart Problem but makeing it worst.
I would like A medical transfered to A medical facility such As Dixon
Or Jacksonville.
I have been having this Problem every sine 6-16-05, when Dr. Brown
Took me off of my medications.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____    _____
    Sue Redshaw                    _Sue Redshaw_
Print Grievance Officer's Name           Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

Chief Administrative Officer's Response

Date Received: _____    Comments:

_____    11/18/05
Chief Administrative Officer's Signature           Date

Offender's Appeal To The Director

I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision. P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance and any pertinent documents.)

_____    N-92280        11-19-05
                              ID#              Date

Printed on Recycled Paper                    DOC 0047 (Rev. 3/2005)

EXHIBIT G-8

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11-5-05 | Offender: (Please Print) Tony Scott | ID# |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

[ ] Disciplinary Report: ___/___/___    _____
Date of Report    Facility where issued

_____ Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

_____ subject to direct review by the Administrative Review Board.

_____ protective custody, involuntary _____ issues, or issues not resolved by the Chief

_____ date 11-5-05 Appx time 12:35 pm. I was having chest pain And shortness of breath, I inform the office and i was send over to the health care. When i got over there, the nurse Ask me what was wrong I told the nurse i was having chest pain And shorth of breath and pain In my left Arm that radiated to my left jaw. And downe my neck on the left side. I Then inform nurse Drennen that it feel like some one is pushing down on my Chest. When i went over there nurse Drennen was real negativity and making Smart remark to me. I feel nurse Drennen sabotages my diagnosis note When she call Dr. Brown, Because they sent me back i'm still having chest

Relief Requested: For nurse Drennen received 3 mo off with out pay, for her negligent And that i be transfer to A medical Facility, such as Dixon OR Jacksonville,

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott    N-92280    11.5.05
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

RECEIVED
NOV 15 2005
WESTERN ILLINOIS C.C.

_____    _____    _____
Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 11.8.05 | Is this determined to be of an emergency nature? [x] Yes; expedite emergency grievance    [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

11.10.05
Chief Administrative Officer's Signature    Date

**OFFENDER'S GRIEVANCE** (Continued)

Doing. The first thing nurse Drennen ___ Ask me is did i put in for sick call, And nurse Drennen told me that i have to put A money voucher And i did not put in for sick call with out a money voucher. the problem i have been having for the last __ I Feel that's unfar Because i have been having this problem since Dr. Brown took me off my heart medication. I feel they did my EKG wrong in my diagnosis note, Because of the negativity nurse Drennen was showing when i firs got there. I feel This is unfar for me to go thought this Because Dr. Brown And Fuqua no All About my heart Problem, and fell to do nothing About it. Because i'm still having the same problem with my heart, I continue to tell the Nurses that my chest is still hurting me, But the nurses still sent me BACK. I would like to be sent out to a heart doctor Because i'm still having problem with my heart, the nurse Ask me to sing a money voucher And i refuse to, Because i have been comeing to the health care for the same problem my heart, I fell i should not have to pay $2.00 for the same thing i been coming over there for. So if i get A reciept for payment of $2.00, that mean the nurse ___ forgery my name and that's Against The law. When nurse Drennen call Dr. Brown and Dr. Brown felled to send me Out to A hospital, when Dr. Brown no i have a heart problem. when i came BACK to the unit i had to take four nitro pills, And it still feel like someone pushing on my chest. I feel that it's unfar for me to suffer from This problem, when i mad Dr. Brown And D. Fuqua Aware of my heart. Problem. I am afraid for my life here with this health care staff And Dr. Brown. I feel my life is in danger hear, By not getthing The Proper medical treament.

STATE OF ILLINOIS, )
                    )SS
COUNTY OF _____ .)

E-FILED
Wednesday, 30 August, 2006 09:53:30 AM
Clerk, U.S. District Court, ILCD

# A F F I D A V I T

I, DARRIN SHORT K-83698, BEING FIRST DULY SWORN UPON MY OATH, DO HEREBY DEPOSE AND STATE UNDER THE PENALTIES OF PERJURY, THAT ALL THE FACTS, STATEMENTS AND INFORMATION CONTAINED IN THIS AFFIDAVIT IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

I, DARRIN SHORT #K-83698, ALSO DEPOSE AND STATE THAT I AM MAKING THIS STATEMENT ON MY OWN FREE-WILL, WITHOUT ANY UNDUE INFLUENCE FROM ANY OTHER PARTIE(S) WHATSOEVER.

IF CALLED, I AM COMPETENT TO TESTIFY TO THE SAME:

1) ON THE DAY OF  JULY 14,2005 AND APPROXIMATE TIME 6:00pm. I, DARRIN SHORT #K-83698, WITNESSED INMATE LIVING IN CELL 1A-66, TRYING TO GET THE ATTENTION OF THE WING OFFICER, FOR WHICH IT HAD BEEN A MEDICAL ISSUE. (TONY SCOTT #N-92280)

2) AFTER GETTING THE ATTENTION OF INMATE LIVING IN 1A-66, I ASKED HIM DID HE NEED MY HELP IN TRYING TO GET A OFFICER, HE RE-PLIED, HE DID.

3) THAT ON THIS DAY IN TIME INMATE LIVING IN 1A-66, WAS YELLING OUT THE DOOR TO THE INMATE'S THAT WERE IN THE DAYROOM AT THE TIME TO GET THE ATTENTION OF THE WING OFFICER, IN WHICH ONE INMATE DONE SO AND HIS REPLY WAS THAT, THE OFFICER STATED THAT "WHEN IT'S THEIR TIME TO COME TO THE DAYROOM, HE CAN DEAL WITH IT THEN."

4) I, DARRIN SHORT#K83698, WITNESSED THERE BEING NO WING OFFICER RESPONDING TO THE INMATE LIVING IN 1A-66, AT NO TIME DID I OBSERVE THE DOOR OF CELL 1A-66, BEING OPENED FOR WHAT COULD HAVE BEEN THIS ISSUE AT HAND.

I, DARRIN SHORT #K-83698, CAN SAY WITH ALL CERTAINTY, UNDER THE PENALTIES OF PERJURY. THAT WHAT HAS BEEN OBSERVED ON THIS DAY IN TIME, HAS BEEN ACCURATE AND CORRECT, TO THE BEST OF MY ABILITY.

                    FURTHER SAYETH NOT.

Cell # 67

s Darrin Short K83698
DARIN SHORT #K-83698

1/18/05

Tony Scott

here's the list you requested from your medicine bottles.

Dr. A. Defuniak   clopidogrel bisul 75 mg   1 tablet daily

Dr. A. Defuniak   atenolol  25 mg 1 table daily

Dr. A. Defuniak   enalapril maleate 5 mg 1 tablet daily

Dr. A. Defuniak   Zocor (Simva) 80M 80mg 1 tablet daily

Dr. C Stadnicki   Zocor (Simva) 80M 80mg 1 tablet daily

Dr. A. Defuniak   aspirin 325mg  1 table daily

Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day



# CERMAK HEALTH SERVICES
## OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

      Mr Scott Tony suffers from coronary heart disease. Currently he is being treated for coronary heart disease with multiple medications at our institution..

      He has 40 % blockages in two of his coronary arteries and one 80 % blockage at one of the coronary artery. If he starts to have more chest pain, he may need further intervention by cardiology .

Respectfully

Andrew Ting MD

Cermak Health Service.

## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** August 3, 2005          **Date of Review:** August 20, 2005          **Grievance #** (optional): 05-0591E

**Offender:** Scott, Tony                                                    **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott claims he was having chest pains and continued to push his emergency button. He states no one responded to his cell. He states he did not have any nitro pills because the doctor had discontinued them. He feels his life is in danger at WICC and the doctor is playing with his life. He wants the doctor suspended for 6 months and a transfer.

Medical records indicate Dr. Brown restarted the Nitro pills on 7/20/05. Dr. Brown and Dr. Funk decided to stop the Nitro on 6/17/05 and start him on Isosorbide. This was based upon doctor's medical exam and EKG. Offender Scott refused to comply with taking the new medication. Offender Scott had Nitor pills until 7/13/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                     _____
Sue Redshaw                                  _Sue Redshaw_
**Print Grievance Officer's Name**           **Grievance Officer's Signature**

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 8-23-05          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

_____                                          _____
**Chief Administrative Officer's Signature**                      8/23/05
                                                                  **Date**

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Tony Scott_                              N-92280          8/25/05
**Offender's Signature**                  **ID#**          **Date**

A/W Programs

**Distribution:** Master File; Offender          CC: HWUA          Page 1                    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

EXHIBIT G-4

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE     05-0547F

| Date: 7-14-05 | Committed Person: (Please Print)  Tony Scott | ID#: N-92280 |
|---|---|---|

Present Facility: Mt. Sterling C.C.    Facility where grievance issue occurred: Mt. Sterling C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property      ☐ Mail Handling      ☐ Restoration of Good Time      ☐ Disability
☐ Staff Conduct          ☐ Dietary            ☒ Medical Treatment            ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___    _____
                        Date of Report        Facility where Issued

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On the Above date, 7-14-05, At Appx. Time 10:20 Am.
I went to the health care unit, And i was seen by nurse practioner,
Nurse practioner first ask me about smoking, She ask me did i smok
I sad yes i do, Then i ask nurse practioner who discontinued my
Nitro pills, She sad the Doctor did. I Then inform nurse praction
er i was having chest pain early this morning, A i did not have
Anymore nitro pills, nurse practioner Ask me do i take my pills
I sad yes i do, I then sad how can the doctor take me off of nitro
When i have a heart problem, Nurse practioner end the appointment
And did not try to get me back on my nitro, Nurse practioner nose

Relief Requested: I Am Asking to be move to A medical Facility As of
Dixon or Jackson ville

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tony Scott_          N-92280      7, 14, 05
Committed Person's Signature        ID#          Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) |

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                       Administrative Review Board, P.O. Box 19277,
                                                                       Springfield, IL  62794-9277

Response: _____

R E C E I V E D
JUL 19 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____    _____    ___/___/___
Print Counselor's Name    Counselor's Signature    Date of Response

---

| **EMERGENCY REVIEW** |

Date Received: 07, 18, 05

Is this determined to be of an emergency nature?   ☒ Yes; expedite emergency grievance
                                                   ☐ No; an emergency is not substantiated.
                                                     Committed person should submit this grievance
                                                     in the normal manner.

_____                               07, 18, 05
Chief Administrative Officer's Signature        Date

All About my heart Condition.

I feel that is unfair for me not to get the proper medical Attention when they no All About my heart condition.

I have been having problem, After problem After problems with This health care staff, over And over Again, And that is unfair. Not onec i told nurse Practioner, that i refuse to take my medicine. I feel my life in danger by not having my nitro.

| Grievance Officer's Report |
| --- |

Date Received: July 19, 2005          Date of Review: July 28, 2005          Grievance # (optional): 05-0547E

Offender: Scott, Tony                                                    ID#: N92280

Nature of Grievance: Medical/Medication

Facts Reviewed:   Emergency Grievance-Offender Scott states he saw the nurse practitioner on 7/14/05 and requested his nitro pills to be issued. He claims she did not try to reissue his nitro pills.  He wants transferred to a medical facility.

Ms. Fuqua, HCUA states Nitro pills were reordered by Dr. Brown on 7/20/05.

Recommendation:  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received:  7-29-05          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:

08/01/05

Chief Administrative Officer's Signature                                        Date

| Offender's Appeal To The Director |
| --- |

appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott
Offender's Signature                          N-92280          8-5-05
                                              ID#              Date

A/W Programs          cc: HCUA

Distribution: Master File; Offender                          Page 1          DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

## COMMITTED PERSON'S GRIEVANCE

| Date: 7/22/05 | Committed Person: (Please Print) Tony Scott | ID#: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: _____ / _____ / _____    _____
                              Date of Report              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the Above Date, 7/22/05, And Appx, time, 7:45 AM. I went to med line to pick up my Clopidogrel bisul 75 mg, And My Isosorbide 10mg. The nurse did not have them, She told me The Doctor did not renew them, I went to med line the night Before that would be, 7/21/05, And i receive from med line the following medicines, Lovastatin 20mg, Aspirin 81mg, Enalapril 5mg, Atenolol 50mg. I feel Doctor brown don't no About heart problem, Because if he did, He would have not took me off of Clopidogrel, Isosorbide. I was on them two medicine when i was At home, As well Is the rest Of them.

**Relief Requested:** That Doctor Brown get 6 mouth off with out pay for his negligence, And that i may be transfer to A medical Facility, Such Dixon, Jacksonville, Do to been treated Unfair by this health care staff, Doctor Brown.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Tony Scott_ _____ N-92280 _____ 7.22.05
Committed Person's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
AUG 3 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Print Counselor's Name _____ Counselor's Signature _____ Date of Response _____

---

**EMERGENCY REVIEW**

Date Received: 08 01 05

Is this determined to be of an emergency nature?  ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          08 01 05
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

I had to go do the hospital, Do to Doctor Brown,
Incompetent of treating Hend Problem, 7/19/05, for having
Chest Pain, And now Doctor Brown, refuse to give me my medicine
As of now, The Doctor At the hospital told me i have fluied On
My Heart Along with my other problem.
The Doctor At the hospital, Recommend that i be put back on my
Medicine, But Doctor Brown will not give them to me.
I feel Doctor Brown is playing with my life, By not giving me
The medicine i need. I feel my life is indanger with Doctor
Brown And this medical staff here.
I need my Clopidogrel hisul 75mg, Isosorbide 10mg, thes two
Pills are for my heart, the Blockages of my Arteris, So i need them.



## CERMAK HEALTH SERVICES
### OF COOK COUNTY

2800 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

Feb. 2, 05

To whom it concern,

Mr Scott Tony suffers from coronary heart disease.
Currently he is being treated for coronary heart disease with multiple
medications at our institution..

He has 40 % blockages in two of his coronary arteries

and one 80 % blockage at one of the coronary artery. If he starts to have

more chest pain, he may need further intervention by cardiology .

Respectfully
Andrew  Ting MD
Cermak Health Service.

1/18/05
Tony Scott
here's the list you requested from your medicine bottles.

*Plavix*

Dr. A. Defuniak    clopidogrel bisul 75 mg   1 tablet daily
Dr. A. Defuniak    atenolol  25 mg 1 table daily
Dr. A. Defuniak    enalapril maleate 5 mg 1 tablet daily
Dr. A. Defuniak    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. C Stadnicki    Zocor (Simva) 80M 80mg 1 tablet daily
Dr. A. Defuniak    aspirin 325mg  1 table daily
Dr. S Lin   Isosorbide Dinitr 10 mg, 1 table 3 times a day

IA#66

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: August 3, 2005          Date of Review: August 19, 2005          Grievance # (optional): 05-0589E

Offender: Scott, Tony                                                    ID#: N92280

Nature of Grievance: Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states Dr. Brown discontinued the Clopidogrel Bisul 75mg and Isosorbide 10mg. He claims the hospital has recommended he be placed back on these medications. He wants Dr. Brown suspended for 6 months and transferred to a medical facility.

Dr. Brown states he spoke to a cardiologist about Offender Scott. Nitro alone is indicated fro angina, but not Isosobide. Clopidoprel is useful for 6-12 months after a procoagulent event, but aspirin alone there after is suitable.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name                                    Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _8-23-05_      ☒ I concur      ☐ I do not concur      ☐ Remand

Comments:

Chief Administrative Officer's Signature                                    8/24/05
                                                                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott                            N-92280        8/25/05
Offender's Signature                    ID#            Date

AA# programs.

CC: Hunt

istribution:  Master File; Offender                    Page 1                    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

EXHIBIT G-6

IA WW

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## COMMITTED PERSON'S GRIEVANCE

| | | | |
|---|---|---|---|
| Date: 8-10-05 | Committed Person: (Please Print) Tony Scott | | ID#: N-92280 |
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | | |

**NATURE OF GRIEVANCE:**

- ● Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____   _____
　　　　　　　　　　　Date of Report　　　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the Above Date 8-10-05. And Appx time 11:49am, I had Ask officer Hendricks for A Lt. Or A Cpt. And officer Hendricks snd why? So i told officer Hendricks That i did not have anymore ~~em~~ nitro Pills. officer Hendricks stated, "Evidently" You mush dont Need them, that's why You dont have Anymore. I Then Ask officer Hendricks what was her name And officer Hendricks Kept walking And never told me her name. I inform officer Hendricks that i have A heart problem Officer Hendricks Kept walking on. And i was pushing the

**Relief Requested:** For officer Hendricks To received 3mo. off with out Pay for her negligent by not calling a Lt. or cpt. that i be transfer to A medical Facility, Such As Dixon, Jacksonvell.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott　　　　　　　　　　N-92280　　8,10,05
Committed Person's Signature　　　　　ID#　　　　　Date

**(Continue on reverse side if necessary)**

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | | |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Botton for help Because ~~that that~~ I was having Chest pain on and off I need my nitor Pills. I Am a fraid of my life hear, with this health care and Some of the Staff as officer hear, I feel my life is in Danger hear by not getting proper medical treament.

**Counselor's Response (if applicable)**

Date
Received: _____/_____/_____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____    _____    ____/____/____
Print Counselor's Name              Counselor's Signature              Date of Response

---

**EMERGENCY REVIEW**

Date
Received: 0 8 , 16 , 05    Is this determined to be of an emergency nature?  ☒ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____                                                   08 , 16 , 05
Chief Administrative Officer's Signature                                          Date

Distribution: Master File; Committed Person          Page 1                    DOC 0046 (Eff.10/2001)

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _ERIK MIRANDA_ , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _08_ day of _10_ , 200_05_

_Erik Miranki  K-83541_
**Affiant**

ON THE ABOVE DATE, 08-10-05; AND APPX TIME 11:49AM
I ERIK MIRANDA WITNESS INMANT Tony Scott ASK,
OFFICER HENDRICKS to CALL HIM A LT OR A CPT, BECAUSE
HE DID NOT HAVE ANYMORE Nitro Pills, OFFICER
HENDRICKS RESPOND "EVIDENTLY you must DONT NEED
THEM", tHAt is WHy you DONt HAVE ANYMORE, AND SHE
KEPt WALKING,

_State_

**ATTENTION!!!!!!!!!!!!**

**N O T A R Y   F O R   P R I S O N E R S . !!!!!!**

**WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW**

**Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!**

**Wherefore, I state The Following:**

**SWORN TO UNDER THE PENALTY OF PERJURY**

I, _Christopher Locke B-54912_, swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substance
On this _8_ day Of _10 th_, ~~199~~ _2005_ .

**Respectfully Submitted,**

_Christopher Locke B-54912_

**Affiant/Petitioner/Movant Pro-Se**

Dated: _8-10-05_

ON the ABOVE DATE, 8-10-05, AND APPX time 11:49 Am I, Christopher Locke B-54912, Witness inmate tony Scott ASK OFFICER ms. HenDricks to CAll him A lt, or CAPT, BeCAUS He DiD NOT HAVE ANY More Nitro Pills ms. HenDricks Response WAS, "EViDently you must DONT NeeD them", that is why you DONT HAVE ANYMore, AND She Kept WAlKing..

*State*

**ATTENTION!!!!!!!!!!!!**

**N O T A R Y   F O R   P R I S O N E R S .  !!!!!!**

WHEN A OFFICIAL NOTARY IS NOT AROUND OR UNAVALABLE
THE PRISONER CAN LEGALLY SIGN OFF ON IT AS STATED/TYPED BELOW

Attention Clerk Of The Court: An Official Notary Was Unavalable At The Time I needed
THESE ATTACHED/ENCLOSED LEGAL DOCUMENTS NOTARISED!

Wherefore, I state The Following:

SWORN TO UNDER THE PENALTY OF PERJURY

I, *Fritz D. Bailey* , swear to under the penalty of perjury that that
all of the information cited/stated herein is true and correct in memory and substanc
On this ___8___ day Of __10__ , ~~199~~ 05 .

Respectfully Submitted,

*Fritz D. Bailey*
Affiant/Petitioner/Movant/Pro—Se

Dated: _8 / 10 / 05_

I Fritz Bailey was standing in my cell
door-way the morning of Aug 10, 05 at about
11:49 in the morning. When I heard Resid
-nt Scott ask C.O. Hendricks to call him
a Lt. or Captain-Because he didn't have
any more of his Nitro pills, Officer
Hendricks Responded-Evidently "you
must not need them" that is why you don
have any more-Then she kept walking.

Fritz D. Bailey
A-15630

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Charles E Thomas    R 43632 , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 08 day of 10 , 2005.

Charles E T____ R-43632
**Affiant**

on the above date 08-10-05, approx time 11 49/Am J Charles Thomas witness; Inmate Jony Scott ask Officer Hendricks to call a LT. or a Capt, because he was out of his Cardiac Medication. Officer Hendricks reponded by saying, "Evidently you must need them, that why you haven't got any more;" and continued to walk away.

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE 27    05-0753E    EXHIBIT G-7

| Date: 9-19-05 | Offender: (Please Print) Tony Scott | ID #: N-92280 |
|---|---|---|

| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above date, 9-19-05, And Appx time 7:30 pm, I went to med line to get my heart medicine because i did Not have Anymore, Nurse conner would not give them to me, I inform nurse conner i need them i take them everday for my Heart, Nurse conner still refuse to give me my medicine, Nurse conner knows All About my heart problem. Nurse conner took the empty blister pack from me the night before, which would be 9-18-05, nurse conner told me to come to med line Tomorrow to pick up my medicine, Now when i came to med line To

Relief Requested: for Nurse conner to reciev 6mo. off with out pay, or to be transfer To A Medical Facility, Such As Dixon, or Jacksonvilli

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Tony Scott                    N-92280        9/19/05
Offender's Signature          ID#            Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response:

RECEIVED
SEP 28 2005
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date Received: 09 26, 05

Is this determined to be of an emergency nature?    ☑ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                    09 27, 05
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Master File; Offender          Page 1          DOC 3046 (Rev. 3/2005)

Printed on Recycled Paper

nurse conner would not give them to me. I have been hiving problem after problem with Nurse conner About my medicine.

I feel that is unfar for me to go thought this with nurse Conner, I Also feel my life is in danger with this health Care Staff, And i dont feel Safe here At this Facility. I have not taking my medicine "in two days," And i need My medicine, for my heart problem.

What's happen they ~~are~~ ARE Retaliation Agency me for fileing Grievance Agency the health care units, yes i Am Afraid And feel like my life in danger with this health care units.

ILLINOIS DEPARTMENT OF CORRECTIONS

| Grievance Officer's Report |
|---|

**Date Received:** September 28, 2005      **Date of Review:** October 12, 2005      Grievance # (optional): 05-0753E

**Offender:** Scott, Tony      ID#: N92280

**Nature of Grievance:** Medical/Medication

**Facts Reviewed:** Emergency Grievance-Offender Scott states he turned in his empty medication card to receive a refill. He claims Nurse Conner refused to issue him more of his medication. He wants Nurse Conner disciplined or transferred to a medical facility.

Ms. Fuqua, HCUA states medication refills are to be requested by the offender when they have 5-7 days left in their blister packs. Offender Scott turned in an empty blister pack on a Sunday night, 9/18/05. Medication was ordered on 9/19/05 and received on 9/20/05.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name                Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-12-05      ☒ I concur      ☐ I do not concur      ■ Remand

**Comments:**

Chief Administrative Officer's Signature                10/13/05
                                                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Tony Scott                N-92280      10-16-05
Offender's Signature        ID#          Date

A/W Programs

Cc: HCUA

Distribution:   Master File; Offender              Page 1                    DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** November 15, 2005     **Date of Review:** November 17, 2005     **Grievance #** (optional): 05-0907E

**Offender:** Scott, Tony                                                    **ID#:** N92280

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Scott claims he went to health care for chest pains and shortness of breath. He states he was sent back to the housing unit while still having chest pains. He states Nurse Drennen was "negative" with him and made "smart remarks". He states he was made to sign a money voucher for co-pay and has been having the same problems for a long time. He wants Nurse Drennen receive 3 days off without pay and transferred to a medical facility such as Dixon or Jacksonville.

Ms. Fuqua, HCUA states offender has been scheduled for a cardiology consult.

I Am still having chest Pain And shortness of breath, As of today,
And i was scheduled to see A cardiology Appx four week Ago, And my
left side is still going numb on And off, I feel Dr. Brown And fuqua
Or not doing Anything About my heart Problem but makeing it worst.

I would like A medical transfered to A medical facility such As Dixon
Or Jacksonvelle.

I have been having this Problem every sine 6-16-05, when Dr. Brown
Took me off of my medications.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                    _____
Sue Redshaw                                         Grievance Officer's Signature
Print Grievance Officer's Name
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _____

Comments:

                                                    11 | 18 | 05
                                                    Date

_____
Chief Administrative Officer's Signature

| Offender's Appeal To The Director |
|---|

I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance and any pertinent documents.)

_____    N-92280              11-19-05
Offender's Signature               ID#                  Date

Printed on Recycled Paper                             DOC 0047 (Rev. 3/2005)

EXHIBIT G-8

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11-5-05 | Offender: (Please Print) Tony Scott | ID# |
|---|---|---|
| Present Facility: Mt. Sterling C.C. | Facility where grievance issue occurred: Mt. Sterling C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
Date of Report      Facility where issued

Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of a Disciplinary Report, Shakedown Record, etc.) and send to:

... subject to direct review by the Administrative Review Board.

... protective custody, involuntary ... issues, or issues not resolved by the Chief ...

... this date 11-5-05 appx time 12:35 pm. I was having chest pain, and shortness of breath, I inform the office and i was sent over to the health care, when i got over there, the nurse Ask me what was wrong I told the nurse i was having chest pain and shorth of breath and pain In my left Arm that radiated to my left Jaw and downe my neck on the left side. I Then inform nurse Drennen that it feel like some one is pushing down on my Chest, when i went over there nurse Drennen was real negativity and making Smart remark to me. I feel nurse Drennen Sabotages my diagnosis note When She call Dr. Brown, Because they sent me back a i'm still having chest

Relief Requested: For nurse Drennen received 3 mo off with out pay, for her negligent And that i be transfer to a medical Facility, such as Dixon or Jacksonvar,

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Scott | N-92280 | 11.15.05 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

RECEIVED
NOV 15 2005
WESTERN ILLINOIS C.C.

Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 11.8.05 | Is this determined to be of an emergency nature? [x] Yes; expedite emergency grievance    [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature      11.10.05
Date

**OFFENDER'S GRIEVANCE** (Continued)

The first thing nurse Drennen Ask me is did i put in for sick call. And nurse Drennen told me that i have to fill out A money voucher and i did not put in for sick call without filling out A money voucher. The problem i have been having for the last [illegible] i Feel that's unfar because i have been having this Problem since Dr. Brown took me off my heart medication. I feel they did my EKG wrong in making my diagnosis note. Because of the negativity nurse Drennen was showing when i firs got there. I feel This is unfar for me to go though this. Because Dr. Brown And Fuqua no All About my heart Problem, and fell to do nothing About it. Because i'm still having the same problem with my heart, I continue to tell the Nurses that my chest is still hurting me, But the nurses still sent me BACK. I would like to be sent out to a heart doctor. Because i'm still having Problem with my heart. the nurse Ask me to sins a money voucher And i Refuse to. Because i have been comeing to the health care for the same problem my heart, I fell i should not have to pay $2.00 for the same thing i been coming over there for. So if i get A reciept for payment of $2.00 that mean the nurse forgery my name and that's Against the law. When nurse Drennen call Dr. Brown And Dr. Brown felled to send me Out to A hospital, when Dr. Brown no i have A heart Problem. when i came BACK to the unit i had to take four nitro pills," And it still feel like someone Pushing on my chest, I feel that it's unfar for me to suffer from This problem, when i mad Dr. Brown And D. Fuqua Aware of my heart. Problem, I Am Afraid for my life here with this health care staff And Dr. Brown. I feel my life is in danger hear, By not getthing The Proper medical treament.