**FILED**
SEP 07 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE: 3:06-CV-3144

9/4/06

Tony Scott
N-92280
R.R. #4 Box 196
Mt. Sterling, Il 62353

To: Clerk of Court,

I would like to no can send me The Hold Packet i need, include form to Amend motion and all other form i Need for this medical ~~____~~ Claim. And i need A Lawer to help me, Because I don't no how to put the law in the Right Plact.

Thank you,

Tony Scott
N-92280
Tony Scott