IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SCOTT, #N92280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 06-3144 |
| | ) | |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN, and ROGER WALKER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General for the State of Illinois, by Lindsay Sweet, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendants DEBORAH K. FUQUA, TERRY POLK, ROGER WALKER, JR., and ROGER ZIMMERMAN, in the above cause.

    Respectfully submitted,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:  s/ Lindsay Sweet
    Lindsay Sweet, #6287510
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  lsweet@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SCOTT, #N92280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 06-3144 |
| | ) | |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN, and ROGER WALKER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on September 18, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott, #N92280
Western Illinois Correctional Center
Rural Route 4, Box 196
Mt. Sterling, Illinois  62353

Respectfully Submitted,
 s/ Lindsay Sweet
Lindsay Sweet, #6287510
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  lsweet@atg.state.il.us