05415-P7904
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT, N-92280,        )
                            )
            Plaintiff,      )
                            )
     v.                     )   No. 06-3144-HAB-CHE
                            )
DR. LOWELL BROWN; OFFICER   )
HENDRICKS; NURSE O'CONNOR;  )
DEBORAH K. FUQUA; TERRY L. POLK; )
ROGER A. ZIMMERMAN; and ROGER )
WALKER, JR.,                )
                            )
            Defendants.     )

**ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, R.N. (improperly referred to as Nurse O'Connor), by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to the Plaintiff's Complaint, state:

1.  Pursuant to this Court's Case Management Order No. 1 dated August 23, 2006, the Court has designated one (1) claim against the Defendants for deliberate indifference to the Plaintiff's serious medical need under the Eighth Amendment. Accordingly, Defendants respond to the Court's Case Management Order as directed by said Order in Paragraph 3 and 5.

2.  Defendants admit that jurisdiction and venue are proper.

3.  Defendants deny that they were deliberately indifferent to any of the Plaintiff's medical needs at any time.

4.  Defendants further deny that Plaintiff appropriately exhausted his administrative remedies.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
TMP/ej

5. Defendants admit that Dr. Brown is employed as a physician at the Western Illinois Correctional Center. Defendants admit that Nurse Conner is employed as a nurse at the Western Illinois Correctional Center.

6. Defendants deny that Dr. Brown did not provide adequate medical treatment to the Plaintiff.

7. Defendants deny that any act or omission on the part of either Defendant constitutes wrongdoing, negligence, or deliberate indifference.

8. Defendants deny that Plaintiff is entitled to any of the relief requested and further deny that either Defendant may be sued in his or her official capacity.

WHEREFORE, Defendants, LOWELL BROWN, M.D., and TERESA CONNER, R.N., prays that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit and any other relief this Court deems appropriate.

**DEFENDANTS DEMAND TRIAL BY JURY.**

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, R.N. (improperly referred to as Nurse O'Connor), by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to the Plaintiff's Complaint, state:

1. To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the issues alleged in this Complaint, Defendants are entitled to judgment as a matter of law;

2. Defendants are entitled to qualified immunity with respect to the acts or omissions referenced in Plaintiff's Complaint.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P7904
TMP/ej

WHEREFORE, Defendants, LOWELL BROWN, M.D., and TERESA CONNER, R.N., pray that this Court will enter judgment in their favor and against the Plaintiff.

Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, R.N., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-P7904
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed **Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

and I hereby certify that on October 30, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Tony Scott, N-92280
Western Illinois Correctional Center
Inmate Mail/Parcels
R. R. #4, Box 196
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822