**E-FILED**
Tuesday, 07 November, 2006 09:36:42 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tony Scott
Plaintiff
v
Dr. Lowell Brown et al
Defendant's

)
)
)
)
)
)
)
)
)

NO. 3:06-cv-3144

Judge Harold A. Baker

MOTION FOR APPOINTMENT OF COUNSEL

Now comes Tony Scott (Hereinafter, Plaintiff), Pro Se and via a

Jail House Lawyer, respectfully move this Honorable Court to appoint Counsel

to represent Plaintiff in the above entitled cause.  In support thereof,

Plaintiff states as following:

I

STANDARD OF REVIEW

1.  The authority for a U S. Distrct Court to appoint Counsel for judgements

in Civil cases is derived from 28 U.S.C. Section 1915(d), See also Macklin v.

Freake,650 F. 2d 885,886 (7th Cir 1981), also Hodge v. Police Officers,802 F2d

58,60 (2nd Cir 1986).  The District Court has broad discretion in determining

whether to appoint Counsel, "Is to be guided by sound legal principals"

In Civil Rights Complaints, Counsel must be appointed for qualified

indigents when a hearing is required or when the Court deems appointment is

necessary in the interest of justice.

In Macklin, 650 F.2d, at 887-89, The Seventh Circuit set out a non

exhaustive list of five factors to consider when deciding a MOtion For The

Appointment Of Counsel:  1)  The merits of Plaintiff's claims; 2)  Whether

Plaintiff can investigate crucial facts; 2)  Whether the trained Counsel will

better expose the truth; 4)  The Plaintiff's ability to present the case;

and 5)  The complexity of the relevant legal issues; more recently however

The Seventh Circuit stated that the  necesssary inquiry is simpler than the

multifactorial approach used in Macklin.  Farmer v. Hass,990 F.2d 319 322

(7th Cir) Cert denied 510 U.S.963 (1993).

The Farmer Court determined that the necessary inquiry is whether "The Plaintiff appear[s] to be competent to try the case himself and if not would the would the presence of Counsel [make] a difference in the outcome? Id.see also Zarnes v. Rhodes, 64 F.3d 285,288 (7th Cir 1995).

Appointment of Counsel is, therefore, appropriate if the difficultyof the issue: relevent to the capabilities of the litigant would make it impossible for him to obtain any sort of justice without the aid of counsel, and he could not obtain a lawyer on his own, Farmer, 990 F.2d 322; Jackson v. County of Mclean, 953 F.2d 1070 72-73 (7th Cir 1992).

II

> Plaintiff has an intelligence quotient of
> a nine year old child and is incapable of
> prosecuting thiscase before this Honorable
> Court and has been represented thus far by
> jail house lawyer. The one law clerk that
> is assigned to the law library is usually busy
> trying to assist the entire line. At times I
> have no one to help me and must sekk help from
> anyone who will help me .

While Plaintiff's Civil Rights Complaint filed in this Court thus far might have demonstrated that he is knowledgeable of Section 1983, Plaintiff's Civil Rights Complaint was drafted by a jail house lawyer who is soon to be released and will no longer be able to assist Plaintiff in responding to any of the Defendants motions. Plaintiff has absolutely no formal education, see attached hereto as "A", Plaintiff has no legal skills or knowledge with which he could meaningfully prosecute this cause on his own, The factual and legal issues involved in this case are unusually complex, especially in light of Plaintiff's limited education.

The claims advanced by Plaintiff in connection with the above entitled cause is meritorious and definately requires the skills and knowledge of a trained professional to effectively prosecute the claim before this Honorable Court.

Certainly, the ends of Justice would best be served in this case where both side were represented by counsel rained in the areas of law, so as to bring to bare the

the skills and knowledge that would render these proceedings a reliable testing process.

Wherefore, Plaintiff, via a jail house lawyer, respectfully request this Honorable Court to enter an order appointing Counsel to represent the Plaintiff.

Tony Scott

Tony Scott N.9228c

Reg. No
R.R. #4 Box 196
Mount Sterling Il 62353

IN THE
U.S. Distict Court
Central Distict of Illinois

Tony Scott                        )
Plaintiff,                        )
                                  )    Case No. 3:06-CV-3144
        v.                        )
                                  )
Dr. Lowell Brown et Al            )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court          TO:
                                State Attorney
    U.S. District Court          U.S. District Court
    600 East Monroe St.          600 East Monroe st,
    Springfield, Il 6271         Springfield, Il 6271

PLEASE TAKE NOTICE that on _____ Nov. 2 _____, 2006, I have placed the
documents listed below in the institutional mail at Western _____ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: R. R #4 Box 196
Mt. Sterling Il 62353


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 11-2-06                   /s/ Tony Scott
                                NAME: Tony Scott
                                IDOC#: N-92280
                                western Correctional Center
                                R.R #4 BOX 196
                                Mt. Sterling, IL 62353

Revised Jan 2002

E-FILED
Tuesday, 07 November, 2006 09:36:52 AM
Clerk, U.S. District Court, ILCD

N92280   SCOTT, TONY

3  21  05  NEW        Y  WIL  N    5.4    5.4    5.4    4.5    3.3    3.9    4.7
              MATH  APPL/LANG            BAT            SPEL            AVG

PF7: PAGE BACK    PF8: PAGE FWD    PF13: TRANSCRIPT INQ

To: Judge Harold A. Baker,

I Just got An Answer form the defendants Attorney, Answer my Complain
And i do not no what to do next, So i hope And pray that you will
Appoint me A lawery To help me, I've try to get one by writeing
But some have not return A respone back yet.
So can you pleased help me by Appoint me A lawery.

Thank You for your time

# Western Illinois Correctional Center
## Trust Fund
### Inmate Transaction Statement

Date: 06/17/2008
Time: 11:13am

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 09/01/2006 thru End;     Inmate: N92280;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: N92280 Scott, Tony**                      **Housing Unit: WIL-02-C -57**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
|      |        |                  |       |             | **Beginning Balance:** |  | 0.01 |
| 09/06/06 | Mail Room | 01 MO/Checks (Not Held) | 249215 | 148926 | Johnson, Marilyn | 20.00 | 20.01 |
| 09/08/06 | Point of Sale | 60 Commissary | 251704 | 505165 | Commissary | -17.12 | 2.89 |
| 09/14/06 | Point of Sale | 60 Commissary | 257751 | 506014 | Commissary | -2.37 | .52 |
| 09/15/06 | Payroll | 20 Payroll Adjustment | 258133 |  | P/R month of 08/2006 | 12.00 | 12.52 |
| 09/19/06 | Disbursements | 84 Library | 262333 | Chk #79361 | 8493, DOC: Library Copies,     Inv. Date: 09/05/2006 | -.10 | 12.42 |
| 09/19/06 | Disbursements | 81 Legal Postage | 262333 | Chk #79370 | 8554, DOC: 523 Fund Reimbursem, Inv. Date: 09/11/2006 | -.24 | 12.18 |
| 09/21/06 | Mail Room | 01 MO/Checks (Not Held) | 264215 | 349720 | Johnson, Marilyn | 20.00 | 32.18 |
| 10/05/06 | Point of Sale | 60 Commissary | 278704 | 507778 | Commissary | -31.63 | .55 |
| 10/13/06 | Payroll | 20 Payroll Adjustment | 286133 |  | P/R month of 09/2006 | 8.20 | 8.75 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 8.75 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 1.00 |
| **Funds Available:** | 7.75 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 10/16/2006 | 8832 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $1.00 |
|  |  |  |  | **Total Restrictions:** | **$1.00** |

# Western Illinois Correctional Center
## Trust Fund
### View Furloughs/Restitutions/Court Ord. Fees

| Inmate | F/R # | Vendor | | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|---|---|---|
| N92280 Scott, Tony | 4542 1010 | Clerk, United States Dist. Co | 73 | Court Ordered Fees | 7/20/2006 | 350.00 | 341.95 |
| | | Detailed History: | 1 | Beginning Balance | 7/20/2006 | 350.00 | 350.00 |
| | | | 3 | Payment | 8/11/2006 | 3.00 | 347.00 |
| | | | 3 | Payment | 9/15/2006 | 3.00 | 344.00 |
| | | | 3 | Payment | 10/13/2006 | 2.05 | 341.95 |
| | | | | Final Total | | | 341.95 |

# LOEVY & LOEVY

### ATTORNEYS AT LAW

Arthur Loevy
Jon Loevy
Michael Kanovitz
Jon Rosenblatt
Amanda Antholt

312 N. May Street
Suite 100
Chicago, Illinois 60607

Danielle Loevy
Kurt Feuer
Russell Ainsworth
Mark Loevy-Reyes
Samantha Liskow

Telephone  312.243.5900
Facsimile  312.243.5902

Website  www.loevy.com
E-mail  loevylaw@loevy.com

October 10, 2006

*Via First Class Mail*
Tony Scott
N-92280
R.R. #4 Box 196
Mt. Sterling, IL 62353

Dear Mr. Scott:

This letter will confirm that our office is unable to accept professional responsibility on your behalf with respect to your case.  Of course, we strongly encourage you to seek the opinion of other attorneys regarding this matter.

However, please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed.  Such time periods depend on the cause of action you may wish to pursue.  However, we encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Jessica Sauvageau

TONY SCOTT #N-92280
R.R. #4, BOX 196
MOUNT STERLING, IL 62353

August 15, 2006

Cabrini Green legal Aid Clinic
206 W. Division Street
Chicago, IL 60610

Dear Gentlemen;

I am an inmate at Western Illinois Correctional center prison. I am writing to request your representation
in a civil right case. On 6/16/05 & 6/17/06, the doctor (Dr. Brown) at the Western Ill. Correctional
Center discontinued the following cardiac medication, Plavic, Nitroglycerin and Isosbride. On 7/19/05, I
was transferred to an outside hospital facility because I was having chest pains, shortness of breathe and
pain in my left arm that radiated to my left jaw. The EMT's started an IV in my left arm and EKG. They
also gave me nitroglycerin sub ling. Once I arrived at the hospital I received an echo-cardiogram, EKG
and more nitroglycerin tabs until I was stable. After I was discharged the discharging M.D. from the
outside Hospital gave instructions for all my cardiac medication to continue. At this present time I still
haven't received all my cardiac medication. Dr. Brown the M.D. at the Western Ill. CC refuses to reorder
my medication. I have filed several grievances regarding this problem. I am also attaching a copy of a
cardiac catheterization and its findings.

I have a history of coronary artery disease, and In need of surgery as of now. I had two options, either
medical therapy "medications" or "surgery". But I went with the medications for right now, until I get
out. I am attaching a copy of the doctor what my doctor testify in court regarding my condition. Dr.
Maan El Khadra, from Cook County Hospital. I am still having numbness in my left arm and shortness of
breathe, the shortness of breathe come and goes, but the numbness on my left side stays most of the time.
I have made Dr. Brown aware of my numbness but he still refuse to give me my right medication I need. I
appealed my grievances to Administrative Review Board, P.O. Box 19277, Springfield, Il 6279-92377, but
they have not responded yet. It has now been 9 months later and I still have not gotten a response.

For your review, I am enclosing copies of my grievances, appeal and the medical records documenting my
injuries. (will send if you are interested)

I think that I have a strong inadequate medical care claim under, white v. napoleon, 897 f.2d 103, 109-11.
I would like to see money damages for my injuries. Can you represent me? If not, can you refer me to
other lawyers who might be willing?

Thank you for taking time to consider my case, I look forward to hearing from you soon.

Sincerely,

Tony Scott, #N92280   Tony Scott

PS: Please response to the address above.

**CGLA**
Cabrini Green Legal Aid Clinic

**206 West Division Street   •   Chicago, Illinois 60610   •   (312) 266-1345**

September 14, 2006

Mr. Tony Scott
#N-92280
R.R. #4, Box 196
Mount Sterling, IL 62353

Dear Mr. Scott:

Thank you for your letter soliciting CGLA's help with your case. Unfortunately, Cabrini Green Legal Aid Clinic is not able to assist you at this time. Our legal assistance is limited to individuals who currently reside in Chicago. Additionally, our clinic does not handle civil suits.

I regret that we do not have the resources to fulfill your legal needs. Best wishes to you.

Sincerely,

Megan Wachspress

Megan Wachspress
Volunteer

TONY SCOTT #N-92280
R.R. #4, BOX 196
MOUNT STERLING, IL 62353

August 15, 2006

Robut J. Bingle
33 N. Dearborn
CHicago, all

Dear Mr. Bingle:

I am an inmate at Western Illinois Correctional center prison. I am writing to request your representation in a civil right case. On 6/16/05 & 6/17/06, the doctor (Dr. Brown) at the Western Ill. Correctional Center discontinued the following cardiac medication, Plavic, Nitroglycerin and Isosbride. On 7/19/05, I was transferred to an outside hospital facility because I was having chest pains, shortness of breathe and pain in my left arm that radiated to my left jaw. The EMT's started an IV in my left arm and EKG. They also gave me nitroglycerin sub ling. Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable. After I was discharged the discharging M.D. from the outside Hospital gave instructions for all my cardiac medication to continue. At this present time I still haven't received all my cardiac medication. Dr. Brown the M.D. at the Western Ill. CC refuses to reorder my medication. I have filed several grievances regarding this problem. I am also attaching a copy of a cardiac catheterization and its findings.

I have a history of coronary artery disease, and In need of surgery as of now. I had two options, either medical therapy "medications" or "surgery". But I went with the medications for right now, until I get out. I am attaching a copy of the doctor what my doctor testify in court regarding my condition. Dr. Maan El Khadra, from Cook County Hospital. I am still having numbness in my left arm and shortness of breathe, the shortness of breathe come and goes, but the numbness on my left side stays most of the time. I have made Dr. Brown aware of my numbness but he still refuse to give me my right medication I need. I appealed my grievances to Administrative Review Board, P.O. Box 19277, Springfield, Il 6279-92377, but they have not responded yet. It has now been 9 months later and I still have not gotten a response.

For your review, I am enclosing copies of my grievances, appeal and the medical records documenting my injuries. (Will send if you are interested)

I think that I have a strong inadequate medical care claim under, white v. napoleon, 897 f.2d 103, 109-11. I would like to see money damages for my injuries. Can you represent me? If not, can you refer me to other lawyers who might be willing?

Thank you for taking time to consider my case, I look forward to hearing from you soon.

Sincerely,

Tony Scott, #N92280    Tony Scott

PS: Please response to the address above.

TONY SCOTT #N-92280
R.R. #4, BOX 196
MOUNT STERLING, IL  62353

August 15, 2006

Uptown Peoples' Law Center
4404 N. Broadway
Chicago, IL  60640

Dear Gentlemen!

I am an inmate at Western Illinois Correctional center prison.  I am writing to request your representation in a civil right case.  On 6/16/05 & 6/17/06, the doctor (Dr. Brown) at the Western Ill. Correctional Center discontinued the following cardiac medication, Plavic, Nitroglycerin and Isosbride.  On 7/19/05, I was transferred to an outside hospital facility because I was having chest pains, shortness of breathe and pain in my left arm that radiated to my left jaw.  The EMT's started an IV in my left arm and EKG.  They also gave me nitroglycerin sub ling.  Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable.  After I was discharged the discharging M.D. from the outside Hospital gave instructions for all my cardiac medication to continue.  At this present time I still haven't received all my cardiac medication.  Dr. Brown the M.D. at the Western Ill. CC refuses to reorder my medication.  I have filed several grievances regarding this problem.  I am also attaching a copy of a cardiac catheterization and its findings.

I have a history of coronary artery disease, and In need of surgery as of now.  I had two options, either medical therapy "medications" or "surgery".  But I went with the medications for right now, until I get out.  I am attaching a copy of the doctor what my doctor testify in court regarding my condition.  Dr. Maan El Khadra, from Cook County Hospital.  I am still having numbness in my left arm and shortness of breathe, the shortness of breathe come and goes, but the numbness on my left side stays most of the time.  I have made Dr. Brown aware of my numbness but he still refuse to give me my right medication I need.  I appealed my grievances to Administrative Review Board, P.O. Box 19277, Springfield, Il 6279-92377, but they have not responded yet.  It has now been 9 months later and I still have not gotten a response.

For your review, I am enclosing copies of my grievances, appeal and the medical records documenting my injuries. (Will send if you are interested)

I think that I have a strong inadequate medical care claim under, white v. napoleon, 897 f.2d 103, 109-11.  I would like to see money damages for my injuries.  Can you represent me?  If not, can you refer me to other lawyers who might be willing?

Thank you for taking time to consider my case, I look forward to hearing from you soon.

Sincerely,

Tony Scott, #N92280    *Tony Scott*

PS: Please response to the address above.

TONY SCOTT #N-92280
R.R. #4, BOX 196
MOUNT STERLING, IL 62353

August 15, 2006

Robert S. Baizek, Atty
513 Central ave
Highland Park, IL 60035-2624

Dear Sir,

I am an inmate at Western Illinois Correctional center prison. I am writing to request your representation in a civil right case. On 6/16/05 & 6/17/06, the doctor (Dr. Brown) at the Western Ill. Correctional Center discontinued the following cardiac medication, Plavic, Nitroglycerin and Isosbride. On 7/19/05, I was transferred to an outside hospital facility because I was having chest pains, shortness of breathe and pain in my left arm that radiated to my left jaw. The EMT's started an IV in my left arm and EKG. They also gave me nitroglycerin sub ling. Once I arrived at the hospital I received an echo-cardiogram, EKG and more nitroglycerin tabs until I was stable. After I was discharged the discharging M.D. from the outside Hospital gave instructions for all my cardiac medication to continue. At this present time I still haven't received all my cardiac medication. Dr. Brown the M.D. at the Western Ill. CC refuses to reorder my medication. I have filed several grievances regarding this problem. I am also attaching a copy of a cardiac catheterization and its findings.

I have a history of coronary artery disease, and In need of surgery as of now. I had two options, either medical therapy "medications" or "surgery". But I went with the medications for right now, until I get out. I am attaching a copy of the doctor what my doctor testify in court regarding my condition. Dr. Maan El Khadra, from Cook County Hospital. I am still having numbness in my left arm and shortness of breathe, the shortness of breathe come and goes, but the numbness on my left side stays most of the time. I have made Dr. Brown aware of my numbness but he still refuse to give me my right medication I need. I appealed my grievances to Administrative Review Board, P.O. Box 19277, Springfield, Il 6279-92377, but they have not responded yet. It has now been 9 months later and I still have not gotten a response.

For your review, I am enclosing copies of my grievances, appeal and the medical records documenting my injuries. (will send if you are interested)

I think that I have a strong inadequate medical care claim under, white v. napoleon, 897 f.2d 103, 109-11. I would like to see money damages for my injuries. Can you represent me? If not, can you refer me to other lawyers who might be willing?

Thank you for taking time to consider my case, I look forward to hearing from you soon.

Sincerely,

Tony Scott

Tony Scott, #N92280

PS: Please responsi to the above address

Marilyn Johnson
946 N Kedvale
Chicago, IL  60651


October 6, 2006

US District
Pro-Bono Panel
219 S Dearborn Street
20th floor
Chicago, IL  60604

To whom it may concern:

I am writing you seeking representation for inmate Tony Scott.  He currently has a medical claim filed in the courts.  It is document number 3:06CV-3144 and his next court date is December 5, 2006 (Judge Harold A. Baker).  If you are not interested in representing him please send me a letter stating that.  I have enclosed a copy of the letter stating some of the facts.

We look forward in working with you and thank you for taking time to review this information.

Sincerely,

Marilyn Johnson



**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

*****Prisoner Correspondence**

Date: ___*10-17-06*___

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. *for this Court* Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan,* 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan,* 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* Fed.R.Civ.P. 5.

☒ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*****The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.

Continued on reverse side

*Marilyn Johnson*
*946 N Kedvale*
*Chicago, IL  60651*

October 6, 2006

McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60603

To whom it may concern:

I am writing you seeking representation for inmate Tony Scott.  He currently has a medical claim filed in the courts.  It is document number 3:06CV-3144 and his next court date is December 5, 2006 (Judge Harold A. Baker).  If you are not interested in representing him please send me a letter stating that.  I have enclosed a copy of the letter stating some of the facts.

We look forward in working with you and thank you for taking time to review this information.

Sincerely,

Marilyn Johnson

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Joshua T. Buchman
Attorney at Law
jbuchman@mwe.com
(312) 984-7600

October 13, 2006

Marilyn Johnson
946 N. Kedvale
Chicago, IL 60651

Re:     Request for Pro Bono Assistance

Dear Ms. Johnson:

I am responding to your recent letter to this firm regarding the possibility of McDermott Will &
Emery LLP representing Tony Scott.  We decline to represent him.

Very truly yours,

*Joshua T. Bul———*

Joshua T. Buchman

JTB/kw

U.S. practice conducted through McDermott Will & Emery LLP.

227 West Monroe Street  Chicago, Illinois  60606-5096  Telephone: 312.372.2000  Facsimile: 312.984.7700  www.mwe.com

CHI99 4732674-1.009961.0274

TONY SCOTT  *N92280*
RR 4, BOX 196
MT. STERLING, IL  62353


October 23, 2006


Association House of Chicago
2150 W North Ave
Chicago, IL  60646


To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center.  My medical claim has already been filed in the courts.  It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker).  If you are not interested in representing me please send me a letter
stating that.  It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts.  I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott


PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT   *N42280*
RR 4, BOX 196
MT. STERLING, IL 62353


October 23, 2006


Cabrini-Green Legal Aid Clinic
206 W Division St
Chicago, Il 60610


To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me <u>please send me a letter
stating that. It is very important that I receive your reply.</u>

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.


Sincerely,

*Tony Scott*
Tony Scott


PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT- N92280
RR 4, BOX 196
MT. STERLING, IL 62353

October 23, 2006

Legal Assistance
 Foundation of Chicago
111 West Jackson
Chicago, IL 60604

To Whom It May Concern:

I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me please send me a letter
stating that. It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott

PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT ~N92280
RR 4, BOX 196
MT. STERLING, IL 62353


October 23, 2006


Depaul Legal Clinic
23 E Jackson Blvd
Room 950
Chicago, IL 60604


To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me please send me a letter
stating that. It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott
Tony Scott


PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT - N92280
RR 4, BOX 196
MT. STERLING, IL  62353


October 23, 2006


Cook County Bar Association
175 W Jackson Blvd
Chicago, IL  60604

To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center.  My medical claim has already been filed in the courts.  It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker).  If you are not interested in representing me please send me a letter
stating that.  It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts.  I look forward in working
with you and thank you for taking time to review this information.


Sincerely,

Tony Scott
Tony Scott




PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT – N92280
RR 4, BOX 196
MT. STERLING, IL 62353

October 23, 2006

Pro Bono Advocates
50 W Washington St
Richard J. Daley Center CL 88
Chicago, IL 60602

To Whom It May Concern:

I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me please send me a letter
stating that. It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott
Tony Scott

PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT - N92720
RR 4, BOX 196
MT. STERLING, IL 62353


October 23, 2006

Northwestern University
Legal Assistance Clinic
357 E Chicago Ave., Room 375
Chicago, IL 60611

To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me <u>please send me a letter
stating that. It is very important that I receive your reply.</u>

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott
Tony Scott




PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT  -N92280
RR 4, BOX 196
MT. STERLING, IL  62353


October 23, 2006


Southwest Bar Association
P.O. Box 140
Oak Lawn, IL  60454

To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center.  My medical claim has already been filed in the courts.  It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker).  If you are not interested in representing me please send me a letter
stating that.  It is very important that I receive your reply.

I have enclosed a copy of the letter stating some of the facts.  I look forward in working
with you and thank you for taking time to review this information.

Sincerely,

Tony Scott
Tony Scott




PLEASE REPLY TO THE ADDRESS ABOVE

TONY SCOTT - N92280
RR 4, BOX 196
MT. STERLING, IL  62353


October 23, 2006

West Suburban Bar Association
320 Circle Ave
Forest Park, IL  60130

To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western Correctional Center.  My medical claim has already been filed in the courts.  It is document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge Harold A. Baker).  If you are not interested in representing me <u>please send me a letter stating that.  It is very important that I receive your reply.</u>

I have enclosed a copy of the letter stating some of the facts.  I look forward in working with you and thank you for taking time to review this information.


Sincerely,

Tony Scott

Tony Scott


PLEASE REPLY TO THE ADDRESS ABOVE

*Marilyn Johnson*
*946 N Kedvale*
*Chicago, IL  60651*

October 6, 2006

Rudnick & Wolfe
Law Office
203 N LaSalle Street
Suite 1800
Chicago, IL  60601

To whom it may concern:

I am writing you seeking representation for inmate Tony Scott.  He currently has a medical claim filed in the courts.  It is document number 3:06CV-3144 and his next court date is December 5, 2006 (Judge Harold A. Baker).  If you are not interested in representing him please send me a letter stating that.  I have enclosed a copy of the letter stating some of the facts.

We look forward in working with you and thank you for taking time to review this information.

Sincerely,

Marilyn Johnson

TONY SCOTT - N92270
RR 4, BOX 196
MT. STERLING, IL 62353


October 23, 2006


Life Span Center for Legal Services
20 E Jackson Blvd
Suite 500
Chicago, IL 60604

To Whom It May Concern:


I am writing you seeking representation; I am currently an inmate at Western
Correctional Center. My medical claim has already been filed in the courts. It is
document number 3:06CV-3144 and my next court date is December 5, 2006 (Judge
Harold A. Baker). If you are not interested in representing me <u>please send me a letter</u>
<u>stating that. It is very important that I receive your reply.</u>

I have enclosed a copy of the letter stating some of the facts. I look forward in working
with you and thank you for taking time to review this information.


Sincerely,

*Tony Scott*
Tony Scott


PLEASE REPLY TO THE ADDRESS ABOVE