E-FILED
Wednesday, 08 November, 2006 12:07:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tony Scott,
    Plaintiff,

v.

Dr. Lowell Brown et Al.,
    Defendants.

No. 3:06-CV-3144

Judge Harold A. Baker

Motion For Extension Of time to file A Respone To the Defendant's Answer.

Plaintiff, Tony Scott, currently incarated At Western Illinois Correctional Center, respectfully requests an Extension of time until February 26, 2007, in which to Respone to the Defendant Answer.

In support of this motion Plaintiff States:

1. Do to lock down onec A month, And can't get to The law library.
2. I only go to the law library onec A week, As of one day out of A week.
3. I am trying to get A Lawyer to represent me.
4. This is Plaintiff First request for A **90** day extension Of time to file the respone
5. At this time this Facility is on lock down And i can not get help or go to the law

library to look up cases.

6. The Plaintiff cannot complete the respone by the Above Due Date

7. The delay in the filing of the respone is in on way the fault of the plaintiff, And plaintiff should not be penalized do to the lock down and limited use of the law library.

Wherefore, plaintff respectfully requests that the court grant this motion.

Respectfully Submitted,
Tony Scott
Tony Scott N-92280
R.R #4 Box 196
Mt. Sterling Il
62353

IN THE
U.S. District Court
Central District of Illinois

Tony Scott
Plaintiff,

v.

Dr. Lowell Brown, et Al.
Defendant

Case No. 3:06-CV-3144

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court

U.S. District Court
600 East Monroe St.
Springfield, IL 62701

TO: Defendants, Attorneys,
HEYL, Royster, Voelker & Allen,
And Lindsay Sweet
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
P.O. Box 1687
Springfield, IL 62705

PLEASE TAKE NOTICE that on Nov, 6, 2006, I have placed the documents listed below in the institutional mail at Western Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: R.R. #4 Box 196
Mt. Sterling, IL 62353

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Nov, 6, 2006

/s/ Tony Scott
NAME: Tony Scott
IDOC#: N-82280
Western Correctional Center
R.R.#4 BOX 196
Springfield, IL 62701

Revised Jan 2002

## AFFIDAVIT OF SERVICE

I, **Tony Scott**, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at **Western** Correctional Center, **Mt Sterling** Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this **6** day of **Nov**, 20**06**.

_Tony Scott_
Signature

## VERIFICATION

I, **Tony Scott**, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Tony Scott_
(Your signature)

Revised Jan 2002