# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>Scott v Brown, et al | CASE NO.<br><br>06-3144 | Beginning Date of Hearing:<br><br>December 5, 2006 | Type of Hearing:<br><br>Rule 16 hearing<br><br>Length of Hearing:<br>1 hour |
|---|---|---|---|

**TO: THE WARDEN OF Western Illinois Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Tony Scott (Plaintiff) | N92280 | Illinois River Correctional Center | December 5, 2006 | 1:30 pm to 2:30 pm |
| Theresa M. Powell (Def. Atty.) | N/A | Concordia, Springfield, IL | December 5, 2006 | 1:30 pm to 2:30 pm |
| Lindsay Sweet (Def. Atty.) | N/A | Concordia, Springfield, IL | December 5, 2006 | 1:30 pm to 2:30 pm |
| Judge Harold A. Baker | N/A | U S Courthouse, Urbana, IL | December 5, 2006 | 1:30 pm to 2:30 pm |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   November 21, 2006

s/John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/M. Stewart
       DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98