# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Tony Scott**,<br>　　　Plaintiff<br><br>vs<br><br>**Dr. Lowell Brown, et al,**<br>　　　Defendants | **WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM**<br><br><br>**CASE NO. 06-3144** |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois .

### GREETINGS

**WE COMMAND** that you produce the body of **Tony Scott**, Register No. **N92280**, who is in your custody at Western Illinois Correctional Center, before the United States District Court at Urbana, Illinois by making that person personally available at a video conference room at **Illinois River Correctional Center, Canton, Illinois** to participate in a hearing before the court by **VIDEO CONFERENCE** between the plaintiff and counsel for the defendants on **Tuesday, December 5, 2006 at 1:30 p.m**. This video conference is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: November 21, 2006

　　　　　　　　　　　　　　　　　s/John M. Waters
　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　BY: s/M. Stewart
　　　　　　　　　　　　　　　　　　　Deputy Clerk