510-1307                          RPV/RBS                          #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. LOWELL BROWN, OFFICER )<br>HENDRICKS, NURSE O'CONNER, )<br>DEBORAH K. FUGUA, )<br>TERRY L. POLK, ROGER A. )<br>ZIMMERMAN and ROGER WALKER )<br>)<br>Defendants. ) | Court No.: 06 CV 03144-HAB-CHE |

### ADDITIONAL APPEARANCE

The undersigned, as attorney, enters his additional appearance on behalf of the Defendants **Dr. Lowell Brown** and **Teresa Conner**.

/s/ Robert P. Vogt
Robert P. Vogt

Name:       **WELDON-LINNE & VOGT**
Address:    105 West Madison Street, Suite 1400
City:       Chicago, Illinois 60602
Telephone:  312/236-5151
Atty. No.:  619112

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Robert P. Vogt
Robert P. Vogt

510-1307                            RPV/RBS                            #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DR. LOWELL BROWN, OFFICER )<br>HENDRICKS, NURSE O'CONNER, )<br>DEBORAH K. FUGUA, )<br>TERRY L. POLK, ROGER A. )<br>ZIMMERMAN and ROGER WALKER )<br>)<br>      Defendants. ) | Court No.: 06 CV 03144-HAB-CHE |

**CERTIFICATE OF SERVICE**

    I, Robert P. Vogt, certify that on **December 5, 2006,** I electronically filed **Additional Appearances for Dr. Lowell Brown and Teresa Conner** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Lindsay Sweet**
  lsweet@atg.state.il.us,bmyers@atg.state.il.us,jginter@atg.state.il.us,jedwards@atg.state.il.us

and hereby certify that on **December 5, 2006,** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott# N92280
WESTERN IL
Western Illinois Correctional Center
Inmate Mail/Parcels
RR 4, Box 196
Mt Sterling, IL 62353

                                        Respectfully Submitted,

                                        **WELDON-LINNE & VOGT**

                                        By: /s/ Robert P. Vogt
                                              Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151