U.S. District Court
Central District of Illinois

12-12-06

3:06-CV-03144

FILED
DEC 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Clerk of the Court,

I Tony Scott Am request that you fild A default Judgment Against the defendant Roger A. Zimmerman Under Rule 55(B)(1) Default.

I was Asking for $100,000, from the defendant Roger A. Zimmerman, Zimmerman failed to respond to the Complaint Against him And the time limit has gone. You can Also look At the Answer file by the defendants Fuqua, Polk, walker, Hendricks, And Zimmerman, Attorney, And you will see that Zimmerman don't response to the Complaint on him.

Also can you let me no if the Judg gave me A lawer, when I can to court on 12-5-06.

Thank you, for your time.