E-FILED
Tuesday, 09 January, 2007  03:08:51 PM
Clerk, U.S. District Court, ILCD

Tony Scott
N-92280
P.O. Box 1000
Lincoln Il 6

FILED

JAN 0 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Clerk.                    CASE, NO: # 3:06-cv-3144

I am writing you to let you no i've move
From Wester to Logan c.c., my new Address is
P.O. Box 1000
Lincoln Il 62656

Thank you
For your time.
Tony Scott N-92280