IN THE
U.S. District Court
Central District of Illinois

Tony Scott
Plaintiff,

v.

Dr. Brown, et Al.
Defendant

Case No. 3:06-CV-3144

FILED
JAN 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
U.S. District Court
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL 62701

TO: Theresa M. Powell
Lindsay Sweet

PLEASE TAKE NOTICE that on ___1-10___, 20_07_, I have placed the documents listed below in the institutional mail at __Logan__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: At Logan C.C.
P.O. Box 1000
Lincoln IL 62656

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1-10-07

/s/
NAME: Tony Scott
IDOC#: N-92280
__Logan__ Correctional Center
P.O. BOX 1000
__Lincoln__, IL 62656

Revised Jan 2002

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Tony Scott, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this Jan day of 10, 2007.

_Tony Scott_
Affiant