**E-FILED**
Friday, 26 January, 2007 08:39:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

TONY SCOTT, #N92280,

Plaintiff,

- vs-

DR. LOWELL BROWN, et al.,

Defendants.

No. 06-3144

**NOTICE OF COMPLIANCE**

NOW COME the defendants, DEBORAH K. FUQUA, KAROLYN HENDRICKS, TERRY POLK, ROGER E. WALKER, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to this Court's December 12, 2006 Order, hereby submit Plaintiff's medical records, stating as follows:

1. Plaintiff's medical records from the date of his incarceration in 2005 to the present are attached as Exhibit A (Bates stamped 1 - 217).

Respectfully submitted,

DEBORAH K. FUQUA, KAROLYN HENDRICKS, TERRY POLK, ROGER E. WALKER, and ROGER ZIMMERMAN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Lindsay Sweet

Lindsay Sweet, #6287510
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: lsweet@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

TONY SCOTT, #N92280, )
)
Plaintiff, )
)
- vs- ) No. 06-3144
)
DR. LOWELL BROWN, et al., )
)
Defendants. )

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2007, I electronically filed a Notice of Compliance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Robert P. Vogt
bvogt@wlv-online.com

Theresa M. Powell
tpowell@hrva.com

and I hereby certify that on January 26, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott, #N92280
Logan Correctional Center
Post Office Box 1000
Lincoln, Illinois 62656

Respectfully Submitted,
s/ Lindsay Sweet

Lindsay Sweet, #6287510
Assistant Attorney General
Attorney for the Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: lsweet@atg.state.il.us

Exhibit A

E-FILED
Friday, 26 January, 2007 08:41:19 AM
Clerk, U.S. District Court, ILCD

INMATE/YOUTH Scott Tony

NUMBER N92280

VOLUME # III OF III

ILLINOIS DEPARTMENT OF CORRECTIONS
MEDICAL RECORD

CURRENT LOCATION

| FACILITY/DATE | | FACILITY/DATE |
|---|---|---|
| ShaNRC | 2-18-03 | |
| WIL | 3-4-05 | |

# Illinois Department Of Corrections
## Bureau of Identification
## Offender Report

Run Date: 03/22/2006

Photo Taken At: WIL On: March 09, 2006 14:11:28

**Offender #** N92280 SCOTT, TONY

**Alias:** TONI EDWARD SCOTT

## *Demographics*

**Age:** 44

**DOB:** [redacted]

**Hair:** Black

**Weight:** 172

**POB:** ILLINOIS

**Sex:** Male

**Race:** Black

**Eyes:** Brown

**Height:** 510

**SSN:** [redacted]

**SMT:**
Loc: TAT RF ARM Desc: "TONY"(TAT UL ARM PIT BULL)
Loc: TAT CHEST Desc: HEART,FORK,"DD"
Loc: TAT ABDOM Desc: GLOBE,HANDS,"YOUR WORLD LIL TONY
Loc: TAT BACK Desc: "LORD FORGIVE MY SINS"CHRIST

*BEGIN USING FROM BOTTOM UP

2C57
NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient: SCOTT, Tony Reg. #: N-92280 Date: 10-18-06

Problem: CAD, ↑ Lipids

ORDER: (Physician's Signature After Last Order) (1) ↓ ASA dose to 81 mg p.o. QD x 5 mos.
(2) D/C ASA 325 mg.
(3) ↑ Mevacor to 40 mg Q P.M. x 5 mos.

DEA/Illinois Lic. # R. Shute MD Physician (Print) SHUTE

☑ May Substitute ______ M.D.
☐ May Not Substitute ______ M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 10-18-6

NKA
2C57

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient: Scott, Tony Reg. #: N 92280 Date: 7/13/06

Problem: HTN

ORDER: (Physician's Signature After Last Order) Vasotec 20mg bid x 4m
Mevacor 20mg hs x 4m
Lopressor 50mg bid x 4m
ASA 325mg daily x 4m
Nitro 0.4mg prn x 4m

DEA/Illinois Lic. # ______ Physician (Print) ______

☐ May Substitute ______ M.D.
☐ May Not Substitute W Brown NP M.D.

DCA 7000
IL 426-1417

Noted by: B. [signature] LPN Date: 7/13/06

NKA

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient: Scott Tony Reg. #: N92280 Date: 6/26/06

Problem ______

ORDER: (Physician's Signature After Last Order) ______
Vasotec (revised) 20mg x 3m

DEA/Illinois Lic. # ______ Physician (Print) ______

☐ May Substitute ______ M.D.
☐ May Not Substitute W Brown NP

000013

*BEGIN USING FROM BOTTOM UP

NKA — 1B5Y

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 3/13/06

Problem HTN

ORDER: (Physician's Signature After Last Order) A+D oint for feet & hands x 4 m dry
Lamisil Cr. for toes dry x 4 m. Nitro 0.4 mg SL bid PRN x 4 m
Vasotec 5 mg bid x 4 m
Lopressor 50 mg bid x 4 m D/C ASA 81 mg & Atenolol
Mevacor 20 mg hs x 4 m ASA 325 mg daily x 4 m

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M.D.
☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 3/13/06

1A66
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 1-26-06

Problem c/p

ORDER: (Physician's Signature After Last Order)

May use nitro up to max of 2/day #25 issued.

DEA/Illinois Lic. # Physician (Print) L Brown

☐ May Substitute M.D.
☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 1-26-6

1A64
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 1-10-06

Problem

ORDER: (Physician's Signature After Last Order) A+D oint apply to feet & hands daily x 2 m
Lamisil Cr. apply to toes daily x 2 m — Profile
Send

DEA/Illinois Lic. # Physician (Print) L Brown

*BEGIN USING FROM BOTTOM UP

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

1A66

Patient Scott Tony Reg. # N92280 Date: 12-15-05

Problem

ORDER: (Physician's Signature After Last Order) ATV oint apply to skin daily x 4 mo (? AKT daily)

DEA/Illinois Lic. # Physician (Print) L Brown MD

☐ May Substitute M.D.

☐ May Not Substitute L Brown M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 12-15-05

---

NKA 1A66

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 11/20/05

Problem HTN

ORDER: (Physician's Signature After Last Order) Nitro 0.4 as dir. x 4 mo
Atenolol 50 mg bid x 4 mo
Vasotec 5 mg bid x 4 mo
ASA 162 mg daily x 4 mo
Mevacor 20 mg hs x 4 mo

DEA/Illinois Lic. # Physician (Print) L. BROWN

☐ May Substitute M.D.

☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 11/20/05

---

NKA 1A66

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 10/26/05

Problem

ORDER: (Physician's Signature After Last Order) Lamisil Cr. apply to toes daily x 2 wk

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute M.D.

☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 10/26/05

3:06-cv-03144-HAB-CHE # 39-2 Page 6 of 54

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Scott, Tony Reg. # N92280 Date: 8/27/05

Problem CP

ORDER: (Physician's Signature After Last Order)

DC Plavix

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute M.D.
☐ May Not Substitute M.D.

Noted by: Date: 8/27/05

DCA 7000
IL 426-1417

NKA 1A66

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Scott, Tony Reg. # N92280 Date: 8/22/05

Problem C.P.

ORDER: (Physician's Signature After Last Order)

Nitro oint S.L. enough for three daily x 4 m
Plavix 75 mg daily x 4 m
D/C 12/31/05

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute M.D.
☐ May Not Substitute M.D.

Noted by: Date: 8/22/05

DCA 7000
IL 426-1417

NKA. 1A66.

State of Illinois
Dept. of Corrections

PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient Scott Tony Reg. # N92280 Date: 7/20/05

Problem

ORDER: (Physician's Signature After Last Order) DC Isosorbide

DEA/Illinois Lic. # Physician (Print) L BROWN

☐ May Substitute M.D.
☐ May Not Substitute M.D.

Noted by: S Moore RN Date: 7/20/05

DCA 7000
IL 426-1417

*BEGIN USING FROM BOTTOM UP

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Torey Reg. # N92280 Date: 7-20-05

Problem Chest pain

ORDER: (Physician's Signature After Last Order)
Nitroglycerin 0.4mg SL PRN / Chest pain
T.O. Dr Brown / Blower RN

DEA/Illinois Lic. # Physician (Print) Brown

☐ May Substitute M.D.
☐ May Not Substitute M.D.
Noted by: Blower RN Date: 7-20-05

DCA 7000
IL 426-1417

NKA - 1A66

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 7-14-05

Problem HTN

ORDER: (Physician's Signature After Last Order) Isosorbide 30 mg po BID
ASA 162 mg daily
Mevacor 20 mg po HS
Vasotec 5 mg po BID
atenolol 50 mg po BID
} X 4 months
D/C 11-30-05

DEA/Illinois Lic. # Physician (Print)

☐ May Substitute M.D.
☐ May Not Substitute Dr L Brown MD / R [illegible] M.D.
Noted by: S Moore LPN Date: 7/14/05

DCA 7000
IL 426-1417

NKA 1A66

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N922-80 Date: 6/17/05

Problem CHD

ORDER: (Physician's Signature After Last Order)
DC Sublingual Nitro
Isosorbide 30mg bid x 4 mo

DEA/Illinois Lic. # Physician (Print) L. BROWN

☐ May Substitute L Brown MD M.D.
☐ May Not Substitute M.D.
Noted by: S Moore LPN Date: 6/17/05

DCA 7000
IL 426-1417

NKA 1A64

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 6/16/05

Problem CAD

ORDER: (Physician's Signature After Last Order) ASA 162mg daily x 4m
DC Plavix + DC Isosorbide Mevacor 20mg hs x 4mo
Nitro 0.4mg as directed x 4m
Vasotec 5mg bid x 4m
Atenolol 50mg bid x 4mo

DEA/Illinois Lic. # Physician (Print) L Brown
☐ May Substitute M.D.
☐ May Not Substitute L Brown MD M.D.
DCA 7000
IL 426-1417 Noted by: S Moore RN Date: 6/16/05

R2B30 NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 3-22-05

Problem CAD

ORDER: (Physician's Signature After Last Order)
Mevacor 40 mg i po q HS } X 4 Months
ASA 325 mg i po daily
Isorbide Dinitrate 10 mg i po TID } D/C 7-31-05

DEA/Illinois Lic. # Physician (Print)
☐ May Substitute M.D.
☐ May Not Substitute Dr L Brown MD / K Mill Cp M.D.
DCA 7000
IL 426-1417 Noted by: J Edwards RN Date: 3/22/05

R2B30 NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 3-22-05

Problem CAD

ORDER: (Physician's Signature After Last Order)
Nitroglycerin SL 0.4 mg PRN as Directed D/C 7-31-05
Plavix 75mg i po daily x 1 month
Atenolol 25mg i po daily } x 4 months
Vasotec 5 mg i po daily } D/C 7-31-05

DEA/Illinois Lic. # Physician (Print)
☐ May Substitute M.D.
☐ May Not Substitute Dr L Brown MD / K Mill Cp M.D.
DCA 7000
IL 426-1417 Noted by: J Edwards RN Date: 3/22/05

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient: Scott Tony  Reg. #: N92280  Date: 3/5/05

Problem: HTN, Cardiac

ORDER: (Physician's Signature After Last Order)

Nitro 0.4mg prn; May be carried. x 4 mo

DEA/Illinois Lic. # ____ Physician (Print) L Brown

☐ May Substitute ____ M.D.
☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [illegible] Date: 3/5/05

NKA Rec 64

Do not send

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient: Scott, Tony  Reg. #: N92280  Date: 3/5/05

Problem: HTN Cardiac

ORDER: (Physician's Signature After Last Order) 1) Plavix 75mg T Po q day

2) atenolol 25mg T daily 3) Vasotec 5mg T PO daily
4) mevacor 40mg T PO q day 5) EC ASA 325mg T PO daily
6) Isosorbide Dinitrate 10mg T PO tid
x 1 mo.

DEA/Illinois Lic. # ____ Physician (Print) Brown

☐ May Substitute ____ M.D.
☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: K Brennan LPN Date: 3-5-05

MDA NRC 0114

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient: Scott, Tony  Reg. #: N92280  Date: 2/25/05

Problem: 1 month

ORDER: (Physician's Signature After Last Order) 1) Plavix 75mg T po q day x 30 T ref.

2) Atenolol 25mg T po q day 3) Vasotec 5mg T po q day
4) Mevacor 40mg T po q day 5) ECASA 325mg T po q day
6) Isosorbide Dinitrate 10mg T po TID all meds x 1 mo T ref

DEA/Illinois Lic. # ____ Physician (Print) [illegible]

☒ May Substitute ____ M.D.
☐ May Not Substitute L Brown MD M.D.

DCA 7000
IL 426-1417

Noted by: [illegible] Date: 2-28-05

NKA Given

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date 2-27-05

Problem MI

ORDER: (Physician's Signature After Last Order) Enalapril 5mg

Sig: one tablet po q day X/mos

DEA/Illinois Lic. # Physician (Print) D Chevalier

☒ May Substitute [signature] M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

NKA NRC

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 2-27-05

Problem Angina

ORDER: (Physician's Signature After Last Order) Isorbide Dinitr 10mg

Sig: one tablet po TID x30 days

DEA/Illinois Lic. # Physician (Print) Debra Chevalier

☒ May Substitute [signature] M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

NKA NRC Given

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 2-27-05

Problem CAD

ORDER: (Physician's Signature After Last Order) atenolol 25mg ~~Inderol~~

Sig: one tablet po q day x30 days

DEA/Illinois Lic. # Physician (Print) Debra Chevalier

☒ May Substitute [signature] M.D.

☐ May Not Substitute M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott Tony Reg. # N92280 Date: 2-27-05

Problem Cholesterol

ORDER: (Physician's Signature After Last Order) Lipitor 20 mg
Sig one tablet po q day x 30 days

DEA/Illinois Lic. # ______ Physician (Print) D. Chevalier CNP

☒ May Substitute D Chevalier CNP M.D.

☐ May Not Substitute ______ M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

NKA Profile Given

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 2-27-05

Problem Hx CVA, MI

ORDER: (Physician's Signature After Last Order) ASA
S.S: one tablet po q day

DEA/Illinois Lic. # ______ Physician (Print) Debra Chevalier CNP

☒ May Substitute D Chevalier CNP M.D.

☐ May Not Substitute ______ M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient Scott, Tony Reg. # N92280 Date: 2-27-05

Problem CAD, angina

ORDER: (Physician's Signature After Last Order) Nitro 0.4
Sig: 1 sublingual prn chest pain x 30 days

DEA/Illinois Lic. # ______ Physician (Print) Debra Chevalier CNP

☒ May Substitute D Chevalier CNP M.D.

☐ May Not Substitute ______ M.D.

DCA 7000
IL 426-1417

Noted by: [signature] Date: 2-27-05

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender In

N92280 SCOTT, TONY
Age: 43
Race: BLK
JRC 02/18/2005
DOB: [redacted]
Sex: M
38

| Problem Number | Date Entered | Problem List | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| #1 | 2/27/06 | Coronary Blockage Angina | | |
| 2 | " | NIDDM | | |
| 3 | " | HTN | | |
| 4 | " | ↑ Lipids | | |
| | 3/05 | CAD - 80% Blockage Coronary Artery 40% Blockage Two Coronary Arteries | | |
| | | Cardiac Catheterization 1-05 | | |
| | 3/1981 | Right Orchiectomy, insertion of elective Prosthesis, Circumcision | | |
| | 5/03 | Inferior Wall MI | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Distribution: Offender's Medical Record

DOC 0088 (Eff. 9/2002)
(Replaces DC 7141-A)

Printed on Recycled Paper

State of Illinois - Department of Corrections

Inmate's Name

N92280 JOHNSON, ANTHONY
Age: 40 DOB: [redacted]
Race: BLK Sex: M
JRC 06/24/2002 44

| Problem Number | Date Entered | | | Date Resolved |
|---|---|---|---|---|
| 1 | 6-25-02 | NKA | | |
| 2 | " | Daugalor21 | | |
| 3 | " | Neck, Back & Left knee pain | | |
| | 6/24/03 | Newly Dx Cardiac Condition Baseline Clinic Acted 7/2/03 | | |

State of Illinois — Department of Corrections

# Problem List

Resident's Name: Scott Troy

Resident's Number: N92280

| Problem Number | Date Entered | Problem | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 8/8/03 | NKA | | |
| 2 | 8/8/03 | SMOKES | | |
| 3 | 8/8/03 | SR PX PSYCH "96" | | |
| | | | | |
| | 9-25-03 | DISCHARGE PLANNING NEEDED, REFERRED TO Mental Health OTS UPDATED AS "N" | | |

DC 7141-A IL 426-0061 Revised, October, 1986

State of Illinois - Department of Corrections

3:06-cv-03144-HAB-CHE # 39-2 Page 15 of 54

Inmate's Name N92280 SCOTT, TONY
Age: 40 DOB: [redacted]
Race: BLK Sex: M
JRC 01/25/2001 104

| Problem Number | Date Entered | | | Date Resolved |
|---|---|---|---|---|
| 1 | 2/01 | DKA | | |
| 2 | " | Tobacco use | | |
| 3 | 3/29/01 | PSYCH. HX / DEPRESSION | CSR | ONGOING |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DC 7141-A (4-83)

:00015

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

0114

STA NRC CENTER

☑ Reception History
☐ Periodic History

Date: FEB 1 8 2005

Time: 2:50 ☐ a.m. ☑ p.m.

**Offender Information:**

N92280 SCOTT, TONY
Age: 43 DOB: [redacted]
Race: BLK Sex: M
JRC 02/18/2005

Race: ☐ V ... Other ____
Gender: ☐

**Subjective:** Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | | ✓ | | |
| Smoking | ✓ | | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | | ✓ | | |
| Diabetic | | ✓ | | |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☑ | | |
| b. Hx + PPD/Active TB | ☐ | ☑ | | |
| c. STD | ☐ | ☑ | | |
| d. HIV +/AIDS | ☐ | ☑ | | |
| Surgeries | ☐ | ☑ | | |
| Hx of Psych Tx | ☐ | ☑ | | |
| a. Past Suicide Attempt | ☐ | ☑ | | |
| b. Current Suicidal Ideation | ☐ | ☑ | | |
| Recent Drug/ETOH use | ☐ | ☑ | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☑ | | |
| b. Prosthetics | ☐ | ☑ | | |
| c. Specialized Equipment | ☐ | ☑ | | |
| Other Medications | | ✓ | | |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | ✓ | | |

**Objective:** T: 98.2 P: 50 ☑ regular ☐ irregular R: 16 ☑ regular ☐ irregular B/P: 99/41

Height: 5'11" Weight: 180# Vision: RT 20/ 50 LT 20/ 50 Corrected: RT 20/ ____ LT 20/ ____

Behavioral appearance and mental status, Evidence of deformity, trauma, and skin conditions: WNL — OK

**Assessment:** No Sig. History

**Plan:** (Check and complete as appropriate)

1. Physical Examination: ☐ Urgent ☑ Routine
2. Mental Health Referral: ☐ Urgent ☑ Routine
3. Health Information Given: ☑ Yes ☐ Refused
4. PPD Results: ☐ Positive ☐ Negative
5. Chest X-ray performed: ☐ N/A ☐ Yes ☐ No
6. Other: EKG

Date PPD Administered: 2/18/05 Date PPD Read: 2/20/05

Reading: 0 mm By: Cawley LMT [illegible]

M Becker — Print Name of Interviewer
M Becker — Signature

**R & C Use Only**

LAB: ____ Sickle Cell: ☐ Yes ☐ No Dental: ____ Panorex: ____

EKG: ____ CXR: ____ Female Only: PAP: ____ Mamo: ____

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Physical Examination

STATEVILLE NRC CENTER

Date: 2 / 2 /2005

Time: 9:10 ☒ a.m. ☐ p.m.

Offe

N92280 SCOTT, TONY
Age: 43
Race: BLK
JRC 02/18/2005

DOB: [redacted] ID#:
Sex: M

Rac

38 merican ☐ Other

Gender: ☐ Male ☐ Female

Date of Birth: / /

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | Coronary artery Disease - will provide list (in 4 mo) |
| Lab reviewed | | ✓ | not available |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | | ✓ | |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☑ | Denies |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☐ | ☑ | |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | ✓ | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | denies |
| b. Prostitute(s) | ☐ | ☑ | |
| c. Multiple Partners | ☐ | ☑ | |
| Homosexual Activity | | ✓ | |
| STD | | ✓ | |
| HIV+/AIDS | | ✓ | |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | Denies |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | ✓ | |
| Other (Female) a. Mammography NA | ☐ | ☐ | G ____ P ____ AB ____ LNMP ____ Date/Results: |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: |
| c. PAP Smear | ☐ | ☐ | Date/Results: |

**Past Hospitalizations:**

Diagnosis: Cardiac Cath
Date(s): Jan 14, 2005
Hospital: Cook County
Location: Chicago

Diagnosis: MI, CVA
Date(s): 2004
Hospital: Cook County/Logan
Location: Chicago

Distribution: Offender's Medical Record

**Offender Information:**

Date: 2/27/20 08 N92280 SCOTT, TONY
Age: 43
Race: BLK
JRC 02/18/2005
Time: 920

DOB: [redacted]
Sex: M
38

ID#: ______ MI

ispanic ☐ Native American ☐ Other____

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | | Oral Condition: good |
| Ears | ✓ | | Drums intact |
| Eyes | ✓ | | Pupils: Pl Fundoscopic: Accommodation: |
| Lungs and Chest including Breast | ✓ | | Auscultation: clear |
| Heart 122/80 | | | Rate: 60 Size: WNL Rhythm: regular Murmurs: none |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency: soft Tenderness: none Masses: none Scars: [illegible] |
| Anus, Rectum (Prostate – 40+ *Male Only*) | deferred | | Visual: Digital: Guaiac + / - / R: |
| Genito-Urinary System | ✓ | | no hernia |
| Upper Extremities | ✓ | | Strength: 5+ ROM: full |
| Lower Extremities | ✓ | | Strength: 5+ ROM full |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | tattoos |
| Neurologic DTR's | ✓ | | Romberg: negative Biceps: 2+ Patella: 2+ |
| Mental Status | ✓ | | |
| *Pelvis (Female Only)* | | | Cervix: Vaginal Canal: Fundus: PAP: ☐ Y ☐ N ☐ R |

**Assessment: Problem #** 1) CAD
S. Hx of MI X4 CVA
using Nitro sublingual
this [illegible] of [illegible] meds
O. HR 60 no murmurs
A. CAD
P. Renew all med
ECG

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☒ No
HR: ☐ Yes ☒ No
Food Handler Status:

1) Review meds - ECG
2) review labs
3) ASA 1/day
4) Nitro - with inmate
5) Isordil
6) Lipitor
7) ~~[illegible]~~ [illegible]
8) Review need for Plavix
9) Low Bunk assignment
10) Enalapril 5mg

**Examiners Signature:**

Debra Chevar CNP (Print Name) [signature] CNP (Signature) 2/27/2008 (Date)

Distribution: Offender's Medical Record

Side 2

DOC 0099 (Eff. 9/2002)

# Offender Health Status Transfer Summary

Transferring Facility: STATEVILLE NRC Center

N92280 SCOTT, TONY
Age: 43
Race: BLK
JRC 02/18/2005
DOB: [redacted]
Sex: M
ID#:

Date: 3 4 05 Time: AM

Transfer Screening (completed by transferring facility)

Allergies: NKDA
Food Handler Approved: 38
Current / Acute Conditions / Problems: ↑ lipids
Chronic Conditions / Problems: HTN CAD
Current Medications (name, dosage, frequency, per duration)
Acute Short-term: Mevacor 40mg (QD) - ECASA 325mg (QD) - Isorbide
Chronic Long-term: PLAVIX 75mg (QD) - Atenolol 25mg (QD) - Vasotec 5mg (QD) - Dinitrate 10mg TID
Chronic Psychotropic:
Current Treatments:
Therapeutic Diets:
Follow-Up Care: FU (CF.D.) MD to follow
Chronic Clinics: HTN Cardiac
Specialty Referrals:
Significant Medical History: Cardiac cath 1/14/05 MI, CVA 04'
Physical Disabilities / Limitations: √ Bunk
Assistive Devices / Prosthetics: ☐ Glasses ☐ Dentures
Mental Health Issues: ☐ [illegible] ☒ Psych Med ☐ [illegible] Substance Abuse: ☐ Alcohol ☐ Drugs
R & C Use Only: ☒ LAB ☐ [illegible] ☐ [illegible] ☐ STDS ☐ MH ☐ Other ☐ Packet Complete

G. Demiras RN — Print Name and Title
Signature
3, 4, 05 — Date

Reception Screening (completed by receiving facility)

Facility: WICC
Date: 3 / 5 / 05
Time: 10:00 ☒ a.m. ☐ p.m.

Subjective:
Current Complaint: HTN Cardiac
Current Medications/Treatments: 1) Plavix 75mg ī daily 2) Atenolol 25mg ī daily 3) Vasotec 5mg daily 4) Mevacor 40mg /daily 5) ECASA 325mg daily 6) Isosorbide Dinitrate 10mg PO tid

Assessment: Intake Screen

Objective:
Physical Appearance/Behavior:
Deformities, Acute/Chronic: √ Bunk
T: 98.2 P: 48 R: 16 BP: 120/50
wt: 180

Plan: Disposition
☒ Health Information Given ☐ Emergency Referral:
☒ Sick Call: Urgent (Routine)
☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☒ Chronic Clinics HTN
☐ Work / Program Limitation ☐ Specialty Referral ☐ Other (specify):
☐ Infirmary Placement:
☐ Other (specify): EKG 3/5/05 (HTN clinic NP 3/11/05 + Eval. √ Bunk) Lipids + UA 3/5/05

D DRENNEN LPN — Printed Name and Title
D Drennen LPN — Signature
3 / 5 / 05 — Date

For adult transition center transfers only:

I understand that medical and dental care are [illegible] while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility [illegible] that can provide my medical, mental health, or dental needs.

☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record [illegible] Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information: Scott Tony ID#: N92280

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 3-5-05 10:00 A | NURSE NOTE Screened and Oriented to WIL | Scheduled labs, NP for Hx Clinic and crol ↓ bunk [illegible] |
| 3/18/05 | 3/8/05 11/15 Sticker # WA [illegible] Scott, Tony N92280 S1E12800632 | |
| 3-10-05 3 PM | NURSE NOTE Rescheduled Called for 2X [illegible] | |
| 3-12-05 2 pm | NURSE NOTE EKG done | [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/200?) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Scott (Last Name) Tony (First Name) MI ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-21-05 | BASELINE HYPERTENSION or CARDIOVASCULAR CLINIC | |
| 1050a | HPI: Diagnosed 2003 - | MI @ Logan 03 |
| | started c chest pain. | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) ∅ | |
| | Risk Factors - smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | |
| | Family History: mother - Triple Bypass 50's father side unknown | |
| | Smoking, caffeine, alcohol Smoking 2 Packs daily | |
| | Meds: past Same | Schedule c |
| | Meds: present Nitro, Plavix, Atenolol, Vasotec, Mevacor, ASA, Isorbide | Optometrist |
| | PE Ht 5'10" Wt 177 1/2# T 93' P 62 R 18 BP-1 104/70 BP-2 108/68 | for fundo exam |
| | HEENT WNL fundo schedule c optometrist | done |
| | | |
| | Resp Lungs CTA | |
| | CVS S1 S2 bruits ⊖ | |
| | GI soft, B.S. +, no masses or organomegaly | |
| | Ext No peripheral edema | R. Mills CNP |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Scott | Terry | | ID#: N92280
Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-22-05 1050a | GU UA WNL 3-8-05 | Treatment Plan |
| | Back WNL | 1) Meds Isorbide 10mg po TID; EC ASA 325mg po daily |
| | Neuro grossly intact | Nitro 0.4mg PRN; Plavix 75mg po daily x 1 month |
| | Skin warm/dry | Atenolol 25mg po daily; Mevacor 40mg po daily; Vasotec 5mg po daily |
| A | Assessment (1) CAD - Inferior Wall MI 2003 (2) Heavy Smoker | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, |
| | | electrolytes (if on diuretics) |
| | Rationale | Additional Studies |
| | SBP - Good less than 140 DBP less than 90 | |
| | SBP - Fair 140 - 160 DBP 90 - 105 | |
| | SBP - Poor greater than & equal to 160 DBP greater than 106 | 3) Diet regular |
| | Diabetics less than 135/85 | 4) Patient Education (diet counseling; risk reduction; |
| | | smoking cessation; exercising) |
| | | Counseled against wt. lifting |
| | | 5) Placement No |
| | | Programs Restriction |
| | | Assignment |

Noted 3/22/05 6:20 pm Oper. J. Edwards RN

R. Miller CMT

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott / Tony / ID#: N92280

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-11-05 | NURSE PRACTITIONER | |
| 12:20 p | Rescheduled 3/22/05 | B Bowles Rn |
| 3/22/05 | NURSE PRACTITIONER | |
| 10:50 Am | HTN Clinic - See Flow Sheet | R Mill CNP |
| 3-23-05 | N. P. note | |
| 9Am | Chart reviewed. Yesterday | Discussed case |
| | @ HTN/cardiac clinic patient | c̄ D. [illegible], |
| | upset over amount of time | H.C.U.A. |
| | locked in cell. Adament | patient may |
| | on wanting to go to CWC. | go to CWC |
| | States he is a barber | to work inside |
| | and wants to work inside | camp. |
| | camp. Has CAD history | |
| | c̄ MI 2003. | R Mill CNP |
| | | Noted 3/23/05 9[illegible] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott | Tony | | ID#: N92280

Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 3/25/05 | Nurse Note | |
| 9 15 Am | According to Clinical | |
| | Services, offender will | |
| | never be eligible for CLW. | |
| | Donna McNeff offender's | |
| | Counselor notified and | |
| | asked to discuss this with | |
| | him | D. Fuqua RN HCUA |
| | | |
| 4-12-05 | OPTOMETRIST | |
| 110p | No show [illegible] | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

## Western Illinois Correctional Center

**Offender Information:**

Last Name: Scott  First Name: Tony  MI:  ID#: N92250

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/19/05 | ~~OPTOMETRIST~~ No show [illegible] | |
| 4/21/05 | OPTOMETRIST | EYE EXAM |
| 11:40AM | (S) FUNDUS EXAM | SEE CHART |
| | REQUESTED BY N.P. MILLS | [signature] OD |
| | [signature] | |
| 6/7/05 | OPTOMETRIST | ck & disp new Rx |
| 8:20am | [signature] | DI [illegible] OD |
| | Nurse Note | (P) Reassurance |
| 6-8-05 | (S) I sent a request for HCA et NP. | Explained aspirin |
| | for Chest pain. I quit taking my meds | are not taken c̄ |
| [initials] | b/c it wasn't working. I have a | 5 Nitro. $2.00 copay |
| | heaviness in my chest. Two times | Appt c̄ R. Mills |
| | I took 5 nitro's s̄ any aspirin | 6-10-05. |
| | et the nurse wouldn't give me nothin' | |
| | She didn't care. Nobody answers my [illegible] | |
| | (O) B/P 130/78 Wt 187½ T96.6 R.18. ∅ distress noted | |
| | (P) S/R Chest pain | B Bowerly |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Scott | Tony | | [illegible] |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-10-05 | NURSE PRACTITIONER | |
| 225p | 96° - 18 - 60 - 130/80 - 79 189# | [illegible] |
| (S) | presents c numerous | (P) |
| | complaints. States | (1) Refill |
| | while on lock down took | nitro [illegible] |
| | 10 Nitro SL over one | (2) Refill ASA |
| | week. Has not been | [illegible] |
| | taking routine meds | (3) RTC next |
| | for 2 months. | week. 6/14/05 |
| (O) | NAD, well-appearing, | (4) patient |
| | Lungs CTA | Education |
| | S, S2 | - Med. |
| | | Compliance |
| | | |
| (A) | HTN | R Miller [illegible] |
| | CAD | |
| | | [illegible] 6/10/05 [illegible] |
| | | [illegible] |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information: Scott (Last Name) Tony (First Name) MI ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/14/05 | NURSE PRACTITIONER | |
| 225p | 97' - 18 - 170/78 - 76 189# | VB |
| | Returns for f.u. c cardio of | (P) |
| (S) | medication. | (1) Refer to |
| | Has taken 4 nitro since | mental Health |
| | Friday. 2 on Saturday and | for c/o ↑ stress. |
| | another a few hours later. | was on prozac yrs ago. |
| | then 1 on Monday. | (2) RTC Thursday 6/16 |
| | Smoking 4 cigarettes daily. | for evaluation by M.D. |
| | working on court case - therefore states he does not | |
| | want to stay in infirmary | (3) Refused offer |
| | Agrees to take medication as ordered. agrees to report | to stay in Infirmary until |
| | any symptoms to H.C.U. - or use of nitro | evaluated by M.D. |
| (O) | NAD, well-appearing, | |
| | Enalapril 5 mg po daily #30 issued 4-23-05 5 left pocket | |
| | atenolol 25 mg po daily #23 issued 4-29-05 14 " " | (4) Patient Ed. |
| | Lovastatin 40mg po q hs #30 issued 5-11-05 4 " " | - medication |
| | Plavix 75 mg po daily 12 " " | compliance |
| | ASA 325 mg daily #30 issued 6-11-05 #25 left | - Smoking |
| | Lungs CTA | cessation |
| | Heart S1S2 Rrr | |

(A) CAD Cardiac Catheterization, 10-04 Severe one vessel coronary disease.

R Miller CNP

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Noted 6/15/05 DCK

00027

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott Tony ID#: N92290

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-16-05 | MD SICK CALL | |
| 11:40Am | WT #189 BP 108/70 T 96 P 68 R 20 | Burnham |
| | S — Coronary disease. A smoker & | |
| | cocaine abuser with history of | EKG |
| | inferior MI. | Continue Nitro |
| | O — An 80% lesion of diagonal, other | Statin |
| | vessels ~50%. ECHO ~51% EF | Atenolol |
| | Normotensive. Mild (R) hemiparesis. | Vasotec |
| | Heart ~ RSR. No (mm). EKG - WNL | ASA |
| | A — CHD | Will discuss medical w/ [illegible] |
| | [signature] | |
| 6-16-05 | Nurse Note | |
| 115p | EKG completed = override | [signature] |
| | MD Note | |
| 6/17/05 | Dr. Funk & I believe that observation | DC Nitro S.L. Restart Isosorbide |
| 1830A | is the right approach. S.L. Nitro may | |
| | be PC'd. Smoking is Taboo. | |
| | [signature] | [signature] 6/17/05 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) ___ (MI) ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/20/05 | CLINIC / Psych. | |
| 215p | Did not arrive for appt - will | |
| | reschedule | [illegible signature] |
| 7-14-05 | NURSE PRACTITIONER | |
| 1030A | HTN Clinic done, see | |
| | flow sheet [illegible signature] | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Scott — Last Name | Tony — First Name | MI | ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-14-05 | HYPERTENSION or CARDIOVASCULAR CLINIC 44 y/o BM | Treatment Plan |
| 10:30 | PE Ht 5'10" Wt 186# T 97' P 68 R 16 BP 110/70 | 1) Meds |
| | HEENT WNL | ASA 162 mg daily; Mevacor 20 mg hs |
| | (-) Carotid bruit | Vasotec 5 mg BID; Atenolol 50 mg BID |
| | Resp Lungs CTA | Isordil 30 mg; 2) Labs - (electrolytes if on diuretic) |
| | CVS EKG 6-16-05 Sinus bradycardia; Heart $S_1 S_2$ RRR | NONE |
| | GI Soft, B.S.+, No masses/organomegaly | |
| | Ext No peripheral edema | |
| | Skin Warm/dry | |
| | Assessment HTN - Good Control | 3) Diet regular |
| | Good - SBP less than 140 DBP less than 90 | 4) Patient Education: i.e., diet counseling; risk reduction; |
| | Fair - SBP 140 - 160 DBP 90 - 105 | smoking cessation; exercising |
| | Poor - SBP greater than or equal to 160 DBP greater than 106 | |
| | Diabetics less than 140/90 | |
| | Smoking 4 cigarettes daily | R. Mill CNP |
| | TOOK last Nitro yesterday | |

TOOK ASA this A.M.

NOT willing to take other meds noted.

Noted 7/14/05

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Health Status Transfer Summary

**Transferring Facility:** WICC Center

**Offender Information:** Last Name: Scott First Name: Tonn MI: ID#: N9228[illegible]

**Date:** 7/19/05 **Time:** 1000 ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKA Food Handler Approved:

Current / Acute Conditions / Problems: [illegible handwriting]

Chronic Conditions / Problems: [illegible handwriting]

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: S/L Nitro discontinued on 6/16/05

Chronic Long-term: [illegible handwriting]

Chronic Psychotropic: —

**Current Treatments:** [illegible handwriting]

**Therapeutic Diets:**

**Follow-Up Care:**

**Chronic Clinics:**

**Specialty Referrals:**

**Significant Medical History:** Past HX of MI x 4 (last in 2005) also CVA last cardiac cath at [illegible] 1/05 — last EKG here 6/16

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:** ☐ Glasses ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: / / ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ☐ Packet Complete

C Muller | C Muller | 7/19/05

Print Name and Title | Signature | Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Date: / / Time: ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint:

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: P: R: B/P: /

**Assessment:**

**Plan: Disposition:**

☐ Health Information Given ☐ Emergency Referral:

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify):

☐ Infirmary Placement:

☐ Other (specify):

Printed Name and Title | Signature | Date / /

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature | Date | Time ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Eff. 9/2002) (Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott | Tony | | ID#: N92280

Last Name | First Name | MI

| Date/Time | Nurse Note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/19/05 | called to RI Housing per C/o | P) ECA 325mg |
| 545pm | I/m c/o chest pain - alert, oriented. | po now (given 1800) |
| | to HCU via w/chair for evaluation | transfer by |
| | S/o "I've had this pain in my | ambulance to |
| | left chest since around 3pm - | Pittsfield or |
| | I need my Nitro & they won't | Culberston ER |
| | order it" Describes the pain | for evaluation |
| | as persistent, not crushing | T.O. Dr. Brown |
| | level 6-7 on a 1-10 scale - | C Muller |
| | Appears in no acute distress - holds | |
| | (L) anterior chest wall as point of pain | |
| | VS B/P 138/76 AP 76 & regular SAO2 99 | |
| | T. 98.3 Skin warm & damp, but | |
| | cell temperature ↑ also - No respiratory | |
| | distress noted - lungs clear bilaterally - | |
| | I/m calm, co-operative | |
| | C Muller | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:** Scott — Tony — ID#: N92280
(Last Name) (First Name) (MI)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-05 | Nurse Note | |
| 9:45pm | Ret from Hosp. Dr Brown | |
| | notified. Will be housed | |
| | in infirmary. To see MD | |
| 4) | in AM et have labs drawn | |
| | Housed in Ward C bed 2 | |
| | B/P 140/70 P 72 R 18 T 97.8 Wt 189 | B Brown RN |
| | | |
| 7/20/05 | Nurse Note | P) Will be |
| 7:15 A | T 95.7 P 64 R 16 BP 132/82 | eval by MD |
| | S) Housed in inf ā ambulance | later today. |
| 4) | transfer to ER last nite | S Moore LPN |
| | 2° chest pain | |
| | O) A+O x3, denies any | |
| | further discomfort, skin | |
| | warm et dry, resp WNL | |
| | A) Pot chest discomfort | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott — Last Name; Tony — First Name; MI; ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/20/05 8am- LS | MD Note Chest pain. In a man with proven C.A.D. (old inferior MI). He is wont to use S.L. Nitro but was restricted to isordil. the pain started anew last PM & he faults the lack of S.L. Nitro the E.D. found EKG unchanged, enzymes normal. He was relieved by NITRO. He smokes. Chest-Clear Heart-RSR. No murmur. CAD | Will have CABG when released. TROPONIN I, CPK MB ) Defer. Return to Cell |
| | J Brown MD | Noted 10:35 am - C Thompson |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Scott | Tony | | ID#: N92280 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/4/05 3P LS | MD NOTE: the meds. I spoke c Dr. Valalla (cardiol) who stated that S.L. Nitro alone is indicated for angina, but not isosorbide. He also believes that clopidogrel is useful for 6-12 months after a procoagulant event, but aspirin alone thereafter is suitable. | |
| | J Brown MD | noted C Thompson RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott — Tony — ID#: N92280

Last Name — First Name — MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-17-05 9AM | Medical Records Note: | |
| | Offender recieved copies of medical records per request. Authorization form and money voucher signed by Offender. | [signature] SHA |
| 8-22-05 11:00 AM | MD SICK CALL WT 185# BP 128/78 T 97.5 P 76 | |
| | S — Concern over cardiac status. He feels that the security & nursing personnel are unprofessional & "playing c (his) life". He relies on NITRO. Smokes. Had stroke; has angina. | Restart plavix. Nitro refill (f/u). Will discuss transfer c Admin. See me 2 w. schd 9/6/05 |
| | | [signature] MD |
| | | Noted 8/22/05 [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information: Scott (Last Name) Tony (First Name) MI ID#: N 92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/23/05 12:30pm | Radiology Note: Mr Brown notified placing is non formulary med requiring non formulary form Chart to Mr Brown | Brannan RT |
| 8/24/05 1000Am | Chart to Mr Brown non formulary request Premarin; requiring length of plaving and history for approval order [illegible] | Brannan RT |
| 8/25/05 845Am | MR requesting documentation and new request for plaving approval as Mr Scott has not taken plavix since X 1 month in March 05 Chart to Mr Brown | Brannan RT |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Last Name: Scott First Name: Tony MI: ID#: N92282

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 8/25/05 | the subject has taken plavix since | |
| 12N | '03 when the MI occurred. | |
| | there is no benefit to restarting | |
| | it at this juncture. | |
| | [signature] MD | rec'd + noted 8/25/05 - 1pm [signature] |
| 9-2-05 9AM | Medical Records Note: | |
| | Offender recieved copy of medical | |
| | records per request. Authorization | |
| | form and money voucher signed by | |
| | Offender. | Frank S MII |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) MI ID#: N93280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/6/05 8:40 | MD SICK CALL | |
| | WT 181 BP 128/28 T 96.4 P 76-16 | |
| | S— Vascular condition & neck pain. He has L cervical pain & tenderness since the stroke 2 years ago. On / Nitro S.L. / ASA, Atenolol, / Vasotec, Mevacor. | wishes to transfer to Dixon. Claims to need CABG. |
| | A smoker. The LUE has an impingement condition with neck positioning. Feels tired & avoids exercise owing to dyspnea. Pulse Ox = 99%. Lungs - Clear Heart - Brady (50) Patellar reflexes hypo. | |
| | Coronary Disease, Chr. | |
| | | [signature] MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 8/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott Tony ID#: N92280

Last Name First Name MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/15/05 | Nurse Note | P) Brought to HCU |
| 1145 | T P62 R24 BP 138/92 PO2 97% | per w/c. Ntg #2 |
| | S) Called to IM commissary | taken SL @ 1153 |
| | for IM c/o chest pain, has | Eval by MD done |
| | taken Ntg x1 s relief | Ntg #3 given @ |
| | O) IM hunched over, rates | 1205pm - BP 114/76 |
| | pain "6" on a 5 scale, mid sternal | @ 12:10pm P60 |
| | c achiness in (lt) shoulder et | R18. Continues |
| | arm all morning. | to rate pain |
| | O) Skin is warm et | "about a 2" states |
| | dry, he reports SOB, | "I can still feel |
| | however c calming words | it" @ 12:13pm |
| | does not appear to have | Report to Dr |
| | resp difficulty. He reports hx | Brown |
| | of "5 heart attacks et a stroke | |
| | Continues to c/o pain rates | |
| | "4" on 5 scale (continued) | S. Moore RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott — Last Name; Tony — First Name; MI; ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/15/05 | Nurse Note (Continued) | |
| 11:55 Am. | He is becoming much | |
| | calmer, talking about | |
| | leaving, lifting involved in | |
| | his job @ I/M Commissary | |
| | states "I didn't ask for a job" | A Moore LPN |
| | MD Note | |
| 9/15/05 | At 11 AM, the chest pain made a | the issue is |
| 2:30 PM | rude comeback and he took a | whether to |
| | few nitro SL. EKG ~ WNL. | transfer or not |
| | On Atenolol, ASA, Mevacor. Heart ~ | He may ask Counsellor |
| | RSR, brady. He quit smoking. | re ~~transfer~~ TRANSFER |
| | A - Coronary disease | |
| | [signature] MD | [signature] 9-15-05 4Pm [signature] |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) MI ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/15/05 12:20pm late entry | Nurse Note Standing at wingdool, states "feels like the pain is coming back" BP 128/70 P56 R20 Rates pain a "4" on a 5 scale | S Moore LPN |
| 9/15/05 1223pm | Nurse Note. Requested Dr return assessment given | S Moore LPN |
| 9/15/05 12:25pm | Nurse Note Pain is going back & now rates a "3" on scale. BP 118/80 P60 | S Moore LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 8/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott Tony ID#: N92280

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/15/05 | Nurse Note | Report given |
| 1230p | I/M now reports | to Dr Brown |
| | he took 3 NTG yesterday | Care turned |
| | which he did not | over to Nurse |
| | report. He now says | Scott |
| | the pains "like a | |
| | real hand pushing on | |
| | my chest" says it | |
| | are like when I had | |
| | my heart attack et | |
| | stroke." | S Moore RN |
| 9/15/05 | Nurse Note | |
| 12 35 p | States "Some ~~relief~~ less relief" | |
| | BP 112/80 P 58 | |
| 12 40 p | Pain a "7" c/o headache | |
| | Visiting c̄ Nurse | |
| 12 45 p | States "Ø pain at this time | S Scott LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Scott | Tony | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/21/05 1pm | — Nurse Note — WI | |
| | S+O: WI c̄ c/o feeling numb + tingling sensation in Ⓛ finger tips + in Ⓛ arm, skin w/d, no resp. distress, T-96.4-76-18-BP 130/90, denies any nausea, I/m states has had this problem since being taken off of the Plavix and Isosorbide, expresses concern about this, gd. ROM to Ⓛ arm, no c/o chest pain voiced. | P: Scheduled for MD to re-evaluate 9/23/05 — Reassurance, Return HCU prn, |
| | A: R/o numb/tingling Ⓛ fingertips — | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott Tony — Last Name / First Name / MI — ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-23-05 | MD SICK CALL | |
| 850 A | WT 188 BP 130/80 T 98 P 60 | On ASA |
| | S — looking for transfer to | Move on |
| | Dixon. It is in the works. He | [illegible] |
| | [illegible] (chest pain). | [illegible] |
| | The neck pain radiculopathy is | I spoke with [illegible] |
| | ongoing. | who has seen his |
| | | communications. |
| | [illegible] | |
| | Cervical [illegible] | |
| | [signature] | |
| | | Noted B Bowen |
| 10/07/05 | Medical Records Note: | |
| 11:30 AM | Inmate received copies of chart | |
| | per request. Signed release forms | |
| | $4.10 voucher. | R. Taylor SA II |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott — Last Name; Tony — First Name; MI; ID#: N02280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/05 1:45 pm | Nurse note | (P) Reassurance — |
| | (S) Walked to HCU + reported off + on chest pain since 12N. I got SOB + weak going to dietary + back. Sl discomfort to post (L) side of neck | EKG done. Refer to MD — [illegible] |
| | (O) Wt 179 BP 116/80 60 16 T96.5 Pulse Ox 92%. Color good. Skin W/D. Ø dyspnea or SOB noted. Ambulating s̄ diff. No acute distress noted | |
| | (A) R/O chest pain | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott    First Name: Tim    MI: N    ID#: N42285

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/05 2pm | MD note | 9226 — (1) Cardiac |
| | Wt 179.4 v5 116/80  60/6 T96⁶ Pulse Ox | |
| | S- the cardiac condition. He is | See CARDIOL. |
| | making charges of poor care. | |
| | We are going to arrange for | ASA 162 |
| | cardiology to update their | N-TRO ~5/d |
| | recommendations. His Engine | Metoprolol 20 |
| | was here during much of the | Atenolol renew |
| | interview — explaining the way | Vasotec 5 x5 |
| | transfers work in IDOC. | |
| | GKO ~ Early repolarization, | |
| | Bradycardia (60) Heart PSR note | |
| | A - CHD | |
| | Ilknur TAP  Noted | |
| | J.Scott, LPN | |
| | 10/26/05 | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Scott | Tony | | N92880 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/5/05 | Nurse Note | (P) Reassurance — |
| 1250am | (S) Rec call from R-1. C/O reported inmate stated has chest discomfort. TO R-1 ē W/C. Found inmate sitting in chair by front door. Inmate told this nurse that he had numbness starting at (L) side of neck radiating all the way down (L) leg ē chest discomfort and it started 2-3 days ago. (O) TO HCU per W/C. Pulse Ox 98%. VS 138/80 82 18 T97². Color gd. Skin W/D. Ø changes in LOC noted. Lung sounds clear. Ambulated to EKG ē diff. No acute distress noted. (A) R/O chest pain / (L) side numbness — | Refused to sign #2 Copay. Signed by Ms Havens RN & myself. EKG done. Results normal. Dr Brown notified by Ms Havens RN. Orders by MD to return to HU. Return per — A Hendyne (?) |
| | | cold (P) Was informed to sign up for sick call when problems occur. Do not wait 2-3 days to report a problem — A Hendyne (?) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

| Offender Information: | | | | IN9Z2S0 |
|---|---|---|---|---|
| Scott | Tony | | ID#: | |
| Last Name | First Name | MI | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-10-05 1:A | LABORATORY DRAW Date 11/10/05 Time 6A Site PAC Sticker # Test Electrolytes Signature WZ412801490 | |
| 11/22/05 10⁵⁵ Am | MD NOTE Here for HTN clinic. See flowsheets. | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott - (Last Name) Tony (First Name) (MI) ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-22-5 | HYPERTENSION or CARDIOVASCULAR CLINIC | Treatment Plan |
| 10 55 Am | PE Ht 5'10" Wt 184# T 95.1 P 72 R 16 BP 122/88 | 1) Meds Nitro |
| | HEENT | Atenolol |
| | | Vasotec |
| | | ASA<br>Statin |
| | Resp Clear | 2) Labs - (electrolytes if on diuretic) |
| | CVS RSR | · WNL |
| | GI ✓ | refused<br>See Psych (weight) |
| | Ext ✓ | |
| | Skin ✓ | |
| | Assessment Coronary disease | 3) Diet Reg |
| | Good - SBP less than 140 DBP less than 90 | 4) Patient Education: i.e., (diet counseling; risk reduction; |
| | Fair - SBP 140 - 160 DBP 90 - 105 | smoking cessation; exercising) Ex |
| | Poor - SBP greater than or equal to 160 DBP greater than 106 | |
| | Diabetics less than 140/90 | |
| | | |
| | | |

[signature] MD

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

rec'd & noted 11/28/05 [signature]

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: Scott First Name: Tony MI: ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-9-05 | Nurse Note | (P) Call to Dr |
| 7^45 pm | Brought to HCU per w/c for c/o chest pain | Brown. May |
| | (S) "It started about 6^30 pm | return to HU |
| | It's a dull pain in my left | Offender states |
| | chest that comes & goes and | "I'm better— |
| | my (L) arm/shoulder was numb | I'm good—I |
| | I've had 3 heart attacks and | can go back |
| | a stroke. The Doc took me | to my cell" |
| | off some of my meds and | |
| | now I'm having pain. | |
| | (O) Wt 184 B/P 120/70 P.76 T96.6 R.18 SpO2 99% | |
| | EKG - Same as previous one done | |
| | 11-5-05 | |
| | (A) Alt in comfort | B Bowerly |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
# Offender Health Status Transfer Summary

**Transferring Facility:** [illegible] Center

**Offender Information:** [illegible] (Last Name) [illegible] (First Name) MI ID#: N[illegible]

Date: [illegible] Time: [illegible] ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: [illegible] Food Handler Approved: ____

Current / Acute Conditions / Problems: [illegible]

Chronic Conditions / Problems: [illegible]

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: [illegible]

Chronic Long-term: [illegible]

Chronic Psychotropic: [illegible]

**Current Treatments:** [illegible]

**Therapeutic Diets:** [illegible]

**Follow-Up Care:** [illegible]

**Chronic Clinics:** [illegible]

**Specialty Referrals:** [illegible]

**Significant Medical History:** [illegible]

**Physical Disabilities / Limitations:** [illegible]

**Assistive Devices / Prosthetics:** [illegible] ☐ Glasses ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___ ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ____ ☐ **Packet Complete**

[illegible] (Print Name and Title) [signature] (Signature) [illegible] (Date)

**Reception Screening** (completed by receiving facility health care staff):

Facility: ____ Date: ___/___/___ Time: ____ ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: ____
Current Medications/Treatment: ____

Assessment: ____

Objective:
Physical Appearance/Behavior: ____
Deformities: Acute/Chronic: ____
T: ____ P: ____ R: ____ B/P: ___/___

Plan: Disposition:
☐ Health Information Given ☐ Emergency Referral: ____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ____
☐ Infirmary Placement: ____
☐ Other (specify): ____

Printed Name and Title ____ Signature ____ Date ___/___/___

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature ____ Date ____ Time ____ ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Last Name: Scott ~~Tony~~ First Name: Tony MI: ____ ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-13-05 3:15 | MD SICK CALL WT ___ BP ___ T ___ P ___ | |
| | Returned from med furlough today Dr Brown wants to see 12/15/5 | [signature] |
| 12/15/05 10:55 am | MD SICK CALL WT 182 BP 138/74 T 96.7 P 78 R 18 | C Thompson |
| | S — Had his consultation with Dr Troy, but more data shall be assembled before a report can be generated. Coth 10/04: LAD has 50% distal; diagonal has diffuse 80%; posterior has 50%. | Should be allowed to work in Barber shop. I will speak to Dr. Troy. DC medically unassigned [illegible] |
| | [signature] MD | Order noted 12-15-05 11:50 am C Thompson R.N. |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott First Name: Tony MI: ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-20-05 | Nurse Note | |
| 10PM | Turned in empty Nitro SL | |
| | bottle. States he takes 2 every | |
| | day because he is not getting | |
| | the meds he wants- Plavix et | |
| | Isosorbide, and until he gets | |
| | his 'proper' meds that he needs | |
| | he will continue to use nitro | |
| | daily. Chart to MD for review | S Bowerly |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

E-FILED
Friday, 26 January, 2007 08:43:27 AM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) MI ID#: N92380

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/06 | [illegible] SICK CALL | |
| 2:00 p | 184½ 110/82 96' P 72 | |
| | Asking for results of cardiac [illegible] | |
| | [illegible], and [illegible] therefore | |
| | to Dixon. I will speak to Dr. | |
| | Troy, who may have a recommendation. | Noted (4 x R) |
| | [signature] | |
| 1/26/06 | RN M.D. note | |
| 1:10 p | T. 96.4 B/P 110/82 P. 78 R 18 Wt 189 | |
| | Has been [illegible] on a daily basis. | |
| | Triggered by [illegible] pain, | |
| | [illegible] [illegible] word | |
| | from Dr. Troy. | |
| | [signature] | Rec'd [illegible] 1-26-06 . 1:50 pm [signature] |
| 2/19/06 | NURSE NOTE | |
| 4:30 A | Ø show for AM NSC after submitting yellow request slip. | G. [illegible] LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Scott | tony | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/04/06 | CLINIC PSYCH | |
| 0905 | S/O: Request [illegible] of [illegible] | P: See [illegible] |
| | [illegible] depression - my [illegible] | [illegible] J.B. Stiles Psychologist |
| | The [illegible] 3 [illegible] & a stroke. I was | |
| | in therapy & medication prior to be coming | |
| | here. I'm locked up for a crime I | |
| | didn't commit. I'm really stressed. | |
| | I see [illegible] & [illegible] & [illegible] to | |
| | [illegible]. I feel like I'm [illegible] depression. | |
| | I feel sometimes like I'd like to go to seg & | |
| | go on a hunger strike & just stay there. | |
| | They won't give me a job. I feel like everything | |
| | & everybody is against me. Doesn't want | |
| | anti-depressant medication | |
| | A: Depression / Physical (Heart) Problems Doesn't | |
| | want psych meds. | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott — Tony — ID#: N92280

Last Name — First Name — MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/5/06 | NURSE NOTE | |
| 1:30 pm | EKG done 12/05 | B. [illegible] RN |
| 3/9/06 | LABORATORY DRAW<br>Date 3/9/06 Time 5:30 A<br>Site [illegible]<br>Test CBC, Chem 8, Lipid<br>Signature [illegible] | |
| 3/13/06 | MD NOTE | |
| 11:00 am | [illegible] HTN Clinic – see flow sheet | [illegible] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Scott — Last Name; Tony — First Name; MI; ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/13/06 | ~~BASELINE~~ Annual HYPERTENSION or CARDIOVASCULAR CLINIC | |
| 11:15 am | HPI: MI & ? stroke, 2003. Left hemiparesis. | |
| | [illegible] ~1.4 | |
| | PH: PVD (claudication; foot ulcers; pallor; paresthesias; cyanosis) 0 | |
| | Risk Factors - smoking; sedentary life style; lipid disorder; obesity; high Na chol/fat diet | See Optometry referral to [illegible] |
| | Family History: + | Renew existing meds. ✓ |
| | Smoking, caffeine, alcohol 0 | Insoles, arch-support [illegible] Size 10. ordered [illegible] |
| | Meds: past | |
| | Meds: present Statin, β blocker, Nitro, ACE, ASA | |
| | PE Ht 5'10" Wt 187½ T 98° P 78 R 18 BP-1 130/80 ~~BP-2~~ [illegible] | |
| | HEENT Good dental. fundo N [illegible] optometrics | |
| | | |
| | Resp Clear | |
| | CVS RSR bruits 0 | |
| | GI ✓ | |
| | Ext Pes planus & hallux valgus | |

[signature] [illegible]

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

[illegible] noted 3/13/06 [illegible] [signature]

00058

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Scott (Last Name) Tony (First Name) (MI) ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/13/06 | GU ✓ | Treatment Plan |
| 11 A | Back ✓ | 1) Meds ordered |
| | Neuro L hemiparesis | |
| | Skin Calluses, bunions. | |
| | Assessment Coronary disease | 2) Labs - EKG, CBC, Chem 7, Lpid Panel, UA, |
| | | electrolytes (if on diuretics) WNL |
| | Rationale | Additional Studies |
| | SBP - Good less than 140 DBP less than 90 | |
| | SBP - Fair 140 - 160 DBP 90 - 105 | |
| | SBP - Poor greater than/equal to 160 DBP greater than 106 | 3) Diet Lose 25 LB ! |
| | Diabetics less than 135/85 | 4) Patient Education (diet counseling; risk reduction; |
| | | smoking cessation; exercising) Ex |
| | | |
| | | 5) Placement |
| | | Programs No restrictions |
| | | Assignment |

[signature] MD

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

reinstated 3/13/06 [illegible] [signature]

00059

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott (Last Name) Tony (First Name) MI ID#: N/92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-16-06 | NURSE NOTE | |
| 11 A | Arch Supports issued | S Scott LPN |
| 3-16-06 10 AM | Medical Records Note: | |
| | offender recieved copies of medical records per request. Authorization form and money voucher for $4.55 signed by offender at this time | [signature] |
| 3/18/06 | OPTOMETRIST | Eye Exam See Chart |
| 8:35 AM | | DJ Anderson OD |
| 4/7/06 | Nurse Note | |
| @ 9:17 | HSR Completed for medical furlough | [signature] |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Health Status Transfer Summary**

N92280

Transferring Facility: WCC Center

Date: 4/7/06 Time: 9 ☑ a.m. ☐ p.m.

Offender Information: Scott (Last Name) Tony (First Name) MI ID#: N92280

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA

Food Handler Approved: Yes

Current / Acute Conditions / Problems: HTN

Chronic Conditions / Problems: HTN

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: [illegible]

Chronic Long-term: [illegible]

Chronic Psychotropic: Ø

**Current Treatments:** Ø

**Therapeutic Diets:** Ø

**Follow-Up Care:** Nuclear Stress test

**Chronic Clinics:** HTN

**Specialty Referrals:** Prairie Heart [illegible]

**Significant Medical History:** HTN - hx MI - CAD - (2) [illegible] - [illegible] - Cardiac Cath [illegible]

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø ☑ Glasses ☑ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: / / ☐ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☑ Alcohol ☑ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ☐ **Packet Complete**

[signature] Print Name and Title — [signature] Signature — 4/7/06 Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Date: / / Time: ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint:

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: P: R: B/P: /

**Assessment:**

**Plan: Disposition:**

☐ Health Information Given ☐ Emergency Referral:

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify):

☐ Infirmary Placement:

☐ HIV Test & Counseling Offered (only transfers from R&C)

☐ Other (specify):

Printed Name and Title — Signature — Date / /

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature — Date — Time ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2006) (Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott Tony ID#: 093280

Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/11/6 | NURSE NOTE | |
| 6:30A | Placed in Ward B bed 1. May not have coffee cola or any caffeine or chocolate or ASA aspirin products. Ø Lopressor 4-12-06 or 4-13-06 in AM. Restriction for 24° prior to procedure. | B Bowers Rn |
| 4.12.6 | Nurse Note | |
| 7:30A | Awaiting Med Furlough. Instructed Ø caffein/chocolate after 9 AM | Bowers |
| 4-13-06 | Nurse Note | |
| 7:30AM | Out on med furlough | K Keller |
| 4/13/06 | Nurse | |
| 4:05P | Ret'd from Med furlough | S Scott Lpn |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott (Last Name) Tony (First Name) (MI) ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/14/06 7:30 pm | Nurse note: s/o) Sitting in bed, "I'm ready to get out of here." No complaints. a) post stress test | P) Awaiting housing. — B. Carter LPN |
| 4/14/06 8:45 pm | Nurse note: Placement notified (c/o Knisely) for need of housing. | B. Carter LPN |
| 4/14/06 1:15 pm | Nurse note: To commissary per security | B. Carter LPN |
| 4/14/06 6:00 pm | Nurse note: Moved to 3D50. | B. Carter LPN |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 6/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Last Name: Scott First Name: Tony MI: ID#: N92380

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/18/06 | MD SICK CALL | |
| 2:15 p | WT 188 BP 112/76 T 97.6 P 74 R 20 | [illegible] |
| | the stress test occurred 4/13 | Await report. |
| | but report lags. | [illegible] |
| | [signature] MD | [illegible] |
| | | |
| 6-23-06 | nurse note: | |
| 10:05 AM | HSSR completed for [illegible] | [illegible] |
| | MD NOTE | |
| 6/24/06 | I will push the ACE and check | Vasotec → 20 & 20 |
| 11:00 am | creatinine before the stress | creatinine on 6/30 |
| | test. | |
| | [signature] noted 6/28/06 @ 3:30 pm [signature] | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Health Status Transfer Summary

Transferring Facility: LOIL Center

Offender Information: Scott [illegible] N92280
Last Name First Name MI ID#:

Date: 6/23/06 Time: 1005 ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA Food Handler Approved: Yes

Current / Acute Conditions / Problems:

Chronic Conditions / Problems:

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: [illegible]

Chronic Long-term: [illegible]

Chronic Psychotropic:

**Current Treatments:** Ø

**Therapeutic Diets:** Reg

**Follow-Up Care:** [illegible]

**Chronic Clinics:** HTN

**Specialty Referrals:** Cardiac

**Significant Medical History:** [illegible]

**Physical Disabilities / Limitations:** [illegible]

**Assistive Devices / Prosthetics:** Ø ☐ Glasses ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: / / ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other ☐ Packet Complete

[illegible] [illegible] 6/23/06
Print Name and Title Signature Date

**Reception Screening** (completed by receiving facility health care staff): ☐ a.m. ☐ p.m.

Facility: Date: / / Time:

**Subjective:**

Current Complaint:

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: P: R: B/P: /

**Assessment:**

**Plan:** Disposition:

☐ Health Information Given ☐ Emergency Referral:

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify):

☐ Infirmary Placement:

☐ HIV Test & Counseling Offered (only transfers from R&C)

☐ Other (specify):

Printed Name and Title Signature Date / /

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature Date Time ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2006) (Replaces DC 873)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) MI ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Mandatory PPD<br>Date/Time Given: 6/28/06 11A<br>Site: LFA Lot: C2078AA<br>Exp: 4/1/07 Manufacturer: APn<br>Signed: [illegible]<br>Date/Time Read: 7-1-06 1Pm<br>Results: 0 m m<br>Signed: [illegible] | |
| | Clinic/ | |
| | FOOD HANDLER ✓<br>APPROVED YES___ NO___ | |
| 7/13/06 10:20A | MD NOTE<br>HTN Clinic done, see flow sheet. | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 5/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Scott (Last Name) Tony (First Name) MI ID#: N93280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/13/06 | HYPERTENSION or CARDIOVASCULAR CLINIC | Treatment Plan |
| 10:20 | PE Ht 5'10" Wt 189# T 96.9 P 76 R 16 BP 124/92 | 1) Meds Did not take ACE |
| | HEENT Good ~~teeth~~, Glasses | Refusing all meds, vacillating. |
| | | |
| | Resp Clear | 2) Labs - (electrolytes if on diuretic) |
| | CVS RSR No M | Vasotec 20+20 Lopressor 50+50 |
| | GI ✓ | STATIN ASA |
| | Ext L hemiparesis? No atrophy. | NITRO |
| | Skin | |
| | Assessment C.H.D. | 3) Diet Lose 20 LB ! |
| | Good - SBP less than 140 DBP less than 90 | 4) Patient Education: i.e., (diet counseling; risk reduction; |
| | Fair - SBP 140 - 160 DBP 90 - 105 | smoking cessation; exercising) EX |
| | Poor - SBP greater than or equal to 160 DBP greater than 106 | |
| | Diabetics less than 140/90 | Creatinine on July 31 |
| | | Low Bunk x 3 mo HIGH TIER ✓ |
| | | |

7/13/06 [signature] LPN

Noted 7/13/06 [signature]

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott (Last Name) Tony (First Name) MI ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/13/06 | MD NOTE: | |
| 7/14/06 3pm | May be allowed to transfer to Menard ASAP, and continue cardiac follow up there. [signature] | noted [signature] |
| 7/19/06 300P | MD Note DC the cardiac testing in view of his upcoming departure. [signature] | Cancel the medical hold. noted [initials] |
| 7/31/06 | LABORATORY DRAW Date 7/31/06 Time 9A Site (R) AC Stick # Test Creatinine [initials] AE10.2724 Signature | |
| 8/1/06 2pm | MD NOTE: He is using Nitro at a high rate (3/day). I doubt that he has angina of that persistence. C.M.D. [signature] | Nitro refill. Noted 8-1-06 [initials] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

3:06-cv-03144-HAB-CHE # 39-3 Page 15 of 54

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:

Scott (Last Name), Tony (First Name), MI, ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-4-06 915A | Medical Records Note: Offender recieved copy of medical records from Prairie Cardio. and MAR's per request. Authorization form and money voucher for $2.85 (21 pages) signed at this time — Frank [signature] | |
| 8-8-06 100P | MD Note: I spoke c his mother who called in. I said he is approved to transfer so we are not pushing to do further cardiac testing. I said his use of Nitro was probably not a true reflection of cardiac disease. [signature] | [initials] 8/8/06 [signature] |

DOC 0084 (Eff. [illegible]/2002) (Replaces DC 7147)

Distribution: Offender's Medical Record

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Scott | Tony | | ID#: N92280
Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/11/06 12:00 pm | MD NOTE: the proposed testing (echo-stress) has been put on hold because the subject insists on taking excessive quantities of Vitamin. this becomes a compliance issue. He also refuses to accept my opinion that he did not have strokes. He has, in effect, been "calling the shots". [signature] MD | Noted 8-11-06 [signature] |
| 8/15/06 1:40 p | CLINIC / [illegible] See mental health notes | [signature] MHP |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information: Scott, Tony ID#: N92282
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-15-06 2pm | Medical Records Note: | |
| | offender recieved copies of progress notes 7-13-06 to 8-15-06 per getting my attention in the lobby. Authorization form and money voucher for $.75 signed at this time | [signature] |
| 8-18-06 | Nurse Note: | |
| 1030a | Interviewed offender re cardiac conditions and pending transfer. | |
| | per D. Fuqua | [signature] RN DON |
| late 1040a entry | will call him back 8-21-06 | |
| | | [signature] RN DON |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Scott | Tony | | N92280 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-21-06 | Nurse Note | |
| 9:00am | offender in H.C.U. for interview c̄ D.O.N. I reviewed documentation he brought regarding court transcript specific to a doctor's testimony about coronary angioplasty and an attorney's letter regarding a non-medical transfer from Western to Logan. I advised offender Scott that his transfer was non-medical and would be completed as bed space becomes available. Offender Scott told me he continues to smoke in spite of known health risks because of the "stress". I instructed offender Scott to number one quit smoking as soon as possible to improve circulation to coronary vessels. Number two work | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Scott | Tony | | ID#: N92280 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-21-06 (cont.) 9am | Nurse Note | |

with Dr Brown's treatment and expertise while at Western. Offender Scott stated if health care professionals D. Fuqua HCUA and Dr. Brown Medical director could not expedite his transfer he may call a hunger strike. I advised offender Scott against that Course of Action because of the health risks to himself. He needs to wait for his transfer to be completed as usual protocol. Offender Scott also informed me he was not in HCU on 7-31-06 for blood draw. I check completed call passes by Inmate computer record and it was noted that he was in HCU on that date with call pass completed. I sent litature to offender Scott regarding stress management and quitting smoking

[signature] RN DON

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

Scott (Last Name) Tony (First Name) ___ (MI) ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 9-14-06 12:13 p.m. | Nurse Note<br>Per clinical services, offender was approved for transfer to Logan on 8-24-06. Currently waiting for bed space. | D. Fuqua RN HCUA |
| 9/27/06 1230p | Seen as urgent (MONode) today because the "heavy" precordial pain was largely unresponsive to Nitro (his only current med). He had no diaphoresis or syncope. EKG is WNL. $O_2$ = 97%. He mentions left sided weakness, and that he should be transferring to Logan soon, & that he "beat his case" and will leave prison in 2 months. The exam is otherwise unremarkable. He declines the | He is interested in resuming the lopressor, Mevacor, ASA, & Vasotec. |

(cont)

[signature]

Illinois Department of Corrections
Offender Outpatient Progress Notes

Western Illinois Correctional Center

Offender Information:
Scott, Tony — ID#: N92280
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| (cont) | infirmary and feels capable of walking. | He declines further |
| 9/27/06 | Mr. Young said that we are | testing as proposed by |
| 1230p | awaiting bed-space at Logan. | Dr. Troy, saying that |
| | Coronary Heart Disease. | the Medics in Chicago |
| | | promised to bypass |
| | | his coronaries. |
| | | Noted [illegible] 9-27-06 |
| | [signature] | |
| 9/27/06 | Nurse Note | P) Brought to |
| 1:15pm | T 96.2 P88 R20 BP 134/96 PO 95-97% | HCU per W/C |
| | S) Called to R2 urgently c̄ | EKG done. |
| | W/C. I/M c/o severe C/P | Evaluation by |
| | ⊖ relieved c̄ Ntg X2. | Dr. Brown (see |
| | O) I/M found folded over | above) Offered |
| | cradling chest, sitting | to place in |
| | on chair (continued) | (continued) S Moore |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information: Scott (Last Name) Tony (First Name) MI ID#: N 422 ?

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/06 | Nurse Note (Continued) | (Continued) |
| 115 pm | Skin warm et dry, ⊖ | Infirmary over |
| | facial grimmacing. Lungs | night by Dr |
| | Clear bilat A+P. States | Brown, but |
| | pain "5" on a "5" scale | IM refused. |
| | "feels like someone is | He will re-start |
| | standing on my chest" | meds. [illegible signature] |
| | Resps were WNL until he | |
| | arrived in HCU then he | |
| | began forceful hyperventilation | |
| | which stopped when he was | |
| | distracted. States took ⓘ Ntg | |
| | ~ 1 hour ago et laid | |
| | down, then 2 more, 5 min | |
| | apart, just before calling | |
| | for help. ⊘ relief. He | |
| | admits he has (continued) | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information: Scott, Tony ID#: N92280

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/06 | Nurse Note (continued) | |
| 115 pm | He stopped taking Vasotec, | |
| | Meravor Lopressor, & ASA 2 mo | |
| | ago, of his own accord & has | |
| | been averaging 4-5 ntg per | |
| | day since. According to | |
| | MAR has been issued 75 | |
| | Ntg since 9/2 & another 25 | |
| | on 8/24/06. He has approx | |
| | ½ bottle left. States he | |
| | is "holding out for a | |
| | transfer". However he | |
| | decided to restart meds & | |
| | turned in empties c̄ labels | |
| | not pulled last mo. He had 30 | |
| | day supplies all issued 7/31/06. | |
| | A) S/R Chest discomfort & non compliance c̄ cardiac meds | S Moore LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

3:06-cv-03144-HAB-CHE # 39-3 Page 24 of 54

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Scott First Name: Tony MI: ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-4-06 915AM | Medical Records Note: | |
| | Offender recieved copies of progress notes 8-4-06 to 9-27-06 per request (5 pages) Authorization form and money voucher for $1.00 signed at this time — Mark SRC | |
| 10-11-06 2:15 P.M. | Nurse Note | |
| | Seen on call line to discuss problems. Offender states Dr. Brown discontinued his plavix, [illegible], and told him to take more Nitro. Offender states he needs bypass surgery. Offender wants a medical transfer to Logan expedited. Offender requesting a meeting c Dr. Brown & myself — D. [illegible] RN | P) Scheduled to see Dr. Shute on 10-16-06 for a 2nd opinion of medication issues. |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:
Scott, Tony — Last Name / First Name / MI — ID#: N92280

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-18-06<br>10:05 AM | 187 122/90 95' 82 R 16 | Change — ↓ ASA dose to 81 mg daily |
| | S) Here to discuss meds | |
| | H/O CAD, MI x 3, CVA | ↑ Mevacor (MEVACOR) to 40 mg @ HS, PM |
| | meds ~~recently~~ d/c'd 2005: ~~[illegible]~~ Plavix, Zocor, and isosorbide ~~[illegible]~~. | — Smoking Cessation?? pt ~~states~~ he already stopping smoking in 2006. |
| | Still c/o occ angina that responds to NTG. | Noted 10-18-06 |
| | Had recent bleeding probs on both ends about 3 wks ago; Has ↓ since then. ~~Still smoking.~~ | |
| | O)- ↑ DBP | |
| | Heart- reg S1S2 Ø m | |
| | lungs - clear. | |
| | labs 3-10-06 T. chol 183 ↑ LDL 115 | Noted [illegible] 10-18-06 [illegible] |

A/- H/O CAD, Hyperlipidemia [signature]

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| SCOTT | TONY | | N92280 |

| Date/Time | Subjective, Objective, **Assessment** | Plans |
|---|---|---|
| 10/18/06 | MD NOTE addendum – | Consider change |
| 13:50 | Also c/o gen. itchy skin | to soap that |
| | on legs. | contains moisturizer, |
| | Says items from | or is less |
| | Commissary don't work. | drying. |
| | Requests A+D oint. | |
| | Excessively pushy and | Noted [illegible] 10/18/06 |
| | demanding for this item. | |
| | | Shute MD noted 2:00pm 10-18-06 [illegible] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: 7-19-05

TO: Record Office

FROM: Health Care Unit

SUBJECT: Emergency Medical Furlough

Resident Name: Scott, Tony Number N92280
S.S. # [redacted] Birthdate [redacted]
Scheduled on 7-19-05 at ______ am/pm to see
Doctor ERP at Culbertson Memorial
Rushville, IL

Telephone 217-322-4321

TYPE OF FURLOUGH:
Same Day Return ____
Admission ____
Estimated Length of Stay ____
Emergency X

REASON FOR FURLOUGH:
Specialist Consult ____
EEG ____
Dental ____
Return Appointment ____
Post-Op Check ____
Surgery ____
Other ____ ____

MEDICAL ALERT:
Epileptic ____
Diabetic ____
Hypertensive ✓
Cardiac ✓
Allergy ____
Asthmatic ____
Other ____

MEDICATION NEEDED DURING FURLOUGH: ____

INFORMATION TO ACCOMPANY:
Consultation X
Health Status Summary X
Transfer Sheet ____
X-ray Films ____
Laboratory Tests ____
Other ____

PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:
Security to bring information packet and inmate to HCU upon return to WIL.

C Thompson
Charge Nurse, Health Care Unit

cc: HCUA
Medical Director
DON
Medical Record
Information Packet
7-3 Shift Commander

Health Professionals, LTD

# REFERRAL REQUEST FORM

**Site: Western IL CC**

**PRE-AUTHORIZATION FORM--VALID FOR 60 DAYS**

DATE

Inmate Name: Scott Tony

Gender: MALE

Inmate I.D.#: N 92280

DOB: [redacted]

Social Security Number: [redacted]

Fax 217-773-2273

Phone 217 773-4441

Contract Manager

☐ Out-of-County (Name of County)
☐ Federal
☐ INS/ICE
☐ US Marshall
☒ State Inmate

**Service Requested:**

Date Service Requested: 7-19-05

Referring Physician: L. Brown

Referring Physician's Signature:

**For Utilization Management Use Only**

ICD-9

CPT

Est. Cost

**Admit:**
**ER:**
**Eval & Treatment**
**DX Test/ Radiology**
**Surgical Procedure**
**PT / Rehab**
**Mental Health**

☒ **Hospital Name:** CULBERSTON HOSPITAL
☐ **Address:** RUSHVILLE, IL 62681
☐ **Phone Number:** 217-322-4321
☐ **Name of Test:**
☐ **Name of Procedure:**
☐ **Frequency:**
☐ **Explanation:**

**Procedure Date:**

Reason For Request: HIV: ☐ YES ☐ NO HEP C: ☐ YES ☐ NO

Diagnosis: PAST Hx OF MI + CVA - I/m states 2003 - last cardiac cath 1/14/05

History: (L) ANT. WALL CHEST PAIN at 6-7 level per I/m off + on since 3 pm today

Recent labs/radiology:
(please attach information relevant to request)

Corporate Utilization Review:

☐ Approved For:

Corporate Medical Director Authorization #:

DATE

☐ Not Approved at This Time

☐ Approved after Additional Data

**Instructions/Agreements: ONLY VALID FOR THE SERVICE APPROVED ABOVE. ONLY VALID WITH HPL ASSIGNED AUTHORIZATION NUMBER. HPL SHOULD BE CONTACTED IF ANY OTHER SERVICES ARE REQUESTED. ONLY VALID FOR AUTHORIZED SERVICES. ACCEPTANCE CONSTITUTES A CONTRACT WITH HPL; YOU AGREE TO ACCEPT HPL'S PAYMENT AS PAYMENT IN FULL AND NOT BILL THE PATIENT UNLESS THE PATIENT IS NO LONGER THE RESPONSIBILITY OF THE STATE/COUNTY. THIS REFERRAL IS NOT AUTHORIZED FOR NON-COVERED BENEFITS. REFERRAL FOR SERVICES ALREADY RENDERED WILL NOT BE ACCEPTED. THIS REFERRAL IS VALID FOR 60 DAYS UNLESS DIRECTED OTHERWISE. CLAIMS SHALL BE SUBMITTED WITHIN 90 DAYS FROM THE DATE OF SERVICE TO 9000 N. LINDBERGH DR. PEORIA, ILLINOIS 61615 OR PAYMENT WILL BE DENIED. THE HPL AUTHORIZATION NUMBER MUST BE PROVIDED WITH ALL SUBMITTED CLAIMS/INVOICES.

1-309-272-1616.

HPL Health Professionals, LTD

**REFERRAL REQUEST FORM**

Site: Western IL CC

**PRE-AUTHORIZATION FORM--VALID FOR 60 DAYS**

DATE

Inmate Name: Scott Tonly

Gender: MALE

Inmate I.D.#: N 92280

DOB:

Social Security Number:

Fax 217-773-2273

Phone 217 773-4441

Contract Manager

☐ Out-of-County (Name of County)
☐ Federal
☐ INS/ICE
☐ US Marshal
☒ State Inmate

**Service Requested:**

Date Service Requested: 7-19-05

Referring Physician: L. Brown

Referring Physician's Signature:

For Utilization Management Use Only

ICD-9

CPT

Est. Cost

**Admit:**

**ER:**

**Eval & Treatment**

**DX Test/ Radiology**

**Surgical Procedure**

**PT / Rehab**

**Mental Health**

☒ Hospital Name: Culberstun Hospital

☐ Address: Rushville, Il 62681

☐ Phone Number: 217-322-4321

☐ Name of Test:

☐ Name of Procedure:

Procedure Date:

☐ Frequency:

☐ Explanation:

Reason For Request: HIV: ☐ YES ☐ NO HEP C: ☐ YES ☐ NO

Diagnosis: Past Hx of MI + CVA - I/m states 2003 - last cardiac cath 1/14/05

History: (+) ANT. WALL CHEST PAIN at 6-7 level per I/m off + on since 3 pm today

Recent labs/radiology:
(please attach information relevant to request)

Corporate Utilization Review:

☒ Approved For:

Dr. [signature]

Corporate Medical Director Authorization #: AAF 72105 N 92280

DATE

☐ Not Approved at This Time

☐ Approved after Additional Data

7dH

*Instructions/Agreements: ONLY VALID FOR THE SERVICE APPROVED ABOVE. ONLY VALID WITH HPL ASSIGNED AUTHORIZATION NUMBER. HPL SHOULD BE CONTACTED IF ANY OTHER SERVICES ARE REQUESTED. ONLY VALID FOR AUTHORIZED SERVICES. ACCEPTANCE CONSTITUTES A CONTRACT WITH HPL; YOU AGREE TO ACCEPT HPL'S PAYMENT AS PAYMENT IN FULL AND NOT BILL THE PATIENT UNLESS THE PATIENT IS NO LONGER THE RESPONSIBILITY OF THE STATE/COUNTY. THIS REFERRAL IS NOT AUTHORIZED FOR NON-COVERED BENEFITS. REFERRAL FOR SERVICES ALREADY RENDERED WILL NOT BE ACCEPTED. THIS REFERRAL IS VALID FOR 60 DAYS UNLESS DIRECTED OTHERWISE. CLAIMS SHALL BE SUBMITTED WITHIN 90 DAYS FROM THE DATE OF SERVICE TO 6600 N. LINDBERGH DR. PEORIA, ILLINOIS 61615 OR PAYMENT WILL BE DENIED. THE HPL AUTHORIZATION NUMBER MUST BE PROVIDED WITH ALL SUBMITTED CLAIMS/INVOICES.

Faxed 1-309-272-1616 7-19-05 [illegible]

Professionals, LTD

# REFERRAL REQUEST FORM

PRE-AUTHORIZATION FORM--VALID FOR ___ DAYS

DATE 10/26/05

Site: Western IL

Inmate Name: SCOTT, TONY

Gender: M

Inmate I.D.#: N 92280

DOB: [redacted]

Social Security Number: [redacted]

Fax 217-773-2365

Phone 217 773-4441

Contract Manager

☐ Out-of-County (Name of County)
☐ Federal
☐ INS/ICE
☐ US Marshall
☒ State Inmate

For Utilization Management Use Only

Service Requested: CARDIOLOGY

Date Service Requested:

Referring Physician: Lowell BROWN MD

Referring Physician's Signature: Lowell J. Brown MD

ICD-9

CPT

Est. Cost

Admit:
ER:
Eval & Treatment
DX Test/ Radiology
Surgical Procedure
PT / Rehab
Mental Health

☐ Hospital Name:
☐ Address:
☐ Phone Number:
☐ Name of Test:
☐ Name of Procedure:
☐ Frequency:
☐ Explanation:

Procedure Date:

Reason For Request: HIV: ☐ YES ☒ NO HEP C: ☐ YES ☒ NO

Diagnosis: Coronary Heart Dis.

History: Cardiac Cath 2003: 80% (1), 40% (2). E.F = 51% Inmate loudly demanding transfer to Dixon. He takes NITRO SL, Vasotec, Metoprolol, ASA, Mevacor. A SMOKER.

Recent labs/radiology:
(please attach information relevant to request)

Corporate Utilization Review:
☒ Approved For:

Dr [signature]

Corporate Medical Director Authorization #: AAF 103105 N 92280

DATE

☐ Not Approved at This Time

☐ Approved after Additional Data

Instructions/Agreements: ONLY VALID FOR THE SERVICE APPROVED ABOVE. ONLY VALID WITH HPL ASSIGNED AUTHORIZATION NUMBER. HPL SHOULD BE CONTACTED IF ANY OTHER SERVICES ARE REQUESTED. ONLY VALID FOR AUTHORIZED SERVICES. ACCEPTANCE CONSTITUTES A CONTRACT WITH HPL; YOU AGREE TO ACCEPT HPL'S PAYMENT AS PAYMENT IN FULL AND NOT BILL THE PATIENT UNLESS THE PATIENT IS NO LONGER THE RESPONSIBILITY OF THE STATE/COUNTY. THIS REFERRAL IS NOT AUTHORIZED FOR NON-COVERED BENEFITS. REFERRAL FOR SERVICES ALREADY RENDERED WILL NOT BE ACCEPTED. THIS REFERRAL IS VALID FOR 30 DAYS UNLESS DIRECTED OTHERWISE. CLAIMS SHALL BE SUBMITTED WITHIN 90 DAYS FROM THE DATE OF SERVICE TO 9000 N. LINDBERGH DR. PEORIA, ILLINOIS 61615 OR PAYMENT WILL BE DENIED. THE HPL AUTHORIZATION NUMBER MUST BE PROVIDED WITH ALL SUBMITTED CLAIMS/INVOICES.

WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: December 9, 2005

TO: Record Office

FROM: Health Care Unit

SUBJECT: Medical Furlough

Resident Name: Scott, Tony
Number: N92280
Birthdate: [redacted]
S.S.#

Scheduled for:
Tuesday, December 13, 2005 at 9:30 AM
Illini Community Hospital
Out-patient Clinic, 1st Floor
640 W. Washington
Pittsfield, Illinois
217-285-2113

TYPE OF FURLOUGH:

| | |
|---|---|
| Same Day Return | X |
| Admission | |
| Estimated Length of Stay | |
| Emergency | |

REASON FOR FURLOUGH:

| | |
|---|---|
| Specialist Consult | X |
| EEG | |
| Dental | |
| Return Appointment | |
| Post-Op Check | |
| Surgery | |
| Other______ | |

MEDICAL ALERT:

| | |
|---|---|
| Epileptic | |
| Diabetic | |
| Hypertensive | |
| Cardiac | |
| Allergy | |
| Asthmatic | |
| Other | |

MEDICATION NEEDED DURING FURLOUGH:______

INFORMATION TO ACCOMPANY:

| | |
|---|---|
| Consultation | X |
| Health Status Summary | X |
| Transfer Sheet | X |
| X-ray Films | |
| Laboratory Tests | |
| Other______ | |

PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:
**Security to bring information packet and inmate to HCU upon return to WIL.**

D. Fuqua RN HCUA
Health Care Unit Administrator

cc: HCUA
Medical Director
DON
Medical Record
Information Packet
7-3 Shift Commander

**Prairie**
**CARDIOVASCULAR CONSULTANTS, LTD.**

P.O. Box 19420 Springfield, IL 62794-9420 Phone 217-788-0706 Fax 217-525-2535

Frank L. Mikell, M.D.
*President*

**Springfield** – (217) 788-0706
Prairie Heart Institute
at St. John's Hospital
Memorial Medical Center

H Weston Moses, M D
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P Moulton, M D
Gregory J. Mishkel, M.D.
Charles L Lucore, M D
Richard M Holloway, M D
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H Jennison, M D
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V Aguirre, M D
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A Goldstein, M D
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M D
Raghu Kolluri, M.D.
Gabor F Matos, M D

**Decatur** – (217) 422-6100
Prairie Heart Institute
at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J Caceres, M D
Vijay P. Roy, M.D.
Viren R. Vankawala, M.D.

**Effingham** – (217) 347-1772
St. Anthony's Memorial

**Pontiac** – (815) 842-3433
Ephraim W. Batambuze, M.D.

**Carbondale** - (618) 529-4455
Prairie Heart Institute
at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

March 15, 2006

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL 62353

MAR 24 2006

**RE: Tony Scott**
**DOB:** [redacted]

Dear Lowell:

We finally received some data on Mr. Scott; the other name by which he is known is Anthony Johnson.

On June 19, 2003 cardiac catheterization at Decatur Memorial Hospital findings were as follows: A diagonal branch of the left anterior descending coronary artery was completely occluded and a hazy lesion was said to be present in the LAD, prior to the second diagonal artery, with a distal stenosis of approximately 80% just prior to the apex of the left anterior descending coronary artery. Left ventricular angiography revealed what was described as two discreet wall motion abnormalities, one in the mid inferior wall and the other on the lateral wall. Medical therapy was suggested.

During this time an adenosine myocardial perfusion study revealed two areas of scarring of the inferior and posterolateral walls, with no definite area of ischemia. The left ventricular ejection fraction was 51%.

On September 30, 2004 he underwent left heart catheterization at Cook County Hospital; this showed the following: The left main coronary artery was normal. The left anterior descending coronary artery showed 40% stenosis in its mid course, a distal stenosis of 50%, and a narrowing in the first diagonal branch of 80%, which was profusely narrow. The left circumflex coronary artery showed minor irregularities. The right coronary artery was nondominant, with a mid narrowing of 50%, which was fairly diffuse. There is no mention of left ventricular angiogram and no recording of a left ventricular pressure. There is a recording of an aortic pressure of 137/82.

Thus, there is data for an infarction inferiorly and posterolaterally, with resting left ventricular function being within the lower limits of normal.

Lowell, under the circumstances I would recommend the patient undergo nuclear treadmill stress testing, and that it be performed here in Springfield. I would hope that he has plenty of chance to walk in the prison without leg irons on. I will wish to be present at the time his treadmill is done, in the hope of preventing any upper sternal border-par effort on the patient's part to walk a long distance.

Thanks for asking me help you with this patient.

Sincerely,

[signature]

Bart Troy, M.D.

BLT/JAE T: 03/15/06

M.D. Review
Date: 3/27
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

FAX COMPLETED FORM TO:
(412) 937-9151

WEXFORD

4-10-06

FAXED VLJ 3-17-06

# REFERRAL REQUEST

ENTER SITE NAME: WICC

DATE: 3/16/06 REFERENCE NUMBER: 83573780f

INMATE NAME: Scott, Toni

INMATE NUMBER: N92280 DOB [redacted]

TYPE OF REQUEST ☐ INITIAL EVAL ☑ FOLLOW-UP ☐ ON-SITE

REFERRED TO:

SPECIALTY: CARDIO

PROVIDER: TROY

SERVICE REQUESTED: Treadmill - Nuclear Stress

## SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER

ON-SITE: ☐ YES ☐ NO

## SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

## CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| | Coronary disease. Cardiologist must be present during procedure. |

PATIENT COMPLIANCE ☑ YES ☐ NO HEIGHT: ____ WEIGHT: ____

DIAGNOSTIC TEST/RESULTS

RISK FACTORS:

CURRENT MEDS:

Lowell Brown MD — 3/16/06
REFERRING PHYSICIAN SIGNATURE — DATE

Lowell Brown MD — 3/16/06
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE) — DATE

Wexford — 3-21-06
APPROVAL BY — DATE

WESTERN ILLINOIS CORRECTIONAL CENTER
Mt. Sterling, Illinois

MEMORANDUM

DATE: April 11, 2006

TO: Record Office

FROM: Health Care Unit

SUBJECT: Medical Furlough

Resident Name: Scott, Tony
Number: N92280
Birth Date: [redacted]
S.S.#

Scheduled for:
Thursday, April 13, 2006 900 am
Prairie Heart Institute
Dr. Troy
619 E Mason
Springfield IL 62794
217-788-0706

TYPE OF FURLOUGH:
Same Day Return X
Admission ____
Estimated Length of Stay ____
Emergency ____

REASON FOR FURLOUGH:
Specialist Consult X
EEG ____
Dental ____
Return Appointment ____
Post-Op Check ____
Surgery ____
Other________ ____

MEDICAL ALERT:
Epileptic ____
Diabetic ____
Hypertensive ____
Cardiac ____
Allergy ____
Asthmatic ____
Other ____

MEDICATION NEEDED DURING FURLOUGH:________

INFORMATION TO ACCOMPANY:
Consultation X
Health Status Summary X
Transfer Sheet X

X-ray Films ____
Laboratory Tests ____
Other CD tests

PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:
**Security to bring information packet and inmate to HCU upon return to WIL.**
Inmate to have MRI. All metal will have to be removed.

[signature]
Health Care Unit Administrator

cc: HCUA
Medical Director
DON
Medical Record
Nurses Station
7-3 Shift Commander

**RE: TONY SCOTT**
**DOB:** [redacted]

GENERAL: Well developed, well nourished, in no apparent distress.
EYES: There are no xanthelasma.
ENT: Oral mucosa is without pallor or cyanosis.
NECK: Supple, without jugular venous distention. Carotids are 2+ bilaterally, without bruit.
RESPIRATORY: No intercostal retractions noted. Chest clear to auscultation.
CV: The PMI is of normal size and nondisplaced. Normal S1 and S2, without S3 or S4 gallop. No significant murmur is present.
ABDOMEN: Benign, without hepatosplenomegaly, mass, and tenderness. The abdominal aorta was not palpably enlarged; no abdominal bruit present.
EXTREMITIES: Without clubbing, cyanosis, and edema. The femoral and pedal pulses were 2+ bilaterally.
MUSCULOSKELETAL: No severe kyphoscoliosis noted.
SKIN: Without evidence of xanthoma.
NEUROLOGIC: Alert and oriented x 3; affect appropriate. Neuro exam grossly normal.

**DIAGNOSES:**
1. CAD
2. Shortness of breath
3. Chest pain (precordial, substernal, mid or retrosternal)
4. Dyslipidemia
5. Hypertension, unspecified
6. Smoking history

**RECOMMENDATIONS/PLAN:**
Thus, my recommendations to you are as follows:

1. Stop Mevacor 20 mg daily and put the patient on Crestor 10 mg daily. I would recommend obtaining repeat lipids three months after the rosuvastatin is started. If LDL cholesterol is not under 70 mg% I would recommend doubling the dose to 20 mg daily (one-half of a 40-mg tablet). If you meet resistance from whoever pays for his medications, I would merely suggest you remind these people that prevention is a lot more inexpensive than having him hospitalized and that optimal management of his lipids is mandatory in prevention.

2. The patient currently smokes four cigarettes per day; I strongly urged him to stop this. I read an article today that maintained that atherosclerotic changes brought about in blood vessels by smoking do not go away when smoking stops.

3. I would recommend the patient take his other medications, including aspirin, Lopressor, and nitroglycerin, at the doses noted below. It is of interest to me that during his 12-minute treadmill stress test he did not report any chest, neck, jaw, upper extremity, or interscapular discomfort, and I was there throughout the stress test.

M.D. Review
Date: 4-21
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File



**RE: TONY SCOTT**
**DOB:**

4. I would recommend obtaining a BMP three weeks after his Vasotec dose is increased from 5 mg twice daily to 10 mg twice daily. If his creatinine is basically the same, I would then increase the dose to 20 mg twice daily and obtain another BMP three weeks after that.

5. I would recommend that an echo stress test be done sometime within the next month, at a time when I can be here, to make sure there is no significant decrease in his left ventricular ejection fraction with exercise. If there is, this could change his management.

6. Although the patient said he had chest tightness and discomfort, together with shortness of breath and calf pain when walking, on treadmill testing he was no more short of breath than one would anticipate from the duration of exertion, and he did not have chest tightness or calf pain when walking.

7. He also says he has snoring and a chronic cough, and he coughs up blood. Insofar as the chronic cough, I again would recommend that he no longer smoke. He said he smokes four cigarettes per day. He also reports numbness and weakness of his extremities.

**After the clinic visit today, his medications will be:**
Aspirin 325 mg, 1 by mouth every day
Lopressor 50 mg, 1 by mouth twice a day
Mevacor 20 mg, 1 by mouth every evening
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain
Vasotec 5 mg, 1 by mouth twice a day

I look forward to seeing the patient again for echo stress testing. I should also add that he states he does not exercise. Given his 44 years of age and good musculoskeletal system, I would recommend that he be urged to exercise. This would also be consistent with his good exercise tolerance on stress testing. Prior to the time of his stress test I examined the patient; please see notes above.

Lowell, I hope the above helps you in the management of this patient. If you have any questions at all, please give me a call; I would be happy to do whatever I can.

Thanks for letting me follow this patient with you.

Sincerely,

Bart Troy, M.D.

BLT/JAE T: 04/18/06

P.O. Box 19420 Springfield, IL 62794-9420 (217) 788-0706 Fax (217) 525-2535

**NUCLEAR CARDIOLOGY**
**EXERCISE DUAL ISOTOPE THALLIUM/SESTA-MIBI (CARDIOLITE) SCAN WITH TOMOGRAPHIC GATED ACQUISITION**

**PATIENT NAME:** Tony Scott

**ACCOUNT#:** 0268303

**PCC PHYSICIAN:** Bart Troy, M.D.

**DOB:** [redacted]

**DATE:** 04/13/2006

**INDICATION FOR PROCEDURE:** Coronary artery disease, chest pain.

**PROCEDURE:** At rest, the patient received an injection of 3.63 mCi of Thallous Chloride, followed by tomographic imaging. The patient was exercised on the Bruce protocol for 12:00 minutes to a peak heart rate of 153 bpm (which is 87% of predicted maximal heart rate for age). One minute prior to peak exercise, 27.3 mCi of Technetium Sesta-MIBI was injected.

Tomographic Sesta-MIBI imaging was performed with gated acquisition. Subsequently tomographic gated wall motion was assessed in the mid vertical and mid horizontal long axis, and in the basal and apical short axis views.

**IMAGE ANALYSIS:** Exercise Sesta-MIBI tomographic images show a moderate area of severe decrease in isotope uptake in the inferolateral wall seen in short axis, vertical long axis, and horizontal long axis projections. In addition, there is also a small area of mild decrease in isotope uptake in the basal segment of the anterior wall. Left ventricular cavity size is normal.

Rest Thallium SPECT images are showing partial reversibility in the inferior wall. The basal anterior defect is reversible.

Gated images show inferolateral wall hypokinesis. Left ventricular ejection fraction is 49%.

**IMPRESSION:** Abnormal exercise cardiac perfusion study suggestive of:

1. Small area of ischemia in the basal segment of the anterior wall.
2. Combination of small area of small to moderate area of scar and small area of ischemia in the inferolateral wall.
3. Inferolateral wall hypokinesis. Calculated left ventricular ejection fraction 49%.

Dictated by Nasar Nallamothu, M.D./jb
DD: 04/14 07:18
DT: 04/14 10:32

**Electronically signed by Nasar Nallamothu, MD 04/18/2006**

2006



# Prairie Cardiovascular

*The Doctors of Prairie*

Frank L. Mikell, M.D. *President*

**Springfield** - (217) 788-0706
Prairie Heart Institute
at St. John's Hospital
Memorial Medical Center

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M.D.
Raghu Kolluri, M.D.
Gabor F. Matos, M.D.

**Decatur** - (217) 422-6100
Prairie Heart Institute
at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.

**Effingham** - (217) 342-3700
Effingham Medical Center

**Carbondale** - (618) 529-4455
Prairie Heart Institute
at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varndendra B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

P.O. Box 19420 Springfield, IL 62794-9420 Phone 217-788-0706 Fax 217-525-2535

**PATIENT FOLLOWUP VISIT**

April 13, 2006

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL 62353

APR 21 2006

**RE: TONY SCOTT**
**DOB:** [redacted]

Dear Lowell:

I had the pleasure of participating in the care of your patient, Tony Scott. Below is the clinic visit information from that visit.

**CLINIC LOCATION:** PRAIRIE HEART INSTITUTE

**CHIEF COMPLAINT:**
On 04/13/2006, Tony Scott, a 44-year-old male, presented to the clinic for chest pain and coronary artery disease.

**HISTORY OF PRESENT ILLNESS:** Enclosed are results of Mr. Scott's nuclear stress test results. I reviewed the raw data myself. In terms of exercise tolerance, he did very well, going 12 minutes. He did not develop any symptoms to suggest angina and there was no significant ST segment change. However, I was surprised that at immediate recovery the patient's blood pressure fell to 118. The nuclear portion of the stress test showed a scar inferiorly or in the inferolateral wall, with a small amount of surrounding ischemia.

I reviewed cardiac catheterization data and coronary angiography performed in 1993 and 1994. The coronary angiography would appear to explain the findings of the nuclear stress test; that is, the right coronary artery is nondominant and small throughout and has what is probably a significant proximal narrowing. In addition, the diagonal branch of the left anterior descending coronary artery extends to this region laterally and has a significant narrowing proximally. On the other hand, I think it surprising that his systolic blood pressure at end of the test or a minute following the test was 118 mmHg. Thus, I would recommend that sometime in the near future his undergoing an echocardiogram, followed by an echo stress test. This test will show whether or not there is a significant decrease in his left ventricular ejection fraction with exercise. If there is, this might change the way he is managed medically. I should add, there was data in the nuclear stress test that he might have a pericardial effusion. This would be something that clearly could be assessed by the resting echocardiogram.

I should add that his calculated LDL, at 115, is high for someone who has coronary artery disease involving the diagonal branch of the left anterior descending coronary artery, as well as the right coronary artery. In addition, there is mild narrowing in the left anterior descending coronary artery. Optimal management would be to get his LDL cholesterol under 70 mg% without lowering his HDL



Lowell Brown, M.D.
April 13, 2006
Page 2

**RE: TONY SCOTT**
**DOB:**

cholesterol. This could probably best be done by putting him on rosuvastatin (Crestor). This could be done inexpensively by having a 40-mg tablet cut into approximate quarters; as long as he gets approximately a quarter of that pill over 4 days he will average 10 mg per day at a cost, at least outside the prison, of about $21 per month. The cost of a 10-mg Crestor tablet daily comes out to about $85 per month; the cost of a 40-mg tablet is the same as the 10-mg tablet. Cutting the larger-dose tablets into approximate quarters should result in a significant further decrease in his LDL cholesterol, hopefully without lowering his HDL cholesterol. Atorvastatin (Lipitor) could also be used, in a dose of perhaps 20 mg, but this is more likely to lower his HDL.

He did say that he wished me to correct two things in my prior letter to you. First, the patient said he never told me that he had previously been at Dixon or that he wanted to go there.

Second, e also asked me to state that after he came to Western Illinois Correctional Center at Mt. Sterling that you had stopped his isosorbide, Plavix, and Zocor. I told him his current medications were Vasotec 5 mg twice daily, Lopressor 50 mg twice daily, Mevacor 20 mg daily, and aspirin 325 mg daily. I told him that Mevacor was a medicine like Zocor.

**MEDICATION LIST ON PRESENTATION TO CLINIC**
Aspirin 325 mg, 1 by mouth every day
Lopressor 50 mg, 1 by mouth twice a day
Mevacor 20 mg, 1 by mouth every evening
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain
Vasotec 5 mg, 1 by mouth twice a day

**ALLERGIES:**
NKA

**CARDIAC RISK FACTORS:**
The patient is a 44-year-old male. He is 70 inches tall (177.80 cm). His weight is 186.00 lbs (84.55 kg). He has a body mass index of 26.76.
SMOKING HISTORY: Current smoker.
FAMILY HISTORY: Positive for CAD.
DIABETES: Nondiabetic.
HYPERTENSION: History of hypertension, treated with medication.

**PAST MEDICAL HISTORY:**
*(no preload)*

**CARDIOVASCULAR HISTORY:**
PROCEDURE HISTORY
*Most Recent Stress Test*, 06/20/03, nuclear stress test, LVEF: 51 %, Inferior and posterolateral scar. No definite evidence of ischemia.

**RE: TONY SCOTT**
**DOB:** [redacted]

*Most Recent Non-Stress Echo* , 06/19/03, transthoracic echo, Evidence of inferoapical wall motion abnormality. There is a mild degree of pericardial effusion, which suggests possible pericarditis. Overall preservation of ventricular function. Mitral valve prolapse with mild myxomatous degeneration of the mitral valve.

**FAMILY HISTORY:**
Mother's History: Died at 69, acute MI
Father's History: Died at 70, cause unknown
Brother's History: Alive; history of MI
Brother's History: Alive; history of asthma
Brother's History: Alive and well
Sister's History: Died at 46, house fire

**SOCIAL HISTORY:**
SMOKING HISTORY: Current smoker.
MARITAL STATUS: Married.
CHILDREN: 2.
ALCOHOL USE: None.
ILLICIT DRUGS: History of marijuana and cocaine abuse.
EXERCISE: No exercise.
RESIDENCE: 12/05, incarcerated.

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Weight at age 21 was 184 pounds. Tires easily.
SKIN: Unremarkable.
EYES: Wears glasses to read.
ENT: Denies difficulty hearing.
CARDIOVASCULAR: As described in HPI above.
RESPIRATORY: Shortness of breath. Never had sleep apnea testing.
GI: Denies heartburn and indigestion.
GU: 2-3 times nocturia.
MUSCULOSKELETAL: See HPI.
ENDOCRINE: Prefers warm temperatures.
NEUROLOGIC: Complains of numbness and tingling in left arm, jaw, and left leg.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
Pulse: 70 and regular
Resps: 18
Height: 70 in (177.80 cm)
Weight: 186.00 lbs (84.55 kg)
BSA: 2.04
BMI: 26.76
Blood Pressure: 128/92, sitting, right arm, regular cuff



**FACSIMILE LEAD SHEET**

Frank L. Mikell, M.D.
*President*

SPRINGFIELD

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-SinghM.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nusar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Chandhiran Rangaswamy, MD
Ziad Issa, M.D.
Gabor Matos, M.D.

DECATUR

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay Roy, M.D.

EFFINGHAM

CARBONDALE

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

**DATE:** 4/21/06

**TO:** Lynne - Westeco Correctional Center

**FACSIMILE NUMBER:**

**FROM:** Dr Troy office

**Prairie Locations:**

☐ **Prairie Heart Institute**
Springfield
(217) 788-0706 Phone
(217) 525-2535 Fax

☐ **Baylis Facility**
Springfield
(217) 788-0706 Phone
(217) 788-7032 Fax

☐ **Administration – PHI**
(217) 788-0848 Fax

☐ **Nuclear Medicine - PHI**
(217) 525-9514 Fax

☐ **Patient Accounting Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8799 Fax

☐ **Patient Finance Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8798 Fax

☐ **Decatur Memorial Hospital**
Decatur
(217) 422-6100 Phone
(217) 876-2444 Fax

☐ **St. Mary's Hospital**
Decatur
(217) 422-6100 Phone
(217) 422-7897 Fax

☐ **Effingham Facility**
(217) 342-3700 Phone
(217) 342-6286 Fax

☐ **Carbondale**
(618) 529-4455 Phone
(618) 351-1287 Fax

☐ **Herrin**
(618) 988-8648 Phone
(618) 988-8343 Fax

**TOTAL PAGES (INCLUDING COVER)** 7

**RE:** stress test results + Dr Troy's recommendations.

**MESSAGE:** Please call when Dr L. Brown would like pt to come back for stress echo as recommended by Dr Troy.
Thanks, Kelly

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Form 320 04/06/06

**Prairie Cardiovascular**

*The Doctors of Prairie*

Frank L. Mikell, M.D. *President*

P.O. Box 19420 Springfield, IL 62794-9420 Phone 217-788-0706 Fax 217-525-2535

**Springfield** – (217) 788-0706
Prairie Heart Institute at St. John's Hospital
Memorial Medical Center

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M.D.
Raghu Kolluri, M.D.
Gabor F. Matos, M.D.

**Decatur** – (217) 422-6100
Prairie Heart Institute at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.

**Effingham** – (217) 342-3700
Effingham Medical Center

**Carbondale** - (618) 529-4455
Prairie Heart Institute at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

James T. Dove, M.D. *President Emeritus*

**PATIENT FOLLOWUP VISIT**

MAY 04 2006

April 13, 2006

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL 62353

**CORRECTED COPY**

M.D. Review
Date: 5-4-06
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

**RE: TONY SCOTT**
**DOB:** [redacted]

Dear Lowell:

I had the pleasure of participating in the care of your patient, Tony Scott. Below is the clinic visit information from that visit.

**CLINIC LOCATION:** PRAIRIE HEART INSTITUTE

**CHIEF COMPLAINT:**
On 04/13/2006, Tony Scott, a 44-year-old male, presented to the clinic for chest pain and coronary artery disease.

**HISTORY OF PRESENT ILLNESS:** Enclosed are results of Mr. Scott's nuclear stress test results. I reviewed the raw data myself. In terms of exercise tolerance, he did very well, going 12 minutes. He did not develop any symptoms to suggest angina and there was no significant ST segment change. However, I was surprised that at immediate recovery the patient's blood pressure fell to 118. The nuclear portion of the stress test showed a scar inferiorly or in the inferolateral wall, with a small amount of surrounding ischemia.

I reviewed cardiac catheterization data and coronary angiography performed in 2003 at Decatur Memorial Hospital and 2004 at John H. Stroger, Jr. Hospital of Cook County. The coronary angiography would appear to explain the findings of the nuclear stress test; that is, the right coronary artery is nondominant and small throughout and has what is probably a significant proximal narrowing. In addition, the diagonal branch of the left anterior descending coronary artery extends to this region laterally and has a significant narrowing proximally. On the other hand, I think it surprising that his systolic blood pressure at end of the test or a minute following the test was 118 mmHg. Thus, I would recommend that sometime in the near future his undergoing an echocardiogram, followed by an echo stress test. This test will show whether or not there is a significant decrease in his left ventricular ejection fraction with exercise. If there is, this might change the way he is managed medically. I should add, there was data in the nuclear stress test that he might have a pericardial effusion. This would be something that clearly could be assessed by the resting echocardiogram.

I should add that his calculated LDL, at 115, is high for someone who has coronary artery disease involving the diagonal branch of the left anterior descending coronary artery, as well as the right coronary artery. In addition, there is mild narrowing in the left anterior descending coronary artery.



Lowell Brown, M.D.
April 13, 2006
Page 2

**RE: TONY SCOTT**
**DOB:** [redacted]

Optimal management would be to get his LDL cholesterol under 70 mg% without lowering his HDL cholesterol. This could probably best be done by putting him on rosuvastatin (Crestor). This could be done inexpensively by having a 40-mg tablet cut into approximate quarters; as long as he gets approximately a quarter of that pill over 4 days he will average 10 mg per day at a cost, at least outside the prison, of about $21 per month. The cost of a 10-mg Crestor tablet daily comes out to about $85 per month; the cost of a 40-mg tablet is the same as the 10-mg tablet. Cutting the larger-dose tablets into approximate quarters should result in a significant further decrease in his LDL cholesterol, hopefully without lowering his HDL cholesterol. Atorvastatin (Lipitor) could also be used, in a dose of perhaps 20 mg, but this is more likely to lower his HDL.

He did say that he wished me to correct two things in my prior letter to you. First, the patient said he never told me that he had previously been at Dixon or that he wanted to go there.

Second, e also asked me to state that after he came to Western Illinois Correctional Center at Mt. Sterling that you had stopped his isosorbide, Plavix, and Zocor. I told him his current medications were Vasotec 5 mg twice daily, Lopressor 50 mg twice daily, Mevacor 20 mg daily, and aspirin 325 mg daily. I told him that Mevacor was a medicine like Zocor.

**MEDICATION LIST ON PRESENTATION TO CLINIC**
Aspirin 325 mg, 1 by mouth every day
Lopressor 50 mg, 1 by mouth twice a day
Mevacor 20 mg, 1 by mouth every evening
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain
Vasotec 5 mg, 1 by mouth twice a day

**ALLERGIES:**
NKA

**CARDIAC RISK FACTORS:**
The patient is a 44-year-old male. He is 70 inches tall (177.80 cm). His weight is 186.00 lbs (84.55 kg). He has a body mass index of 26.76.
SMOKING HISTORY: Current smoker.
FAMILY HISTORY: Positive for CAD.
DIABETES: Nondiabetic.
HYPERTENSION: History of hypertension, treated with medication.

**PAST MEDICAL HISTORY:**
*(no preload)*

**CARDIOVASCULAR HISTORY:**
PROCEDURE HISTORY
*Most Recent Stress Test*, 06/20/03, nuclear stress test, LVEF: 51 %, Inferior and posterolateral scar. No definite evidence of ischemia.
Lowell Brown, M.D.



**RE: TONY SCOTT**
**DOB:** [redacted]

*Most Recent Non-Stress Echo* , 06/19/03, transthoracic echo, Evidence of inferoapical wall motion abnormality. There is a mild degree of pericardial effusion, which suggests possible pericarditis. Overall preservation of ventricular function. Mitral valve prolapse with mild myxomatous degeneration of the mitral valve.

**FAMILY HISTORY:**
Mother's History: Died at 69, acute MI
Father's History: Died at 70, cause unknown
Brother's History: Alive; history of MI
Brother's History: Alive; history of asthma
Brother's History: Alive and well
Sister's History: Died at 46, house fire

**SOCIAL HISTORY:**
SMOKING HISTORY: Current smoker.
MARITAL STATUS: Married.
CHILDREN: 2.
ALCOHOL USE: None.
ILLICIT DRUGS: History of marijuana and cocaine abuse.
EXERCISE: No exercise.
RESIDENCE: 12/05, incarcerated.

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Weight at age 21 was 184 pounds. Tires easily.
SKIN: Unremarkable.
EYES: Wears glasses to read.
ENT: Denies difficulty hearing.
CARDIOVASCULAR: As described in HPI above.
RESPIRATORY: Shortness of breath. Never had sleep apnea testing.
GI: Denies heartburn and indigestion.
GU: 2-3 times nocturia.
MUSCULOSKELETAL: See HPI.
ENDOCRINE: Prefers warm temperatures.
NEUROLOGIC: Complains of numbness and tingling in left arm, jaw, and left leg.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
Pulse: 70 and regular
Resps: 18
Height: 70 in (177.80 cm)
Weight: 186.00 lbs (84.55 kg)
BSA: 2.04
BMI: 26.76
Blood Pressure: 128/92, sitting, right arm, regular cuff



**RE: TONY SCOTT**
**DOB:** [redacted]

GENERAL: Well developed, well nourished, in no apparent distress.
EYES: There are no xanthelasma.
ENT: Oral mucosa is without pallor or cyanosis.
NECK: Supple, without jugular venous distention. Carotids are 2+ bilaterally, without bruit.
RESPIRATORY: No intercostal retractions noted. Chest clear to auscultation.
CV: The PMI is of normal size and nondisplaced. Normal S1 and S2, without S3 or S4 gallop. No significant murmur is present.
ABDOMEN: Benign, without hepatosplenomegaly, mass, and tenderness. The abdominal aorta was not palpably enlarged; no abdominal bruit present.
EXTREMITIES: Without clubbing, cyanosis, and edema. The femoral and pedal pulses were 2+ bilaterally.
MUSCULOSKELETAL: No severe kyphoscoliosis noted.
SKIN: Without evidence of xanthoma.
NEUROLOGIC: Alert and oriented x 3; affect appropriate. Neuro exam grossly normal.

**DIAGNOSES:**

1. CAD
2. Shortness of breath
3. Chest pain (precordial, substernal, mid or retrosternal)
4. Dyslipidemia
5. Hypertension, unspecified
6. Smoking history

**RECOMMENDATIONS/PLAN:**
Thus, my recommendations to you are as follows:

1. Stop Mevacor 20 mg daily and put the patient on Crestor 10 mg daily. I would recommend obtaining repeat lipids three months after the rosuvastatin is started. If LDL cholesterol is not under 70 mg% I would recommend doubling the dose to 20 mg daily (one-half of a 40-mg tablet). If you meet resistance from whoever pays for his medications, I would merely suggest you remind these people that prevention is a lot more inexpensive than having him hospitalized and that optimal management of his lipids is mandatory in prevention.

2. The patient currently smokes four cigarettes per day; I strongly urged him to stop this. I read an article today that maintained that atherosclerotic changes brought about in blood vessels by smoking do not go away when smoking stops.

3. I would recommend the patient take his other medications, including aspirin, Lopressor, and nitroglycerin, at the doses noted below. It is of interest to me that during his 12-minute treadmill stress test he did not report any chest, neck, jaw, upper extremity, or interscapular discomfort, and I was there throughout the stress test.



**RE: TONY SCOTT**
**DOB:** [redacted]

4. I would recommend obtaining a BMP three weeks after his Vasotec dose is increased from 5 mg twice daily to 10 mg twice daily. If his creatinine is basically the same, I would then increase the dose to 20 mg twice daily and obtain another BMP three weeks after that.

5. I would recommend that an echo stress test be done sometime within the next month, at a time when I can be here, to make sure there is no significant decrease in his left ventricular ejection fraction with exercise. If there is, this could change his management.

6. Although the patient said he had chest tightness and discomfort, together with shortness of breath and calf pain when walking, on treadmill testing he was no more short of breath than one would anticipate from the duration of exertion, and he did not have chest tightness or calf pain when walking.

7. He also says he has snoring and a chronic cough, and he coughs up blood. Insofar as the chronic cough, I again would recommend that he no longer smoke. He said he smokes four cigarettes per day. He also reports numbness and weakness of his extremities.

**After the clinic visit today, his medications will be:**
Aspirin 325 mg, 1 by mouth every day
Lopressor 50 mg, 1 by mouth twice a day
Mevacor 20 mg, 1 by mouth every evening
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain
Vasotec 5 mg, 1 by mouth twice a day

I look forward to seeing the patient again for echo stress testing. I should also add that he states he does not exercise. Given his 44 years of age and good musculoskeletal system, I would recommend that he be urged to exercise. This would also be consistent with his good exercise tolerance on stress testing. Prior to the time of his stress test I examined the patient; please see notes above.

Lowell, I hope the above helps you in the management of this patient. If you have any questions at all, please give me a call; I would be happy to do whatever I can.

Thanks for letting me follow this patient with you.

Sincerely,

Bart Troy, M.D.

BLT/JAE T: 04/18/06

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE:        June 26, 2006

TO:          Record Office

FROM:        Health Care Unit

SUBJECT:     Medical Furlough

Resident Name: Scott, Tony                Scheduled for:
Number:        N92280                     Weds June 28, 2006 830 am
Birth Date:                               Prairie Heart Institute
S.S.#          ██████████                 Dr. Troy
                                          619 E Mason
                                          Springfield IL  62794
                                          217-788-0706

TYPE OF FURLOUGH:
Same Day Return          __X__
Admission                _____
Estimated Length of Stay _____
Emergency                _____

REASON FOR FURLOUGH:                      MEDICAL ALERT:
Specialist Consult       __X__            Epileptic    _____
EEG                      _____            Diabetic     _____
Dental                   _____            Hypertensive _____
Return Appointment       _____            Cardiac      _____
Post-Op Check            _____            Allergy      _____
Surgery                  _____            Asthmatic    _____
Other_____            _____            Other        _____

MEDICATION NEEDED DURING FURLOUGH:_____

INFORMATION TO ACCOMPANY:
Consultation             __X__            X-ray Films       _____
Health Status Summary    __X__            Laboratory Tests  _____
Transfer Sheet           __X__            Other_____  _____

PRE-FURLOUGH PREPARATION AND/OR SPECIAL INSTRUCTIONS:
**Security to bring information packet and inmate to HCU upon return to WIL.**
   Inmate to have MRI.  All metal will have to be removed._____
_____

                                          cc:   HCUA
                                                Medical Director
_D. Fuqua RN HCUA_                              DON
Health Care Unit Administrator                  Medical Record
                                                Nurses Station
                                                7-3 Shift Commander

: 00101

FAX COMPLETED FORM TO:
(412) 937-9151

WEXFORD

REFERRAL REQUEST

ENTER SITE NAME: WICC

DATE: 4-24-06 REFERENCE NUMBER: 521296117

INMATE NAME: Scott, Tony

INMATE NUMBER: N 92280 DOB [redacted]

TYPE OF REQUEST [/] INITIAL EVAL [ ] FOLLOW-UP [ ] ON-SITE

REFERRED TO:

SPECIALTY: Cardiol

PROVIDER: Troy 43350

SERVICE REQUESTED: Echo Stress Test

SURGICAL PROCEDURES (OUTPATIENT/INPATIENT)

SURGERY REQUESTED:

SURGEON:

HOSPITAL/PROVIDER

ON-SITE: [ ] YES [ ] NO

SCHEDULED ADMISSION

REASON FOR ADMISSION:

ATTENDING PHYSICIAN:

HOSPITAL:

Cancelled by DR Brown 7.19.06 VLS

CLINICAL HISTORY

| DATE OF ONSET | HX OF INJURY/CLINICAL FINDINGS AND CONSERVATIVE TREATMENT TO DATE |
|---|---|
| | CHD.. Being followed by Cardiology. |

PATIENT COMPLIANCE [ ] ~~YES~~ X [ ] NO HEIGHT: 5'10" WEIGHT: 188

DIAGNOSTIC TEST/RESULTS

RISK FACTORS:

CURRENT MEDS:

J Brown MD 4-24-06
REFERRING PHYSICIAN SIGNATURE DATE

J Brown MD 4-24-06
SITE MEDICAL DIRECTOR APPROVAL (SIGNATURE) DATE

Wexford 5-1-06
APPROVAL BY DATE

IL - UR008 A

Tony Scott
Stress echo
instructions

**Prairie**
**CARDIOVASCULAR CONSULTANTS, LTD.**

**NUCLEAR STRESS TEST INSTRUCTIONS**

**Location:** 5th Floor Prairie Heart Institute

**Date:** June 28th, 2006

**Arrival Time:** 8:30 **am/pm**

1. Abstain from **ALL** caffeine products, (including coffee, colas, "decaf" products, tea and chocolate) for **24** hours prior to scheduled test. ***See back for additional restriction list.***

2. No food or dairy products for 4 hours prior to your scheduled arrival time. If you are diabetic, ask about any dietary or medication instructions. Other dietary restrictions may apply. See below. patient is to NOT take his Lopressor the night before or the day of his test - the rest of his medications are OK.

3. **Medication restrictions are listed on back.** *Contact your Cardiologist's office if you have any questions about your medications.*

4. Wear comfortable clothing, slacks and walking shoes. Do not wear pantyhose.

5. A small needle will be inserted into your arm at the time of testing.

6. Completion of the testing procedure will take several hours. Liquids will be allowed during this period.

7. If it is necessary to cancel your appointment, please notify the doctor's office at least 24 hours in advance. 217 788-0706 (Kelly)

Form #202

MAY 17 2006

7-26-06
appt ~~6-28-06~~
7-24-06 ~~6-26-06~~
7-25-06 ~~6-27-06~~
~~6-28-06~~ 7-26-06
no Lopressor
follow diet



**FACSIMILE LEAD SHEET**

Frank L. Mikell, M.D.
*President*

**SPRINGFIELD**

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nusar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Chandhiran Rangaswamy, MD
Ziad Issa, M.D.
Gabor Matos, M.D.

**DECATUR**

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay Roy, M.D.

**EFFINGHAM**

**CARBONDALE**

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

**DATE:** 5/17/06

**TO:** ~~Tony~~ Lynn

**FACSIMILE NUMBER:**

**FROM:** Dr Troy Office

**Prairie Locations:**

☐ **Prairie Heart Institute**
Springfield
(217) 788-0706 Phone
(217) 525-2535 Fax

☐ **Baylis Facility**
Springfield
(217) 788-0706 Phone
(217) 788-7032 Fax

☐ **Administration – PHI**
(217) 788-0848 Fax

☐ **Nuclear Medicine - PHI**
(217) 525-9514 Fax

☐ **Patient Accounting Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8799 Fax

☐ **Patient Finance Dept.**
Springfield
(217) 788-8790 Phone
(217) 788-8798 Fax

☐ **Decatur Memorial Hospital**
Decatur
(217) 422-6100 Phone
(217) 876-2444 Fax

☐ **St. Mary's Hospital**
Decatur
(217) 422-6100 Phone
(217) 422-7897 Fax

☐ **Effingham Facility**
(217) 342-3700 Phone
(217) 342-6286 Fax

☐ **Carbondale**
(618) 529-4455 Phone
(618) 351-1287 Fax

☐ **Herrin**
(618) 988-8648 Phone
(618) 988-8343 Fax

**TOTAL PAGES (INCLUDING COVER)** 2

**RE:** Instructions

**MESSAGE:**

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Form 320 04/06/06

# MENTAL HEALTH EVALUATION

**Name:** SCOTT, TONY **Number:** N92280 **Date:** 2/22/05

**Reason for Referral:**

Intake Evaluation

**Subjective Data:**

Offender is 43years old. Offender reported NO prior treatment for mental health or emotional issues. Offender reportedly has Never used medication for mental health or emotional issues. Offender reportedly has Not had any family member(s) Hospitalized for mental health/emotional issues. Offender made no indication of depression. Offender made no indication of feeling anxious. Offender has never tried to harm him/herself in the past. Offender has had no recent thoughts of self harm. Offender stated that no family member has committed suicide. Offender has no current thoughts of harming others.

Offender admits alcohol use as Weekly: THE FEELING. Offender denies any drug usage.

Offender Stated that he/she has never been charged or accused of sexual assault/abuse.

MAR 10 2005

**Objective Data and History:**

Behavior is Cooperative.
Mood is Within normal limits.
Affect is Elated.

**Diagnosis:** ☑ **provisional** / ☐ **final**

(Items Below: Are Provisional, based on the information provided by the offender as well as clinical observations made by the interviewer.)
THE OFFENDER PRESENTS WITH A CLEAR AND STABLE MENTAL STATUS WITH NO REPORTED OR OBSERVED COMPLAINTS OR DISTRESS. THERE IS NO DETERMINED NEED FOR MENTAL HEALTH SERVICES AT THIS TIME BASED ON THE CLINICAL INFORMATION AVAILABLE TO THE EXAMINER.

**Summary and Treatment Plan:**

OKAY Offender Denies being Sentenced to Boot Camp.

**Prepared by:** RICHARD IBE, PH.D., DABPS

**Signed** **Date**

DCA 7157 (8/1/87)
IL 426-10643

ILLINOIS DEPARTMENT OF CORRECTIONS

# Mental Health Diagnostic and Treatment Note

Offender Name: Scott, Troy ID# N92280

**Juvenile Facilities Only:**

Housing Unit: ______ Correctional Counselor: ______

Psychiatrist: ______ Psych Medication: ______

Mental Health Level: ______ Recommended Mental Health Level: ______

Reason for Referral:

☐ Initial Evaluation ☐ Medication Review ☐ Mental Health Level Change ☐ Crisis Response

☐ Group Note ☒ 1:1 Note ☐ Parole Clearance ☐ Family Therapy ☐ Other ______

Subjective Data: Seen per request. Expresses concern re: medical care; seen 3-04-06 by psych. Current student. Discussed stressor related to medical care. Encouraged pro-social interaction with health care staff.

Objective Data: Mood irritable; expresses frustration with his care. Ø SI/HI, Ø psychosis. Encouraged prosocial interaction.

Assessment/Diagnosis:

AXIS I: Deferred

AXIS II: Deferred

AXIS III: hx coronary [illegible]

AXIS IV: medical concerns

AXIS V:

Summary and Treatment Plan: F/U 3-4 weeks

Outdate 5-17-06

[signature] LCPC MHP 8/15/06

Signature/Title Date Supervisor Signature (If applicable) Date

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0282 (Rev. 11/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Mental Health Treatment Plan

Date: 8-15-06

Offender Name: Scott, Tony ID# N92280

**Juvenile Facilities Only:**

Assignment Date: ____________ Correctional Counselor: ____________

Housing Unit: ____________ Psychiatrist: ____________

Based on an evaluation of the above named offender, the following treatment plan has been developed:

**Type of Treatment (check all that apply):**

- ☐ Psychotropic Medication (Category/Classification Type) ____________
- ☒ Individual Therapy (Therapist) PRN - Clyne
- ☐ Group Therapy (Therapist) ____________
- ☐ Other ____________

Rationale for Treatment: adjustment issues

Treatment Plan/Goals: Maintain stable adjustment, mood, bx at institution.

[signature] LCPC MHP — Signature/Title

8-15-06 — Date

____________ Supervisor's Signature ____________ Date

## Confidentiality Disclosure Statement

I understand there are limits to confidentiality within a correctional setting. I understand that the treating Mental Health Professional is required to disclose any information regarding: Suicidal, Homicidal, and Self Injurious Ideation; Unreported Child or Elder Abuse/Neglect; Safety and Security Issues; and may disclose information for the purposes of Multidisciplinary Team Consultation or Placement Issues.

I have been informed of how to access available emergency mental health staff if I have a crisis, including an urge to hurt myself or others.

I understand my treatment responsibilites include participating in the treatment program and alerting correctional staff to any problems or issues that may arise as the result of treatment. Treatment may include psychiatric evaluation and treatment, individual or group psychotherapy sessions, and sex offender and/or substance abuse evaluation and treatment. I agree to honor the confidentiality of other group members, if applicable.

## Consent to Treatment

I voluntarily ***consent/accept*** that I receive treatment provided by the above listed professionals and their designated assistants. My signature below constitutes formal acceptance of therapeutic services. I understand that this consent is voluntary and I may revoke my consent at any time. I also understand my right to grieve this plan at any time.

The nature and extent of the intended treatment and probable consequences of refusal have been explained to me.

Tony Scott — Offender Signature

8-15-06 — Date

____________ Witness Signature ____________ Date

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0284 (Eff. 8/2005) (Replaces DCA 7156)

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| [illegible] | R&C EXAM ORAL HYG[illegible] INSTRUCTIONS [illegible] | Dr. S. Garg | | | |

DC 7126 (Rev. 10/87)
IL 426-0018

E-FILED
Friday, 26 January, 2007 08:45:43 AM
Clerk, U.S. District Court, ILCD

# STATE OF ILLINOIS – DEPAR' ENT OF CORRECTIONS

ımate/Student Name
ımate/Student I.D. #
eception Facility ___ N92280 SCOTT, TONY
Age: 43
Race: BLK
JRC 02/18/2005

Panorex ___

DOB: [redacted]
Sex: M

…ately at R&C 38

☐ Schedule routine exam at receiving institution

☐ Schedule immediately at receiving institution

Screening DDS sig ___

| Public Health Classification | Screening Dates | | | | Pathology |
|---|---|---|---|---|---|
| ndodontics | | | | | |
| ral Surgery | | | | | |
| eriodontics | III B | | | | |
| perative | | | | | |
| osthetic | I/I B | | | | P/ |

eceiving Inst. ___
entist ___
ate ___

## EDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| rdio Vascular Disease | | | |
| lmonary Disease/Asthma | | | |
| ıbetes | | | |
| ilepsy | | | |
| patitis | | | |
| ı. (Type ___ ) | | | |
| ergies (Type ___ ) | | | |

## JUVENILE

Existing Restorations and Missing Teeth

R L

Treatment Needed and Completed Restorations

R L

## TREATMENT NEEDED — COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## DULT

EXISTING RESTORATIONS & MISSING TEETH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

R L

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

ILLINOIS DEPARTMENT OF CORRECTIONS

# Offender Optometric Examination

## Western Illinois Correctional Center

☐ Baseline ☒ Annual

Date: 3 / 23 / 06

Time: 8:30 a.m ☐a.m. ☐p.m.

**Offender Information:**

Scott (Last Name) Tony (First Name) MI

ID#: N92280

**Chief Complaint:** Annual fundus ck

| HPI: | Ocular History: |
|---|---|
| Location: | ☐ Cataracts: |
| Duration: | ☐ Glaucoma: |
| Onset: | ☐ Disease: |
| Severity: | ☐ Trauma/Surgery: |
| Timing: | ☐ Strabismus: |
| Modifiers: | ☐ Amblyopia: |

**Medical History:** ☐ NIDDM ☐ IDDM ☐ Hypertension ☐ Other:

**Visual Acuity:** Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

**~~Habitual~~ Rx:** Ret; OD 20/ Type: ☐ SV ☐ Bifocal
OS 20/ Date: / /

**Refraction:** OD 20/ Type: ☐ SV ☐ Bifocal
OS 20/ Date: / /

**Near:** OD 20/ Type: ☐ SV ☐ Bifocal
OS 20/ Date: / /

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD

**Motilities:** ☐ Full ☐ Abnormal **Confrontational Fields:** ☐ Full ☐ Abnormal

**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD OS Time:

| Cover Test: | Distance | Near |
|---|---|---|
| Eso | | |
| Exo | | |
| Tropia | | |
| Phoria | | |
| Ortho | | |

| Slit Lamp Exam: | WNL | ABNL |
|---|---|---|
| Cornea | ✓ | |
| Conjuctiva | ✓ | |
| Iris/Ant. Chamber | ✓ | |
| Lens | ✓ | |
| Lids/Lashes | ✓ | |

| Opthalmoscopy: | WNL | ABNL |
|---|---|---|
| Disc | ✓ | |
| Vessels | ✓ | |
| Macula | ✓ | |
| Periphery | ✓ | |
| Vitreous | | |

Right: NAP

Left: NAP

**Method:** ☒ Direct ☐ BIO ☐ 78D ☐ 3 mirror ☐ Other:

Cup to disc: OD .3 OS .3 Cup Depth: ☐ Deep ☐ Moderate ☒ Shallow ☐ PE 2.5%. Trop 1%

**Assessment/Plan:** 1.
2.
3.
4.
5.

**Medications Ordered:**

**Eyeglasses Ordered:** Frame: Size: Color:

**Rx:** OD Add: Seg Height:
OS ☐ SV ☐ FT28 ☐ Reading Only PD 75/71

Print Doctor's Name

D J Anderson O D
Doctor's Signature

**Follow-Up:** Date

Distribution: Offender's Medical Record

DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

I, Tony Scott, understand that I am responsible for the care of these prescription glasses that I have received on this date __________. If they are lost, broken, stolen or damaged in any way, that I am responsible for the replacement of these glasses out of my funds.

Inmate Name: Tony Scott

Inmate Number: __________

Witness: D J Anderson OD

Date: 6/7/05

05/05/05 **Dixon Correctional Industries**
Dixon, IL 61021

**Rx Only**

SHIP TO: 02605 WESTERN ILL CORRECTIONAL CTR
BILL TO: 02605 WESTERN ILL CORRECTIO
PATIENT: SCOTT, N92280 DCN: 819261
TRAY#: 8354 INVOICE#: 000077827 05/05/05
JOB ID: 819261 LENS PRICELIST:

Plastic Clear **LENSES - REG** Straight Top 28

| SPHERE | CYL | AXIS | OC HT | PRESCRIBED PRISM | ADD | SEG HT | DPD | NPD | BC |
|---|---|---|---|---|---|---|---|---|---|
| + 0.50- | 1.00 | 165 | 0.0 | | 1.25 | 20.0H | 75.0B | 71.0 | 6.00 |
| + 0.75- | 1.25 | 170 | 0.0 | | 1.25 | 20.0H | 75.0B | 71.0 | 6.00 |

Plastic Clear Straight Top 28

**FRAME STATUS - SUPPLY**

MFG: MOD NAME: Tornado TEMPLE NAME:
EYE: 56 BRIDGE: 18 TEMPLE: 150SKZ COLOR: BROWN CIRC: 176.8

| BILLING INFORMATION | PRICE |
|---|---|
| ST28 PCLR | 15.90 |
| TORNADO | 8.64 |

MAY 1 1 A.M.

O:

ENTS

Total: 24.54

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Optometric Examination**

**Western Illinois Correctional Center**

☐ Baseline ☐ Annual

Date: 4/21/05

Time: 11:45 ☒ a.m. ☐ p.m.

Offender Information: SCOTT (Last Name) TONY (First Name) MI ID#: N92280

Chief Complaint: FUNDUS EXAM REQUESTED BY N.P. MILLS 44

| HPI: | | Ocular History: | |
|---|---|---|---|
| Location: | | ☐ Cataracts: | |
| Duration: | | ☐ Glaucoma: | |
| Onset: | | ☐ Disease: | |
| Severity: | | ☐ Trauma/Surgery: | |
| Timing: | | ☐ Strabismus: | |
| Modifiers: | | ☐ Amblyopia: | |

**Medical History:** ☐ NIDDM ☐ IDDM ☒ Hypertension ☐ Other:

**Visual Acuity:** Uncorrected Distance: ☐ OD 20/ 60 ☐ OS 20/ 50 ☐ OU 20/ 50
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

**Habitual Rx:** OD PL +1.00 20/30 Type: ☐ SV ☐ Bifocal
OS +1.00 -1.25 X 180 +1.00 20/30 Date: / /

**Refraction:** OD +.50 -1.00 X 165 20/25 Type: ☐ SV ☐ Bifocal
OS +.75 -1.25 X 170 20/25 20/25 Date: / /

**Near:** OD +1.75 20/20 Type: ☐ SV ☐ Bifocal
OS +2.00 20/ Date: / /

**Pupils:** ☒ Round ☒ Equal ☒ Responds to Light/Accommodation ☐ APD

**Motilities:** ☒ Full ☐ Abnormal **Confrontational Fields:** ☒ Full ☐ Abnormal

**Tonometry:** ☐ Applanation ☐ Tonopen ☒ NCT OD 20 OS 15 Time: 12:05 PM

| Cover Test: | Distance | Near |
|---|---|---|
| Eso | | |
| Exo | ✓ | ✓ |
| Tropia | | |
| Phoria | | |
| Ortho | | |

| Slit Lamp Exam: | WNL | ABNL |
|---|---|---|
| Cornea | ✓ | |
| Conjuctiva | ✓ | |
| Iris/Ant. Chamber | ✓ | |
| Lens | ✓ | |
| Lids/Lashes | ✓ | |

| Opthalmoscopy: | WNL | ABNL |
|---|---|---|
| Disc | ✓ | |
| Vessels | ✓ | |
| Macula | ✓ | |
| Periphery | ✓ | |
| Vitreous | ✓ | |

Right: WNL
Left: WNL

Method: ☒ Direct ☐ BIO ☐ 78D ☐ 3 mirror ☐ Other:

Cup to disc: OD .3 OS .3 Cup Depth: ☐ Deep ☐ Moderate ☒ Shallow ☐ PE 2.5%. Trop 1%

**Assessment/Plan:**
1. Hyperopia Astigmatism, Presbyopia
2.
3. glasses ordered
4.
5.

**Medications Ordered:**

**Eyeglasses Ordered:** Frame: MOD TORNADO Size: 56-18 140 Color: BROWN

**Rx:** OD +.50 -1.00 X 165 Add: +1.25 Seg Height: 20
OS +.75 -1.25 X 170 ☐ SV ☒ FT28 ☐ Reading Only PD 75/71

JAMES A. FALLKOD (Print Doctor's Name) [signature] (Doctor's Signature)

Follow-Up: ______ Date

Distribution: Offender's Medical Record

DOC 0081 (Eff. 9/2002)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Chronic Illness Flow Sheet**

Year: 2006

☐ Baseline ☐ Periodic

**Offender Information:**

Last Name: [illegible] First Name: Tony MI: ID#: N92282

| | Jan | Feb | March (Annual) | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clinic Indicators All Clinics:** | | | 3-13-06 | | | | 7/13/06 | | | | | |
| Height | | | 5'10" | | | | 5'10" | | | | | |
| Weight | | | 187.5 | | | | 189# | | | | | |
| Blood Pressure | / | / | 135/90 | / | / | / | 124/92 | / | / | / | / | / |
| Vital Signs (TPR) | | | 96 73 18 | | | | 96.4 76 16 | | | | | |
| Control (G.F.P.) | | | (F) | | | | | | | | | |

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diabetes:** | | | | | | | | | | | | |
| HgbA1C | | | | | | | | | | | | |
| HDL | | | | | | | | | | | | |
| LDL | | | | | | | | | | | | |
| Total Cholesterol | | | | | | | | | | | | |
| Triglycerides | | | | | | | | | | | | |

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HTN/Cardiac:** | | | 3-10-06 | | | | 3/10/04 | | | | | |
| HDL | | | 49 | | | | 49 | | | | | |
| LDL | | | 115 | | | | 115 | | | | | |
| Total Cholesterol | | | 183 | | | | 183 | | | | | |
| Triglycerides | | | 96 | | | | 96 | | | | | |
| NA+ | | | 140 | | | | 140 | | | | | |
| K+ | | | 4.3 | | | | 4.3 | | | | | |
| Cl- | | | 107 | | | | 107 | | | | | |
| $CO^2$ | | | 21 | | | | 21 | | | | | |

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Asthma:** | | | | | | | | | | | | |
| PFM | | | | | | | | | | | | |

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Seizure:** | | | | | | | | | | | | |
| Number of seizures since last clinic | | | | | | | | | | | | |

Distribution: Offender's Medical Record

DOC 0086 (Eff. 9/2002)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Chronic Illness Flow Sheet**

Year: 2005

☒ Baseline ☐ Periodic

Offender Information: Scott (Last Name) Tony (First Name) ____ (MI) ID#: N92280

| Clinic Indicators All Clinics: | Jan | Feb | March (Baseline Cardiac) | April | May | June | July (HTN) | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3-22-05 | | | | 7/14/05 | | | | 11-22-5 | |
| Height | | | 5'10" | | | | 5'10" | | | | 5'10" | |
| Weight | | | 179½# | | | | 186# | | | | 184# | |
| Blood Pressure | / | / | 104/70 | / | / | / | 110/70 | / | / | / | 122/88 | / |
| Vital Signs (TPR) | | | 93' 62 18 | | | | 97 68 16 | | | | 72 16 95 | |
| Control (G.F.P.) | | | Good | | | | Good | | | | | |

| Diabetes: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HgbA1C | | | | | | | | | | | | |
| HDL | | | | | | | | | | | | |
| LDL | | | | | | | | | | | | |
| Total Cholesterol | | | | | | | | | | | | |
| Triglycerides | | | | | | | | | | | | |

| HTN/Cardiac: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3-22-05 | | | | 7/18/05 | | | | 11-11-5 | |
| HDL | | | 37 | | | | 37 | | | | | |
| LDL | | | 70 | | | | 70 | | | | | |
| Total Cholesterol | | | 125 | | | | 125 | | | | | |
| Triglycerides | | | 89 | | | | 89 | | | | | |
| NA+ | | | 140 | | | | 140 | | | | 141 | |
| K+ | | | 4.0 | | | | 4.0 | | | | 4.2 | |
| Cl- | | | 105 | | | | 105 | | | | 105 | |
| CO² | | | 26 | | | | 26 | | | | 28 | |

| Asthma: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFM | | | | | | | | | | | | |

| Seizure: | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of seizures since last clinic | | | | | | | | | | | | |

Distribution: Offender's Medical Record

DOC 0086 (Eff. 9/2002)

Printed on Recycled Paper

00115

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-6__-1397 • Fax: 814-629-7644

| MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCOTT, TONY-N92280 N92280<br>NITROQUICK 0.4MG TABLET S<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:03/30/05 | PLACE 1 TABLET UNDER THE TONGUE AS NEEDED FOR CHEST PAIN X 30 DAYS | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>SCOTT, TONY-N92280 N92280<br>ATENOLOL 25MG TABLET<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:04/29/05 | TAKE 1 TABLET BY MOUTH DAILY X 1 MONTH WITH 1 REFILL | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>SCOTT, TONY-N92280 N92280<br>ENALAPRIL MALEATE 5MG TAB<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:04/29/05 | TAKE 1 TABLET BY MOUTH DAILY X 1 MONTH WITH 1 REFILL | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>SCOTT, TONY-N92280 N92280<br>LOVASTATIN 40MG TABLET<br>PETERS, CONS NRCC<br>Start:02/28/05 Stop:04/29/05 | TAKE 1 TABLET BY MOUTH DAILY X 1 MONTH WITH 1 REFILL | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>SCOTT, TONY-N92280 N92280<br>ASPIRIN 325MG TAB PLAIN<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:03/30/05 | TAKE 1 TABLET BY MOUTH DAILY X 30 DAYS | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order<br>SCOTT, TONY-N92280 N92280<br>LIPITOR 20MG TABLET<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:03/30/05 | TAKE 1 TABLET BY MOUTH DAILY X 30 DAYS | | PW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PW | P. Wigle |

LOCATION 0114 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS

INMATE NAME AND NUMBER N92280 | FACILITY NRC | CHARTING FOR 3-1-05 | THROUGH 3-31-05

00116

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-6_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | SCOTT, TONY-N92280 N92280<br>ISOSORBIDE DN 10MG TABLET<br>TOBIA, NADER NRCC<br>Start:02/28/05 Stop:03/30/05<br>TAKE 1 TABLET BY MOUTH 3 TIMES DAILY X 1 MONTH | | DW given | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

LOCATION 0114 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS

INMATE NAME AND NUMBER Scott, Tony N92280 | FACILITY NRC | CHARTING FOR 3-1-05 | THROUGH 3-31-05

WIL

# MEDICATION ADMINISTRATION RECORD

BOSWE' ' PHARMACY SERVICES
814-62_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | SCOTT, TONY-N92280 N92280<br>PLAVIX 75MG TABLET<br>PETERS, CONS NRCC<br>Start:03/02/05 Stop:05/01/05<br>TAKE 1 TABLET BY MOUTH EVERY DAY X 2 MONTHS *NF APPROVED UNTIL 05/01/05* | | | | PB | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Tony Scott

Received
MAR 16 2005
Western Illinois Corr. Center
Medical Records Dept.

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PB | P Bryan | | |

| LOCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS |
|---|---|---|---|
| T108 | | | |

| INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH |
|---|---|---|---|
| [illegible] N92280 | NRC | 3-1-05 | 3-31-05 |

00118

# MEDICATION ADMINISTRATION RECORD

DIAMOND

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 4/7/05 | Plavix 75mg i Po X1month q day DC 4:30 WS | 8A | | | | | | BP #27 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 7/31/05 | Atenolol 25mg i Po daily | 8A | | | | | | BP #23 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 7/31/05 | Vasotec 5mg i Po daily | 8A | | | | | | BP #24 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 7/31/05 | Mevacor 40mg i Po q day q Hs per meds | 8A / 8P | | | | | | BP #29 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 7/31/05 | EC ASA 325mg i Po daily | 8A | | | | | | BP #26 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 3/5/05 3/22/05 DISCONTINUE 4/5/05 7/31/05 | Isosorbide Dinitrate 10mg i Po tid | 8A / 12N / 8P | | | | | | BP #81 | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | D Dreesen Lpn | | | LL | L Hagemeyer RN | VM | V Moore RN | | |
| | | | | | | | | SLB | S Bowles RN |
| | | | | | | | | HL | L Henry Lpn |

LOCATION: HCU Bed 2B14
DATE OF BIRTH OR SOC. SEC. NO
ALLERGIES: NKA
INMATE NAME AND NUMBER
FACILITY
CHARTING FOR
THROUGH
DIAGNOSIS: HTN Cardiac

# MEDICATION ADMINISTRAT N RECORD

DIAMOND

\MOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 7/23/05 3/7/05 DISCONTINUE 7/31/05 7/7/05 | Nitro 0.4 mg Sl. PRN | | | 1st issued 3/7/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] |

LOCATION [illegible] 2B14

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES NKA

DIAGNOSIS [illegible]

INMATE NAME AND NUMBER [illegible]

FACILITY

CHARTING FOR [illegible] THROUGH [illegible]

# MEDICATION ADMINISTRAT''N RECORD

**BOSWE' '. PHARMACY SERVICES**
814-62_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 (handwritten entries) |
|---|---|---|---|
| Original Order 03/07/05 REF:00 Discontinue 07/31/05 6202272 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE AS DIRECTED AS NEEDED (D/C 7/31/05) **MAY BE CRUSHED** | | #24 3/7/05 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197332 | ISOSORBIDE DN 10MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH THREE TIMES DAILY (D/C 7/31/05) | 8AM NOON 8PM | #87 3/6/05 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197328 | ASPIRIN 325MG TAB PLAIN BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM | #28 3/6/05 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197325 | LOVASTATIN 40MG TABLET SUB FOR: MEVACOR 40MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 7/31/05) | 8AM | #29 3/6/05 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197319 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/3105) | 8AM | #24 3/6/05; #30 |
| Original Order 03/05/04 REF:00 Discontinue 07/31/05 6197314 | ATENOLOL 25MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM | #23 3/6/05; 4/28/05 # 30 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| | | | | LH | [signature] | | [signature] |
| | | | | B7 | B. [illegible] LPN | | [signature] |

LOCATION: 2B30

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS: HTN

INMATE NAME AND NUMBER

FACILITY: WESTERN ILLINOIS CORR CTR

CHARTING FOR 04/01/05 THROUGH 04/30/05

# MEDICATION ADMINISTRAT N RECORD

**BOSWE' . PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 |
|---|---|---|---|
| Original Order 03/05/05 REF:00 Discontinue 04/30/05 6197310 | PLAVIX 75MG TABLET<br>BROWN, LOWELL<br>TAKE 1 TABLET BY MOUTH<br>DAILY (D/C 4/30/05) | 8AM | #243/6/05 … Empty |
| Original Order / Discontinue | | | |
| Original Order / Discontinue | | | |
| Original Order / Discontinue | | | |
| Original Order / Discontinue | | | |
| Original Order / Discontinue | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible] | | | LH | L Hayslucy | [illegible] | [illegible] | E | C Shaw |
| | | | | | | | | SM | S Moore |
| | | | | | | | | AL | [illegible] |

LOCATION 2A30 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | DIAGNOSIS HTN

INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH

# MEDICATION ADMINISTRAT~~ON RECORD

BOSWE' L PHARMACY SERVICES
814-62_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Handwritten notes (days 1–30) |
|---|---|---|---|
| Original Order 03/07/05 REF:00 Discontinue 07/31/05 6202272 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE AS DIRECTED AS NEEDED (D/C 7/31/05) **MAY BE CRUSHED** | #24 3/7/05 | # 25 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197332 | ISOSORBIDE DN 10MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH THREE TIMES DAILY (D/C 7/31/05) | 8AM #87 NOON 8PM | 3/16/05 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197328 | ASPIRIN 325MG TABLET EC BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM #30 4/4/05 | empty #32 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197325 | LOVASTATIN 40MG TABLET SUB FOR: MEVACOR 40MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 7/31/05) | 8AM #29 3/6/05 | empty 5/11/05 #30 |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197319 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/3105) | 8AM #24 3/6/05 | # 30 4/23/05 |
| Original Order 03/05/04 REF:00 Discontinue 07/31/05 6197314 | ATENOLOL 25MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM #23 4/28/05 | empty 4/28/05 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | K Oleaner LPN | KH | K Hagelberger | DA | D Golen [illegible] | [illegible] | [illegible] | | |
| | | | G McMullen | E | E Edwards RN | SM | S Moore LPN | | |

LOCATION 2B33 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | DIAGNOSIS HTN

INMATE NAME AND NUMBER [illegible] | FACILITY WESTERN ILLINOIS CORR CTR | CHARTING FOR 05/01/05 THROUGH 05/31/05

Page 1 of 2

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/16/05 Discontinue 10/16/05 | ASA 162mg daily X4 mo SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/16/05 Discontinue 10/16/05 | Mevacor 20mg po hs X4 mo SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/16/05 Discontinue 10/16/05 | Vasotec 5mg bid X4 mo SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/16/05 Discontinue 10/16/05 | Atenolol 50mg po bid X4mo SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 6/17/05 Discontinue 10/17/05 | Isosorbide 30mg po bid X4 m SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | KH | [illegible] RN | | | DG | D. [illegible] LPN | | |

124

LOCATION: 1A66
DATE OF BIRTH OR SOC. SEC. NO.:
ALLERGIES: NKA.
DIAGNOSIS: CAD
INMATE NAME AND NUMBER: [illegible] N02280
FACILITY: [illegible]
CHARTING FOR: [illegible]
THROUGH: [illegible]

Page 2 of 2

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 6/16/05 (03/07/05) REF:00 Discontinue 6/17/05 (07/31/05) 6202272 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE AS DIRECTED AS NEEDED (D/C 7/31/05) **MAY BE CRUSHED** | #25 5-6-05 | | | | | | | | | | 25 | | DC 6/17/05 | | | | | | | | | | | | | | | | | | |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197332 | ISOSORBIDE DN 10MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH THREE TIMES DAILY (D/C 7/31/05) | 8AM NOON 8PM #81 3-16-05 | | | | DC 6/16/05 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197328 | ASPIRIN 325MG TABLET EC BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM #30 5-11-05 | | | [illegible] | | | | | | | 30 | X | | | | Dose Δ 6/16/05 | | | | | | | | | | | | | | | |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197325 | LOVASTATIN 40MG TABLET SUB FOR: MEVACOR 40MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 7/31/05) | 8AM #30 5-11-05 | | | | | | | | Δ dose 6/16/05 | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 03/05/05 REF:00 Discontinue 07/31/05 6197313 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM #30 4-23-05 | | | | | Δ dose 6/16/05 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 03/05/04 REF:00 Discontinue 07/31/05 6197314 | ATENOLOL 25MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/05) | 8AM #23 4-29-05 | | | | | Δ dose 6/16/05 | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible] | KH | K Hazelrigg | | | | [illegible] | | |
| | | | | | | SM | S Moore RN | | |
| | | | | | | | | | |

LOCATION: [illegible]

DATE OF BIRTH OR SOC. SEC NO.

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS: CAD

INMATE NAME AND NUMBER

FACILITY

CHARTING FOR

THROUGH

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Notes |
|---|---|---|---|
| Original Order 7/14/05 (06/17/05); REF:00; Discontinue 11/30/05 (10/15/05); 6253072 | ISOSORBIDE DN 30MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/15/05) ✓ | [illegible] | DC 7/20/05 |
| Original Order 7/14/05 (06/17/05); REF:00; Discontinue 11/30/05 (10/31/05); 6252736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) ✓ | [illegible] | #2 issued 7/20/05 |
| Original Order 7/14/05 (06/17/05); REF:00; Discontinue 11/30/05 (10/31/05); 6252732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 10/31/05) ✓ | [illegible] | #2 issued 7/20/05 |
| Original Order 7/14/05 (06/17/05); REF:00; Discontinue 11/30/05 (10/31/05); 6252716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 10/31/05) ✓ | [illegible] | turned in 325mg tab card; 7/11/05 #60; #2 issued 7/20/05 |
| Original Order 7/14/05 (06/17/05); REF:00; Discontinue 11/30/05 (10/31/05); 6197325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 10/31/05) ✓ | [illegible] | #2 issued 7/20/05 |
| Original Order 7/20/05; Discontinue 11/31/05 | Nitro 0.4mg SL PRN for chest pain | | #25 issued 7/20/05 [initials] |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| SL | S. [illegible] LPN | CH | [illegible] LPN | | | SM | Scott |
| [illegible] | [illegible] LPN | Cm | C. M. [illegible] | | | SM | S. Moore RN |

LOCATION: 1A66
DATE OF BIRTH OR SOC. SEC. NO.:
ALLERGIES: NO KNOWN ALLERGIES
DIAGNOSIS: CAD
INMATE NAME AND NUMBER: [illegible]
FACILITY: [illegible]
CHARTING FOR: [illegible]
THROUGH: [illegible]

# MEDICATION ADMINISTRA' 'ON RECORD

**BOSW .L PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 |
|---|---|---|---|
| Original Order 07/20/05 REF:00 Discontinue 11/30/05 6268206 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED AS NEEDED FOR CHEST PAIN (D/C 11/30/05) direction A 8/20/05 | | #25 7/20/05 (day 10: [illegible] # 25 [illegible]) |
| Original Order 07/14/05 REF:01 Discontinue 11/30/05 6252736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM / 8PM | #30 7/21/05 |
| Original Order 07/14/05 REF:01 Discontinue 11/30/05 6252732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) | 8AM / 8PM | #30 7/21/05 |
| Original Order 07/14/05 REF:01 Discontinue 11/30/05 6252716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 11/30/05) | 8AM | #29 7/21/05 |
| Original Order 07/14/05 REF:01 Discontinue 11/30/05 6197325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) | 8AM | (days 18–19: [illegible]) |
| Original Order 8/22/05 Discontinue 12/31/05 | Plavix [illegible] mg dly Non-formulary | | D/C 8/25/05 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| SR | S[illegible] LPN | CH | [illegible] | | | | | AG | [illegible] |
| GB | G Brink LPN | | | | | | | | |
| dd | [illegible] (CMA) | | | | | | | | [illegible] |

LOCATION: 1A 66 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES: NO KNOWN ALLERGIES | DIAGNOSIS: CAD

INMATE NAME AND NUMBER: SCOTT/TONY N0[illegible] | FACILITY: WESTERN ILLINOIS CORR CTR | CHARTING FOR 08/01/05 | THROUGH 08/31/05

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 8/22/05 Discontinue 12/31/05 | Nitro 0.4 SL - enough for three dly x 4 mths | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | [illegible signature] |

LOCATION 1A66 [illegible handwriting]
DATE OF BIRTH OR SOC. SEC. NO.
ALLERGIES NKA
DIAGNOSIS C.P
INMATE NAME AND NUMBER
FACILITY [illegible]
CHARTING FOR [illegible]
THROUGH

00128

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Notes |
|---|---|---|---|
| Original Order / Discontinue | DC 4-25-05 | issued #2 | |
| Original Order / Discontinue | | issued #25 8-10-05 | 3: #25; 21: #25 on KA |
| Original Order / Discontinue | | 7-21-05 #30 | 19: empty |
| Original Order / Discontinue | | 7-21-05 #30 | 6–7: 9/6/05 #60; 18: empty; 21: empty |
| Original Order / Discontinue | | 7-21-05 #29 | 7–8: empty 8/30 |
| Original Order / Discontinue | | issued 8-19-05 #30 | 18: empty; 21: #30 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible] LPN | | [illegible] LPN | SL | S [illegible] LPN | | [illegible] | | |
| GB | G Brink LPN | | | | | | [illegible] | | |
| | | | | | | SM | S [illegible] LPN | | |

LOCATION 1A66

DATE OF BIRTH OR SOC SEC NO.

ALLERGIES

DIAGNOSIS CAD

INMATE NAME AND NUMBER

FACILITY

CHARTING FOR

THROUGH

# MEDICATION ADMINISTRAT' 'N RECORD

## BOSWE' ' PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Days 1–30 |
|---|---|---|---|
| Original Order 08/22/05 REF:00 Discontinue 12/31/05 6285148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) D/C | 8AM | 8/25/05 |
| Original Order 08/22/05 REF:02 Discontinue 12/31/05 6285144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** #25 9/21/05 | 8AM NOON 8PM | empty #25 |
| Original Order 07/14/05 REF:02 Discontinue 11/30/05 6252736 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) #30 9/14/05 | 8AM 8PM | |
| Original Order 07/14/05 REF:02 Discontinue 11/30/05 6252732 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/05) #60 9/6/05 | 8AM 8PM | |
| Original Order 07/14/05 REF:02 Discontinue 11/30/05 6252716 | ASPIRIN CHILD 81MG TAB CH BROWN, LOWELL TAKE 2 TABLETS(162MG) BY MOUTH DAILY (D/C 11/30/05) #30 9/8/05 | 8AM | empty #30 X |
| Original Order 07/14/05 REF:02 Discontinue 11/30/05 6197325 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/05) #30 9/21/05 | 8AM | #30 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] LPN | KH | K. Hazelwood LPN | SK | S. King LPN | [illegible] | [illegible] RN | [illegible] | [illegible] |
| [illegible] | D. Bekerk LPN | | | | | | | | |

LOCATION 1A66 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | DIAGNOSIS CAD

INMATE NAME AND NUMBER [illegible] | FACILITY WESTERN ILLINOIS CORR CTR | CHARTING FOR [illegible] | THROUGH [illegible]

138

# MEDICATION ADMINISTRATI~N RECORD

BOSWE' '. PHARMACY SERVICES
814-62_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/26/05 | Lamisil Cr. apply | | | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | |
| Discontinue 11/9/05 | to toes daily x 2 wks SS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | | | SS | [illegible] |

2 of 2

LOCATION: 1A66

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NKA

DIAGNOSIS

INMATE NAME AND NUMBER: [illegible] N91181

FACILITY

CHARTING FOR: 10-26-05 THROUGH: 10-31-05

131

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/26/05 Discontinue 11/9/05 | Lamisil Cream apply to toes daily x 2 wks | 10/28/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] LPN | [illegible] | [illegible] Hazelrigg RN | SK | Skinny LPN | SM | S Moore LPN | [illegible] | [illegible] LPN |
| [illegible] | [illegible] LPN | | | | | | | | |
| | | | | | | | | [illegible] | [illegible] |

LOCATION: 1A66

DATE OF BIRTH OR SOC. SEC. NO.:

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS: CAD

INMATE NAME AND NUMBER:

FACILITY:

CHARTING FOR:

THROUGH:

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 (handwritten notes in day grid) |
|---|---|---|---|
| Original Order 12/22/05 · Discontinue 12/31/05 | PLAVIX 75MG TABLET<br>BROWN, LOWELL<br>TAKE 1 TABLET BY MOUTH<br>DAILY (D/C 12/31/05)<br>D/C 8/25/05 | 8AM | |
| Original Order 11/23/05 · Discontinue 3/31/06 | NITROQUICK 0.4MG TABLET S<br>BROWN, LOWELL<br>USE SL AS DIRECTED (D/C 12/31/05) *ENOUGH FOR 3 TIMES DAILY **<br>3/31/06 | 25 · 10/13/05 | empty 11-12-05 |
| Original Order 11/22/05 · Discontinue 3/31/06 | [illegible] 30MG TABLET<br>BROWN, LOWELL<br>TAKE 1 TABLET BY MOUTH [illegible] DAILY (D/C<br>3/31/06 | 30 · 9/19/05 | empty #30 |
| Original Order 11/22/06 · Discontinue 3/31/06 | ENALAPRIL MALEATE 5MG TAB<br>SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL<br>TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C<br>3/31/06 | 60 · 9/6/05 | empty 11-13-05 #30 |
| Original Order 11/30/05 · Discontinue 3/31/06 | [illegible] CHILD ASPIRIN TAB CH<br>BROWN, LOWELL<br>TAKE 1 TABLETS (162MG) BY MOUTH DAILY (D/C<br>3/31/06 | 30 · 10/8/05 | empty #[illegible] |
| Original Order 11/30/05 · Discontinue 3/31/06 | LOVASTATIN 20MG TABLET<br>SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL<br>TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C<br>3/31/06 | 30 · 10/20/05 | empty 2 [illegible] 11-20-05 #13 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] LPN | LH | [illegible] LPN | SK | S King LPN | SM | S Moore LPN | KY | [illegible] |
| GB | G Brink LPN | | | | | | | | |

LOCATION: 1A [illegible]
DATE OF BIRTH OR SOC. SEC. NO.
ALLERGIES: NO KNOWN ALLERGIES
DIAGNOSIS: CAD
INMATE NAME AND NUMBER
FACILITY
CHARTING FOR
THROUGH

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Notes (days 1–31) |
|---|---|---|---|
| Original Order 08/22/05 REF:00 Discontinue 12/31/05 6285148 | PLAVIX 75MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 12/31/05) | 8AM | D/C 8-25-05 |
| Original Order 11-22-05 REF:03 Discontinue 3-31-06 6285144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 12/31/05) **ENOUGH FOR 3 TIMES DAILY ** | 8AM / NOON / 8PM | empty #15 |
| Original Order 11-22-05 Discontinue 3-31-06 | Atenolol 50mg #30 ½ tab po BID | 11-14-05 | empty #60 |
| Original Order 11-22-05 Discontinue 3-31-06 | Enalapril 5mg #30 ½ tab PO BID | 11-13-05 | empty #60 |
| Original Order 11-22-05 Discontinue 3-31-06 | ASA 81mg #54 2 tabs (162mg) PO daily | 11-10-05 | empty #60 12-13-05 |
| Original Order 11-22-05 Discontinue 3-31-06 | Lovastatin 20mg #13 ½ tab PO QHS | 11-20-05 | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | SC | [illegible] RN | [illegible] | [illegible] | | |
| [illegible] | [illegible] | | | LA | [illegible] | | | | |
| [illegible] | [illegible] LPN | | | | | | | | |

LOCATION

DATE OF BIRTH OR SOC SEC. NO.

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS

INMATE NAME AND NUMBER: SCOTT/TONY. N02280

FACILITY: WESTERN ILLINOIS [illegible]

CHARTING FOR

THROUGH

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 12-15-05 Discontinue 1-15-06 | A+D Oint - to skin use ¯ Pkt daily | | | | | | | | | | | | | | | | #7 R | | | | | | Empty | | #7 R | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | [illegible] | [illegible] |

LOCATION: 1A66 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES: NKA | DIAGNOSIS

INMATE NAME AND NUMBER: [illegible] N42280 | FACILITY: [illegible] | CHARTING FOR: [illegible] | THROUGH: [illegible]

# MEDICATION ADMINISTRAT'ᴺN RECORD

**BOSWE' . PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 1/10/06 Discontinue 2/10/06 | Lamisil cream apply to toes daily x 1 mo | | | | | | | | | | | | | 12 GM 1SSW GM | | | | | | | | | | | | | | | | [illegible] | | |
| Original Order 1/26/6 Discontinue — | May use Nitro up to average of 2/day [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| GB | G Brink LPN | | | [illegible] | [illegible] | | | [illegible] | [illegible] |

LOCATION: [illegible] 1B54
DATE OF BIRTH OR SOC. SEC. NO.:
ALLERGIES: NKA
DIAGNOSIS:
INMATE NAME AND NUMBER: [illegible]
FACILITY: [illegible]
CHARTING OF: [illegible] THROUGH: [illegible]

3:06-cv-03144-HAB-CHE # 39-4 Page 29 of 43

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Days 1–30 (handwritten entries) |
|---|---|---|---|
| Original Order 1/10/06 (12/16/05 struck) REF:00 Discontinue 3/10/06 | VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO SKIN DAILY (D/C 1/14/06) & feet | 8AM | #7 12/23/05; day 6: 7 8am; days 10–11: empty #7 R; days 17–18: empty #7 R; days 24–25: empty #7 GB |
| Original Order 11/22/05 REF:00 Discontinue 03/31/06 6317555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 3/31/06) | 8PM | #30 12/3/05; day 1: # 30 [illegible] |
| Original Order 11/22/05 REF:01 Discontinue 03/31/06 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | #60 12/16/05; day 28: e m t + y |
| Original Order 11/22/05 REF:00 Discontinue 03/31/06 6317550 | ASPIRIN 81MG TABLET CHEW BROWN, LOWELL TAKE 2 TABLETS (162MG) BY MOUTH DAILY (D/C 3/31/06) | 8AM | #60 12/13/05; days 9–10: E Stecker empty; day 13: #60 R |
| Original Order 11/22/05 REF:01 Discontinue 03/31/06 6317549 | ATENOLOL 50MG TABLET BROWN, LOWELL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 3/31/06) | 8AM / 8PM | #60 12/16/05; days 17–18: empty #27 R |
| Original Order 11/22/05 REF:04 Discontinue 03/31/06 6305144 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL USE SL AS DIRECTED (D/C 03/31/06) (May use #2 q day) | 8AM / NOON / 8PM | #25 12/21/05; day 5: E #25 [illegible]; day 26: #25 [illegible] |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| DG | D Golden LPN | | | | | 67 | G. Zat LPN | [illegible] | [illegible] |
| GB | G. Brink LPN | | | | | [illegible] | [illegible] | AG | A. Glaz[illegible] |

LOCATION: 1854 [illegible]
DATE OF BIRTH OR SOC. SEC. NO.:
ALLERGIES: NO KNOWN ALLERGIES
DIAGNOSIS:
INMATE NAME AND NUMBER:
FACILITY:
CHARTING FOR:
THROUGH:

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-625-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order / Discontinue | 25-1/26/06 Mthly use average of 2/day | | | | | | | | [illegible] | | | | | | | | | | | | | | | | | | | [illegible] | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible] | | | | | | | [illegible] | [illegible] |
| [illegible] | G Brink LPN | | | | | | | | |

LOCATION 1354 ~~[illegible]~~ | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS [illegible]

INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH | HTN

# MEDICATION ADMINISTRAT~~N RECORD

BOSWEI~ PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–31 (daily entries) |
|---|---|---|---|
| Original Order / Discontinue | [illegible] 12g-1/28/06 | | |
| Original Order / Discontinue | [illegible] ~~7-1/28/06~~ empty 1/31/06 | | #7; empty #3; empty; Empty 2/26/06 #7 |
| Original Order / Discontinue | [illegible] ~~30-1/1/06~~ ~~empty 1/31/06~~ #30 1/31/06 | | empty #30 |
| Original Order / Discontinue | [illegible] empty 1/28/06 | | |
| Original Order / Discontinue | 60-1/13/06 | | Empty #30 |
| Original Order / Discontinue | [illegible] 74-1/18/06 | | #20 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] Bolen LPN | | | EH | E Hazeluzz RN | | | | |
| [illegible] | [illegible] LPN | | | | | | | | |
| [illegible] | [illegible] Brink LPN | | | | Edwards RN | | | | |

LOCATION 1B54 [illegible]
INMATE NAME AND NUMBER
DATE OF BIRTH OR SOC. SEC NO.
ALLERGIES
FACILITY
CHARTING FOR
THROUGH
DIAGNOSIS HTN

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order / Discontinue | [illegible] | | empty 2-24-06 | | | | | empty # | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/13/06 / Discontinue | [illegible] 7/30/06 | | #30 1-31-06; #30 2/28/06 | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | | |
| Original Order 3/13/06 / Discontinue | [illegible] 7/30/06 | | empty 1-28-06 | empty | | [illegible] | | | | | | | | | | | | | | | | | | | | | | | [illegible] | | | |
| Original Order / Discontinue | [illegible] D/C 3/13/06 | | #30 done 2-11-06 | | | | | | | | | | | | | | Rhd # | | | | | | | | | | | | | | | |
| Original Order 3/13/06 / Discontinue | [illegible] 7/30/06; D/C 3/14/06; Order A 3/14/06 | | #60 2-2-06 | | | | | empty #60 | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3/13/06 / Discontinue | [illegible] 7/30/06 may list average of 2 a day | | #25 2-7-06; #25 2/21/06 | | | | | | | | | | | | | | | | | | | | [illegible] 3-20-06 #25 | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | K Hazelrigg [illegible] | | | | | | [illegible] | | |
| [illegible] | K Adreano [illegible] | | | | | | [illegible] | [illegible] | [illegible] |

LOCATION: 1S54 | DATE OF BIRTH OR SOC SEC. NO. | ALLERGIES | DIAGNOSIS: HTN

INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH

# MEDICATION ADMINISTRATIC ' RECORD

**BOSWEL' PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 |
|---|---|---|---|
| Original Order 3/13/06 Discontinue 7/30/06 | ASA 325mg daily | | |
| Original Order 3/13/06 Discontinue 7/13/06 | A + D oint for ft + hands daily (1 pkt daily) | | |
| Original Order 7/13/06 Discontinue 7/13/06 | Lamisil cream for toes daily x 1 mth | | |
| Original Order 7/14/06 Discontinue 7/30/06 | Lopressor 50mg bid | | |
| Original Order Discontinue | | | |
| Original Order Discontinue | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | K Hazelrigg [illegible] | | | | | | [illegible] | [illegible] | [illegible] |
| dd | [illegible] | | | | | | [illegible] | | [illegible] |

LOCATION 1854 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS [illegible]

INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH

# MEDICATION ADMINISTRATI N RECORD

BOSWE . PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR |
|---|---|---|
| Original Order 03/13/06 REF:00 Discontinue 07/31/06 6376174 | ASPIRIN 325MG TAB PLAIN<br>BROWN, LOWELL<br>TAKE 1 TABLET BY MOUTH<br>DAILY (D/C 7/31/06)<br>#30 3-15-06 | 8AM |
| Original Order 03/13/06 REF:00 Discontinue 07/13/06 6376168 | VITAMIN A & D OINTMENT<br>BROWN, LOWELL<br>APPLY TO HANDS DAILY (D/C 7/13/06)<br>#1 3-27-06 | 8AM |
| Original Order 03/13/06 REF:00 Discontinue 07/31/06 6376160 | NITROQUICK 0.4MG TABLET S<br>BROWN, LOWELL<br>TAKE TWICE DAILY S.L. AS NEEDED (D/C 7/31/06)<br>#25 3-20-06<br>may use once or 2 a day | |
| Original Order 03/13/06 REF:00 Discontinue 07/31/06 6376156 | METOPROLOL 50MG TABLET<br>SUB FOR: LOPRESSOR 50MG TABLE BROWN, LOWEL<br>TAKE 1 TABLET BY MOUTH<br>TWICE DAILY (D/C 7/31/06)<br>#60 3-29-06 | 8AM<br>8PM |
| Original Order 03/13/06 REF:00 Discontinue 04/13/06 6376153 | LAMISIL AT 1% CREAM<br>BROWN, LOWELL<br>APPLY TO TOES DAILY (D/C 4/13/06) | 8AM<br>3-27-06<br>#12gm |
| Original Order 03/13/06 REF:04 Discontinue 07/31/06 6317555 | LOVASTATIN 20MG TABLET<br>SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL<br>TAKE 1 TABLET BY MOUTH<br>DAILY AT BEDTIME (D/C 7/31/06)<br>#30 3-27-06 | 8PM |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | KDreanen LPN | EH | K Hazelhugger RN | L | L Fowler LPN | BT | B. Tate LPN | | |
| GB | G Brush LPN | | | | | | | | |

LOCATION: 3D50

DATE OF BIRTH OR SOC. SEC. NO.:

ALLERGIES: NO KNOWN DRUG ALLERGIES

DIAGNOSIS: HTN

INMATE NAME AND NUMBER:

FACILITY: WESTERN ILLINOIS CORR CTR

CHARTING FOR: 04/01/06 THROUGH: 04/30/06

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/13/06 EF:02 Discontinue 07/31/06 317552 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 7/31/06) | 8AM | | | | | | | | | | | | J | | B7 | | | | | | | | | | | | | | | | |
| | | 8PM | | | | | | | | | | | BB | 1 | E | GD | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | J | | | | | |
| | | | | | | B7 | B. [illegible] LPN | | |

LOCATION 3D50 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN DRUG ALLERGIES | DIAGNOSIS HTN

INMATE NAME AND NUMBER [illegible] | FACILITY WESTERN ILLINOIS CORR CTR | CHARTING FOR 04/01/06 | THROUGH 04/30/06

# MEDICATION ADMINISTRAT`'N RECORD

BOSWE`' . PHARMACY SERVICES
814-62_-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order / Discontinue | [illegible] | [illegible] | #30 | | | 4-14-06 | | | | | | | | | #30 | | | | | | | | | | | | | | | | | |
| Original Order / Discontinue | [illegible] | [illegible] | | #7 | empty #7 | 4-22 06 | | | | | | empty #7 | | | | | | | | | empty #7 | | | | | | | | | empty #7 | | |
| Original Order / Discontinue | [illegible] | | ~~empty~~ | issued | | 4-28-06 | | | | | | | | | | | | | | | | | | | | | | empty #25 5/26 SS | | | | |
| Original Order / Discontinue | [illegible] | 8PM | #60 | | | 4-27-06 | | | | | | | | | | | | | | | | | | | | | | | | | #60 empty | |
| Original Order / Discontinue | [illegible] | 8PM | | #30 | | | 4-27-06 | | | | | | | | | | | | | | | | | | | | | | | | empty #30 | |
| Original Order / Discontinue | [illegible] | 8PM | #30 | | | | 4-27-06 | | | | | | | | | | | | | | | | | | | | | | | | empty #60 | |

No Lopressor 6/27 pm

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| KA | K. Klessen LPN | | | SR | S. King LPN | | | SR | S. King LPN |
| GB | G. Brandt LPN | | | | | CR | C. Muller | | |

LOCATION 2C57 | DATE OF BIRTH OR SOC SEC NO. | ALLERGIES | DIAGNOSIS

INMATE NAME AND NUMBER | FACILITY WESTERN ILLINOIS CORR CTR | CHARTING FOR | THROUGH

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| dd | [illegible signature] | | | | | | [illegible signature] | | |

LOCATION [illegible]

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES [illegible]

DIAGNOSIS [illegible]

INMATE NAME AND NUMBER [illegible]

FACILITY [illegible]

CHARTING FOR [illegible]

THROUGH [illegible]

# MEDICATION ADMINISTRAT'ON RECORD

BOSWE' '. PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | Notes on days 1–30 |
|---|---|---|---|
| Original Order 03/13/06 / Discontinue 07/31/06 | [illegible] TAB [illegible] BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/06) #30 5/13/06 | 8AM | Day 11: Empty; Day 12: * 30 DR |
| Original Order 03/13/06 / Discontinue 07/31/06 | VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO HANDS DAILY (D/C 7/31/06) ~~empty~~ #7 5/28/06 | 8AM | Day 3: empty; Day 4: * 1 6R; Day 12: empty; Day 14: * 1 8R; Day 21: Empty; Day 25: #1 GS |
| Original Order / Discontinue | NITROGLYCERIN 0.4MG TABLET [illegible] BROWN, LOWELL [illegible] TWICE DAILY [illegible] (D/C 7/31/06) #25 5/26/06 | | Day 14: empty 8R 25; Day 23: Empty #25 GS |
| Original Order 03/13/06 EFF:01 / Discontinue 07/31/06 | METOPROLOL 50MG TABLET SUB FOR: LOPRESSOR 50MG TABLE BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 7/31/06) #60 5/30/06 ~~#60~~ 4/27/06 | 8AM / 8PM | Day 30: Empty #60 GS |
| Original Order 03/13/06 EFF:06 / Discontinue 07/31/06 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 7/31/06) #30 5/30/06 | 8PM | Day 30: Empty #30 GS |
| Original Order 03/13/06 EFF:02 / Discontinue 07/31/06 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 7/31/06) #60 5/30/06 | 8AM / 8PM | Δ dose 6/26/06; Day 30: Empty #60 GS |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|
| dd | K Brennan LPN | | | | | SR | S Linder RN |
| [illegible] | [illegible] Brink LPN | | | | | CM | C Muller |
| | | | | | | [illegible] | [illegible] |
| | | | | | | | |
| | | | | | | DM | D Moore RN |
| | | | | | | [illegible] | [illegible] |

LOCATION: 2C57
DATE OF BIRTH OR SOC SEC. NO.:
ALLERGIES: NO KNOWN DRUG ALLERGIES
DIAGNOSIS:
INMATE NAME AND NUMBER:
FACILITY:
CHARTING FOR:
THROUGH:

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 1/31/06 Discontinue 4/30/06 | Vasotec 20mg bid x3m SM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | [illegible] | [illegible] | SM | S. Morrison |
| [illegible] | [illegible] | | | | | [illegible] | [illegible] | [illegible] | [illegible] |

LOCATION 2C5

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES NO KNOWN DRUG ALLERGIES

DIAGNOSIS

INMATE NAME AND NUMBER

FACILITY

CHARTING FOR

THROUGH

3:06-cv-03144-HAB-CHE # 39-4 Page 40 of 43

# MEDICATION ADMINISTRATI I RECORD

BOSWEL' PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 7/13/06 Discontinue 1/13/06 | Vasotec 20mg Bid B7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/13/06 Discontinue 1/30/06 | Nitro 0.4mg prn X4 months | | | | | | | | | | | | | | | | | | | | | | | | | KR [illegible] | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | KR | KRiner LPN |
| GB | G Brink LPN | | | | | | | | |
| | | | | | | | | A | [illegible] |

LOCATION 2C57

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES NO KNOWN DRUG ALLERGIES

DIAGNOSIS

INMATE NAME AND NUMBER

FACILITY WESTERN ILLINOIS CORR CTR

CHARTING FOR 07/01/06 THROUGH 07/31/06

# MEDICATION ADMINISTRATI N RECORD

**BOSWEL' PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 |
|---|---|---|---|
| Original Order 7/13/06 (03/13/06); REF:00; Discontinue 7/13/06 (07/21/05); 6376174 | ASPIRIN 325MG TAB PLAIN BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 7/31/06) | 8AM | mg #30 CW |
| Original Order 03/13/06; REF:00; Discontinue 07/13/06; 6376168 | VITAMIN A & D OINTMENT BROWN, LOWELL APPLY TO HANDS DAILY (D/C 7/13/06) | 8AM | [illegible] |
| Original Order 03/13/06; REF:00; Discontinue 07/31/06; 6376160 | NITROQUICK 0.4MG TABLET'S BROWN, LOWELL TAKE TWICE DAILY S.L. AS NEEDED (D/C 7/31/06) | | EMPS; direction Δ 7/13/06 |
| Original Order 7/13/06 (03/13/06); REF:03; Discontinue 11/30/06 (07/31/06); 6376156 | METOPROLOL 50MG TABLET SUB FOR: LOPRESSOR 50MG TABLE BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 7/31/06) | 8AM / 8PM | |
| Original Order 7/13/06 (03/13/06); REF:07; Discontinue 11/13/06 (07/31/06); 6317555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 7/31/06) | 8PM | |
| Original Order 03/13/06; REF:04; Discontinue 07/31/06; 6317552 | ENALAPRIL MALEATE 5MG TAB SUB FOR: VASOTEC 5MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 7/31/06) | 8AM / 8PM | order Δ 7/13/06 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| EB | D Brush RN | | | | | CR | C Mueller | AZ | A [illegible] |

LOCATION 2C57 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN DRUG ALLERGIES | DIAGNOSIS

INMATE NAME AND NUMBER [illegible] | FACILITY WESTERN ILLINOIS CORR CTR | CHARTING FOR 07/01/06 | THROUGH 07/31/06

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES

814-629-[illegible]397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1–30 |
|---|---|---|---|
| Original Order 07/13/06 REF:01 Discontinue 11/30/06 [illegible]446667 | ENALAPRIL MALEATE 20MG TA SUB FOR: VASOTEC 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/06) #60 7/31/6 | 8AM / 8PM | |
| Original Order 07/13/06 REF:00 Discontinue 11/30/06 [illegible]376174 | ASPIRIN 325MG TAB PLAIN BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 11/30/06) #30 7/16/6 | 9AM | |
| Original Order 07/13/06 REF:01 Discontinue 11/30/06 [illegible] | NITROQUICK 0.4MG TABLET S BROWN, LOWELL PLACE 1 TABLET UNDER TONGUE AS NEEDED (D/C 11/30/06) 7/24/6 | | 1: #25 [illegible]; 13: [illegible] #25 [illegible]; 24: #25 [illegible] |
| Original Order 07/13/06 REF:04 Discontinue 11/30/06 [illegible]376156 | METOPROLOL 50MG TABLET SUB FOR: LOPRESSOR 50MG TABLE BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/06) #60 7/31/6 | 8AM / 8PM | per Dr. Brown may go ahead + issue Nitro. even though he used #25 in 8 days. |
| Original Order 07/13/06 REF:08 Discontinue 11/30/06 [illegible]317555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/06) #30 7/31/6 | 8PM | |
| Original Order / Discontinue | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | BR | [illegible] |
| | | | | | | | [illegible] | CT | [illegible] |
| | | | | | | | | [illegible] | [illegible] |

LOCATION: 2057 | DATE OF BIRTH OR SOC SEC. NO.: | ALLERGIES: NO KNOWN DRUG ALLERGIES | DIAGNOSIS:

INMATE NAME AND NUMBER: [illegible] TONY N[illegible] | FACILITY: WESTERN ILLINOIS CORR CTR | CHARTING FOR: 07/01/06 | THROUGH: 07/31/06

3:06-cv-03144-HAB-CHE # 39-4 Page 43 of 43

# MEDICATION ADMINISTRAT'ON RECORD

BOSWE' '. PHARMACY SERVICES
814-62ↄ-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 07/13/06 REF:01 Discontinue 11/30/06 6446657 | ENALAPRIL MALEATE 20MG TA SUB FOR: VASOTEC 20MG TABLET BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/06) #60 7-31-06 | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | empty shelf | | | | |
| Original Order 07/13/06 REF:00 Discontinue 11/30/06 6376174 | ASPIRIN 325MG TAB PLAIN BROWN, LOWELL TAKE 1 TABLET BY MOUTH DAILY (D/C 11/30/06) #30 7-16-06 | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | empty | | #1 30 [illegible] | | |
| Original Order 07/13/06 REF:01 Discontinue 11/30/06 6376160 | NITROQUICK 0.4MG TABLET S BROWN, LOWELL PLACE 1 TABLET UNDER TONGUE AS NEEDED (D/C 11/30/06) #25 7-24-06 | | | EB #25 | | | | | | | | | | EB #25 | | | | | | | | #[illegible] [illegible] | | | | | | | | | | | |
| Original Order 07/13/06 REF:04 Discontinue 11/30/06 6376156 | METOPROLOL 50MG TABLET SUB FOR: LOPRESSOR 50MG TABLE BROWN, LOWEL TAKE 1 TABLET BY MOUTH TWICE DAILY (D/C 11/30/06) #60 7-31-06 | 8AM 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | empty shelf | | | | |
| Original Order 07/13/06 REF:00 Discontinue 11/30/06 6317555 | LOVASTATIN 20MG TABLET SUB FOR: MEVACOR 20MG TABLET BROWN, LONEL TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME (D/C 11/30/06) #30 7-31-06 | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | empty shelf | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] (pn) | | | | | [illegible] | [illegible] | TM | TMoore[illegible] |
| [illegible] | [illegible] (pn) | | | | | | | | |

LOCATION 2C5 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN DRUG ALLERGIES | DIAGNOSIS

INATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH

E-FILED
Friday, 26 January, 2007 08:48:13 AM
Clerk, U.S. District Court, ILCD

Scott , Tony
ID: 4652892280
44 yr 70 in 180 lb
Male BLACK
Meds: Antihypertensive
Antihypertensive
Location: 46528 Room:
Comment:
3/12/05 1:12 PM
Vent rate: 54 BPM
PR int: 160 ms
QRS dur: 94 ms
QT/QTc: 438/425 ms
P-R-T axes: 72 2 -8
western
SINUS BRADYCARDIA
CANNOT RULE OUT INFERIOR INFARCT , AGE UNDETERMINED
ABNORMAL ECG
REGULAR OVER-READ REQUESTED.
COMPUTER INTERPRETATION CONFIRMED.
Reviewed by James F. Clifton, MD
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
M.D. Review
Date: 3-22-05
Doctor:
Pull Chart
See Patient
File
25 mm/s 10 mm
WEXFORD-WESTEF' ''.L. CORR. FAC.
604 0.2515
00152

Scott, Tor
ID: 92280 Black 44 70in 189lb
Male Meds: Antihypertensive, Anti-anginal
e: 57 P-QRS-T axes: 73 1 -3
PR int: 162 QRS dur: 90 QT/QTc: 446/440
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
6/16
Scott, Tony
ID: 92280 Black 44 70in 189lb
Male Meds: Antihypertensive, Anti-anginal
P-QRS-T axes: 73 1 -3
PR int: 162 QRS dur: 90 QT/QTc: 446/440
western
SINUS BRADYCARDIA
NORMAL ECG
COMPUMED ECG MANAGEMENT SYSTEM
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
M.D. Review
Date 7-14-05
Doctor
Pull Chart
See Patient
File

Scott , Tony
ID: 4652892280
45 yr 69 in 188 lb
Male BLACK
Meds: Anti-anginal
Beta blocker
Location: 46528 Room:
Comment:
9/15/05 11:46 AM
Vent rate: 57 BPM
PR int: 162 ms
QRS dur: 92 ms
QT/QTc: 444/438 ms
P-R-T axes: 25 2 1
WESTERN IL CORRECTIONAL CTR
SINUS BRADYCARDIA
NORMAL ECG
POOR R WAVE PROGRESSION.
OTHERWISE NORMAL ECG
REGULAR OVER-READ.
Reviewed by James F. Clifton, MD
SEP
M.D. Review
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
25 mm/s 10 mm' ·V
HPL-WESTERN I'' CORR. FAC.
604 0 271
:00154



Scott , Tony
ID: 4652892280
45 yr 69 in 179 lb
Male BLACK
Meds: Antihypertensive
Location: 46528 Room:
Comment:
10/26/05 1:41 PM
Vent rate: 58 BPM
PR int: 0 ms
QRS dur: 88 ms
QT/QTc: 448/445 ms
P-R-T axes: 999 12 3
WESTERN IL CORRECTIONAL CTR
SINUS BRADYCARDIA
ST ELEVATION, PROBABLY EARLY REPOLARIZATION
OTHERWISE NORMAL ECG
REGULAR OVER-READ
Reviewed by C. Gordon Hale, MD
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
M.D. Review
Date:
Doctor:
Pull Chart
See Patient
File
25 mm/s 10 'mV
HPL-WESTEP' 'L. CORR. FAC.
604 0 381
: 00155



3:06-cv-03144-HAB-CHE # 39-5 Page 5 of 66

Scott , Tony
ID: 4652892280
45 yr 70 in 179 lb
Male BLACK
Meds: Antihypertensive

Location: 46528 Room:
Comment:

11/5/05 1:52 PM

Vent rate: 67 BPM
PR int: 148 ms
QRS dur: 90 ms
QT/QTc: 422/438 ms
P-R-T axes: 50 9 8

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NORMAL ECG
EARLY REPOLARIZATION.
STAT OVER-READ

Reviewed by Lisa Garbrick, MD

I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
M.D. Review
Date:
Doctor:
Pull Chart
See Patient
File

25 mm/s 10 mm/mV

HPL-WESTERN IL CORR. FAC.

604 0 441

: 00156



Scott, Tony
ID: 4652892280
43 yr 70 in 184 lb
Male BLACK
Meds:

Location: 46528 Room:
Comment:

12/9/05 9:00 PM

| | | |
|---|---|---|
| Vent rate: | 69 | BPM |
| PR int: | 152 | ms |
| QRS dur: | 96 | ms |
| QT/QTc: | 416/435 | ms |
| P-R-T axes: | 72 7 5 | |

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NONSPECIFIC ST ELEVATION
BORDERLINE ECG

STAT OVER-READ REQUESTED.

Reviewed by C. Gordon Hale, MD

Received
DEC 16 2005
Western Illinois Corr. Center
Medical Records Dept.

I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
M.D. Review
Date:
Doctor:
Pull Chart
Sec Patient
File

25 mm/s 10 mm/mV

HPL-WESTERN IL CORR. FAC.

604 0 593



Scott , Tony
ID: 4652892280
44 yr 70 in 189 lb
Male BLACK
Meds: Anti-anginal
Antihypertensive
Location: 46528 Room:
Comment:

9/27/06 1:02 PM

Vent rate: 83 BPM
PR int: 150 ms
QRS dur: 90 ms
QT/QTc: 378/418 ms
P-R-T axes: 72 0 -3

WESTERN IL CORRECTIONAL CTR
SINUS RHYTHM
NORMAL ECG

COMPUTER INTERPRETATION CONFIRMED
STAT OVER-READ

Reviewed by James F. Clifton, MD

Received
OCT 06 2006
Corr. Center

I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II

25 mm/s 10 mm/mV WEXFORD-WESTERN ILL. CORR. FAC. 604 0 1167

Stateville NRC
16300 S Route 53
815-727-6141
Joliet, IL 60435

11981

# Genesis
Clinical Laboratory

3231 S. Euclid Ave. Berwyn, IL 60402
Ph: 708-783-3280 Fax: 708-783-0381

| PATIENT NAME | DATE OF BIRTH | SEX | PATIENT ID | STATUS |
|---|---|---|---|---|
| N92280, SCOTT | [redacted] | M | RF-256281 | Final |
| PHYSICIAN | REQUISITION # | COLLECTED DATE/TIME | | S.S.N. |
| TOBIA, NADER | 11981.29002 | 02/18/2005 18:51 | | |
| COMMENTS | PATIENT PHONE | ALT. PATIENT ID | | BATCH 2 |
| 38 | | | | Page 1 |

| Diagnostic Procedure | Result In Range | Result Out of Range | | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC** | | | | | | |
| SODIUM | 140 | | | MMOL/L | 134-148 | |
| POTASSIUM | 4.0 | | | MMOL/L | 3.5-5.5 | |
| CHLORIDE | 105 | | | MMOL/L | 95-111 | |
| CO2 | 26 | | | MMOL/L | 24-32 | |
| BLOOD UREA NITROGEN | 14 | | | MG/DL | 6-21 | |
| CREATININE | 1.4 | | | MG/DL | 0.6-1.4 | |
| CALCIUM | 9.7 | | | MG/DL | 8.5-10.5 | |
| GLUCOSE,RANDOM | 74 | | | MG/DL | 70-100 | |
| | FASTING RANGE 70-100 MG/DL | | | | | |
| | RANDOM RANGE 70-200 MG/DL | | | | | |
| | PER ADA RECOMMENDATIONS | | | | | |
| ALBUMIN | 4.6 | | | G/DL | 3.2-5.5 | |
| TOTAL PROTEIN | 7.7 | | | G/DL | 6.0-8.0 | |
| ALK PHOSPHATASE | 58 | | | IU/L | 30-120 | |
| ALT (SGPT) | 19 | | | IU/L | 0-50 | |
| AST (SGOT) | 23 | | | IU/L | 0-40 | |
| BILIRUBIN,TOTAL | 0.7 | | | MG/DL | 0.2-1.4 | |
| **HEMOGLOBIN ELECTROPHORESI** | | | | | | |
| HEMOGLOBIN A | | 54.5 | L | | 95.0-100.0 | |
| FETAL HGB | 1.4 | | | | 0.0-2.0 | |
| HEMOGLOBIN S | | 41.5 | H | | <0.1 | |
| HEMOGLOBIN OTHER | 0 | | | | | |
| HEMOGLOBIN A2 | | 2.6 | L | % | 2.9-4.5 | |
| INTERPRETATION | | | | | | |
| | HEMOGLOBIN SICKLE TRAIT | | | | | |
| **LDL(INC CHOL,TRIG,HDL,VLD** | | | | | | |
| CHOLESTEROL | 125 | | | MG/DL | 120-200 | |
| | <200 MG/DL DESIREABLE | | | | | |
| | 200-239 MG/DL BORDERLINE HIGH | | | | | |
| | >=240 MG/DL HIGH | | | | | |

**Continued on next page**

LabCorp®

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|

Additional Information

Clinical Information

Physician ID | Patient ID

Sex | Age (Yr/Mos)

Account

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Urinalysis, Routine | | | | | |
| Urinalysis Gross Exam | | | | | CB |
| Specific Gravity | 1.015 | | | 1.005 - 1.030 | CB |
| pH | 6.0 | | | 5.0 - 7.5 | CB |
| Urine-Color | Yellow | | | Yellow | CB |
| Appearance | Clear | | | Clear | CB |
| WBC Esterase | | Trace | | Negative | CB |
| Protein | Negative | | | Negative/Trace | CB |
| Glucose | Negative | | | Negative | CB |
| Ketones | Negative | | | Negative | CB |
| Occult Blood | Negative | | | Negative | CB |
| Bilirubin | Negative | | | Negative | CB |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | CB |
| Nitrite, Urine | Negative | | | Negative | CB |
| Microscopic Examination | See below: | | | | CB |
| WBC | 0-3 | | | 0 - 5 | CB |
| RBC | None seen | | | 0 - 3 | CB |
| Epithelial Cells | 0-5 | | | 0 - 10 | CB |
| Casts | None seen | | | None seen | CB |
| Crystals | | | | N/A | CB |
| Few amorphous urates present. | | | | | |
| Bacteria | None seen | | | None seen/Few | CB |

LAB: CB LabCorp Dublin DIRECTOR: Rose Goodwin, MD
6370 Wilcox Road Dublin, OH 43016-1296

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 309-[illegible] LAB: 614-889-1061

LAST PAGE OF REPORT

Received
MAR 09 2005
[illegible] Corr. Center
Medical Records Dept.

M.D. Review
Date: 3-16-05
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

314-520-0131-0 S CB Final Pg 1 LabCorp V.1.23

Coll Time 10:00 DOB: [redacted] Fasting: N

CL WZ412801490 BROWN N92280

SCOTT, TONY M 044/04

Western Correctional Cente 12801490

RR4, Box 196 13
Mount Sterling IL 62353
217-773-4441

11/10/05 11/11/05 11/11/05 0505 PROV:

| | | | | |
|---|---|---|---|---|
| lectrolyte Panel | | | | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | CB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | CB |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | CB |
| Carbon Dioxide, Total | 28 | mmol/L | 20 - 32 | CB |

Lab: CB LabCorp Dublin Director: Rose Goodwin, MD
6370 Wilcox Road, Dublin, OH 43016-1296
nquires, the physician may contact: Branch: 309-663-6451 Lab: 614-889-1061

LAST PAGE OF REPORT

M.D. Review
Date: 11-23
Doctor:
☐ Pull Chart
☐ See Patient
☑ File

FINAL REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

DNY N92280 314-520-0131-0 Seq# 0505 11-11-05 07:44ET



LabCorp

| Specimen # | Control/Req Number | Page # |
|---|---|---|
| | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| [illegible] | | | [illegible] Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| [illegible] | | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| [illegible] | M | [redacted] |

Patient Address

Comments [illegible]

Clinical Information

Account [illegible]

PO Box [illegible]

PROV: [illegible]

Tests Requested [illegible]

Lipid Panel With LDL/HDL Ratio

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | [illegible] | | x10E3/uL | 4.0 - 10.5 | CB |
| Red Blood Cell (RBC) Count | 4.95 | | x10E6/uL | 4.10 - 5.60 | CB |
| Hemoglobin | [illegible] | | g/dL | 12.5 - 17.0 | CB |
| Hematocrit | 45.0 | | % | 36.0 - 50.0 | CB |
| MCV | 91 | | fL | 80 - 98 | CB |
| MCH | 30.[illegible] | | pg | 27.0 - 34.0 | CB |
| MCHC | 32.9 | | g/dL | 32.0 - 36.0 | CB |
| RDW | 13.3 | | % | 11.7 - 15.0 | CB |
| Platelets | 222 | | x10E3/uL | 140 - 415 | CB |
| Neutrophils | 29 | Low | % | 40 - 74 | CB |
| Lymphs | 60 | High | % | 14 - 46 | CB |
| Monocytes | 7 | | % | 4 - 13 | CB |
| Eos | 4 | | % | 0 - 7 | CB |
| Basos | 0 | | % | 0 - 3 | CB |
| Neutrophils (Absolute) | 1.5 | | x10E3/uL | 1.8 - 7.8 | CB |
| Lymphs (Absolute) | 3.2 | | x10E3/uL | 0.7 - 4.5 | CB |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | CB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | CB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | CB |
| Basic Metabolic Panel (8) | | | | | |
| Glucose, Serum | 92 | | mg/dL | 65 - 99 | CB |
| BUN | 9 | | mg/dL | 7 - 26 | CB |
| Creatinine, Serum | 1.4 | | mg/dL | 0.5 - 1.5 | CB |
| BUN/Creatinine Ratio | 6 | Low | | 9 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | CB |
| Potassium, Serum | 4.3 | | mmol/L | 3.5 - 5.5 | CB |
| Chloride, Serum | 107 | | mmol/L | 95 - 109 | CB |
| Carbon Dioxide, Total | [illegible] | | mmol/L | 20 - 32 | CB |
| Calcium, Serum | [illegible] | | mg/dL | 8.5 - 10.6 | CB |
| Lipid Panel With LDL/HDL Ratio | | | | | |
| Cholesterol, Total | [illegible] | | mg/dL | 100 - 199 | CB |
| Triglycerides | [illegible] | | mg/dL | 0 - 149 | CB |
| HDL Cholesterol | 43 | | mg/dL | 40 - 59 | CB |
| VLDL Cholesterol Cal | [illegible] | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | [illegible] | | mg/dL | 0 - 99 | |
| Comment | | | | | CB |

If [illegible]

MAR 10 2006

M.D. Review
Date: 3/13
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☒ File

REPORT

©2005 Laboratory Corporation of America® Holdings
All Rights Reserved

LabCorp

| Specimen # | Control/Req Number | Page # |
|---|---|---|

Fasting | Micro Source | Total Urine Volume | Report Status

Date Collected | Time Collected | Date Entered | Date Reported

Patient ID Number | Patient Phone Number | Patient SSN

Patient Name | Sex | Date of Birth

Patient Address

Comments

Clinical Information

Account

Western Illinois Correctional Center

PO Box 1000

Mount Sterling IL

Tests Requested

Lipid Panel With LDL/HDL Ratio

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| LDL/HDL Ratio | 3.3 | | ratio units | 0.0 - 3.6 | |

| LDL/HDL | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 1.0 | 1.5 |
| Avg.Risk | 3.6 | 3.2 |
| 2X Avg.Risk | 6.3 | 5.0 |
| 3X Avg.Risk | 8.0 | 6.1 |

Lab: CB LabCorp Dublin Director: Rose Goodwin, MD

6370 Wilcox Road, Dublin, OH 43016-1296

For inquiries, the physician may contact: Branch: 800-662-8451 Lab: 614-889-1061

LAST PAGE OF REPORT

MAR 10 2006

REPORT

©2005 Laboratory Corporation of America® Holdings
All Rights Reserved

Western Illinois Correctional Center
R. R. 4 Box 196
Mount Sterling, IL 62353

University of Illinois Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| SCOTT, TONY N92280 | A210-32280 | [redacted] | M | Final | D210 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| BROWN, LOWELL J | 07/31/2006 23:30 | 07/31/2006 23:30 | 08/01/2006 7:00 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A210.3982 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| CREATININE | 1.4 | | MG/DL | 0.5-1.5 |

End of Report

M.D. Review
Date: 8-7
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

SCOTT, TONY N92280 08/01/2006 07:07 D210

# WESTERN ILLINOIS CORRECTIONAL CENTER
# HEALTH CARE UNIT SERVICES

The Health Care Unit at Western Illinois Correctional Center has a program for providing for your health care needs while you are assigned to this center.

SICK CALL Offenders are to sign up for sick call with the housing unit officer. A nurse will pick the lists up nightly. You will be called to health care the following morning. A nurse must assess you and make appropriate referrals. A $2.00 co-payment will be charged to your Trust Fund Account.

For routine, non-urgent needs, a health care request form must be submitted to see a mental health professional, a dental professional, or an eye doctor.

INJURIES OR EMERGENCY HEALTH PROBLEMS – Report these immediately to the officer in charge of your wing or where you are at the time. The officer will then make necessary arrangements for direct referral to the Health Care Unit.

MEDICATION LINE – If you are to receive medication, you will receive your medication in your housing units. Medlines will be at approximately 7:00 a.m. and 7:00 p.m.

Periodically, you may be scheduled to see the doctor, dentist, or a specialist when you haven't requested. Please honor the call pass you are given. If we schedule you, you will not be charged the $2.00 co-payment.

HEALTH EDUCATION – Health education is provided either individually or to a group by Health Care Unit personnel. If you have a chronic illness you will be scheduled for a chronic clinic where you will be given health education instructions. Health Care Unit staff provide health education programs periodically throughout the year. At any time, you may request individual counseling or education on health related topics.

ABUSE OF HEALTH CARE UNIT SERVICES- It is your responsibility to:
Honor all call passes sent to you by the medical unit.
Take all medications prescribed and in a manner that you have been instructed.
Contact the Health Care Unit if no improvement is obtained after seeing a nurse or physician.
Contact the Health Care Unit for any health education you may want that is not currently provided.

Name X Tony Scott Number N92280

DCA 230-35654 (Rev. 07/02)
IL 426-17005

WESTERN ILLINOIS CORRECTIONAL CENTER
Health Care Unit
Aids/Sexual Assault Prevention Education/Orientation

I received Aids/Sexual Assault Prevention Education and Orientation to the Health Care Unit on 3-5-05. I fully understand my responsibilities.

If I have been threatened with a sexual assault or have been sexually assaulted, I need to report it immediately to staff who will take appropriate action. I need not name my attacker to receive medical and mental health services.

X Tony Scott
Inmate Name

N92280
Number

DCA 230-35656 (Rev 8/97)
IL 426-17007

CULBERTSON Memorial Hospital
238 South Congress • P.O. Box 440
Rushville, IL 62681
Telephone: (217) 322-4321

# EMERGENCY/OUTPATIENT DEPARTMENT

1435 2050

| PATIENT NO | M/R NO. | SUBTYPE | PATIENT TYPE | ADMIT DATE | TIME | DISCHARGE DATE | TIME | ROOM # |
|---|---|---|---|---|---|---|---|---|
| 169435 | 117448 | ER | E/R | 07/19/05 | 19:37 | 07/19/05 | 19:37 | |

| PATIENT NAME (LAST NAME FIRST) | PATIENT'S PREVIOUS NAME | SOCIAL SECURITY NO. | PREVIOUS ADMIT DATES |
|---|---|---|---|
| SCOTT TONY | | [redacted] | |

| STREET ADDRESS | CITY | STATE | ZIP | HOME PHONE | COUNTY |
|---|---|---|---|---|---|
| RR 4 BOX 196 | MT STERLING | IL | 62353 | 217-773-4441 | BROWN |

| PATIENT'S BIRTH DATE | AGE | MS | SEX | RACE | CALL/RELIGION | ACCIDENT TYPE/PLACE | TIME | DATE |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 45 | S | M | B | PROTESTANT | /ONSET OF I | 19:37 | 07/19/05 |

| PATIENT'S EMPLOYER | EMPLOYER ADDRESS | CITY | STATE | ZIP | WORK RELATED | PATIENT'S OCCUPATION |
|---|---|---|---|---|---|---|
| | | | 00000 | | Y / N | |

| GUARANTOR'S NAME | ADDRESS | TELEPHONE | GUARANTOR EMPLOYER NAME |
|---|---|---|---|
| HEALTH PROFESSIONALS | 9000 N LINDBE PEORIA IL 61615 | 309-272-1536 | |

| EMERGENCY NOTIFICATION NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|
| | | 00000 | 000-000-0000 |
| | | | |

| FIN CLASS | PRIMARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| CB | HEALTH PROFESSIONALS | 99999 | | |

| FIN CLASS | SECONDARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| | | | | |

| FIN CLASS | TERTIARY INSURANCE PAYOR | POLICY/CERTIFICATE NO. | GROUP NO. | PRECERT NO. |
|---|---|---|---|---|
| | | | | |

| ADV CIR | MODE OF ARRIVAL | CHIEF COMPLAINT | ADMIT CLERK |
|---|---|---|---|
| Y / N | ___ Rescue ___ Priv. Car | | PM |

| DR. NO. | ATTENDING DOCTOR | ADMITTING DOCTOR | FAMILY DOCTOR |
|---|---|---|---|
| 100900 | SCHROEDER JENNIFER S | SCHROEDER JENNIFER S | BROWN LOWELL |

**HISTORY & PHYSICAL FINDINGS**

Copy

**TREATMENT SERVICES**

**IMPRESSION DIAGNOSIS**

ICD-9

CPT

E-CODE

**TESTS** TIME LAB CALLED ______ TIME RESULTS OBTAINED ______ TIME X-RAY CALLED ______ TIME REPORT OBTAINED ______

Received
JUL 20 2005
Western Illinois Corr. Center
Medical Records Dept.

M.D. Review
Date: 7-20
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

Physician Signature: [signature] Date 7/19/05

*Reminder: also sign Emergency Room Notes



CULBERTSON MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT ORDERS

Patient Name: Tony Scott Date: 7-19-5

Time Tests Ordered: 1930

## Physician Orders

| Lab Test Order | | Initials |
|---|---|---|
| ☒ CBC | | [initials] |
| ☒ BMP | | [initials] |
| ☒ Cardiac Enzymes | | [initials] |
| ☒ PT | ** ☒ Hold | [initials] |
| ☒ PTT | ** ☒ Hold | [initials] |
| ☐ Liver Profile | | |
| ☐ Thyroid Profile | | |
| ☐ Amylase | | |
| ☐ Lipase | | |
| ☐ Magnesium | | |
| ☐ SED Rate | | |
| ☐ Blood C&S | Sites | |
| ☐ ABGs | | |
| ☐ UA Pregnancy | | |
| ☐ Serum Pregnancy | | |
| ☐ Quantitative HCG | | |
| ☐ UA ☐ Culture if indicated | | |
| ☐ UA Cult & Sensitivity | | |
| ☐ GC Chlamydia | | |
| ☐ Quick Strep | | |
| ☐ Throat C&S | | |
| ☐ Mono Spot | | |
| ☐ BNP(B-Natriuretic Peptide) | | |

| Other Lab Tests | Initials |
|---|---|
| | |
| | |
| | |

| X-ray Orders | Initials |
|---|---|
| ☒ CXR | [initials] |
| ☐ ABD Series | |
| ☐ Flat&Upright ABD | |
| ☐ C-Spine | |
| ☐ Ankle | |
| | |
| ☒ EKG | [initials] |

| CT Scan Orders | Initials |
|---|---|
| ☐ CT Head W/O | |
| ☐ CT ABD | |
| ☐ CT Pelvis | |

Copy

| MISC Orders | Initials |
|---|---|
| ☒ Pulse Oximetry | [initials] |
| ☒ Oxygen | [initials] |
| ☒ IV Lock | |
| ☒ Cardiac Monitor | [initials] |

| Medications | Initials |
|---|---|
| | |
| [illegible] | [initials] |
| | |
| | |

**All special orders such as 'Hold' or 'If indicated' must be entered on line 31 in the CPSI order entry screen. THIS NOTIFIES THE LAB OF SPECIAL INSTRUCTIONS.

Physician's Signature: [signature]

188

69

Rev 062005/skl

Tony Scott

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

33

Sarah D. Culbertson Memorial Hospital

# EMERGENCY PHYSICIAN RECORD

## Chest Pain (5)

DATE: 7/19/05 TIME: 1950 ROOM: GR3 EMS Arrival

HISTORIAN: patient spouse paramedics

HX / EXAM LIMITED BY:

## HPI

chief complaint: chest pain / discomfort

started: 3pm today. Inmate @ WIC (?) c/o int. stabbing assoc SOB. Right arm pain. Onset @ rest.

time of onset between 4AM and 7 AM

time course: present better gone now lasted ___ resolved on arrival in ED

constant "waxing & waning" intermittent episodes lasting ___ worse / persistent since ___

quality: pressure, tightness, indigestion, burning, dull, aching, sharp, stabbing, "pain", "numbness", "like prior MI"

location of pain: R L

radiation: none diagrammed above Right arm

associated symptoms: vomiting denies; nausea denies; shortness of breath; sweating denies; syncope denies

worsened by: change in position, deep breaths / turning, exertion, nothing

relieved by: sitting up, rest, antacids, nothing, nitro

nitroglycerin 1 2 3 ___ patient's own supply, given by paramedics, relief- none / partial / complete / transient

Oxygen NRB ___ L

onset during: sleep, rest, light activity, mod. / heavy exertion, emotional upset, cannot recall

severity: maximum: (1-10) 6. mild moderate severe

when seen in ED: (1-10) ___ gone almost gone mild moderate severe residual discomfort in arm (R / L)

Similar symptoms previously: Given CAD - single vessel disease. Report being scheduled for bypass (cardiac) ? around jail sentence next year

Recently seen / treated by doctor: Dr. Brown @ WIC

## ROS

CHEST / CONST: fever, chills, cough today. dry, sputum, ankle swelling, calf / leg pain

NEURO: headache, blackouts

EYES / ENT: blurred vision, sore throat

GI / GU: abdominal pain, black / bloody stools, problems urinating

FEMALE REPRODUCTIVE: LNMP, vaginal discharge, abnormal bleeding N/A

SKIN / LYMPH / MS: skin rash / swelling, joint pain

all systems neg. except as marked

## PAST HX

negative, prior records reviewed

high blood pressure; diabetes insulin / oral / diet; high cholesterol; heart disease; heart attack (MI) x 3 last 2005; angina / heart failure / rhythm disturbance; DVT / PE / risk factors; GERD

emphysema; collapsed lung; stroke h/o CVA; peptic ulcer; documented? yes no; gall stones

other problems: reports Plavix, nitro pin were recently discontinued.

Surgeries / Procedures none non-contributory

cardiac bypass; cardiac cath 1/05 single vessel; angioplasty / stent disease; thrombolytics; pacemaker

tonsillectomy; cholecystectomy; appendectomy; hysterectomy

Medications none see nurses note

ASA NSAID acetaminophen

BCP's

Atenolol, Lovastatin, ECASA, Valtrex, Accurbide (?)

Allergies NKDA see nurses note

SOCIAL HX smoker, drugs, alcohol (recent / heavy / occasional)

FAMILY HX CAD (less than 55yo / greater than 55yo) HTN stroke / CAD

=ACS cardiac risk factors / chest pain failsafes see www.emcare.com/failsafes

Copy

Pt. Name Tony Scott Date 7/19/05

☐ Nurses note reviewed ☑ Vital signs reviewed ☐ age greater than 50

## PHYSICAL EXAM

age 44

**GENERAL APPEARANCE**
✓ no acute distress
✓ alert
__ mild / moderate / severe distress
__ anxious / lethargic
__ IV

**EENT** not examined
__ PERRL
__ ENT nml inspection
__ pharynx nml
__ scleral icterus / pale conjunctivae
__ pharyngeal erythema
__ abnml TM / hearing deficit

**NECK**
✓ nml inspection
__ thyromegaly
__ lymphadenopathy ( R / L )*

**RESPIRATORY**
✓ no resp. distress
✓ chest non-tender
✓ nml breath sounds
__ see diagram
__ respiratory distress
__ manifests distinct pain on movement of ( R / L ) arm of trunk
__ splinting / decr air mvmnt
__ rales
__ rhonchi / wheezing

**CVS**
✓ regular rate, rhythm
✓ no murmur
✓ no gallop
✓ no friction rub
__ irregularly irregular rhythm
__ extrasystoles ( occasional / frequent )
__ tachycardia / bradycardia
__ PMI displaced laterally
__ JVD present
__ murmur grade __/6 sys / dias cresc / cresc-decresc / decresc
__ gallop ( S3 / S4 )
__ friction rub
__ decreased pulse(s) R carotd___ fem___ dors ped___ L carotd___ fem___ dors ped___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., Tsv = severe tenderness)

**GI (ABDOMEN)**
✓ non-tender
✓ no organomegaly
✓ nml bowel snds*
__ tenderness / guarding / rebound
__ abnml bowel sounds
__ hepatomegaly / splenomegaly / mass

**RECTAL** not examined
__ non-tender
__ heme neg stool
__ black / bloody / heme pos. stool
__ tenderness

**SKIN**
✓ color nml, no rash
✓ warm, dry
__ cyanosis / diaphoresis / pallor
__ skin rash

**EXTREMITIES**
✓ non-tender
✓ normal ROM*
✓ no pedal edema
✓ no calf tenderness
__ pedal edema
__ calf tenderness
__ clubbing

**NEURO / PSYCH**
✓ oriented x3
✓ mood / affect nml
✓ CN's nml ~~as tested~~ 2-12
✓ no motor / snsry deficit
__ disoriented to: person / place / time
__ depressed affect
__ facial droop / EOM palsy / anisocoria
__ weakness / sensory loss

Underline indicates organ system
* equivalent or minimum required for organ system exam

## LABS, EKG & XRAYS:

**CBC** normal except
WBC 5.2
Hgb 14.7
Hct 41.0
Platelets 228
segs___ bands___ lymphs___ monos___ eos___

**Chemistries** ~~normal~~ except
Na 141
K 4.0
Cl 103
Mg —
BUN 12
Creat 1.3
Gluc 92

Set 1
CK 135
CKMB 0.7
Troponin 0.00
PT / PTT / INR — lab not run

Set 2
CK___ CKMB___ Troponin___
UA normal except WBC___ RBC's___ bacteria___ dip:___

**EKG MONITOR STRIP** ✓ NSR __ Rate___

**EKG** ✓ NML __ ABNML ☐ Interp. by me ☑ Reviewed by me
✓ NSR Rate___ __ nml intervals __ nml axis __ nml QRS __ nml ST/T
∅ event signs ischemia
not / changed from:___
Repeat EKG __ unchanged /___

**CXR** ☑ Interp. by me ☑ Reviewed by me ☐ Discsd w/ radiologist
✓ nml / NAD __ no infiltrates __ nml heart size __ nml mediastinum
∅ acute cardiopulmonary process
not / changed from:___

Pulse Ox 96 % on (RA) ___ L / ___ % Interp.___ nl / abn

## PROGRESS:

Time 2200 unchanged (improved) re-examined
pain not gone completely — given nitro (#2 Already Ambulance) — pain completely gone

2040 discussed case c WIC MD Dr. Brown who preferred transfer back to WIC on observation status. explicit orders written — see sheet

Discussed with Dr. Brown (WIC) Additional history from: family caretaker paramedics
or Cardiologist@___ AM / PM __ Rx given
will see patient in: office / ED / hospital __ Admit orders written
Counseled patient / family regarding: (lab results) (diagnosis) need for follow-up
CRIT CARE TIME (excluding separately billable procedures) (30-74 min) 75-104 min ___ min

## CLINICAL IMPRESSION:

1.) Angina
2.) Coronary Artery Disease

Chest Pain - acute precordial
Chest Wall Pain - acute
Dyspnea - acute
Costochondritis - acute
Myofascial Strain - acute
Viral Syndrome - acute
Bronchitis - acute
Viral Pleuritis (Pleurisy)
Abnormal EKG
GERD
Acute MI
Unstable Angina
Pericarditis - acute
Acute Aortic Dissection
Pulmonary Embolism
Acute Pulmonary Edema / CHF
Atrial Fibrillation - rapid vent. response controlled uncontrolled new-onset chronic
Pneumonia
Pneumothorax

DISPOSITION- ☑ home ☐ admitted ☐ transferred ☐ obs
Time___ ☐ expired ☐ AMA
Follow Up- ☐ arranged less than 24 hours
CONDITION- ☐ good ☑ fair ☐ poor ☐ critical ☐ improved ☐ stable ☐ unchanged

PHYSICIAN SIGNATURE- [signature]
☑ Template Complete

Copy

| NAME | DOB | AGE | SEX | DATE | TRIAGED CLASS | TRIAGE TIME |
|---|---|---|---|---|---|---|
| Scott Tony | [redacted] | 55 | M | 7-19-5 | Urgent | 1935 |

| OUTPATIENT NO. | MEDICAL RECORD NO. | MODE | DOCTOR (FAMILY) | MD NOTIFIED | MD ARRIVED | ROOM NO. | TIME IN |
|---|---|---|---|---|---|---|---|
| | | FCA | Brown | | | ER 3 | 1935 |

**CURRENT PROBLEM / HISTORY** Arrival / FCA c/o Lt ant chest pain since ≈ 3pm today. States pain worse c palpation. Appears to be in ↓ distress. [illegible]

RELATED MEDICAL HISTORY ☐ Denies ☐ Unknown 325mg Hx CAD MI HTN ↑ chol

TREATMENT / CARE PRIOR TO ARRIVAL ASA / WICC Healthcare nurse

CURRENT MEDICATIONS ☐ Denies ☐ Unknown See copies

Family Hx - Mother et younger brother had bypass

**ALLERGIES** ☐ Denies ☐ Unknown

LMP | LAST TETANUS | HEIGHT 5'9" | WEIGHT 188 ☑ ACTUAL ☐ APPROX. | VISUAL ACUITY ______ L ______ R

| Time | BP | P | R | T | SaO₂ |
|---|---|---|---|---|---|
| 1935 | 149/82 | 63 | 20 | 98. | 97% RA |
| See front [illegible] | | | | | |

TREATMENT / PROCEDURE
- ☐ One Touch
- ☑ Cardiac Monitor
- ☐ Ice Pack
- ☐ Wound Prep

LEVEL OF CONSCIOUSNESS
- ☑ Alert
- ☐ Lethargic
- ☑ Oriented x 3
- ☐ Confused
- ☐ Unresponsive

SKIN
- ☑ Normal ☐ Pale ☐ Flushed ☐ Jaundiced ☐ Cyanotic
- ☑ Dry ☐ Diaphoretic ☐ Cool ☐ Hot

CHEST (R / L): Clear, Pain, Rales, Rhonchi, Wheezes, Decreased, Absent

RESPIRATIONS
- ☑ Normal ☐ Labored ☐ Shallow

ABDOMEN
- ☐ Normal ☐ Tender ☐ Distended ☐ Rigid ☐ Pain

BOWEL SOUNDS
- ☐ RUQ ☐ RLQ ☐ LUQ ☐ LLQ ☐ Epigastric ☐ Umbilical ☐ Suprapubic
- Hypo ____ Normal ____ Hyper ____ Absent ____

AIRWAY / VENTILATION
- ☐ Nasal Airway ☐ Oropharyngeal ☐ Bag mask ☐ Endotracheal Tube ☐ Oxygen ____ LPM ☐ Mask ☐ Cannula
- TIME ON: OFF:

☐ IMMOBILIZATION — REMOVED BY: TIME ON: OFF:
- ☐ Cervical Collar ☐ Sandbags / blanket rolls ☐ Short Spine Board ☐ Straps ☐ Long Spine Board ☐ Blocks

PULSES (R / L): Radial, Femoral, Tibial, Pedal — O-Absent, +1-Weak, +2-Normal, +3-Bounding

- ☐ Last BM
- ☐ Last Oral Intake
- ☐ Last Emesis

| MEDICATIONS | TIME | INIT. | RESPONSE / TIME | MEDICATIONS | TIME | INIT. | RESPONSE / TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| SL / IV | NEEDLE BRAND & GAUGE | SITE | # OF ATTEMPTS | START TIME | START INITIALS | IV SOLUTION | RATE | TOLERATED BY PATIENT | AMOUNT INFUSED |
|---|---|---|---|---|---|---|---|---|---|
| IV | 20 g | R/t | EST/EMS | 1935 | HR | NS | KVO. | | |

SL / IV - DC'd ☐ INTACT ☐ DRESSING c CARE INSTRUCTIONS

Valuables ☐ Sent c Patient ☐ Sent c Family

Physician Signature: [signature] Date 7/19/05

Nurse's Signature: Heather [illegible] RN Date 7-19-5

**ADMISSION**
Room ____
Time ____
Report Called To: ____
Time: ____

**DISPOSITION**
TREAT & REL 2050
LEFT A.M.A. ____
EXPIRED ____
D.O.A. ____
TRANSFERRED ____

Copy

EMERGENCY ROOM NOTES

CMH Sarah D. CULBERTSON Memorial Hospital
238 South Congress - P.O. box 440
Rushville, IL 62681
Telephone: (217) 322-4321

Page 2 of 2

CLINICAL RECORD

| Date and Hour | Drugs, special treatments prn | NURSES' NOTES |
|---|---|---|
| 1/19/05 | 1945 | Resting supine ē HOB ↑ O² on 3L/nc. Rates "chest pressure" a 3 on 1-10 scale. Lab in for bld draw. Monitor on SR 60's ø ectopy. — [illegible] |
| | 1950 | X-Ray in for Port CXR — [illegible] |
| | 2000 Nitro SL | Rates pain 3 on 1-10 scale. — [illegible] |
| | 2004 | States pain gone. Rates 0. Monitor remains SL 60's ø ectopy — [illegible] |
| | 2010 | Resting ē complaints @ present [illegible] |
| | 2030 | Dr Schroeder talking ē Dr Brown @ WICC. — [illegible] |
| | 2050 | D/C back to WICC, escorted back by guards. D/C'd [illegible] @ D/C. Tele SR 60's ø ectopy — [illegible] |

Copy



GE Medical Systems IT
GE marquette MAC 1200 TONY SCOTT 000014312 CULBERTSON
Male, 45 Years (1960), 70 in, 188.0 lbs
140/86 mmHg
HR 60 BPM
Measurement Results:
QRS 78 ms
QT/QTcB 412 / 412 ms
PR 172 ms
P 118 ms
RR/PP 990 / 1000 ms
P/QRS/T 24/ -9/ 29 degr
-90
aUR
aUL
0 I
III
+90
aUF
II
< P
< T
< QRS
Interpretation:
Normal sinus rhythm
Low voltage QRS
Inferior infarct , age undetermined
Abnormal ECG
Unconfirmed report.
I
AUR
U1
U4
II
AUL
U2
U5
III
AUF
U3
U6
II
Copy
Jul 19 2005 07:40:06 PM 25mm/s 10mm/mV ADS 60Hz 0.08 - 40Hz 4x2.5R1 12 Lead V5.1 M121 (2) 12SL®v252

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

---PATIENT NAME--- SEX AGE BIRTH-DT ADMIT M/R# PHYSICIAN 169435 E/R
SCOTT TONY M 45 [redacted] 7/19/05 117448 SCHROEDER ROOM:
PAT. PHONE: 2177734441

=======================================================================

---PROCEDURE--- =>CBC<= ORDER # 52657

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2006 | 7/19/05 2006 |
| MAW | NJW | NJW | NJW | NJW |

=======================================================================

COMPLETE BLOOD COUNT

| Code | Test | Result | Flag | Units | Low | High | |
|---|---|---|---|---|---|---|---|
| [WB] | WBC | 5.2 | | 10^3uL | (L=4.0 | H=11.0 | )] |
| [RB] | RBC | 4.73 | | 10^6uL | (L=4.50 | H=6.50 | )] |
| [HG] | HGB | 14.7 | | g/dL | (L=13.0 | H=18.0 | )] |
| [HC] | HCT | 41.6 | | % | (L=40.0 | H=54.0 | )] |
| [MV] | MCV | 88 | | fL | (L=76 | H=96 | )] |
| [MH] | MCH | 31.2 | | pg | (L=27.0 | H=32.0 | )] |
| [CC] | MCHC | 35.5 | H | g/dL | (L=31.0 | H=35.0 | )] |
| [RD] | RDW | 13.2 | | % | (L=11.0 | H=16.0 | )] |
| [MP] | MPV | 7.6 | | fL | (L=6.0 | H=10.0 | )] |
| [PL] | PLATELET | 228 | | 10^3uL | (L=150 | H=400 | )] |
| [N%] | %NEUT | 35.9 | L | % | (L=45.0 | H=70.0 | )] |
| [L%] | %LYMPH | 51.5 | H | % | (L=20.0 | H=40.0 | )] |
| [M%] | %MONO | 8.5 | | % | (L=3.0 | H=10.0 | )] |
| [B%] | %BASO | 1.30 | H | % | (L=0.00 | H=1.00 | )] |
| [E%] | %EO | 2.8 | | % | (L=1.0 | H=5.0 | )] |
| [N#] | #NEUT | 1.85 | L | x10^3 | (L=2.00 | H=7.50 | )] |
| [L#] | #LYMPH | 2.66 | | x10^3 | (L=1.50 | H=4.00 | )] |
| [M#] | #MONO | 0.44 | | x10^3 | (L=0.20 | H=0.80 | )] |
| [B#] | #BASO | 0.07 | | x10^3 | (L=0.02 | H=0.10 | )] |
| [E#] | #EO | 0.14 | | x10^3 | (L=0.04 | H=0.40 | )] |
| { | MANUAL DIFF | NOT INDICATED | | | | | |
| { | RBC MORPH | NOT INDICATED | | | | | |

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

| ---PATIENT NAME--- | SEX | AGE | BIRTH-DT | ADMIT | M/R# | PHYSICIAN 169435 E/R |
|---|---|---|---|---|---|---|
| SCOTT TONY | M | 45 | [redacted] | 7/19/05 | 117448 | SCHROEDER ROOM: |

PAT. PHONE: 2177734441

---PROCEDURE--- CARDIAC ENZYMES ORDER # 52659

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2007 | 7/19/05 2007 |
| MAW | NJW | NJW | NJW | NJW |

CARDIAC ENZYMES

| | | | | | | |
|---|---|---|---|---|---|---|
| [CK] | CPK | 135 | U/L | (L=21 | H=232 | )] |
| [MB] | CPK MB | 0.7 | ng/mL | (L=0.0 | H=3.50 | )] |
| [TO] | TROPONIN I | 0.00 | ng/mL | | | ] |

**TROPONIN I INTERPRETATION**

NORMAL = 0.00 - 0.40 ng/mL
BORDERLINE = 0.40 - 0.60 ng/ml
DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

| ---PATIENT NAME--- | SEX | AGE | BIRTH-DT | ADMIT | M/R# | PHYSICIAN 169435 E/R | |
|---|---|---|---|---|---|---|---|
| SCOTT TONY | M | 45 | [redacted] | 7/19/05 | 117448 | SCHROEDER | ROOM: |

PAT. PHONE: 2177734441

==========================================================================

---PROCEDURE--- =>CBC<= ORDER # 52657

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2006 | 7/19/05 2006 |
| MAW | NJW | NJW | NJW | NJW |

==========================================================================

COMPLETE BLOOD COUNT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [WB] | WBC | 5.2 | | 10^3uL | (L=4.0 | H=11.0 | )] |
| [RB] | RBC | 4.73 | | 10^6uL | (L=4.50 | H=6.50 | )] |
| [HG] | HGB | 14.7 | | g/dL | (L=13.0 | H=18.0 | )] |
| [HC] | HCT | 41.6 | | % | (L=40.0 | H=54.0 | )] |
| [MV] | MCV | 88 | | fL | (L=76 | H=96 | )] |
| [MH] | MCH | 31.2 | | pg | (L=27.0 | H=32.0 | )] |
| [CC] | MCHC | 35.5 | H | g/dL | (L=31.0 | H=35.0 | )] |
| [RD] | RDW | 13.2 | | % | (L=11.0 | H=16.0 | )] |
| [MP] | MPV | 7.6 | | fL | (L=6.0 | H=10.0 | )] |
| [PL] | PLATELET | 228 | | 10^3uL | (L=150 | H=400 | )] |
| [N%] | %NEUT | 35.9 | L | % | (L=45.0 | H=70.0 | )] |
| [L%] | %LYMPH | 51.5 | H | % | (L=20.0 | H=40.0 | )] |
| [M%] | %MONO | 8.5 | | % | (L=3.0 | H=10.0 | )] |
| [B%] | %BASO | 1.30 | H | % | (L=0.00 | H=1.00 | )] |
| [E%] | %EO | 2.8 | | % | (L=1.0 | H=5.0 | )] |
| [N#] | #NEUT | 1.85 | L | x10^3 | (L=2.00 | H=7.50 | )] |
| [L#] | #LYMPH | 2.66 | | x10^3 | (L=1.50 | H=4.00 | )] |
| [M#] | #MONO | 0.44 | | x10^3 | (L=0.20 | H=0.80 | )] |
| [B#] | #BASO | 0.07 | | x10^3 | (L=0.02 | H=0.10 | )] |
| [E#] | #EO | 0.14 | | x10^3 | (L=0.04 | H=0.40 | )] |
| ( | MANUAL DIFF | NOT INDICATED | | | | | |
| ( | RBC MORPH | NOT INDICATED | | | | | |

Copy

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

| ---PATIENT NAME--- | SEX AGE BIRTH-DT | ADMIT | M/R# | PHYSICIAN 169435 E/R |
|---|---|---|---|---|
| SCOTT TONY | M 45 [redacted] | 7/19/05 | 117448 | SCHROEDER ROOM: |

PAT. PHONE: 2177734441

=================================================================

---PROCEDURE--- BASIC METABOLIC PANEL ORDER # 52658

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2007 | 7/19/05 2007 |
| MAW | NJW | NJW | NJW | NJW |

=================================================================

BASIC METABOLIC PANEL

| | | | | | | |
|---|---|---|---|---|---|---|
| [NA] | SODIUM | 141 | mmol/L | (L=136 | H=145 | )] |
| [K ] | POTASSIUM | 4.0 | mmol/L | (L=3.50 | H=5.10 | )] |
| [CL] | CHLORIDE | 103 | mmol/L | (L=98 | H=107 | )] |
| [CO] | CO2 | 27.0 | mmol/L | (L=21.0 | H=32.0 | )] |
| [GL] | GLUCOSE | 92 | mg/dL | (L=70 | H=110 | )] |
| [BU] | BUN | 12 | mg/dL | (L=7 | H=18 | )] |
| [CR] | CREATININE | 1.3 | mg/dL | (L=0.60 | H=1.30 | )] |
| [CA] | CALCIUM | 8.5 | mg/dL | (L=8.50 | H=10.10 | )] |

Copy

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

| ---PATIENT NAME--- | SEX | AGE | BIRTH-DT | ADMIT | M/R# | PHYSICIAN 169435 E/R |
|---|---|---|---|---|---|---|
| SCOTT TONY | M | 45 | [redacted] | 7/19/05 | 117448 | SCHROEDER ROOM: |

PAT. PHONE: 2177734441

==========================================================================

---PROCEDURE--- CARDIAC ENZYMES    ORDER # 52659

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2007 | 7/19/05 2007 |
| MAW | NJW | NJW | NJW | NJW |

==========================================================================

CARDIAC ENZYMES

| | | | | | | |
|---|---|---|---|---|---|---|
| [CK] | CPK | 135 | U/L | (L=21 | H=232 | )] |
| [MB] | CPK MB | 0.7 | ng/mL | (L=0.0 | H=3.50 | )] |
| [TO] | TROPONIN I | 0.00 | ng/mL | | | ] |

**TROPONIN I INTERPRETATION**
NORMAL = 0.00 - 0.40 ng/mL
BORDERLINE = 0.40 - 0.60 ng/ml
DIAGNOSTIC CUTOFF FOR ACUTE MI = >0.60 ng/mL

Copy

3:06-cv-03144-HAB-CHE # 39-5 Page 28 of 66

# SARAH D. CULBERTSON MEMORIAL HOSPITAL
RUSHVILLE, IL 62681

## RADIOLOGY REPORT

| | | | | | |
|---|---|---|---|---|---|
| Patient name: | SCOTT TONY | | | Account No | 169435 |
| Age: | 45 | Sex: | M | Family Phys: | BROWN LOWE |
| Birthdate: | [redacted] | Stay type: | E/R | Admit Phys: | SCHROEDER |
| Admit date: | 07/19/05 | Room: | | Ordering Phys: | SCHROEDER |
| Disch date: | 07/19/05 | Phone: | 217/773/4441 | Med Rec Num: | 117448 |
| Location: | | | | X-ray number: | 43942 |

=>XRAY ORDER<= COMPLETE:07/19/05 19:58 HMT 85504
Reason for Procedure: C/P Room#: ER3
CHEST 1 VIEW 71010 COMPLETE:07/19/05 19:58 HMT 85509

*** Unsigned transcriptions represent a preliminary report and do not reflect corrections, additions, and/or subtractions to the information contained in this report. ***

**PORTABLE ERECT ONE VIEW CHEST AT 19:50 HOURS ON 07/19/05.**

History of chest pain.

There may be a very small amount of infiltrate or atelectatic change at the left lung base laterally. There is some obscuration of the left hemidiaphragm laterally. No right sided infiltrate. No frank pleural fluid or any pneumothorax. Normal heart size and pulmonary vascularity.

**IMPRESSION:** Suspicion of small amount of infiltrate at the left lung base laterally. No other active pulmonary disease.

D&T: 07/20/05 Robert E. Stallworth, M.D./pkm

M.D. Review
Date: 7-28
Doctor:
☐ Pull Chart
☐ See Patient
☒ File

Received
JUL 27 2005
Western Illinois Corr. Center
Medical Records Dept.

# CULBERTSON HOSPITAL - RUSHVILLE, ILLINOIS

## AFTER CARE INSTRUCTIONS

| NAME | DATE | ATTENDING PHYSICIAN | NURSING STAFF |
|---|---|---|---|
| Tony Scott | 7-19-05 | JSS | [illegible] |

☐ **FOLLOW UP INSTRUCTIONS**

☐ Keep clean/dry. Return in____days for follow up.
☐ Keep elevated higher than level of heart.
☐ Apply intermittent ice bag for____hours.
☐ May take________________for discomfort.
☐ Return or check with your doctor if the following occur:
-Area becomes red, swollen or hot.
-Area breaks open, drains or has foul odor.
-Bleeding continues/Red streaks develop.
☐ Warm/Soapy soaks____times a day.
☐ Cold/Soapy soaks____times a day.
☐ Warm/Moist packs____times a day.
☐ No weight bearing ☐ Crutches as directed
☐ Apply splint and/or ace wrap as directed. Check frequently for:
-Change in color of fingers/toes.
-Increased pain/swelling in area.
-Numbness and tingling.
-Reapply if too loose or too tight.

☐ **TETANUS INSTRUCTIONS**

You were given ☐ Tetanus Toxoid,
☐ Dip tetanus ☐ DPT ☐ Hyper Tet.
☐ You should complete your series of tetanus immunization with your own doctor, with an additional injection in one month and again in two months or as he/she directs.

☐ **HIGH BLOOD PRESSURE** Today's B/P____

Your B/P was found to be high. A single pressure reading does not mean that you have a diagnosis of hypertension. It may be high because you are upset about being here. We suggest you have your B/P checked by your doctor.

☐ **URINARY TRACT INFECTION**

Drink 8-10 glasses of fluid daily. Urine test should be checked with your doctor after completion of your medication.

☐ **MEDICATION INSTRUCTIONS**

Take only as directed. Do not Share.
Take with food/milk. ☐ Push fluids.
☐ Do not consume alcohol with med.
☐ Do not drive or operate machinery with med.
☐ Med. may cause drowsiness.

☐ **FEVER INSTRUCTIONS**

A fever does not necessarily indicate a dangerous infection. If temp is 101 F rectally or 102 orally or above you may want to do the following:

| WT | DOSES OF TYLENOL LIQUID |
|---|---|
| 6-11 (lbs) | ¼ tsp. |
| 12-17 (lbs) | ½ tsp. |
| 18-22 (lbs) | ¾ tsp. |
| 23-34 (lbs) | 1 tsp. |
| 35-47 (lbs) | 1½ tsp. |
| 48-59 (lbs) | 2 tsp. |

Tylenol can be given every 4 hours.
☐ May take________Tylenol tablet(s) every 4 hours for fever and/or discomfort.
☐ If temperature is 103 F or above; bathe the child 30-60 min. in lukewarm water (NO ALCOHOL)
☐ Give plenty of fluids (7 up, jello, popsicles, juices, ice chips, etc.) Call your doctor if:
Convulsions or jerks.
Spots or rash appear.
No improvement.

☐ **ANTIBIOTIC INSTRUCTIONS** ________ Name

You have been given an antibiotic to fight infection. Tylenol can be given with an antibiotic.
1. Take all the antibiotic as directed.
2. Do not share the antibiotic with others.
3. Observe for any reaction such as rash.
4. Many antibiotics cause vomiting or diarrhea as a side effect but this should not be considered an allergy to the drug. Consult your doctor.
5. Return or call your doctor if there is no improvement in your condition, you develop signs of allergic reaction or your infection seems to be worsening.
6. This antibiotic is not a pain pill. Please take it as prescribed.

Copy

☐ **EYE INJURY**

☐ Eye patch should be worn________hours. Do not drive while wearing patch since vision will be impaired.
☐ Wash hands. Apply ointment or drops to the lower eyelid then close. Use as directed. When replacing eye patch close both eyes and be sure patch keeps eyelid shut. Do not touch top of squeeze container on anything.
☐ Do not rub your eyes. The more you rest your eyes, the better the affected eye will feel.
☐ Wear sunglasses ☐ No TV/Reading

☐ **VOMITING/DIARRHEA**

Ingest no solid food for______hours.
Use clear liquids for______hours.
(weak tea, broth, jello, gatorade, 7 up)

☐ **CARE OF HEAD INJURY**

1. Avoid strenuous activity.
2. Apply icebag to area.
3. Take________________for headache or discomfort every 4 hours.
4. Light diet after injury.

RETURN IMMEDIATELY IF:
1. Unusual behavior/irritability
2. Unusual drowsiness
3. Severe headache
4. Change in vision or difference in pupil size.
5. Vomiting more than once.
6. Difficult to arouse
7. Drainage from ears or nose. (Blood or clear fluid.)
8. Increased stiffness of neck
9. Weakness or loss of coordination of arms/legs
10. Jerking or convulsions

☐ **CAST CARE**

1. Keep elevated higher than level of heart.
2. DO NOT put anything inside of cast.
3. Wiggle fingers/toes frequently
4. Do not pick cotton out of cast
5. Do not hit cast or get wet
6. NOTIFY DOCTOR IF:
-persistent pain
-swelling/numbness
-foul odor or discharge
-cast too loose or tight
-break in cast
-burning sensation
-cold, pale or blue fingers/toes
-skin irritation

☐ **X-RAY**

YOUR X-RAY READING IS ON A PRELIMINARY BASIS. THE FINAL REPORT WILL BE MADE BY RADIOLOGIST. YOU WILL BE NOTIFIED OF ANY DIFFERENCE.

☐ **EKG**

YOUR EKG INTERPRETATION IS ON A PRELIMINARY BASIS. IT WILL BE FURTHER REVIEWED. IF FURTHER TREATMENT IS REQUIRED YOU WILL BE NOTIFIED.

☐ **CULTURE**

CALL YOUR DOCTOR IN 48 OR 72 HOURS FOR YOUR CULTURE REPORT AFTER 10:00 A.M.

OTHER INSTRUCTIONS Continue home medication. Nitro as needed.

**CULBERTSON HOSPITAL EXCUSE**

No School____________days
No P.E.____________days
No Work____________days
No Work until you see Dr.________on________
May return to school________
May return to work with full activity.________
May return to work with the following restrictions.________
May return to work but cannot lift over________lbs.
Treated for injury/illness on________
By Dr.________
Name

**IF NOT IMPROVED OR IF YOU BECOME WORSE, SEE YOUR DOCTOR OR RETURN TO THE EMERGENCY CENTER.**

I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE INSTRUCTIONS AND THEIR EXPLANATION.

X Tony Scott 2050

PATIENT'S SIGNATURE/AUTHORIZED PERSON

| REFERRED TO DR. | DATE | TIME | ADDRESS | ☐ CALL OFFICE TO MAKE APPOINTMENT TO SEE YOUR DR. IN____DAYS. APPOINTMENT |
|---|---|---|---|---|
| | | | | |

3:06-cv-03144-HAB-CHE # 39-5 Page 30 of 66

USE NAME PLATE OR PRINT PATIENT ID HERE

Tony Scott

# PHYSICIAN'S ORDERS

NKDA

DRUG ALLERGIES

ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND CONTENT MAY BE DISPENSED UNLESS CHECKED ☐

| Date & Time Ordered | ORDERS AND SIGNATURE | Signature of Physician and Nurse attending to order |
|---|---|---|
| 7/19/05 2040 | (1) Observation Bed @ WIC | |
| | (2) Nitroglycerin 0.4 mg SL prn chest pain - please allow Mr. Scott to carry own personal nitro | |
| | (3) Meds - Isosorbide 30 mg po bid | |
| | Atenolol 50 mg po bid | |
| | Enalapril 5 mg po bid | |
| | ECASA daily | |
| | Lovastatin 20 mg po qhs | |
| | (4) medical facility to reconsider re-addition of Plavix 75 mg po qd. | |
| | (5) CPK, MB fraction, troponin I in morning | |
| | (6) Diagnosis - coronary artery disease, angina | |
| | [signature] | |

Copy

FORM D-825

PHYSICIANS' RECORD CO., BERWYN, ILLINOIS

PHYSICIAN'S ORDERS

PRINTED IN U.S.A.

CHART COPY

: 00181

********************
*** RX REPORT ***
********************

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 5172 |
| CONNECTION TEL | |
| CONNECTION ID | |
| ST. TIME | 07/20 09:54 |
| USAGE T | 07'23 |
| PGS. | 13 |
| RESULT | OK |

1-309-712-1416.

Health Professionals, LTD

# REFERRAL REQUEST FORM

**Site: Western IL CC**

**PRE-AUTHORIZATION FORM--VALID FOR 60 DAYS**

DATE

Inmate Name: Scott Tony
Gender: MALE
Inmate I.D.#: N 92280
DOB: [redacted]
Social Security Number: [redacted]

Fax 217-773-2273
Phone 217 773-4441
Contract Manager

- [ ] Out-of-County (Name of County)
- [ ] Federal
- [ ] INS/ICE
- [ ] US Marshall
- [x] State Inmate

**Service Requested:**

Date Service Requested: 7-19-05
Referring Physician: L. Brown
Referring Physician's Signature:

**For Utilization Management Use Only**

ICD-9
CPT
Est. Cost

**Admit:**
**ER:**
**Eval & Treatment**
**DX Test/ Radiology**
**Surgical Procedure**
**PT / Rehab**
**Mental Health**

- [x] **Hospital Name:** Culberston Hospital
- [ ] **Address:** Rushville, Il 62681
- [ ] **Phone Number:** 217-322-4321
- [ ] **Name of Test:**
- [ ] **Name of Procedure:**   **Procedure Date:**
- [ ] **Frequency:**
- [ ] **Explanation:**

Reason For Request: HIV: [ ] YES [ ] NO   HEP C: [ ] YES [ ] NO

Diagnosis: Past Hx of MI + CVA - I/m states 2003 - last cardiac cath 1/14/05

History: (L) ANT. WALL CHEST PAIN at 6-7 level per I/m off + on since 3 pm - today

Recent labs/radiology:
(please attach information relevant to request)

Corporate Utilization Review:

- [ ] Approved For:

Corporate Medical Director Authorization #:

DATE

- [ ] Not Approved at This Time
- [ ] Approved after Additional Data

**Instructions/Agreements: ONLY VALID FOR THE SERVICE APPROVED ABOVE. ONLY VALID WITH HPL ASSIGNED AUTHORIZATION NUMBER. HPL SHOULD BE CONTACTED IF ANY OTHER SERVICES ARE REQUESTED. ONLY VALID FOR AUTHORIZED SERVICES. ACCEPTANCE CONSTITUTES A CONTRACT WITH HPL; YOU AGREE TO ACCEPT HPL'S PAYMENT AS PAYMENT IN FULL AND NOT BILL THE PATIENT UNLESS THE PATIENT IS NO LONGER THE RESPONSIBILITY OF THE STATE/COUNTY. THIS REFERRAL IS NOT AUTHORIZED FOR NON-COVERED BENEFITS. REFERRAL FOR SERVICES ALREADY RENDERED WILL NOT BE ACCEPTED. THIS REFERRAL IS VALID FOR 60 DAYS UNLESS DIRECTED OTHERWISE. CLAIMS SHALL BE SUBMITTED WITHIN 90 DAYS FROM THE DATE OF SERVICE TO 9000 N. LINDBERGH DR. PEORIA, ILLINOIS 61615 OR PAYMENT WILL BE DENIED. THE HPL AUTHORIZATION NUMBER MUST BE PROVIDED WITH ALL SUBMITTED CLAIMS/INVOICES.

Faxed 1-309-322-1616 7-19-05 [illegible] 6:15 [illegible]



GE Medical Systems IT HELLIGE CONTRAST® 226 166 06 CE D 709
GE marquette MAC 1200 TONY SCOTT 000014312 CULBERTSON
Male, 45 Years (/1960), 70 in, 188.0 lbs
140/86 mmHg
HR 60 BPM
Measurement Results:
QRS : 78 ms
QT/QTcB : 412 / 412 ms
PR : 172 ms
P : 118 ms
RR/PP : 990 / 1000 ms
P/QRS/T : 24/ -9/ 29 degr
-90
aUR
aUL
0 I
III
+90
aUF
II
< P
< T
< QRS
Interpretation:
Normal sinus rhythm
Low voltage QRS
Inferior infarct , age undetermined
Abnormal ECG
Unconfirmed report.
I
AUR
V1
V4
II
AUL
V2
V5
III
AUF
V3
V6
II
00184

SARAH D. CULBERTSON MEMORIAL HOSPITAL
238 S. CONGRESS STREET
RUSHVILLE, IL 62681

| ---PATIENT NAME--- | SEX | AGE | BIRTH-DT | ADMIT | M/R# | PHYSICIAN 169435 E/R |
|---|---|---|---|---|---|---|
| SCOTT TONY | M | 45 | [redacted] | 7/19/05 | 117448 | SCHROEDER ROOM: |

PAT. PHONE: 2177734441

---PROCEDURE--- BASIC METABOLIC PANEL ORDER # 52658

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 7/19/05 1936 | 7/19/05 1944 | 7/19/05 1944 | 7/19/05 2007 | 7/19/05 2007 |
| MAW | NJW | NJW | NJW | NJW |

BASIC METABOLIC PANEL

| | | | | | | |
|---|---|---|---|---|---|---|
| [NA] | SODIUM | 141 | mmol/L | (L=136 | H=145 | )] |
| [K ] | POTASSIUM | 4.0 | mmol/L | (L=3.50 | H=5.10 | )] |
| [CL] | CHLORIDE | 103 | mmol/L | (L=98 | H=107 | )] |
| [CO] | CO2 | 27.0 | mmol/L | (L=21.0 | H=32.0 | )] |
| [GL] | GLUCOSE | 92 | mg/dL | (L=70 | H=110 | )] |
| [BU] | BUN | 12 | mg/dL | (L=7 | H=18 | )] |
| [CR] | CREATININE | 1.3 | mg/dL | (L=0.60 | H=1.30 | )] |
| [CA] | CALCIUM | 8.5 | mg/dL | (L=8.50 | H=10.10 | )] |

USE NAME PLATE OR PRINT PATIENT ID HERE

Sarah D. Culbertson Memorial Hosp.

Tony Scott

# PHYSICIAN'S ORDERS

NKDA

**DRUG ALLERGIES**

ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND CONTENT MAY BE DISPENSED UNLESS CHECKED ☐

| Date & Time Ordered | ORDERS AND SIGNATURE | Signature of Physician and Nurse attending to order |
|---|---|---|
| 7/19/05 | (1) Observation Bed @ W.C | |
| 2:40 | (2) Nitroglycerin 0.4 mg SL prn chest pain - please allow Mr. Scott to carry own personal nitro. | |
| | (3) Meds - Isosorbide 30 mg po bid | |
| | Atenolol 50 mg po bid | |
| | Enalapril 5 mg po bid | |
| | EC ASA daily | |
| | Lovastatin 20 mg po qhs | |
| | (4) medical facility to reconsider re-addition of Plavix 75 mg po qd. | |
| | (5) CPK, MB fraction and Troponin I in morning | |
| | (6) Diagnosis - coronary artery disease, angina | |
| | [signature] | |

FORM D-625

PHYSICIANS' RECORD CO., BERWYN, ILLINOIS

PHYSICIAN'S ORDERS

PRINTED IN U.S.A.

CHART COPY

**Brown County Ambulance Service**

**Notice of Privacy Practices**

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

*Purpose of this Notice:* Brown County Ambulance Service (BCAS) is required by law to maintain the privacy of certain confidential health care information, known as Protected Health Information or PHI, and to provide you with a notice of our legal duties and privacy practices with respect to your PHI. This Notice describes your legal rights, advises you of our privacy practices, and lets you know how BCAS is permitted to use and disclose PHI about you.

BCAS is also required to abide by the terms of the version of this Notice currently in effect. In most situations we may use this information as described in this Notice without your permission, but there are some situations where we may use it only after we obtain your written authorization, if we are required by law to do so.

*Uses and Disclosures of PHI:* BCAS may use PHI for the purposes of treatment, payment, and health care operations, in most cases without your written permission. Examples of our use of your PHI:

For treatment. This includes such things as verbal and written information that we obtain about you and use pertaining to your medical condition and treatment provided to you by us and other medical personnel (including doctors and nurses who give orders to allow us to provide treatment to you). It also includes information we give to other health care personnel to whom we transfer your care and treatment, and includes transfer of PHI via radio or telephone to the hospital or dispatch center as well as providing the hospital with a copy of the written record we create in the course of providing you with treatment and transport.

For payment. This includes any activities we must undertake in order to get reimbursed for the services we provide to you, including such things as organizing your PHI and submitting bills to insurance companies (either directly or through a third party billing company), management of billed claims for services rendered, medical necessity determinations and reviews, utilization review, and collection of outstanding accounts.

For health care operations. This includes quality assurance activities, licensing, and training programs to ensure that our personnel meet our standards of care and follow established policies and procedures, obtaining legal and financial services, conducting business planning, processing grievances and complaints, creating reports that do not individually identify you for data collection purposes.

Reminders for Scheduled Transports and Information on Other Services. We may also contact you to provide you with a reminder of any scheduled appointments for non-emergency ambulance and medical transportation, or for other information about alternative services we provide or other health-related benefits and services that may be of interest to you.

*Use and Disclosure of PHI Without Your Authorization.* BCAS is permitted to use PHI *without* your written authorization, or opportunity to object in certain situations, including:

- For BCAS's use in treating you or in obtaining payment for services provided to you or in other health care operations;
- For the treatment activities of another health care provider;
- To another health care provider or entity for the payment activities of the provider or entity that receives the information (such as your hospital or insurance company);
- To another health care provider (such as the hospital to which you are transported) for the health care operations activities of the entity that receives the information as long as the entity receiving the information has or has had a relationship with you and the PHI pertains to that relationship;
- For health care fraud and abuse detection or for activities related to compliance with the law;
- To a family member, other relative, or close personal friend or other individual involved in your care if we obtain your verbal agreement to do so or if we give you an opportunity to object to such a disclosure and you do not raise an objection. We may also disclose health information to your family, relatives, or friends if we infer from the circumstances that you would not object. For example, we may assume you agree to our disclosure of your personal health information to your spouse when your spouse has called the ambulance for you. In situations where you are not capable of objecting (because you are not present or due to your incapacity or medical emergency), we may, in our professional judgment, determine that a disclosure to your family member, relative, or friend is in your best interest. In that situation, we will disclose only health information relevant to that person's involvement in your care. For example, we may inform the person who accompanied you in the ambulance that you have certain symptoms and we may give that person an update on your vital signs and treatment that is being administered by our ambulance crew;
- To a public health authority in certain situations (such as reporting a birth, death or disease as required by law, as part of a public health investigation, to report child or adult abuse or neglect or domestic violence, to report adverse events such as product defects, or to notify a person about exposure to a possible communicable disease as required by law;
- For health oversight activities including audits or government investigations, inspections, disciplinary proceedings, and other administrative or judicial actions undertaken by the government (or their contractors) by law to oversee the health care system;
- For judicial and administrative proceedings as required by a court or administrative order, or in some cases in response to a subpoena or other legal process;
- For law enforcement activities in limited situations, such as when there is a warrant for the request, or when the information is needed to locate a suspect or stop a crime;
- For military, national defense and security and other special government functions;
- To avert a serious threat to the health and safety of a person or the public at large;
- For workers' compensation purposes, and in compliance with workers' compensation laws;
- To coroners, medical examiners, and funeral directors for identifying a deceased person, determining cause of death, or carrying on their duties as authorized by law;

eye or tissue transplantation or to an organ donation bank, as necessary to facilitate organ donation and transplantation;

- For research projects, but this will be subject to strict oversight and approvals and health information will be released only when there is a minimal risk to your privacy and adequate safeguards are in place in accordance with the law;
- We may use or disclose health information about you in a way that does not personally identify you or reveal who you are.

Any other use or disclosure of PHI, other than those listed above will only be made with your written authorization, (the authorization must specifically identify the information we seek to use or disclose, as well as when and how we seek to use or disclose it). **You may revoke your authorization at any time, in writing, except to the extent that we have already used or disclosed medical information in reliance on that authorization.**

*Patient Rights:* As a patient, you have a number of rights with respect to the protection of your PHI, including:

*The right to access, copy or inspect your PHI.* This means you may come to our offices and inspect and copy most of the medical information about you that we maintain. We will normally provide you with access to this information within 30 days of your request. We may also charge you a reasonable fee for you to copy any medical information that you have the right to access. In limited circumstances, we may deny you access to your medical information, and you may appeal certain types of denials.

We have available forms to request access to your PHI and we will provide a written response if we deny you access and let you know your appeal rights. If you wish to inspect and copy your medical information, you should contact the privacy officer listed at the end of this Notice.

*The right to amend your PHI.* You have the right to ask us to amend written medical information that we may have about you. We will generally amend your information within 60 days of your request and will notify you when we have amended the information. We are permitted by law to deny your request to amend your medical information only in certain circumstances, like when we believe the information you have asked us to amend is correct. If you wish to request that we amend the medical information that we have about you, you should contact the privacy officer listed at the end of this Notice.

*The right to request an accounting of our use and disclosure of your PHI.* You may request an accounting from us of certain disclosures of your medical information that we have made in the last six years prior to the date of your request. We are not required to give you an accounting of information we have used or disclosed for purposes of treatment, payment or health care operations, or when we share your health information with our business associates, like our billing company or a medical facility from/to which we have transported you.

We are also not required to give you an accounting of our uses of protected health information for which you have already given us written authorization. If you wish to request an accounting of the medical information about you that we have used or disclosed that is not exempted from the accounting requirement, you should contact the privacy officer listed at the end of this Notice.

*The right to request that we restrict the uses and disclosures of your PHI.* You have the right to request that we restrict how we use and disclose your medical information that we have about you for treatment, payment or health care operations, or to restrict the information that is provided to family, friends and other individuals involved in your health care. But if you request a restriction and the information you asked us to restrict is needed to provide you with emergency treatment, then we may use the PHI or disclose the PHI to a health care provider to provide you with emergency treatment. BCAS is not required to agree to any restrictions you request, but any restrictions agreed to by BCAS are binding on BCAS.

*Revisions to the Notice:* BCAS reserves the right to change the terms of this Notice at any time, and the changes will be effective immediately and will apply to all protected health information that we maintain. Any material changes to the Notice will be promptly posted in our facilities. You can get a copy of the latest version of this Notice by contacting the Privacy Officer identified below.

*Your Legal Rights and Complaints:* You also have the right to complain to us, or to the Secretary of the United States Department of Health and Human Services if you believe your privacy rights have been violated. You will not be retaliated against in any way for filing a complaint with us or to the government. Should you have any questions, comments or complaints you may direct all inquiries to the privacy officer listed at the end of this Notice. Individuals will not be retaliated against for filing a complaint.

If you have any questions or if you wish to file a complaint or exercise any rights listed in this Notice, please contact:

Brian J Gallaher
Brown County Ambulance Service
Rural Route #1 Box 1A
Mt. Sterling, IL 62353
(217)773-2113

*Effective Date of the Notice*: April 14, 2003

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Western Illinois Correctional Center ______ to release
Facility

copy of medical records
State specific medical health information to be disclosed including date(s) or date range

☒ At Request of Offender and/or: ______
Purpose of disclosure

from the records of N92280 ID# Scott, Tony Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______
Print Name

Address: ______
Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

Tony Scott N-92280
Signature of Offender or Person Authorized to Consent ______ Relationship ______ Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Western Illinois Correctional Center ______ to release
Facility

Copy of medical records
State specific medical health information to be disclosed including date(s) or date range

☒ At Request of Offender and/or: ______
Purpose of disclosure

from the records of N92280 (ID#) Scott, Tony (Print Offender's Name)

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______
Print Name

Address: ______
Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

X Tony Scott
Signature of Offender or Person Authorized to Consent ______ Relationship ______ Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Western Illinois Correctional Center ______ to release
Facility

received copies of records
State specific medical health information to be disclosed including date(s) or date range

☐ At Request of Offender and/or: ______
Purpose of disclosure

from the records of N92280 ID# Scott, Tony Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______ Print Name

Address: ______ Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

Tony Scott
Signature of Offender or Person Authorized to Consent

______ Relationship

10/7/05
Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 11-16-05

TO: Scott N92280 1A 66
Inmate Name and Number

FROM: D. Fuqua RN HCUA
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: until Cleared by Cardiologist

START DATE: 11-16-05

ENDING DATE: 12-23-05

RE-EVALUATION DATE: 12-16-05

D. Fuqua RN HCUA
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor Inmate Commissary
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579



Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Western Illinois Correctional Center / R. R. 4, Box 196 / Mt. Sterling, IL 62353 / Telephone: (217) 773-4441 / TDD: (800) 526-0844

## MEMORANDUM

DATE: December 1, 2005

TO: Inmate Tony Scott N92280 R1 A 66

FROM: Deborah K. Fuqua, R. N., CCHP
Health Care Unit Administrator

SUBJECT: Cardiology Consult

You have been scheduled for a cardiology consult in the near future.

Deborah K. Fuqua RN, CCHP
DEBORAH K. FUQUA, R. N., CCHP
Health Care Unit Administrator

DKF:lcl

cc: Assistant Warden Phillips
Medical Record
File

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 12-15-05

TO: Scott, Terry N92280
Inmate Name and Number

FROM: Dr. Brown / C. Thompson RN
Physician/Health Care Unit Administrator

SUBJECT: Medically Unassigned

You are being medically unassigned.

REASON: NA

START DATE: NA

ENDING DATE: D/C 12-15-05

RE-EVALUATION DATE: NA

May be allowed to work in Barber Shop - per Dr. Brown

Dr. Brown /C. Thompson RN
Physician/Health Care Unit Administrator

cc: Placement/Assignment Office
Assignment Supervisor NA
Health Care Unit Administrator
Nurses Station
Medical Records

DCA 230-35738 (Rev 1/98)
IL 426-18579

# Illini Community Hospital

640 West Washington
Pittsfield, IL 62363
217-285-2113

*CLIA ID# - 14D0434731*
*Lab Dir - Shehnaz Ansari, M.D.*

| PATIENT NAME/DOB | PATIENT ID | HOME PHONE | AGE | SEX | PROVIDER |
|---|---|---|---|---|---|
| SCOTT, TONY (06/26/61) | 000314795 | | 44 | M | Bart Troy, MD |

| SOCIAL SEC # | SAMPLE ID | COLLECTION DATE | RECEIVED DATE | RESULTS APPROVED | RESULTS REPORTED | PAGE |
|---|---|---|---|---|---|---|
| [redacted] | 534753652 | 12/13/05 12:19 PM | 12/13/05 12:19 PM | 12/13/05 1:11 PM | 12/13/05 1:11 PM | 1 |

12/13/05 1:11 PM A copy of this report will be faxed to: PCVC1

## Basic Metabolic Profile

Received
DEC 15 2005
Western Illinois Corr. Center
Medical Records Dept.

| CLM | | 12/13/05 12:19 PM | Ref. Range/Males |
|---|---|---|---|
| GLUC | | 91 | 74-106 mg/dL |
| BUN | | 9 | 7-18 mg/dL |
| CREA | | 1.3 | 0.6-1.3 mg/dL |
| BUN/CRE | | 6.9 | |
| NA | | 137 | 136-145 mmol/L |
| K | | 3.9 | 3.5-5.1 mmol/L |
| CL | | 103 | 98-107 mmol/L |
| CO2 | | 27.8 | 21.0-32.0 mmol/L |
| OSMO | L | 272.09 | 280.00-300.00 |
| CALCIUM | | 8.9 | 8.5-10.1 mg/dL |
| GFR | L | 77 | 90-130 |

12/13/05 12:21 PM

| Stage | Description | GFR |
|---|---|---|
| 1 | Damage with normal or high GFR | 90+ |
| 2 | Mild decrease in GFR | 60-89 |
| 3 | Moderate decrease in GFR | 30-59 |
| 4 | Severe decrease in GFR | 15-29 |
| 5 | Kidney Failure | <15 |

## Lipid Panel

| CLM | | 12/13/05 12:19 PM | Ref. Range/Males |
|---|---|---|---|
| CHOL | H | 209 | 0-200 mg/dL |
| HDL | | 35 | 30-90 mg/dL |
| TRIG | | 115 | 30-200 mg/dL |
| LDL CALC | H | 151 | 0-130 mg/dL |
| VLDL CAL | | 23 | |

M.D. Review
Date: 12-16
Doctor: [signature]
☐ Pull Chart
☐ See Patient
☑ File

## Troponin-I

| CLM | 12/13/05 12:19 PM | Ref. Range/Males |
|---|---|---|
| TROP-I | 0.01 | 0.00-0.05 ng/mL |

12/13/05 12:21 PM Troponin values of >0.05-1.4 should be interpreted very carefully; taking into consideration other diagnostic results and clinical symptoms. Troponin elevations in this range may be attributed to other than AMI. Generally the troponin elevation in AMI is greater than or equal to 1.50.

Sample ID: 534753652/1
END OF REPORT (Final)

Reviewed by: ____________

FROM :ANGIE FAX NO. :12172267894 Dec. 14 2005 09:18PM P3

ILLINI COMMUNITY HOSPITAL

RESPIRATORY THERAPY

PATIENT NAME: Scott, Tony
PATIENT NUMBER: 314795-5346
DATE/TIME: 12/13/05 12:05
ATTENDING PHYSICIAN: Troy/Brown
TEST: EKG

IMPRESSION: Normal sinus rhythm, rate 61.
Diffuse ST elevation.
Inferior T-wave abnormalities, consider injury.

CONCLUSIONS: Abnormal EKG.

Irving Schwartz, M.D.

IS/bp
R&T: 12/14/2005

Received
DEC 15 2005
Western Illinois Corr. Center
Medical Records Dept.

314795
12/13/2005 12:05:59
SCOTT, TONY
ILLINI COMMUNITY HOSPITAL
44 years
Male
Black
186 lbs
70 ins
BP:138/94
Room: CPC
Oper: VAS
Rate 61
PR 169
QRSD 82
QT 411
QTc 414
--AXIS--
P 60
QRS 15
T 24
. Normal sinus rhythm, rate 61
. Minimal ST elevation, inferior leads
- OTHURWISE NORMAL ECG -
INTERPRETATION ON BACK
Requested by:
TROY/BROWN
PRELIMINARY-MD MUST REVIEW
Received
DEC 15 2005
Western Illinois Corr. Center
Medical Records Dept.
aVL
aVF
V1
V2
V3
V4
V5
V6

640 W. Washington
Pittsfield, IL 62363
Phone: 217-285-2113

**BlessingCare Corporation d/b/a Illini Community Hospital**

Received
DEC 15 2005
Western Illinois Corr. Center
Medical Records Dept.

To (Name):

From (Name): Illini Medical Records

To (Company): WICC

To Fax #: 1-217-773-2365

Fax: (217) 285-5090

To Phone #:

Date: 12-15-05

Re: Scott Tony

Times:

Pages: 4 Including cover page

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Lab / EKG

*CONFIDENTIALITY STATEMENT: The information contained in this faxed message is intended only for the personal and confidential use of the designated recipients named above. The documents accompanying this transmission may contain confidential health information that is legally privileged. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulations and is required to destroy the information after its stated need has been fulfilled. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this fax in error, please notify us and delete the original message. Thank you.*

Prairie
CARDIOVASCULAR CONSULTANTS, LTD.

P.O. Box 19420 Springfield, IL 62794-9420 Phone 217-788-0706 Fax 217-525-2535

Frank L. Mikell, M.D. *President*

**Springfield** - (217) 788-0706
Prairie Heart Institute at St. John's Hospital
Memorial Medical Center

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C Woodruff, M.D
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L Lucore, M.D
Richard M. Holloway, M.D.
Krishna J. Rocha-Singh, M.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Karpen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony J. DeMartini, M.D.
Chandhiran Rangaswamy, M.D.
Ziad F. Issa, M.D.
Raghu Kolluri, M.D.
Gabor F. Matos, M.D.

**Decatur** - (217) 422-6100
Prairie Heart Institute at St. Mary's Hospital
Decatur Memorial Hospital

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay P. Roy, M.D.
Viren R. Vankawala, M.D.

**Effingham** - (217) 347-1772
St. Anthony's Memorial

**Pontiac** - (815) 842-3433
Ephraim W. Batambuze, M.D.

**Carbondale** - (618) 529-4455
Prairie Heart Institute at Memorial Hospital
Herrin Clinic

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P Le, M.D
Raja C. Maddipoti, M.D.
Varadendra B. Panchamukhi, M.D.

James T. Dove, M.D. *President Emeritus*

## PATIENT CONSULTATION

December 13, 2005

Lowell Brown M.D.
Western Illinois Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL 62353

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

M.D. Review
Date: 12-21
Doctor: ______
❑ Pull Chart
❑ See Patient
☑ File

**RE: TONY SCOTT**
**DOB:** [redacted]

Dear Dr. Brown:

I had the pleasure of participating in the care of your patient, Tony Scott. Below is the clinic visit information from that visit.

**CLINIC LOCATION:** Illini Outpatient Clinic

**CHIEF COMPLAINT:**
On 12/14/2005, Tony Scott, a 44-year-old male, presented to the clinic for consult for chest pain and shortness of breath.

**HISTORY OF PRESENT ILLNESS:** In 2002 while an inmate at Logan Correctional Center, his lower extremity became heavy and tingling. In addition, his speech became slurred. He does not know if he had trouble swallowing. He said he felt like he had a truck on his chest. He said he underwent cardiac catheterization at Memorial Medical Center. He was hospitalized for three or four days and was sent home with a nitroglycerin patch.

He said a month later he had another "heart attack" with the same symptoms. He was not sent to the hospital.

The final heart attack he suffered was either in 2004 or 2005. He said he was hospitalized for one week in John H. Stroger, Jr. Hospital of Cook County. He said he was driving a Ford Expedition in northwest Chicago, and that his chest bothered him and all of a sudden he went blank. His going blank was brief, a matter of seconds. He was apparently able to drive himself to the hospital. If I understand the incomplete notes the patient brought with him, cardiac catheterization there revealed a couple of 40% narrowings and an 80% narrowing. I am not sure exactly what vessels these narrowings were in.

An ECG done at Culbertson Memorial Hospital in Rushville on July 19, 2005 showed Q waves in AVF and III, and T wave inversion compatible with a prior inferior myocardial



infarction. There was also poor R wave progression in leads V1 to V3. An ECG done at Western Illinois Correctional Center on December 9 showed similar changes in the inferior leads. In addition, there was mild ST segment elevation in leads V2 to V6 that are clearly repolarization.

The patient states that he went to Western Illinois Correctional Center from Dixon on the following medications: Plavix 75 mg daily, Zocor daily, isosorbide three times daily, atenolol daily, enalapril daily, aspirin 325 mg daily, and nitroglycerin 0.4 mg. He states the Plavix, Zocor, and isosorbide were stopped. He then states that since they were stopped he has had more chest discomfort and other symptoms and takes nitroglycerin three times a day. The chest discomfort he gets may last 20 to 30 minutes or unspecified length of time. He changed his mind on this a couple of times. The patient walks 200 yards in the prison in order to go eat; he denies chest, neck, jaw, upper extremity, or interscapular discomfort at these times.

On a paper dated December 10, 2005, with Tony Scott's name and ID number on it, his medications are listed as nitroglycerin 0.4 mg, atenolol 50 mg twice daily, aspirin 162 mg daily, Vasotec 5 mg twice daily, and Mevacor 20 mg at bedtime. When I asked the patient when he took his medications, he said he took them around 10 or 10:30 in the morning. He did not mention any other time of the day when he took medications.

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

I have reviewed the laboratory data brought with the patient. All is essentially within normal limits, with the exception of a borderline creatinine. Interpretation of a chest x-ray done July 19, 2005 was of a small amount of infiltrate at the left lung base laterally, and no other active pulmonary disease.

When patient was in front of me and I was taking his history, he said that he gets heaviness behind his left ear, down to an area about 6 inches below the left axilla, as well as involving all of his left upper extremity. He also said he felt tired. He did not look like he was having chest discomfort.

**MEDICATIONS:**
Aspirin 81 mg, 2 by mouth every day
Atenolol 50 mg, 1 by mouth twice a day
Nitroglycerin 0.4 mg, under tongue, if needed, for chest pain

**ALLERGIES:**
NKA

**CARDIAC RISK FACTORS:**
The patient is a 44-year-old male. He is 70 inches tall (177.80 cm). His weight is 186.00 lbs (84.55 kg). He has a body mass index of 26.76.
SMOKING HISTORY: Stopped smoking tobacco a month and a half ago.
FAMILY HISTORY: Positive for CAD.
DIABETES: Nondiabetic.
HYPERTENSION: History of hypertension treated with medication.



Reprinted from Electronic Medical Record on 12/16/2005
RE: SCOTT, TONY DOB: [redacted]

**PAST MEDICAL HISTORY:** anxiety

**CARDIOVASCULAR HISTORY:** Per patient, has had three MIs and CVA

**FAMILY HISTORY:**
Mother's History: Died age 69, acute MI
Father's History: Died age 70, cause unknown
Brother's History: Alive at 43, history of MI in 2004
Brother's History: Alive at 39, history of asthma
Brother's History: living and well
Sister's History: Died age 46, house fire

**SOCIAL HISTORY:**
MARITAL STATUS: Married x 27 years; wife is 46 and lives in Illinois.
CHILDREN: 2.
ALCOHOL USE: None, even when out of prison.
ILLICIT DRUGS: History of marijuana and cocaine abuse.
RESIDENCE: 12/05, currently incarcerated.
EDUCATION: high school graduate

Recei d
DEC 2 1 2005
Western Illinois Corr. Center
Medical Records Dept.

**REVIEW OF SYSTEMS:**
CONSTITUTIONAL: Weight age 21 was 184 pounds. Patient says he is tired all the time.
SKIN: Unremarkable.
EYES: Bifocals.
ENT: Denies difficulty hearing.
CARDIOVASCULAR: As described in HPI above.
RESPIRATORY: Shortness of breath.
GI: Denies heartburn or indigestion.
GU: Patient said he does not go to bed until 3 or 4 a.m. and he gets up at 11 a.m. Apparently during this time he does not get up to urinate.
MUSCULOSKELETAL: See HPI.
CNS: Patient states that in 2003 he had his first heart attack and a stroke at the same time. Symptoms included numbness and tingling on the left side and slurring of speech. (I had to ask him about slurring of speech before he mentioned it.)
OTHER: On papers sent with patient it is noted that he has a psychiatric history. At first he denied a problem. He then said he has history of anxiety attacks, with the last occurring in 2000. He said he blacked out; when he came to, 10 or 15 guys were holding him down.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:
Pulse: 60 and regular
Resp: 18, and at times as much as 40/minute, with very shallow breaths. Patient able to take breaths in and out deeply without problem.
Height: 70 in (177.80 cm)



**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY** **DOB:** [redacted]
Weight: 180.00 lbs (84.55 kg)
BSA: 2.04
BMI: 26.76
Blood Pressure: 100/74

GENERAL: Well developed, well nourished, in no apparent distress.
EYES: There are no xanthelasma.
ENT: Oral mucosa is without pallor or cyanosis.
NECK: Supple, without jugular venous distention.
RESPIRATORY: No intercostal retractions noted. Chest clear to auscultation.
CV: The apical impulse is not palpable. Heart tones are of good quality, with no murmur, rub, ventricular gallop, or thrill. No left parasternal lift. Carotids 2 1/2 to 3+, radials 2+, femorals 3+, posterior tibial pulses 1+, and dorsalis pedis 1+.
ABDOMEN: Benign, without hepatosplenomegaly, mass, or tenderness. Abdominal aorta not palpably enlarged; no carotid, femoral or abdominal bruit present.
EXTREMITIES: Without clubbing, cyanosis, or edema.
MUSCULOSKELETAL: No severe kyphoscoliosis noted.
SKIN: Without evidence of xanthoma.
NEUROLOGIC: Alert and oriented x 3; affect appropriate. Neuro exam grossly normal. He knew the correct names of Chicago's mayor, President, Vice President, and Secretary of State. He had chains around his ankles and it was not possible for me to tell, from the way he was walking, whether or not he had a neurologic deficit. When I had him squeeze my fingers, he squeezed more with the right hand than the left. At first when he walked his arms were down at his sides. Next, he walked with his left elbow bent to about 90 degrees, with his forearm across his abdomen.

Received DEC 21 2005 Western Illinois Corr. Center Medical Records Dept.

**DIAGNOSES:**
1. Shortness of breath
2. Chest pain (precordial, substernal, mid or retrosternal)
3. Dyslipidemia
4. Hypertension, unspecified
5. Smoking history

**RECOMMENDATIONS/PLAN:**
1. The objective evidence we have of his coronary disease is a prior inferior myocardial infarction by ECG. I will endeavor to get information from both Memorial Medical Center ( 2002 or 2003) and from the John H. Stroger, Jr. Hospital of Cook County (formerly Cook County Hospital) in Chicago (2004 or 2005), review this data, and then determine whether to go with stress testing or cardiac catheterization.

2. It is quite apparent the patient wishes to go back to the prison in Dixon, Illinois. It is entirely possible that his current symptoms may be related to this wish to be transferred.

3. The patient's history of chest discomfort at the time of his first infarction sounds fairly typical. I have difficulty determining the chest discomfort he has had subsequently as being anginal.



3:06-cv-03144-HAB-CHE # 39-5 Page 52 of 66

**Reprinted from Electronic Medical Record on 12/16/2005**
**RE: SCOTT, TONY DOB:**

By the above methods, we will attempt to determine whether or not his symptoms are truly coming from his heart.

Sincerely,

Bart L Troy MD.

Bart Troy, M.D.

BLT/JAE T: 12/15/05

Received
DEC 21 2005
Western Illinois Corr. Center
Medical Records Dept.

Page 5 of 5 Create Date: 2005-12-13
002203


Prairie
CARDIOVASCULAR CONSULTANTS, LTD.

# Authorization to Use and/or Disclose Protected Information

I authorize John H. Stoger Jr. Hosp. to use and/or disclose a copy of the specific medical information identified below for (name of patient) Tony Scott
DOB [redacted] SS # [redacted]
to (name and address of recipient)

Dr. Bart Troy
619 E. Mason St Suite 4P57
Spfld, IL 62701

Dates of Services from: ______ to (2004)

For the following purposes:
- ☐ Personal Use
- ☐ Judicial Proceedings
- ☒ Other (Must Specify) further medical care.

**Mail to:**
Dr Bart Troy
619 E Mason St Suite 4P57
Spfld IL 62701

By marking the boxes below, I specifically authorize the use and/or disclosure of the following health information:

- ☐ Discharge Summary
- ☐ History and Physical Examination
- ☐ Consultations
- ☐ EKG
- ☒ Cath Lab Data
- ☐ Carotid/ABI
- ☐ Holter Monitors
- ☐ Echocardiograms
- ☐ Nuclear Stress tests/Treadmills
- ☐ Operative Report
- ☐ Patient Progress Notes
- ☐ Clinic Notes
- ☐ Green Sheets
- ☐ Patient Exam Form (clinic)
- ☐ Laboratory/Pathology
- ☐ X-ray
- ☐ Entire Medical Record
- ☒ Other (Must Specify) cardiac catheterization FILMS

Received
JAN 27 2006

The following items must be initialed to be included in the use and/or disclosure of other health information:

__________ HIV/AIDS related information and/or records

(Federal regulations require a description of how much and what kind of information is to be disclosed.) Describe ______________________________

I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Physician's Office. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

Unless otherwise revoked, this authorization will expire on the following date, event, or condition: (expiration date)________________. If I fail to specify an expiration date, event or condition, this authorization will expire in 60 days.

I understand that authorizing the disclosure of this health information is voluntary. I understand that I may inspect or copy the information to be used or disclosed as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by Federal confidentiality rules. I also understand I may receive copies that were originated at another facility. If I have questions about disclosure of my health information, I can contact the Physician's Office.

I further understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.

X Tony Scott
Signature of Patient or Patient's Representative

1-31-06
Date

VL Shelton SAII
Witness

1-31-06
Date

Tony Scott
Print Name of Patient or Patient's Representative

WESTERN IL Corr Center employee
Relationship to Patient

**Provide a copy to the patient.**

Form #311
04-15-03
Revised: 01-12-05; 10-21-05

JAN 27 2006



CARDIOVASCULAR CONSULTANTS, LTD.

**FACSIMILE LEAD SHEET**

Frank L. Mikell, M.D.
*President*

**SPRINGFIELD**

H. Weston Moses, M.D.
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Kriegh P. Moulton, M.D.
Gregory J. Mishkel, M.D.
Charles L. Lucore, M.D.
Richard M. Holloway, M.D.
Krishna J. Rocha-SinghM.D.
Robert V. Trask, M.D.
Raymond L. Kacich, M.D.
Bart L. Troy, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steen, M.D.
Marc E. Shelton, M.D.
Charles W. Kamen, M.D.
Stephen H. Jennison, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nasar Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James C. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Chandhiran Rangaswamy, MD
Ziad Issa, M.D.

**DECATUR**

Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Vijay Roy, M.D.
Viren Vankawala, M.D.

**EFFINGHAM**

**PONTIAC**

Ephraim W. BatambuzeM.D.

**CARBONDALE**

Cesar E. Coello, M.D.
Maria T. Falcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.

James T. Dove, M.D.
*President Emeritus*

**DATE:** 1/27/06

**TO:** Wash. Dr. Cancer Center

**FACSIMILE NUMBER:**

**FROM:** Kelly - Dr Troy

**Prairie Locations:**

| | | |
|---|---|---|
| ☐ **Prairie Heart Institute**<br>Springfield<br>(217) 788-0706 Phone<br>(217) 525-2535 Fax | ☐ **Baylis Facility**<br>Springfield<br>(217) 788-0706 Phone<br>(217) 788-7032 Fax | ☐ **Herrin**<br>(618) 988-8648 Phone<br>(618) 988-8343 Fax |
| ☐ **Decatur Memorial Hospital**<br>Decatur<br>(217) 422-6100 Phone<br>(217) 876-2444 Fax | ☐ **St. Mary's Hospital**<br>Decatur<br>(217) 422-6100 Phone<br>(217) 422-7897 Fax | ☐ **St. Anthony's**<br>Effingham<br>(217) 347-1772 Phone<br>(217) 342-6286 Fax |
| ☐ **Pontiac**<br>(815) 842-3433 Phone<br>(815) 842-2627 Fax | ☐ **Carbondale**<br>(618) 529-4455 Phone<br>(618) 351-1287 Fax | ☐ **Patient Finance Dept.**<br>Springfield<br>(217) 788-8790 Phone<br>(217) 788-8798 Fax |
| ☐ **Administration - PHI**<br>(217) 788-0848 Fax | ☐ **Nuclear Medicine - PHI**<br>(217) 525-9514 | ☐ **Patient Accounting Dept.**<br>(217) 788-8790 Phone<br>(217) 788-8799 Fax |

**TOTAL PAGES (INCLUDING COVER)** 3

**RE:**

**MESSAGE:** need authorization of release form signed by Tony and then faxed back to me (Kelly) at fax # 217-788-0848

Thank you :)

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Form 320 07/28/2005

JAN 2? 2006
Western Med

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2736 |
| CONNECTION TEL | 12177880848 |
| CONNECTION ID | |
| ST. TIME | 01/31 10:52 |
| USAGE T | 01'01 |
| PGS. SENT | 3 |
| RESULT | OK |

WEXFORD
MEDICINE IN CORRECTIONS

## FACSIMILE COVER SHEET

DATE: 1-31-06 #PAGES: 3

TO: Kelly

FROM: Western Illinois Correctional Center
R.R. #4, Box 196
Mt. Sterling, IL 62353

PH: PH: 217-773-4441

FAX: 217-788-0848 FAX: 217-773-~~2273~~ 2365 Lynne

CC:

## CONFIDENTIAL

☐ URGENT ☐ FOR YOUR REVIEW ☐ REPLY ASAP ☐ PLEASE COMMENT

MESSAGE/REMARKS: Scott, Tony

ILLINOIS DEPARTMENT OF CORRECTIONS

# Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Western Illinois Correctional Center to release
Facility

Copy of medical records, progress notes 10-05-2-06, MAR'S 10-05-2-06, Misc from Illini Hosp + ALL EKG's
State specific medical health information to be disclosed including date(s) or date range

☒ At Request of Offender and/or: ______
Purpose of disclosure

from the records of N92280 Scott, Tony
ID# Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______
Print Name

Address: ______
Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

X Tony Scott ______ 3-16-06
Signature of Offender or Person Authorized to Consent Relationship Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

4/55

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

Date: 3-16-06

**TO WHOM IT MAY CONCERN:**

I certify that on the above date, I received the following item(s) from the Western Illinois Correctional Center:

1 pr. arch supports

I also understand that I am responsible for the item(s) that I have been issued. If the item(s) are abused, lost, stolen, or destroyed, I may be required to pay for it/them.

Name: Tony Scott
Number: N-92280

Witnessed by: A Scott LPN

Scott

~~Persantine or Adenosine~~

**Stress Testing Restrictions**

*For 24 hours before your test please do not eat or drink any of the foods, and do not take any of the medications, on the list below*

*No* *coffee, cappuccino, or tea; to include instant, iced or decaffeinated*

*No* *colas or soft drinks with caffeine, including, those labeled "caffeine-free"*

*No* *chocolate products, including candies, cocoa and chocolate milk*

*No* *aspirin products that contain caffeine, such as Anacin and Excedrin*

*No* *theophylline or theophylline containing products such as Theo-Dur, Primatene, Constant-T, Bronkodyl, or Quibron for 72 hours prior to testing.* **Ask your doctor about any theophylline medication instructions**

NPO p̄ breakfast Wednesday

**Additional Medication Restrictions:**

Stop the Lopressor on 4/12 - last dose of Lopressor will be the evening of 4/11 — No Lopressor on 4/13 also.

Bring current list of medications with correct dosages.



**MEMORANDUM**

DATE: May 10, 2006

TO: Offender Scott N92280 3D50

FROM: Vera Boyle, RN
Director of Nursing

SUBJECT: Response to Request

The $4.55 co-pay was appropriate for copies of medical records obtained by you. The totals add up as follows: $1.25 for the first 5 pages and 10¢ for each additional copy. You had a total of 38 pages.

Vera Boyle, RN
Director of Nursing

VEB:sjz

cc: D. Fuqua, HCUA
Medical Records
File

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Name (print): Scott, Tony I.D. No.: N92280 Date: 3-16 20 06

Housing Unit: 1B54

Please pay to: STATE OF ILLINOIS

Address:

City: State: Zip:

The sum of $ 4 dollars and 55 cents

and charge to my account, for COPY OF MEDICAL RECORDS

☑ APPROVED

☐ NOT APPROVED

D. Fuqua RN HCUA
Assistant Warden/Superintendent/Designee

Tony Scott
Inmate Signature

N-92280
ID No.

[signature]
Witness

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested in the amount of ______ dollars ______ cents

☐ Postage Paid

DC 828 (08/91)

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No.

## FOR TRUST FUND USE ONLY

Trust Fund Balance $

Less amount of payment $ X

Current balance after payment $

Check No. Date 3-20-06

[signature]
Business Office

## FOR JUVENILE DIVISION USE ONLY

Received by: (Staff) Date

Received by: (Youth) Date

IL 426-0207

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize Western Illinois Correctional Center ______ to release
Facility

Copy of medical records, progress notes 10-05-2-06,
State specific medical health information to be disclosed including date(s) or date range

MAR'S 10-05-2-06, Misc from Illini Hosp + ALL EKG'S

☒ At Request of Offender and/or: ______
Purpose of disclosure

from the records of N92280 — Scott, Tony
ID# — Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______
Print Name

Address: ______
Street Address

______ City ______ State ______ Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

X Tony Scott — ______ — 3-16-06
Signature of Offender or Person Authorized to Consent — Relationship — Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

4/55

Distribution: Offender's Medical File

*Printed on Recycled Paper

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

# WESTERN ILLINOIS CORRECTIONAL CENTER
## Mt. Sterling, Illinois

MEMORANDUM

DATE: 7/13/06

TO: Assignment Officer

FROM: Dr. Brown
Health Care Unit Staff

SUBJECT: Low Bunk/~~Low Gallery~~ Assignment For Inmate
Scott N92280
Inmate Name and Number

Recommend the above inmate be assigned a low bunk/~~low gallery~~, this for medical reasons.

Dr. Brown / K Ashcraft
Health Care Unit Staff

cc: Health Care Unit Administrator
Nurses Station
Medical Records
Inmate Scott - N92280 - 2C57

DCA 230-35739 (Rev 6/98)
IL 426-18580

# Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize WCC to release the following information: (State
Facility
specific medical health information to be disclosed including date(s) or date range)

Copy of medical records from Prairie Cardio. 3-15-06, 4-13-06, 4-21-06 and MAR'S 3-06 to 6-06

☒ At Request of Offender and/or: ____________
Purpose of disclosure

from the records of N92280 Scott, Tony
ID# Print Offender's Name

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ____________

Name: ____________
Print Name

Address: ____________
Street Address

City State Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

____________

**Signature:**

X Tony Scott

Signature of Offender or Person Authorized to Consent — Relationship — Date

Give Offender a copy if DOC made the request for release.

265

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

# Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize WICC (Facility) to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

Copy of progress notes 7-13-06 to 8/11/06

☒ At Request of Offender and/or: ______ (Purpose of disclosure)

from the records of N92280 (ID#) Scott, Tony (Print Offender's Name)

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______

Name: ______ (Print Name)

Address: ______ (Street Address)

______ (City) ______ (State) ______ (Zip Code)

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______

**Signature:**

Tony Scott (Signature of Offender or Person Authorized to Consent) ______ (Relationship) ______ (Date)

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Rev. 01/2005)

# Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize ______________________ (Facility) to release the following information: (State specific medical health information to be disclosed including date(s) or date range)

Copy of progress notes 8-4-06 to 9-27-06 per request (5 pages)

☒ At Request of Offender and/or: ______________________ (Purpose of disclosure)

from the records of N92281 (ID#) Scott, Tony (Print Offender's Name)

to: ☒ Self ☐ Authorized Attorney ☐ Health Care Facility ☐ Other: ______________________

Name: ______________________ (Print Name)

Address: ______________________ (Street Address)

______________________ (City) ______ (State) ______________ (Zip Code)

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

______________________

**Signature:**

X Tony Scott (Signature of Offender or Person Authorized to Consent) ______________________ (Relationship) 10-4-06 (Date)

Give Offender a copy if DOC made the request for release.

Distribution: Offender's Medical File

100

DOC 0241 (Rev. 01/2005)

*Printed on Recycled Paper*