

January 2, 2007

United States District Court
Office of the Clerk
151 U.S. Courthouse
600 East Monroe St
Springfield, IL 62701

RE: case 3:06-CV-3144

To Whom It May Concern:

Please update your records, I have been transferred to Logan Correctional Center. Please forward mail to <u>Logan C.C., P.O. Box 1000, Lincoln, Illinos 62656</u>.

Thank you

*Tony Scott*
Tony Scott, N92280