E-FILED
Friday, 02 February, 2007 02:53:14 PM
Clerk, U.S. District Court, ILCD

510-1307　　　　　　　　　　RPV/RBS　　　　　　　　　　#6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　Plaintiff,　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　v.　　　　　　　　　　　　) | Court No.: 06 CV 03144-HAB-CHE |
| 　　　　　　　　　　　　　　　) | |
| DR. LOWELL BROWN, OFFICER　) | |
| HENDRICKS, NURSE O'CONNER,　) | |
| DEBORAH K. FUGUA,　　　　　 ) | |
| TERRY L. POLK, ROGER A.　　　) | |
| ZIMMERMAN and ROGER WALKER ) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　Defendants.　　　　　) | |

### ADDITIONAL APPEARANCE

The undersigned, as attorney, enters his additional appearance on behalf of the Defendants **DR. LOWELL BROWN** and **TERESA CONNER**.

　　　　　　　　　　　　　　　　　　　　　　/s/ Rhett B. Strom
　　　　　　　　　　　　　　　　　　　　　　Rhett B. Strom

Name:　　　　**WELDON-LINNE & VOGT**
Address:　　　105 West Madison Street, Suite 1400
City:　　　　 Chicago, Illinois 60602
Telephone:　　312/236-5151
Atty. No.:　　 6191112

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

　　　　　　　　　　　　　　　　　　　　　　/s/ Rhett B. Strom
　　　　　　　　　　　　　　　　　　　　　　Rhett B. Strom

510-1307                           RPV/RBS                            #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No.: 06 CV 03144-HAB-CHE |
| ) | |
| DR. LOWELL BROWN, OFFICER ) | |
| HENDRICKS, NURSE O'CONNER, ) | |
| DEBORAH K. FUGUA, ) | |
| TERRY L. POLK, ROGER A. ) | |
| ZIMMERMAN and ROGER WALKER ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **February 2, 2007** I electronically filed **Additional Appearances for Dr. Lowell Brown and Teresa Conner** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Lindsay Sweet**
  lsweet@atg.state.il.us,bmyers@atg.state.il.us,jginter@atg.state.il.us,jedwards@atg.state.il.us

and hereby certify that on **February 2, 2007,** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott# N92280
WESTERN IL
Western Illinois Correctional Center
Inmate Mail/Parcels
RR 4, Box 196
Mt Sterling, IL 62353

                                    Respectfully Submitted,

                                    **WELDON-LINNE & VOGT**

                                    By: /s/ Robert P. Vogt
                                        Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151