06-3144

3-10-07

TO: The CLERK of the Court.
John M. Waters

FILED
MAR 13 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Waters
I'am writing you in regarding to my motion For Default Judgment Against Zimmerman.
I file this motion Dec 12, 2006 and i'v not heard nothing on that motion yet, Can you let me no what happen on That motion.
   Thank You

Tony Scott
N-92280
Logan C.C.
P.O. Box 1000
Lincoln, Il 62656