IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SCOTT, #N92280, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs- ) | No. 06-3144 |
| ) | |
| DR. LOWELL BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO OUTSTANDING DISCOVERY**

NOW COME the defendants, DEBORAH FUQUA, KAROLYN HENDRICKS, TERRY L. POLK, ROGER WALKER, JR, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), hereby request an enlargement of time of 21 days, up to and including April 16, 2006, to respond to outstanding discovery in this cause, stating as follows:

1.  Plaintiff has served the defendants with discovery requests including interrogatories, requests to produce, and requests to admit.

2.  Defendants have responded to Plaintiff's requests to admit but are still working on their responses to Plaintiff's interrogatories and requests to produce.

3.  The documents Plaintiff has requested are not in the personal possession of the defendants, but rather, are maintained in the ordinary course of business by the Department of Corrections. These documents have been requested but not yet received from the Department of Corrections. Similarly, the information still needed to accurately answer Plaintiff's interrogatories has been requested but not yet received from the Department of Corrections.

4. Some of Plaintiff's outstanding discovery requests relate to health care procedures at Western Correctional Center. Debbie Fuqua, the Health Care Unit Administrator at Western Correctional Center, is out on medical leave and has been unreachable. As such, it is taking longer than anticipated to gather the information necessary to respond to Plaintiff's discovery requests.

5. This motion is not made to cause undue delay, but rather, is made in good faith for the purpose of providing thorough and accurate responses to Plaintiff's discovery requests.

6. Plaintiff will not be prejudiced by an enlargement of time until April 16, 2007, as discovery does not close until April 30, 2007.

WHEREFORE, for the foregoing reasons, defendants respectfully request this honorable Court to grant an enlargement of time of 21 days, up to and including April 16, 2007, to respond to outstanding discovery in this case.

    Respectfully submitted,

    DEBORAH FUQUA, KAROLYN HENDRICKS, TERRY L. POLK, ROGER WALKER, JR, and ROGER ZIMMERMAN,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Lindsay Sweet
    Lindsay Sweet, #6287510
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  lsweet@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SCOTT, #N92280, | ) |
| Plaintiff, | ) ) ) |
| - vs- | ) No. 06-3144 |
| DR. LOWELL BROWN, et al., | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2007, I electronically filed a Motion for Enlargement of Time to Respond to Outstanding Discovery with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Robert P. Vogt                                Theresa M. Powell
    bvogt@wlv-online.com               tpowell@hrva.com

    Rhett B. Strom
    rstrom@vlv-online.com

and I hereby certify that on March 26, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Tony Scott, #N92280
    Logan Correctional Center
    Post Office Box 1000
    Lincoln, Illinois  62656

                                                                  Respectfully Submitted,
                                                                  s/ Lindsay Sweet
                                                                Lindsay Sweet, #6287510
                                                                Assistant Attorney General
                                                                Attorney for the Defendants
                                                                500 South Second Street
                                                                Springfield, Illinois  62706
                                                                Telephone:  (217) 782-9026
                                                                Facsimile:   (217) 524-5091
                                                                E-Mail:  lsweet@atg.state.il.us