05415-P7904
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, N-92280, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-3144-HAB-CHE |
| DR. LOWELL BROWN; OFFICER HENDRICKS; NURSE O'CONNOR; DEBORAH K. FUQUA; TERRY L. POLK; ROGER A. ZIMMERMAN; and ROGER WALKER, JR., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that copies of Defendants Brown and Conner's **Answers to Plaintiff's Interrogatories, Response to Request for Production,** and **Response to Defendants (Sic) Request for Admissions** were served upon all parties of record to the above cause by enclosing same in envelopes with postage prepaid, and by depositing said envelopes in a United States Post Office mail box in Springfield, Illinois, on March _____, 2007, addressed to each party at their business address as disclosed by the pleadings of the record herein.

Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, I electronically filed **Certificate of Service** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

Rhett B. Strom
rstrom@wlv-online.com

and I hereby certify that on March 27, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Tony Scott, N-92280
Logan Correctional Center
P. O. Box 1000
Lincoln, IL 62656

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822