UNITED STATES DISTRICT COURT
FOR THE CENTRAL DICTRICT OF ILLINOIS

TONY SCOTT                              )
      Petitioner                       )
DR. LOWELL BROWN, OFFICER HENDRICKS,    )   No. 3:06-CV-03144
NURSE O'CONNER, DEBORAH K. FUQUA,       )
TERRY L. POLK, ROGER A. ZIMMERMAN AND   )
ROGER WALKER.    Respondent             )

FILED
APR 0 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), **TONY SCOTT**, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since **JAN, 13 2005**, and am presently held in custody and residing at Logan Correctional Center in Lincoln, Illinois, County of Logan

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter

4. I have a constitutional right to access the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because: **I LACK THE LEGAL QUALIFICATION TO CONTINUAL THIS PROCEEDING WITHOUT ASSISTANCE OF COUNSE, I'M NOW IN THE DISCOVERY STAGE AND I NEED HELP, BECAUSE THEY ARE ASKING QUESTION I DON'T UNDERSTAND AND SANDING ME FORM THAT I NO NETTHING ABOUT. I'VE A LOW I'Q AND I NEED HELP, SO WITH RESPECT I'M ASKING THE COURT TO APPOINT ME COUNSEL IN THIS PROCEEDING.**

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point, state what, if any, action was taken or decision that was made concerning your grievances). **MOST OF THE GRIEVANCE FILE I'VE NOT GOT AN ANSWERE, SOME OF THEM WERE DENIED.**

WHEREFORE, (Petitioner/Respondent) **TONY SCOTT**, respectfully request that counsel be appointed to represent (him/her) in this matter.

*Tony Scott*
(Your Signature)

Type or Print Name: **TONY SCOTT**
Register Number: **N-92280**
Logan Correctional Center
1096 1350th Street
Lincoln, Illinois 62656
(Petitioner/Respondent), Pro Se

Revised January 2002

IN THE

**UNITED STATE DISTRICT COURT FOR THE**

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT )<br>Plaintiff<br>DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE )<br>O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, )<br>ROGER A. ZIMMERMAN AND ROGER WALKER JR. )<br>Defendant | Case No. 3:06-CV-03144 |

PROOF / CERTIFICATE OF SERVICE

TO: JOHN M. WATERS
CLERK OF THE COURT
U.S. COURTHOUSE
600 E MONROE ST. SUITE 151
SPRINGFIELD IL 62701

TO: MS. LINDSAY SWEET, MS. THERESA POWELL,
ROBERT P. VOGT

PLEASE TAKE NOTICE that on __3-29 of__, 2_007_, I have placed the documents listed below in the institutional mail at *Logan Correctional Center*, properly addressed to the parties listed above for mailing through the United States Postal Service:

logan correctional center
p.O. BOX 1000
LINCOLN, ILLINIS 62656

Pursuant to *28 USC 1746, 18 USC 1621 or 735 ILCS 5/109*, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: __3-29-2007__

/s/ _Tony Scott_
Name: TONY SCOTT
IDOC No.: N-92280
Logan Correctional Center
1096 1350th Street / PO Box 1000
Lincoln, Illinois 62656

Revised January 2002