

April 2, 2007

John M. Waters, Clerk of the Court
U.S. District Court
151 U.S. Court House
600 E. Monroe Street
Springfield, IL 62701

RE: case 3:06-CV-3144

Dear Mr. Waters:

I am writing you regarding two issues.

1) The default judgment against Roger A. Zimmerman I filed this motion on 12/12/2006 and have not heard anything about it. Can you please let me Know what happened to that motion.

2) I never received request for expert written & testimony from defendants, deadline Was 3/30/07.

Thank you

Tony Scott, N92280
Logan Correctional Center
P.O. Box 1000
Lincoln, IL 62656