E-FILED
Wednesday, 11 April, 2007  02:39:38 PM
Clerk, U.S. District Court, ILCD

05415-P7904
AGT/llw

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, N-92280, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3144-HAB-CHE |
| ) | |
| DR. LOWELL BROWN; OFFICER ) | |
| HENDRICKS; NURSE O'CONNOR; ) | |
| DEBORAH K. FUQUA; TERRY L. POLK; ) | |
| ROGER A. ZIMMERMAN; and ROGER ) | |
| WALKER, JR., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

NOW COMES APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel on behalf of the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, Springfield Division, and that she is a member in good standing of the bar of this Court.

Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., Defendants

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant

BY:   /s/April G. Troemper
April G. Troemper, #6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: atroemper@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

Rhett B. Strom
rstrom@wlv-online.com

and I hereby certify that on April 11, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

Tony Scott, N-92280
Logan Correctional Center
P. O. Box 1000
Lincoln, IL 62656

/s/April G. Troemper
April G. Troemper, #6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:atroemper@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, N-92280, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 06-3144-HAB-CHE |
| | ) |
| DR. LOWELL BROWN; OFFICER HENDRICKS; NURSE O'CONNOR; DEBORAH K. FUQUA; TERRY L. POLK; ROGER A. ZIMMERMAN; and ROGER WALKER, JR., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel on behalf of the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, Springfield Division, and that she is a member in good standing of the bar of this Court.

Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., Defendants

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant

BY:   /s/April G. Troemper
April G. Troemper, #6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: atroemper@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

Rhett B. Strom
rstrom@wlv-online.com

and I hereby certify that on April 11, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

Tony Scott, N-92280
Logan Correctional Center
P. O. Box 1000
Lincoln, IL 62656

/s/April G. Troemper
April G. Troemper, #6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:atroemper@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**