

**Tony Scott**
946 N Kedvale
Chicago, Il  60651


May 11, 2007


Clerk of the Court
U.S. District Court
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL  62701

                                    Case no. 3:06-CV-3144

Attention:  Clerk of the Court

My name is Tony Scott; I am informing you that I have been released as May 9th.  My current mailing address is 946 N. Kedvale, Chicago, IL  60651.

I will forward a copy of this letter to the following attorney's:  Theresa M. Powell, Lindsay Sweet, Rhett B. Strom and Robert P. Vogt.

Sincerely,



Tony Scott

IN THE
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

<u>TONY SCOTT</u>           )
Plaintiff,                  )
                            )     Case No. <u>3:06-CV-3144</u>
     V.                     )
                            )
                            )
Brown, Zimmerman, Hendrick, Fuqua,
<u>Polk, O'Connor, Walker</u>

Defendants

## PROOF/CERTIFICATE OF SERVICE

TO:  Clerk of the Court                       TO:  Theresa M. Powell
     U.S. District Court                           Lindsay Sweet
     151 U.S. Courthouse                           Robert P. Vogt
     600 East Monroe St.
     Springfield, IL  62701


PLEASE TAKE NOTICE that on _____, 20___, I have place the documents listed below in the institutional mail at _____Correctional Center, property addressed to the parties listed above for mailing through the United States Postal Service: _____

_____
_____No longer at Correctional Center_____
_____.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.


DATE: <u>5-14-07</u>                    /s/ *Tony Scott*
                                        Name:  Tony Scott
                                               946 N. Kedvale
                                               Chicago, IL  60651