E-FILED
Monday, 21 May, 2007  11:11:40 AM
Clerk, U.S. District Court, ILCD

05415-P7904
AGT/llw

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT, N-92280,                    )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        No. 06-3144-HAB-CHE
                                        )
DR. LOWELL BROWN; OFFICER               )
HENDRICKS; NURSE O'CONNOR;              )
DEBORAH K. FUQUA; TERRY L. POLK;        )
ROGER A. ZIMMERMAN; and ROGER           )
WALKER, JR.,                            )
                                        )
                    Defendants.         )

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISPOSITIVE MOTIONS

NOW COME the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, L.P.N. (improperly referred to as Nurse O'Connor), by their attorney, APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Procedure 6(b) move for an enlargement of time within which to file dispositive motions. In support thereof, Defendants state:

1.      Per this Court's Scheduling Order, dispositive motions are to be filed by May 31, 2007.

2.      Defendants have not previously requested additional time to comply with discovery or to otherwise respond to pleadings or motions.

3.      To date, Defendants have complied with the Court's scheduling Order and deposed Plaintiff Scott on April 11, 2007.  Defense counsel received a copy of Plaintiff's transcript on April 23, 2007.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

4.      Although Defense counsel has already taken the deposition of Mr. Scott, she has been unable to discuss Plaintiff's testimony with Dr. Brown or to finalize Dr. Brown's and Nurse Conner's Affidavits, which are necessary to support and complete these Defendants' Motions for Summary Judgment.

5.      The undersigned has discussed this request for an enlargement of time with co-counsel for these Defendants, Rhett Strom, who has indicated he has no objections.  Assistant Attorney General Lindsay Sweet has also expressed no objections.

6.      Plaintiff Scott was released from the Illinois Department of Corrections on May 9, 2007, and Defendants do not believe their request for additional time will in any way prejudice Mr. Scott or this case.

7.      Defendants seek an enlargement of time of 21 days from May 31, 2007, to file their Summary Judgment Motions.

8.      This request is made in good faith and not for the purpose of unnecessary delay.  No other dates in the scheduling order would be disturbed by this enlargement of time.

WHEREFORE, Defendants respectfully request that this court enlarge the time limit for the filing of dispositive motions until June 21, 2007.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P7904
AGT/llw

Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., Defendants

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant

BY:    /s/April G. Troemper
       April G. Troemper # 6256785
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail:atroemper@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-P7904
AGT/llw

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I electronically filed **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

Rhett B. Strom
rstrom@wlv-online.com

and I hereby certify that on May 21, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

Mr. Tony Scott
946 North Kedvale
Chicago, IL 60651

/s/April G. Troemper
April G. Troemper, # 6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:atroemper@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT, N-92280,                    )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        No. 06-3144-HAB-CHE
                                        )
DR. LOWELL BROWN; OFFICER               )
HENDRICKS; NURSE O'CONNOR;              )
DEBORAH K. FUQUA; TERRY L. POLK; )
ROGER A. ZIMMERMAN; and ROGER           )
WALKER, JR.,                            )
                                        )
                    Defendants.         )

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISPOSITIVE MOTIONS

NOW COME the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, L.P.N. (improperly referred to as Nurse O'Connor), by their attorney, APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Procedure 6(b) move for an enlargement of time within which to file dispositive motions. In support thereof, Defendants state:

1.      Per this Court's Scheduling Order, dispositive motions are to be filed by May 31, 2007.

2.      Defendants have not previously requested additional time to comply with discovery or to otherwise respond to pleadings or motions.

3.      To date, Defendants have complied with the Court's scheduling Order and deposed Plaintiff Scott on April 11, 2007. Defense counsel received a copy of Plaintiff's transcript on April 23, 2007.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

4.    Although Defense counsel has already taken the deposition of Mr. Scott, she has been unable to discuss Plaintiff's testimony with Dr. Brown or to finalize Dr. Brown's and Nurse Conner's Affidavits, which are necessary to support and complete these Defendants' Motions for Summary Judgment.

5.    The undersigned has discussed this request for an enlargement of time with co-counsel for these Defendants, Rhett Strom, who has indicated he has no objections.  Assistant Attorney General Lindsay Sweet has also expressed no objections.

6.    Plaintiff Scott was released from the Illinois Department of Corrections on May 9, 2007, and Defendants do not believe their request for additional time will in any way prejudice Mr. Scott or this case.

7.    Defendants seek an enlargement of time of 21 days from May 31, 2007, to file their Summary Judgment Motions.

8.    This request is made in good faith and not for the purpose of unnecessary delay.  No other dates in the scheduling order would be disturbed by this enlargement of time.

WHEREFORE, Defendants respectfully request that this court enlarge the time limit for the filing of dispositive motions until June 21, 2007.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P7904
AGT/llw

                                    Respectfully submitted,

                                    LOWELL BROWN, M.D., and TERESA
                                    CONNER, L.P.N., Defendants

                                    HEYL, ROYSTER, VOELKER & ALLEN,
                                    Attorneys for Defendant

                        BY:    /s/April G. Troemper
                               April G. Troemper # 6256785
                               HEYL, ROYSTER, VOELKER & ALLEN
                               Suite 575, National City Center
                               P. O. Box 1687
                               Springfield, IL  62705
                               Phone: (217) 522-8822
                               Fax:    (217) 523-3902
                               E-mail: atroemper@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

3

05415-P7904
AGT/llw

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Lindsay Sweet
lsweet@atg.state.il.us

Rhett B. Strom
rstrom@wlv-online.com

and I hereby certify that on May 21, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

Mr. Tony Scott
946 North Kedvale
Chicago, IL 60651

/s/April G. Troemper
April G. Troemper, # 6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: atroemper@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822