E-FILED
Wednesday, 30 May, 2007  03:23:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT  )
            )
PLAINTIFF   )
            )           3:06-CV-3144
V.          )
            )
            )

DR. LOWELL BROWN, TERESA O'CONNOR
DEBORAH K. FUQUA, KAROLYN
HENDRICKS, TERRY POLK, ROGER E.
WALKER AND ROGER ZIMMERMAN

DEFENDANTS

**PLAINTIFF MOTION FOR ENLARGEMENT OF TIME**

I AM ASKING THE COURT TO GRANT ME A 60 DAY EXTENSION BECAUSE I AM TRYING TO SEEK LEGAL REPRESENTATION.

1. I AM NO LONGER INCARCERATED.
2. SEEKING LEGAL REPRESENTATION.

TONY SCOTT
946 N KEDVALE
CHICAGO, IL  60651
773-276-5157

*FILED MAY 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS*