IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAY 29 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT )
)
PLAINTIFF )
)   3:06-CV-3144
V. )
)

DEBORAH K. FUQUA, KAROLYN
HENDRICKS, TERRY POLK, ROGER E.
WALKER AND ROGER ZIMMERMAN

DEFENDANTS

**MOTION FOR SETTLEMENT OFFER**

TO THE ATTORNEY LINSAY SWEET, FOR THE DEFENDANTS DEBORAH K. FUQUA, KAROLYN HENDRICKS, TERRY POLK, ROGER E. WALKER AND ROGER ZIMMERMAN.  I WAS ASKING 100,000.00 FROM FUQUA, 200,000.00 FROM HENDRICKS, 100,000.00 FROM TERRY POLK, 100,000.00 FROM WALKER AND 100,000.00 FROM ZIMMERMAN.

NOW I AM WILLING TO COME TO A REASONABLE SETTLEMENT AGREEMENT FOR ALL FIVE DEFENDANTS.

TONY SCOTT
946 N KEDVALE
CHICAGO, IL  60651
773-276-5157