E-FILED
Wednesday, 30 May, 2007 03:25:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED

MAY 29 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT                    )
                              )
    PLAINTIFF                 )
                              )    3:06-CV-3144
        V.                    )
                              )
                              )

DR. LOWELL BROWN AND
    TERESA O'CONNOR

    DEFENDANTS


MOTION FOR SETTLEMENT OFFER


TO THE ATTORNEY APRIL G. TROEMPER, FOR THE DEFENDANTS TERESA O'CONNOR AND DR. LOWELL BROWN. I WAS ASKING 50,000.00 FROM TERESA O'CONNER AND 200,000.00 FROM DR. LOWELL BROWN.

NOW I AM WILLING TO COME TO A REASONABLE SETTLEMENT AGREEMENT FOR BOTH DEFENDANTS.


TONY SCOTT
946 N KEDVALE
CHICAGO, IL  60651
773-276-5157