IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 2 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT )
)
PLAINTIFF )
)   3:06-CV-3144
V. )
)

DR. LOWELL BROWN AND
TERESA O'CONNOR

DEFENDANTS

**MOTION FOR SETTLEMENT OFFER**

TO THE ATTORNEY THERESA M. POWELL, FOR THE DEFENDANTS TERESA O'CONNOR AND DR. LOWELL BROWN. I WAS ASKING 50,000.00 FROM TERESA O'CONNER AND 200,000.00 FROM DR. LOWELL BROWN.

NOW I AM WILLING TO COME TO A REASONABLE SETTLEMENT AGREEMENT FOR BOTH DEFENDANTS.

TONY SCOTT
946 N KEDVALE
CHICAGO, IL 60651
773-276-5157