IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAY 2 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT                )
                          )
   PLAINTIFF             )
                          )
V.                        )      3:06-CV-3144
                          )
                          )
                          )

DR. LOWELL BROWN AND
TERESA O'CONNOR

   DEFENDANTS


### MOTION FOR SETTLEMENT OFFER

TO THE ATTORNEY ROBERT P. VOGT, FOR THE DEFENDANTS TERESA O'CONNOR AND DR. LOWELL BROWN. I WAS ASKING 50,000.00 FROM TERESA O'CONNER AND 200,000.00 FROM DR. LOWELL BROWN.

NOW I AM WILLING TO COME TO A REASONABLE SETTLEMENT AGREEMENT FOR BOTH DEFENDANTS.


TONY SCOTT
946 N KEDVALE
CHICAGO, IL  60651
773-276-5157