**E-FILED**
Wednesday, 30 May, 2007 03:29:19 PM
Clerk, U.S. District Court, ILCD

IN THE
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# FILED

MAY 29 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT )
Plaintiff, )
 )  Case No. 3:06-CV-3144
V. )
 )
 )
Brown, Zimmerman, Hendrick, Fuqua,
Polk, O'Connor, Walker

Defendants

---

### PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court            TO: Theresa M. Powell
    U.S. District Court                Lindsay Sweet
    151 U.S. Courthouse                Robert P. Vogt
    600 East Monroe St.
    Springfield, IL  62701

PLEASE TAKE NOTICE that on _____, 20__, I have place the documents listed below in the institutional mail at _____ Correctional Center, property addressed to the parties listed above for mailing through the United States Postal Service: _____

_____
____ No longer at Correctional Center _____
_____.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5-24-07            /s/ Tony Scott
                         Name: Tony Scott
                         946 N. Kedvale
                         Chicago, IL  60651

IN THE
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**FILED**

MAY 2 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT )
Plaintiff, )
 )   Case No. 3:06-CV-3144
    V. )
 )
 )
Brown, Zimmerman, Hendrick, Fuqua,
Polk, O'Connor, Walker

Defendants

---

### PROOF/CERTIFICATE OF SERVICE

TO:  Clerk of the Court                         TO:  Theresa M. Powell
     U.S. District Court                              Lindsay Sweet
     151 U.S. Courthouse                              Robert P. Vogt
     600 East Monroe St.
     Springfield, IL  62701


PLEASE TAKE NOTICE that on _____, 20__, I have place the documents listed below in the institutional mail at _____Correctional Center, property addressed to the parties listed above for mailing through the United States Postal Service: _____

_____
_____No longer at Correctional Center_____
_____.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.


DATE: 5-24-07                        /s/ *Tony Scott*
                                     Name: Tony Scott
                                     946 N. Kedvale
                                     Chicago, IL 60651