IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SCOTT, #N92280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 06-3144 |
| | ) | |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN, and ROGER WALKER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE A DISPOSITIVE MOTION

NOW COME the defendants, DEBORAH FUQUA, KAROLYN HENDRICKS, TERRY POLK, ROGER E. WALKER, JR., and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), hereby move for an enlargement of time of 21 days, up to and including June 21, 2007, to file their dispositive motion. In support thereof, Defendants state as follows:

1. Dispositive motions in this case are currently due on or before May 31, 2007.

2. Defendants have prepared their dispositive motion, but are still awaiting a signed and notarized affidavit from Defendant Zimmerman, who retired from his position as Warden of Western Correctional Center on May 16, 2007.

3. Co-defendants Brown and Conner have been granted an enlargement of time to extend their dispositive motion deadline until June 21, 2007.

4. Counsel for co-defendants have been contacted. April Troemper, counsel for co-defendants Brown and Conner, expressed no objection the requested enlargement.

5. Plaintiff will not be prejudiced by the requested enlargement as he has also requested a 60 day enlargement of time to seek legal representation.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this honorable Court to grant them an enlargement of time of 21 days, up to and including June 21, 2007, to file their dispositive motion.

> Respectfully submitted,
>
> DEBORAH FUQUA, KAROLYN HENDRICKS, TERRY POLK, ROGER E. WALKER, JR., and ROGER ZIMMERMAN,
>
> Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois

By: s/ Lindsay Sweet
Lindsay Sweet, #6287510
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: lsweet@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SCOTT, #N92280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 06-3144 |
| | ) | |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN, and ROGER WALKER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed a Motion for Enlargement of Time to File a Dispositive Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Robert P. Vogt
bvogt@wlv-online.com

Theresa M. Powell
tpowell@hrva.com

Rhett B. Strom
rstrom@vlv-online.com

April Gowdy Troemper
atroemper@hrva.com

and I hereby certify that on May 31, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott
946 N. Kedvale
Chicago, Illinois  60651

                    Respectfully Submitted,
                      s/ Lindsay Sweet
                    Lindsay Sweet, #6287510
                    Assistant Attorney General
                    Attorney for the Defendants
                    500 South Second Street
                    Springfield, Illinois  62706
                    Telephone:  (217) 782-9026
                    Facsimile:   (217) 524-5091
                    E-Mail:  lsweet@atg.state.il.us