05415-P7904
AGT/llw

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, N-92280, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3144-HAB-CHE |
| ) | |
| DR. LOWELL BROWN; OFFICER ) | |
| HENDRICKS; NURSE O'CONNOR; ) | |
| DEBORAH K. FUQUA; TERRY L. POLK; ) | |
| ROGER A. ZIMMERMAN; and ROGER ) | |
| WALKER, JR., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO STAY DEADLINES

NOW COME the Defendants, LOWELL BROWN, M.D., and TERESA CONNER, L.P.N. (improperly referred to as Nurse O'Connor), by their attorney, APRIL G. TROEMPER of HEYL, ROYSTER, VOELKER & ALLEN, and move to stay all deadlines pending resolution of settlement agreement. In support thereof, Defendants state:

1. Per this Court's Order, dispositive motions are to be filed by July 9, 2007. The trial date has been rescheduled for October 22, 2007.

2. Mr. Vogt, co-counsel for Dr. Brown and Nurse Connor, recently indicated that Mr. Scott has agreed to settle this case with regard to these two defendants.

3. The undersigned is in receipt of the Release signed by Mr. Tony Scott, dated June 29, 2007, a copy of which is attached.

4. Defense counsel, however, is awaiting the signed Stipulation to Dismiss.

5. Thus, since it appears this case is going to be resolved within a few days, Defendants request that all deadlines, including the July 9th deadline for filing dispositive motions, be stayed pending the completion of the necessary settlement documents.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7904
AGT/llw

      6.    This request is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Defendants respectfully request that this court stay all deadlines pending the resolution of the settlement agreement.

          Respectfully submitted,

LOWELL BROWN, M.D., and TERESA CONNER, L.P.N., Defendants

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendant

BY:  /s/April G. Troemper
April G. Troemper # 6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:atroemper@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P7904
AGT/llw

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007, I electronically filed **DEFENDANTS' MOTION TO STAY DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Lindsay Sweet
> lsweet@atg.state.il.us
>
> Rhett B. Strom
> rstrom@wlv-online.com
>
> Robert Vogt
> bvogt@wlv-online.com

and I hereby certify that on July 5, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

> Mr. Tony Scott
> 946 North Kedvale
> Chicago, IL 60651

    /s/April G. Troemper
April G. Troemper, # 6256785
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: atroemper@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822