IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY SCOTT, #N92280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs- | ) | No. 06-3144 |
| | ) | |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN, and ROGER WALKER, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COME the defendants, KAROLYN HENDRICKS, DEBORAH K. FUQUA, TERRY POLK, ROGER E. WALKER, JR., and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 56(b), hereby move this honorable Court to enter summary judgment in their favor and against Plaintiff, stating as follows:

1. Plaintiff, a former Illinois Department of Corrections inmate, alleges that the defendants, Illinois Department of Corrections employees at Western Illinois Correctional Center, were deliberately indifferent to his serious medical needs.

2. Plaintiff is unable to prove, as a matter of law, that these defendants were deliberately indifferent to his serious medical needs.

3. Defendants lack the requisite personal involvement for liability under §1983.

4. Plaintiff failed to exhaust his administrative remedies with respect to his claim that Defendant Hendricks was deliberately indifferent to his serious medical needs on August 10, 2005.

5. Defendants are entitled to qualified immunity.

6. A memorandum of law in support of the instant motion is concurrently filed and incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this honorable Court to enter summary judgment in their favor and against Plaintiff.

    Respectfully submitted,

    KAROLYN HENDRICKS, DEBORAH K. FUQUA, TERRY POLK, ROGER E. WALKER, JR., and ROGER ZIMMERMAN,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Lindsay Sweet
    Lindsay Sweet, #6287510
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  lsweet@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY SCOTT, #N92280, )<br>)<br>Plaintiff, )<br>)<br>- vs- )<br>)<br>DR. LOWELL BROWN, OFFICER )<br>HENDRICKS, NURSE O'CONNER, )<br>DEBORAH K. FUQUA, TERRY L. POLK, )<br>ROGER A. ZIMMERMAN, and ROGER )<br>WALKER, )<br>)<br>Defendants. ) | No. 06-3144 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed a Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Robert P. Vogt<br>bvogt@wlv-online.com | Theresa M. Powell<br>tpowell@hrva.com |
| Rhett B. Strom<br>rstrom@vlv-online.com | April Gowdy Troemper<br>atroemper@hrva.com |

and I hereby certify that on July 9, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott
946 N. Kedvale
Chicago, Illinois  60651

                                    Respectfully Submitted,
                                     s/ Lindsay Sweet
                                    Lindsay Sweet, #6287510
                                    Assistant Attorney General
                                    Attorney for the Defendants
                                    500 South Second Street
                                    Springfield, Illinois  62706
                                    Telephone:  (217) 782-9026
                                    Facsimile:   (217) 524-5091
                                    E-Mail:  lsweet@atg.state.il.us