E-FILED
Monday, 09 July, 2007 03:34:49 PM
Clerk, U.S. District Court, ILCD

510-1307　　　　　　　　　　　RPV　　　　　　　　　　　#6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, ) | |
| Plaintiff, ) | |
| v. ) | Court No.: 06 CV 03144-HAB-CHE |
| DR. LOWELL BROWN, OFFICER ) HENDRICKS, NURSE O'CONNER, ) DEBORAH K. FUGUA, ) TERRY L. POLK, ROGER A. ) ZIMMERMAN and ROGER WALKER ) | |
| Defendants. ) | |

### MOTION TO DISMISS PURSUANT TO RULE 41

Plaintiff TONY SCOTT and Defendants DR. LOWELL BROWN and TERESA CONNER move, pursuant to Rule 41 to dismiss the plaintiff's claim against DR. LOWELL BROWN and TERESA CONNER. In support thereof, the parties have submitted the attached stipulation.

WHEREFORE, the parties respectfully request that this Court dismiss DR. LOWELL BROWN and TERESA CONNER from this action.

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
　　　Robert P. Vogt

**WELDON-LINNE & VOGT**
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151
pldgs/ motion to dismiss

510-1307                    RPV/RBS                    #6191112

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT | ) |
| Plaintiff, | ) |
| v. | ) Court No.: 06 CV 03144-HAB-CHE |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUQUA, TERRY L. POLK, ROGER A. ZIMMERMAN and ROGER WALKER | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS PURSUANT TO RULE 41

It is hereby stipulated and agreed by and between the parties to the above-entitled action, that this action be dismissed as to defendants Brown and O'Connor, without costs to either of the parties, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

The plaintiff's claims against the other defendants will remain pending.

TONY SCOTT

BY: _____
Pro Se Plaintiff

DR. LOWELL BROWN and
NURSE O'CONNER

BY: _____
Robert P. Vogt
Attorneys for Defendants

OFFICER HENDRICKS, DEBORAH
FUGUA, TERRY POLK, ROGER
WALKER AND ROGER ZIMMERMAN

BY: /s/ Lindsay Sweet
Lindsay Sweet
Attorneys for Defendants

WELDON-LINNE & VOGT
105 W. Madison Street
Suite 1400
Chicago, Illinois 60602
(312) 236-5151
Plder/ Stipulation to Dismiss

510-1307                              RPV                         #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT | ) |
|       Plaintiff, | ) |
| v. | ) Court No.: 06 CV 03144-HAB-CHE |
| DR. LOWELL BROWN, OFFICER HENDRICKS, NURSE O'CONNER, DEBORAH K. FUGUA, TERRY L. POLK, ROGER A. ZIMMERMAN and ROGER WALKER | ) |
|       Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **July 9, 2007** I electronically filed **Motion to Dismiss Pursuant to Rule 41** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Lindsay Sweet**
  lsweet@atg.state.il.us,bmyers@atg.state.il.us,jginter@atg.state.il.us,jedwards@atg.state.il.us

and hereby certify that on **July 9, 2007,** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Tony Scott
946 North Kedvale
Chicago, Illinois 60651

                                                      Respectfully Submitted,

                                                      **WELDON-LINNE & VOGT**

                                                    By: /s/ Robert P. Vogt__
                                                         Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151