UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY SCOTT,

    Plaintiff,

v.                                                                                      06-3144

DR. LOWELL BROWN et al.,

    Defendants.

### Order Dismissing Defendants O'Conner[1] and Dr. Brown

Defendants Brown and O'Conner, in a motion represented to also be filed jointly by Plaintiff, move to dismiss themselves from the case pursuant to a stipulation of dismissal signed by Plaintiff and all counsel of record. The stipulation represents that Plaintiff, Brown and O'Conner have reached settlement.

IT IS THEREFORE ORDERED that Defendants Brown and O'Conner are dismissed pursuant to Federal Rule Civil Procedure 41(a)(ii). The motion to stay deadlines filed by Brown and O'Conner is denied as moot (d/e 57). The other defendants remain in the case.

Entered this   20th   Day of      July          , 2007.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] This is how O'Conner's name is spelled in the docket, but the spelling by the parties has not been consistent throughout.