# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TONY SCOTT**

vs.                                                                 Case Number:   **06-3144**

**DR. LOWELL BROWN, OFFICER HENDRICKS,
NURSE O'CONNER, DEBORAH K FUQUA,
TERRY L POLK, ROGER A ZIMMERMAN,
ROGER WALKER, JR**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XXX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants'--Hendricks, Fuqua, Polk, Zimmerman and Walker-- motion for summary judgment is granted (d/e 59).  The clerk of the court is directed to enter judgment in favor of these defendants and against the plaintiff.  All pending motions are denied as moot, and this case is terminated, with the parties to bear their own cost.-----------------------------------------------------------------------

   Pursuant to an Order of 7/20/2007 entered by Judge Harold A. Baker, Defendants O'Connor and Dr. Brown are dismissed pursuant to Fed.R.App.P. 41(a)(ii).-----------------------------------------------------------------

ENTER this 25th day of February, 2008

s/Pamela E. Robinson

PAMELA E. ROBINSON, CLERK
s/D. Meadows
_____
BY:  DEPUTY CLERK